UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON HARPER, Individually
and on Behalf of All Others Similarly Situated,

    *Plaintiff,*

v.

2U, INC., CHRISTOPHER J. PAUCEK, and
CATHERINE A. GRAHAM,

    *Defendants.*

Case No.: 1:19-cv-7390-RA-DCF

---

ANNE M. CHINN, Individually
and on Behalf of All Others Similarly Situated,

    *Plaintiff,*

v.

2U, INC., CHRISTOPHER J. PAUCEK, and
CATHERINE A. GRAHAM,

    *Defendants.*

Case No.: 1:19-cv-7479-RA-DCF

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/27/19

## JOINT STIPULATION

WHEREAS, on August 7, 2019, plaintiff Aaron Harper filed a complaint captioned *Aaron Harper v. 2U, Inc., Christopher J. Paucek, and Catherine A. Graham*, 1:19-cv-7390-RA-DCF, a securities fraud class action, which was assigned to the Honorable Judge Ronnie Abrams;

WHEREAS, on August 9, 2019, plaintiff Anne M. Chinn filed a complaint captioned *Anne M. Chinn v. 2U, Inc., Christopher J. Paucek, and Catherine A. Graham*, 1:19-cv-7479-RA-DCF, a securities fraud class action, which was assigned to the Honorable Judge Ronnie Abrams;

WHEREAS, additional related actions may hereafter be filed;

WHEREAS, this stipulation is entered into on behalf of plaintiffs Aaron Harper and Anne M. Chinn by Lesley F. Portnoy and Samuel H. Rudman, respectively, and on behalf of defendants 2U, Inc., Christopher J. Paucek, and Catherine A. Graham by J. Christian Word of Latham & Watkins LLP, but shall be for the benefit of all current and future plaintiffs and defendants, both named and unnamed;

WHEREAS the defendants have agreed to waive service of summons and their response to the complaints are due no sooner than October 14, 2019;

WHEREAS, the parties believe that, pursuant to Fed. R. Civ. P. 42(a) and for reasons of judicial efficiency and economy, these actions, and any related actions that may hereafter be filed should be consolidated and heard before the Honorable Judge Ronnie Abrams;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 (15 U.S.C. §78u-4(a)(3)(B)(ii) (the "Reform Act")), the Court must consolidate related actions before appointing lead plaintiff and lead counsel; and

WHEREAS, the parties believe that, for reasons of judicial efficiency and economy, defendants should be permitted to withhold responding to any of the related actions until after the actions are consolidated, lead plaintiff and lead counsel are appointed, and a consolidated complaint is filed;

WHEREFORE, the parties, by and through their undersigned counsel, hereby stipulate that the Court be requested to enter an order as follows:

1. Defendants, including all defendants both named and unnamed (hereinafter collectively referred to as "Defendants"), need not answer, move against or otherwise respond to this or any related action until a consolidated complaint is filed;

2.  The presently filed action and any subsequently filed, related actions shall be consolidated for hearing before the Honorable Judge Ronnie Abrams and shall hereinafter be captioned *In Re 2u, Inc., Securities Class Action*;

3.  Lead plaintiff shall serve a consolidated complaint ("Consolidated Complaint") within 60 days of entry of the Court's Order appointing lead plaintiff and designating lead counsel;

4.  Defendants shall answer, move against, or otherwise respond to the Consolidated Complaint 60 days after service of the Consolidated Complaint;

5.  If Defendants move to dismiss the Consolidated Complaint, the lead plaintiff shall serve an opposition memorandum within 60 days of service of Defendants' motion to dismiss, and Defendants shall serve any reply memoranda within 30 days after service of the lead plaintiff's opposition memorandum; and

6.  By entering into this stipulation, the parties expressly preserve, and do not waive, any and all claims, arguments, and defenses (other than improper service).

Dated: August 26, 2019

_____
J. Christian Word (*pro hac vice*)

LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004
(202) 637-2200
christian.word@lw.com

*Attorney for Defendants*

/s/ Lesley Portnoy

Lesley F. Portnoy (LP-1941)
GLANCY PRONGAY & MURRAY LLP
2130 Park Ave., Suite 530
New York, NY 10169
(212)682-5340
lportnoy@glancylaw.com

*Attorney for Plaintiff Aaron Harper*

/s/ Samuel Rudman

Samuel H. Rudman
ROBBINS GELLER RUDMAN
 & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

*Attorney for Plaintiff Anne M. Chinn*

SO ORDERED:

_____, U.S.D.J.
Judge Ronnie Abrams
08-27-19

4