**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re 2u, Inc., Securities Class Action | Case 1:19-cv-07390-RA |

**NOTICE OF MOTION AND MOTION OF ERIK FJELLBORG FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Ronnie Abrams at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1506, New York, New York 10007, Erik Fjellborg, by counsel, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), will respectfully move this Court for an Order: (1) appointing him as lead plaintiff in the above-captioned action; (2) approving his selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") to serve as lead counsel for the class; and (3) for any such further relief as the Court may deem just and proper.

In support of his motion, Mr. Fjellborg submits his Memorandum of Law in Support of his Motion for Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel, and the Declaration of Jeffrey P. Campisi in Support of the Motion of Erik Fjellborg for Appointment as Lead Plaintiff, and Approval of his Selection of Lead Counsel, dated October 7, 2019.

Mr. Fjellborg's motion is made on the grounds that he believes that he is the "most adequate plaintiff" pursuant to the PSLRA and should, therefore, be appointed lead plaintiff. Specifically, Mr. Fjellborg believes that he has the "largest financial interest" in the relief sought by the class in the Related Actions as a result of the substantial loss he suffered on his purchases of 2U, Inc. securities during the Class Period. Mr. Fjellborg also believes that he otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of those of other class members and because he will fairly and adequately represent the interests of the class.

WHEREFORE, Mr. Fjellborg respectfully requests that the Court: (1) appoint him as lead plaintiff in accordance with the PSLRA; (2) approve his selection of Kaplan Fox to serve as lead counsel for the Class; and (3) grant any such further relief that the Court may deem just and proper.

Dated:  October 7, 2019

Respectfully submitted,

/s/            *Jeffrey P. Campisi*

Jeffrey P. Campisi
Jason A. Uris
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: jcampisi@kaplanfox.com
       juris@kaplanfox.com

*Attorneys for Erik Fjellborg*

## CERTIFICATE OF SERVICE

I, Jeffrey P. Campisi, hereby certify that, on October 7, 2019, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

/s/        *Jeffrey P. Campisi*
Jeffrey P. Campisi