**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re 2u, Inc., Securities Class Action | Case 1:19-cv-07390-RA |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE MOTION OF ERIK FJELLBORG FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

I, JEFFREY P. CAMPISI, pursuant to 28 U.S.C. § 1746, declare the following under the penalty of perjury:

1.      I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP.  I am admitted to the bar of the State of New York and admitted to practice before this Court and am in good standing.

2.      I respectfully submit this Declaration in support of the motion of Erik Fjellborg for: (1) appointment as lead plaintiff; and (2) approval of lead plaintiff's selection of lead counsel.

3.      Attached hereto are true and correct copies of the following documents:

Exhibit A:    Erik Fjellborg's sworn certification pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:    Chart reflecting Erik Fjellborg's estimated losses, prepared by counsel;

Exhibit C:    Firm Resume of Kaplan Fox & Kilsheimer LLP; and

Exhibit D:    August 7, 2019 Notice of Pendency of this Class Action on Business Wire.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 7, 2019

                                                        */s/*        *Jeffrey P. Campisi*
                                                        Jeffrey P. Campisi

## CERTIFICATE OF SERVICE

I, Jeffrey P. Campisi, hereby certify that, on October 7, 2019, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

/s/        *Jeffrey P. Campisi*
Jeffrey P. Campisi