# EXHIBIT A

DocuSign Envelope ID: 2A45319F-D7E1-4CA3-9B5F-0A6E063DBB98

## CERTIFICATION

I, Erik Fjellborg, hereby certify and swear as follows:

1. I have reviewed a complaint against 2U, Inc. alleging violations of the securities laws and authorize the filing of a lead plaintiff motion.

2. I am willing to serve as a representative party on behalf of a class, or to be a member of a group representing a class, including providing testimony at deposition and trial, if necessary.

3. Within the 3-year period preceding the date hereof, I have not sought to serve or served as a representative party on behalf of a class in any action brought under the federal securities laws.

4. My transactions in 2U, Inc. securities during the proposed class period are set forth in Schedule A, which is attached hereto.

5. I did not purchase 2U, Inc. securities at the direction of my counsel, or in order to participate in any private action under the federal securities laws; and

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October ____, 2019
      10/4/2019

DocuSigned by:

*Erik Fjellborg*
C7292D64272A495...

ERIK FJELLBORG

**Schedule A**
**Erik Fjellborg's Transactions in 2U, Inc.'s Common Stock**

| Security Name | CUSIP | Transaction | Trade Date | Shares | Price |
|---|---|---|---|---|---|
| 2U, Inc. | 90214J101 | Buy | 3/28/2019 | 780 | $68.23 |
| 2U, Inc. | 90214J101 | Buy | 5/3/2019 | 780 | $60.85 |