# EXHIBIT B

## Erik Fjellborg

### Estimated Losses in 2U, Inc. (NASDAQ: TWOU) - Class period: 2/25/2019 - 7/30/2019

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **2U, Inc.** | | | | | | | |
| 2U, Inc. | 90214J101 | Buy | 3/28/2019 | 780 | $68.23 | $53,219.40 | |
| 2U, Inc. | 90214J101 | Buy | 5/3/2019 | 780 | $60.85 | $47,463.00 | |
| | | | | 1,560 | | $100,682.40 | |
| | | | | | | | |
| 2U, Inc. | | Retained* | | (1,560) | $16.88 | ($26,340.43) | |
| | | | | (1,560) | | ($26,340.43) | $74,341.97 |

*indicates the 90 day price average is subject to change.

** indicates the higher of the sale price on sale date or the average closing stock price from the end of the class period to sale date