**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re 2U, Inc. Securities Class Action | Case No. 1:19-cv-07390 |

**DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF AARON HARPER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD <u>COUNSEL</u>**

I, Lesley F. Portnoy, hereby declare as follows:

1.    I am a partner with the law firm Glancy Prongay & Murray LLP, counsel for lead plaintiff movant Aaron Harper ("Movant") and [proposed] lead counsel for the class in the above-captioned actions.    I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published August 7, 2019 on *Business Wire,* announcing the pendency of the securities class action against Defendants herein: *Harper v. 2U, Inc., et al.*, Case No. 1:19-cv-007390;

Exhibit B:    Signed PSLRA Certification of Movant;

Exhibit C:    Table of Movant's calculated losses, as a result of transactions in 2U, Inc. securities; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 7th day of October, 2019.

/s/ Lesley F. Portnoy
Lesley F. Portnoy

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 7, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 7, 2019, at Los Angeles, California.


*/s/ Lesley F. Portnoy*
Lesley F. Portnoy