# EXHIBIT C

## Loss Chart

**Company Name:**  2U, Inc.
**Ticker:**  TWOU
**Class Period:**  February 26, 2018 to July 30, 2019
**Name:**  Aaron Harper

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/9/2019 | 1,203 | $43.2200 | -$51,993.6600 | | $0.0000 | -$51,993.66 |
| 5/10/2019 | 116 | $43.2200 | -$5,013.5200 | | $0.0000 | -$5,013.52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **1,319** | | | | **Subtotal:** | **-$57,007.18** |
| | | | **90-Day Average Price\*** | **Shares Remaining** | **90-Day Average:** | $22,269.49 |
| | | | $16.8836 | 1,319 | **Total:** | **-$34,737.69** |

\*Using the average closing price between  July 31, 2019 and October 7, 2019.