**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| AARON HARPER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
|  | ) Case No.: 1:19-cv-07390-RA |
| Plaintiff, | ) |
|  | ) CLASS ACTION |
| v. | ) |
|  | ) |
| 2U, INC., CHRISTOPHER J. PAUCEK, and CATHERINE A. GRAHAM, | ) ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| ANNE M. CHINN, Individually and on Behalf of All Others Similarly Situated, | ) ) |
|  | ) Case No.: 1:19-cv-07479-RA |
| Plaintiff, | ) |
|  | ) CLASS ACTION |
| v. | ) |
|  | ) |
| 2U, INC., CHRISTOPHER J. PAUCEK and CATHERINE A. GRAHAM, | ) ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |

**NOTICE OF MOTION OF ANDERS-CHRISTIAN MOELLER TO CONSOLIDATE
RELATED ACTIONS, APPOINT LEAD PLAINTIFF, AND
APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

**PLEASE TAKE NOTICE** that the Class members and proposed Lead Plaintiff Anders-Christian Moeller ("Mr. Moeller"  or  "Movant") will move this Court, on a date and at such time as may be designated by the Court, for an order: (1) consolidating the above-captioned related actions pursuant to Fed. R. Civ. P. 42(a); (2) appointing Movant as Lead Plaintiff pursuant to the claims asserted herein, which arise under §§ 10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§78i, 78j(b) and 78t(a), and Rule 10b-5, 17 C.F.R. §240.10b-5; and (3) approving Movant's selection of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel on behalf of the proposed Class.

DATED: October 7, 2019                    Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*/s/ Melinda A. Nicholson*
Lewis S. Kahn
Melinda A. Nicholson (MN-6251)
Michael J. Palestina
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: Lewis.Kahn@ksfcounsel.com
Email: Melinda.Nicholson@ksfcounsel.com
Email: Michael.Palestina@ksfcounsel.com

-and-

J. Ryan Lopatka
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: J.Lopatka@ksfcounsel.com

*Counsel for Movant Anders-Christian*
*Moeller and Proposed Lead Counsel*
*for the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

*/s/ Melinda A. Nicholson*
Melinda A. Nicholson