**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AARON HARPER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>2U, INC., CHRISTOPHER J. PAUCEK, and CATHERINE A. GRAHAM,<br><br>Defendants. | Case No.: 1:19-cv-07390-RA<br><br>CLASS ACTION |
| ANNE M. CHINN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>2U, INC., CHRISTOPHER J. PAUCEK and CATHERINE A. GRAHAM,<br><br>Defendants. | Case No.: 1:19-cv-07479-RA<br><br>CLASS ACTION |

**DECLARATION OF MELINDA A. NICHOLSON IN SUPPORT OF THE MOTION OF ANDERS-CHRISTIAN MOELLER TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFF, AND APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

I, Melinda A. Nicholson, hereby declare as follows:

1.      I am a member in good standing of the New York and Louisiana Bars.  I am a partner of the law firm of Kahn Swick & Foti, LLC, proposed Lead Counsel for Lead Plaintiff Anders-Christian Moeller ("Movant").  I submit this Declaration in support of the Motion filed

by Movant to: (1) consolidate related cases; (2) appoint Lead Plaintiff; and (2) approve Proposed

Lead Plaintiff's choice of Lead Counsel for the Class.

2.  Attached hereto as Exhibits are true and correct copies of the following:

Exhibit A:    Certification of Anders-Christian Moeller along with a detailed listing of his transactions in 2U, Inc. securities from February 26, 2018 and July 30, 2019, inclusive.

Exhibit B:    Loss Chart of Anders-Christian Moeller reflecting his transactions in 2U, Inc. securities from February 26, 2018 and July 30, 2019, inclusive.

Exhibit C:    Published Notice on *Business Wire* on August 07, 2019 of the first securities class action complaint filed in this matter, in the United States District Court for Southern District of New York.

Exhibit D:    Firm Biography for Proposed Lead Counsel, Kahn Swick & Foti, LLC.

I declare under penalty of perjury under the laws of the state of New York that the foregoing

facts are true and correct.

Executed this 7th day of October, 2019, at New Orleans, Louisiana.

/s/ Melinda A. Nicholson
Melinda A. Nicholson