# EXHIBIT B

**2U, Inc. Securities Litigation**
**Anders Christian Moeller Loss Chart**

| | |
|---|---|
| **Class Period Begins:** | 2/26/2018 |
| **Class Period Ends:** | 7/30/2019 |
| **90-Day Lookback Ends:** | 10/28/2019 **NOT YET EXPIRED** |
| **90-Day Mean Trading Price:** | $    16.88 |

| PURCHASE DATE: | QUANTITY: | COST PER SHARE: | TOTAL COST: | SALES DATE: | PRICE PER SHARE: | TOTAL PROCEEDS: | GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|
| 5/8/2019 | 20,000 | $    44.71 | $  894,200.00 | **HELD\*** | $    16.88 | $  337,672.34 | $  (556,527.66) |

**HELD\*** = For shares purchased during the Class Period, but held through the end of the 90-day period immediately following it, damages are determined using "the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." *See* 15 U.S.C. § 78u–4(e)(1).  Here, the "mean trading price" is defined as "an average of the daily trading price of that security, determined as of the close of the market each day during the 90-day period" immediately following the Class Period. *See* 15 U.S.C. § 78u–4(e)(3).  Here, the mean trading price has been determined based on market data available through October 4, 2019.