**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AARON HARPER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> 2U, INC., CHRISTOPHER J. PAUCEK, and CATHERINE A. GRAHAM, <br><br> Defendants. | No. 1:19-cv-07390-RA <br><br> Judge Ronnie Abrams <br><br> <u>CLASS ACTION</u> <br><br> <u>ORAL ARGUMENT REQUESTED</u> |
| ANNE M. CHINN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> 2U, INC., CHRISTOPHER J. PAUCEK and CATHERINE A. GRAHAM, <br><br> Defendants. | 1:19-cv-07479-RA <br><br> Judge Ronnie Abrams |

**MOTION OF PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Proposed Lead Plaintiff Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers") respectfully moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) consolidating the above-captioned actions (the "Action"); (ii) appointing Chicago Teachers as Lead Plaintiff on behalf of the Class of all persons and entities that purchased or otherwise acquired 2U, Inc. ("2U" or the "Company") securities between February 26, 2018 and July 30, 2019, inclusive (the "Class Period"); (iii) approving Chicago Teachers' selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Chicago Teachers is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Chicago Teachers has the "largest financial interest" in the relief sought by the Class in this action. Chicago Teachers also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims, and because Chicago Teachers will fairly and adequately represent the Class. Further, Chicago Teachers is the paradigmatic Lead Plaintiff envisioned by Congress in enacting the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation that will provide effective monitoring and supervision of counsel.

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of Francis P. McConville, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Chicago Teachers respectfully requests that the Court grant its motion and enter an Order: (i) consolidating the above-captioned actions; (ii) appointing Chicago Teachers as Lead Plaintiff; (iii) approving Chicago Teachers' selection of Labaton Sucharow as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

DATED:  October 7, 2019

Respectfully submitted,

*/s/ Francis P. McConville*

Christopher J. Keller
Eric J. Belfi
Francis P. McConville
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Lead Plaintiff Movant
Public School Teachers' Pension &
Retirement Fund of Chicago, and Proposed
Lead Counsel for the Class*

2