**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| *In Re 2u, Inc., Securities Class Action* |

No. 1:19-cv-07390-RA

**NOTICE OF MOTION BY DEKALB COUNTY PENSION FUND FOR (1)**
**APPOINTMENT AS LEAD PLAINTIFF AND (2) APPROVAL OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Southern District of New York, DeKalb County Pension Fund will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) appointing DeKalb County Pension Fund as Lead Plaintiff in the Consolidated Action; (2) approving DeKalb County Pension Fund's selection of Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of James M. Wilson, Jr. and exhibits filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, DeKalb County Pension Fund respectfully requests that the Court: (1) appoint DeKalb County Pension Fund as Lead Plaintiff pursuant to the PSLRA; (2) approve Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: October 7, 2019

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:  */s/ James M. Wilson, Jr.*

Nadeem Faruqi
Lubna Faruqi
Robert W. Killorin (*Pro Hac Vice motion to be made*)
James M. Wilson, Jr.
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
E-mail: nfaruqi@faruqilaw.com

1

lfaruqi@faruqilaw.com
rkillorin@faruqilaw.com
jwilson@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff
DeKalb County Pension Fund and
[Proposed] Lead Counsel for the Class*