**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AARON HARPER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> 2U, INC., CHRISTOPHER J. PAUCEK, and CATHERINE A. GRAHAM, <br><br> Defendants. | No. 1:19-cv-07390-RA <br><br> Judge Ronnie Abrams <br><br> <u>CLASS ACTION</u> <br><br> <u>ORAL ARGUMENT REQUESTED</u> |
| ANNE M. CHINN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> 2U, INC., CHRISTOPHER J. PAUCEK and CATHERINE A. GRAHAM, <br><br> Defendants. | 1:19-cv-07479-RA <br><br> Judge Ronnie Abrams |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT**
**OF PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT**
**FUND OF CHICAGO'S MOTION FOR CONSOLIDATION APPOINTMENT**
<u>**AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**</u>

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am Of Counsel at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers") for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Chicago Teachers as Lead Plaintiff on behalf of the Class of all persons and entities that purchased or otherwise acquired 2U, Inc. securities between February 26, 2018 and July 30, 2019, inclusive; (iii) approving Chicago Teachers' selection of Labaton Sucharow LLP as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of Chicago Teachers, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Loss analysis for Chicago Teachers;

EXHIBIT C:   Notice of pendency of *Harper v. 2U, Inc.*, No. 19-cv-07390 (S.D.N.Y.), published on August 7, 2019; and

EXHIBIT D:   Firm Resume of Labaton Sucharow.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  October 7, 2019                    Respectfully submitted,

                                            */s/ Francis P. McConville*

                                            **LABATON SUCHAROW LLP**

Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
fmcconville@labaton.com