# Exhibit A

## CERTIFICATION

I, Charles A. Burbridge, as Executive Director of Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Chicago Teachers. I have reviewed a Complaint filed against 2U, Inc. ("2U") alleging violations of the federal securities laws and authorize the filing of a motion for lead plaintiff appointment;

2. Chicago Teachers did not purchase securities of 2U at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Chicago Teachers is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Chicago Teachers fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. Chicago Teachers' transactions in 2U securities during the Class Period are reflected in Exhibit A, attached hereto;

5. Chicago Teachers sought to serve as a lead plaintiff in the following class actions filed under the federal securities laws during the last three years:

*Galmi v. Teva Pharmaceutical Industries Limited*,
No. 2:16-cv-8259 (C.D. Cal.)
*In re RH, Inc. Securities Litigation*, No. 4:17-cv-0554 (N.D. Cal.)
*In re Dentsply Sirona, Inc. Securities Litigation*,
No. 1:18-cv-7253 (E.D.N.Y.)
*In re Spectrum Brands Securities Litigation*, No. 3:19-cv-0178 (W.D. Wis.)

6. Beyond its pro rata share of any recovery, Chicago Teachers will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 4th day of October, 2019.

Charles A. Burbridge
Executive Director
*Public School Teachers' Pension & Retirement Fund of Chicago*

## EXHIBIT A

## TRANSACTIONS IN 2U, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds |
|---|---|---|---|---|
| Purchase | 05/04/18 | 900.00 | $80.75 | ($72,678.60) |
| Purchase | 06/22/18 | 3,400.00 | $87.09 | ($296,102.60) |
| Purchase | 06/22/18 | 1,375.00 | $87.60 | ($120,450.00) |
| Purchase | 06/22/18 | 3,500.00 | $87.60 | ($306,600.00) |
| Purchase | 06/25/18 | 3,600.00 | $85.20 | ($306,723.60) |
| Purchase | 07/12/18 | 1,200.00 | $92.32 | ($110,780.28) |
| Purchase | 07/13/18 | 1,000.00 | $93.33 | ($93,325.20) |
| Purchase | 07/16/18 | 900.00 | $92.88 | ($83,591.19) |
| Purchase | 07/18/18 | 900.00 | $93.18 | ($83,864.79) |
| Purchase | 07/19/18 | 3,900.00 | $90.21 | ($351,833.04) |
| Purchase | 07/27/18 | 3,000.00 | $79.95 | ($239,862.30) |
| Purchase | 08/08/18 | 2,800.00 | $72.62 | ($203,347.76) |
| Purchase | 09/21/18 | 100.00 | $76.34 | ($7,634.00) |
| Purchase | 11/06/18 | 1,800.00 | $50.82 | ($91,483.38) |
| Purchase | 12/03/18 | 100.00 | $57.51 | ($5,751.00) |
| Purchase | 05/08/19 | 5,300.00 | $44.54 | ($236,062.00) |
| Purchase | 06/28/19 | 600.00 | $37.64 | ($22,584.00) |
| Sale | 06/28/19 | -900.00 | $37.64 | $33,876.00 |