# Exhibit B

**LOSS ANALYSIS**
**Class Period: 2/26/2018 to 7/30/2019**

**2U, Inc.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| TWOU | 90214J101 | BKWBZZ0 | US90214J1016 | $16.8742 [1] |

**Public School Teachers' Pension & Retirement Fund of Chicago**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | |
|---|---|---|---|---|---|
| Open | 02/26/18 | 56,900 | | | |
| Purchase | 05/04/18 | 900 | $80.7540 | ($72,678.60) | |
| Purchase | 06/22/18 | 3,400 | $87.0890 | ($296,102.60) | |
| Purchase | 06/22/18 | 1,375 | $87.6000 | ($120,450.00) | |
| Purchase | 06/22/18 | 3,500 | $87.6000 | ($306,600.00) | |
| Purchase | 06/25/18 | 3,600 | $85.2010 | ($306,723.60) | |
| Purchase | 07/12/18 | 1,200 | $92.3169 | ($110,780.28) | |
| Purchase | 07/13/18 | 1,000 | $93.3252 | ($93,325.20) | |
| Purchase | 07/16/18 | 900 | $92.8791 | ($83,591.19) | |
| Purchase | 07/18/18 | 900 | $93.1831 | ($83,864.79) | |
| Purchase | 07/19/18 | 3,900 | $90.2136 | ($351,833.04) | |
| Purchase | 07/27/18 | 3,000 | $79.9541 | ($239,862.30) | |
| Purchase | 08/08/18 | 2,800 | $72.6242 | ($203,347.76) | |
| Purchase | 09/21/18 | 100 | $76.3400 | ($7,634.00) | |
| Purchase | 11/06/18 | 1,800 | $50.8241 | ($91,483.38) | |
| Purchase | 12/03/18 | 100 | $57.5100 | ($5,751.00) | |
| Purchase | 05/08/19 | 5,300 | $44.5400 | ($236,062.00) | |
| Purchase | 06/28/19 | 600 | $37.6400 | ($22,584.00) | |
| **Class Period purchases:** | | **34,375** | | **($2,632,673.74)** | |
| Sale | 06/28/19 | -900 | $37.6400 | $33,876.00 | |
| **Class Period sales (matched to Class Period purchases):** | | **-900** | | **$33,876.00** | |
| Sale | 07/31/19 | -1,500 | $13.1483 | $19,722.45 | [2] |
| Sale | 08/01/19 | -10,000 | $13.4186 | $134,186.00 | [2] |
| Sale | 08/02/19 | -14,700 | $14.0670 | $206,784.90 | [2] |
| Sale | 08/05/19 | -7,275 | $13.8263 | $100,586.33 | [2] |
| **Post-Class Period sales (matched to Class Period purchases):** | | **-33,475** | | **$461,279.68** | |
| | | | **LIFO Gain/(Loss):** | **($2,137,518.06)** | |
| | | | **Total Shares Bought:** | **34,375** | |
| | | | **Total Net Shares:** | **33,475** | |
| | | | **Total Net Expenditures:** | **($2,598,797.74)** | |

[1] *Value of shares held is the mean trading price from 7/31/2019 to 10/7/2019.*

[2] *Pursuant to the PSLRA, the value of sales during the 90-day lookback period is either the sale price or the average price of date of sale, whichever is higher.*