**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re 2U, Inc., Securities Class Action | Case No. 1:19-cv-07390-RA |

**NOTICE OF MOTION OF THE EMPLOYEES RETIREMENT SYSTEM OF THE**
**PUERTO RICO ELECTRIC POWER AUTHORITY FOR APPOINTMENT AS LEAD**
**PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that proposed Lead Plaintiff the Employees' Retirement System of the Puerto Rico Electric Power Authority ("ERS-PREPA") will move this Court, on a date and at such time as may be designated by the Court, in Courtroom 1506 before the Honorable Ronnie Abrams, Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, New York, NY 10007, for an order: (i) appointing ERS-PREPA as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*; and (ii) approving ERS-PREPA's selection of Abraham, Fruchter & Twersky, LLP as Lead Counsel on behalf of the proposed class.  In support of this Motion, ERS-PREPA submits the accompanying Memorandum of Law, the Declaration of Mitchell M.Z. Twersky, and a [Proposed] Order.

Dated: October 7, 2019                 Respectfully submitted,

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

                    /s/ *Mitchell M.Z. Twersky*

Mitchell M.Z. Twersky (MT-6739)
Atara Hirsh (AH-6771)
Sean M. Handron-O'Brien (*Pro Hac Vice* Forthcoming)
One Penn Plaza, Suite 2805
New York, New York 10119
Tel. (212) 279-5050
Fax. (212) 279-3655
*MTwersky@aftlaw.com*
*AHirsh@aftlaw.com*
*SHandronobrien@aftlaw.com*

        - and -

Ian D. Berg (*Pro Hac Vice* Forthcoming)
Takeo A. Kellar (*Pro Hac Vice* Forthcoming)
11622 El Camino Real, Suite 100
San Diego, California 92130
Tel. (858) 764-2580
Fax. (858) 764-2582
*IBerg@aftlaw.com*
*TKellar@aftlaw.com*

1

*Attorneys for the Employees' Retirement System of the Puerto Rico Electric Power Authority, and Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury that on October 7, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Mitchell M.Z. Twersky*

Mitchell M.Z. Twersky
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel. (212) 279-5050
Fax. (212) 279-3655
*MTwersky@aftlaw.com*

3