**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re 2u, Inc., Securities Class Action* | No. 1:19-cv-07390-RA |

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF MOTION OF DEKALB COUNTY PENSION FUND FOR (1) APPOINTMENT AS LEAD PLAINTIFF AND (2) APPROVAL OF LEAD COUNSEL**

I, James M. Wilson, Jr., declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of the motion filed by DeKalb County Pension Fund for (1) appointment as Lead Plaintiff and (2) approval of DeKalb County Pension Fund's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the putative Class.

2.      Attached as Exhibits A through D are true and correct copies of the following documents:

Exhibit A:     First Notice of Pendency of a Class Action

Exhibit B:     PSLRA Certification of DeKalb County Pension Fund

Exhibit C:     Chart of DeKalb County Pension Fund's Losses

Exhibit D:     Firm Resume of Faruqi & Faruqi, LLP

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of October 2019 at New York, New York.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

1