UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| In re 2U, INC., SECURITIES CLASS ACTION | : | Civil Action No. 1:19-cv-07390-RA |
| | : | |
| | : | <u>CLASS ACTION</u> |
| | : | |
| This Document Relates To: | : | DECLARATION OF DAVID A. |
| | : | ROSENFELD IN SUPPORT OF MOTION |
| ALL ACTIONS. | : | FOR APPOINTMENT AS LEAD |
| | : | PLAINTIFF AND APPROVAL OF |
| | x | SELECTION OF LEAD COUNSEL |

4848-8284-3817.v1

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for movant National Elevator Industry Pension Fund (the "Pension Fund") and proposed lead counsel for the class in the above-captioned consolidated action.  I make this declaration in support of the Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of  Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of first-filed class action published in *Business Wire*, a national business-oriented wire service, on August 7, 2019;

Exhibit B:    The Pension Fund's Sworn Certification; and

Exhibit C:    Chart of the Pension Fund's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 7th day of October, 2019, at Melville, New York.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

- 1 -

4848-8284-3817.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 7, 2019, I caused to be served the foregoing document upon all counsel of record through filing of these materials with the Court's Case Management and Electronic Case Filing System.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
      & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4848-8284-3817.v1