# EXHIBIT A

**Glancy Prongay & Murray LLP Files Securities Class Action on Behalf of 2U, Inc. Investors (TWOU)**

LOS ANGELES-August 07, 2019-(<u>BUSINESS WIRE</u>)--<u>Glancy Prongay & Murray LLP</u> ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York, captioned *Harper v. 2U. Inc., et al.*, (Case No. 1:19-cv-07390), on behalf of persons and entities that purchased or otherwise acquired 2U, Inc. (NASDAQ: <u>TWOU</u>) ("2U" or the "Company") securities between February 25, 2019 and July 30, 2019, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have 60 days from the date of this notice to move the Court to serve as lead plaintiff in this action.

On May 7, 2019, the Company lowered its revenue guidance for fiscal 2019 to a range of $534 to $537 million, from prior guidance range of $546.6 to $550.8 million, due to declining average enrollments in some of its largest graduate programs.

On this news, the Company's share price fell $15.16, or nearly 26%, to close at $44.77 per share on May 8, 2019, on unusually heavy trading volume.

Then on July 30, 2019, after the market closed, the Company reported a larger-than-expected loss for second quarter 2019. The Company also revised its guidance for fiscal 2019, expecting a net loss between $157.5 and $151.5 million, compared to prior net loss guidance between $79.0 and $77.2 million, because it would "moderate [its] grad program launch cadence."

On this news, the Company's share price fell $23.70, or nearly 65%, to close at $12.80 per share on July 31, 2019, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company faced increasing competition in online education and particularly regarding graduate programs; (2) that the Company faced certain program-specific issues that negatively impacted its performance; (3) that, as a result, the Company's business model was not sustainable; (4) that the Company would slow its program launches; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.
Follow us for updates on Twitter: <u>twitter.com/GPM_LLP</u>
.
If you purchased 2U securities during the Class Period, you may move the Court no later than 60 days from the date of this notice to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to <u>shareholders@glancylaw.com</u>, or visit our website at <u>www.glancylaw.com</u>. If you inquire by email please include your mailing address, telephone number and number of shares purchased.
Contacts
Glancy Prongay and Murray LLP, Los Angeles
Lesley Portnoy, 310-201-9150 or 888-773-9224
<u>www.glancylaw.com</u>
<u>shareholders@glancylaw.com</u>