# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **National Elevator Industry Pension Fund** | 05/25/2018 | 523 | $89.28 | $46,693.02 | 07/31/2019 | 13,916 | $17.49 | $243,336.57 | |
| | 07/02/2018 | 173 | $82.77 | $14,318.35 | 08/27/2019 | 9,843 | $17.33 | $170,586.07 | |
| | 07/02/2018 | 234 | $84.23 | $19,709.66 | 08/28/2019 | 6,370 | $17.24 | $109,802.24 | |
| | 07/03/2018 | 870 | $85.30 | $74,209.87 | 08/29/2019 | 9,033 | $17.70 | $159,883.20 | |
| | 08/03/2018 | 208 | $75.36 | $15,673.84 | 08/30/2019 | 2,931 | $17.73 | $51,960.18 | |
| | 08/03/2018 | 208 | $75.55 | $15,714.40 | | | | | |
| | 08/03/2018 | 725 | $75.59 | $54,805.14 | | | | | |
| | 08/03/2018 | 909 | $75.54 | $68,666.04 | | | | | |
| | 08/06/2018 | 296 | $77.23 | $22,860.08 | | | | | |
| | 08/06/2018 | 538 | $77.87 | $41,892.23 | | | | | |
| | 08/14/2018 | 2,016 | $73.49 | $148,156.65 | | | | | |
| | 10/10/2018 | 985 | $67.19 | $66,184.71 | | | | | |
| | 11/06/2018 | 4,984 | $53.70 | $267,633.82 | | | | | |
| | 12/14/2018 | 18,126 | $56.02 | $1,015,371.37 | | | | | |
| | 05/08/2019 | 543 | $44.15 | $23,970.74 | | | | | |
| | 05/08/2019 | 1,811 | $45.00 | $81,485.95 | | | | | |
| | 05/08/2019 | 3,073 | $44.48 | $136,691.96 | | | | | |
| | 06/27/2019 | 2,136 | $36.92 | $78,853.64 | | | | | |
| | 06/28/2019 | 3,735 | $37.08 | $138,475.13 | | | | | |
| **Movant's Total** | | **42,093** | | **$2,331,366.59** | | **42,093** | | **$735,568.25** | **($1,595,798.34)** |

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded to two decimal places.