UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE 2U, INC., SECURITIES CLASS ACTION | Master File No. 1:19-cv-7390-RA-DCF |

**NOTICE OF MOTION AND MOTION OF
THE 2U INVESTOR GROUP FOR APPOINTMENT AS
<u>LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Edward Hackman and Herbert Saunders (together, the "2U Investor Group" or "Movant") will and hereby does respectfully move this Court for an Order: (1) appointing Movant as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, on behalf of a class consisting of all persons or entities, other than defendants, that purchased or otherwise acquired 2U, Inc. securities between February 26, 2018 and July 30, 2019, inclusive; (2) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel for the putative class; and (3) granting such other and further relief as the Court may deem just and proper.

This Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of W. Scott Holleman, the [Proposed] Order Appointing Movant as Lead Plaintiff and Approving Movant's Selection of BES as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

DATED: October 7, 2019                    Respectfully submitted,

                                          **BRAGAR EAGEL & SQUIRE, P.C.**

                                          By: */s/ W. Scott Holleman*
                                          W. Scott Holleman
                                          885 Third Avenue, Suite 3040
                                          New York, NY 10022
                                          Telephone:  (646) 860-9449
                                          Facsimile:  (212) 214-0506
                                          Email: holleman@bespc.com

                                          *Counsel for Movant and Proposed*
                                          *Lead Counsel for the Class*

1

**CERTIFICATE OF SERVICE**

I, W. Scott Holleman, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 7th day of October, 2019.

/s/ W. Scott Holleman
W. Scott Holleman

2