**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re 2U, Inc., Securities Class Action | Case No. 1:19-cv-07390-RA |

**DECLARATION OF MITCHELL M.Z. TWERSKY IN SUPPORT OF THE MOTION OF THE EMPLOYEES' RETIREMENT SYSTEM OF THE PUERTO RICO ELECTRIC POWER AUTHORITY FOR APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Mitchell M.Z. Twersky, declare as follows:

1.      I am a Partner of the law firm of Abraham, Fruchter & Twersky, LLP ("AF&T"), attorneys for the Employees' Retirement System of the Puerto Rico Electric Power Authority ("ERS-PREPA"), and proposed lead counsel for the class.  I am a member of the Bar of the State of New York and have been admitted to this Court.

2.      I submit this Declaration in support of the Motion of ERS-PREPA for: (i) appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq*.; and (ii) approval of ERS-PREPA's selection of the law firm of AF&T to serve as Lead Counsel for the class.

3.      Attached as **Exhibit 1** is a true and correct copy of the notice of the filing of the complaint in *Harper v. 2U, Inc., et al*., No. 1:19-cv-07390-RA (S.D.N.Y.) that was published by Glancy Prongay & Murray LLP through *Business Wire* on August 7, 2019.

4.      Attached as **Exhibit 2** is a true and correct copy of the Certification of ERS-PREPA, which includes a list of ERS-PREPA's transactions in 2U, Inc. Common Stock.

5.      Attached as **Exhibit 3** is a copy of the firm resume of AF&T.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on October 7, 2019.

By:    ___*/s/ Mitchell M.Z. Twersky*___
                   Mitchell M.Z. Twersky

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury that on October 7, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Mitchell M.Z. Twersky*

Mitchell M.Z. Twersky
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel. (212) 279-5050
Fax. (212) 279-3655
*MTwersky@aftlaw.com*