# EXHIBIT 2

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, María Hernández Ramírez, on behalf of the Employees' Retirement System of the Puerto Rico Electric Power Authority ("ERS-PREPA"), certify under penalties of perjury that the following is true and correct:

1.  I am the Acting Administrator of ERS-PREPA and am authorized to make this certification on its behalf.

2.  ERS-PREPA has reviewed the complaint and has authorized its filing in the United States District Court for the Southern District of New York.

3.  ERS-PREPA did not purchase or otherwise acquire the securities that are the subject of this action at the direction of ERS-PREPA's counsel or in order to participate in this or any private action under the federal securities laws or any other laws.

4.  ERS-PREPA is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.  All of ERS-PREPA's transactions in 2U, Inc. securities during the alleged class period of February 26, 2018 through July 30, 2019 ("Class Period"), are attached as Schedule A.

6.  During the three years prior to the date of this certification, ERS-PREPA has sought to serve as a representative on behalf of a class in the following actions filed under the federal securities laws:

> *Makhlouf v. Tailored Brands, Inc., et al.*, No. 4:16-cv-00838 (S.D. Tex. 2016)
>
> *Schaffer v. Horizon Pharma PLC., et al.*, No. 1:16-cv-01763 (S.D.N.Y. 2016)
>
> *Doshi v. General Cable Corporation, et al.*, No. 2:17-cv-00025 (E.D. Ky. 2017)

*Norman v. SCANA Corporation et al.*, No. 3:17-cv-02616 (D.S.C. 2017)[1]

*Bowers v. Tesaro Incorporated et al.*, No. 1:18-cv-10086 (D. Mass. 2018)

*Government Employees' Retirement System of the Virgin Islands et al v. WageWorks, Inc., et al.*, No. 4:18-cv-01523 (N.D. Cal. 2018)

*Plymouth County Retirement System v. Patterson Companies, Inc. et al.*, No. 0:18-cv-00871 (D. Minn. 2018)

*Kirkland v. WideOpenWest, Inc. et al.*, No. 653248/2018 (N.Y. Sup. Ct. 2018)[2]

*Keippel v. Health Insurance Innovations, Inc.*, No. 8:19-cv-00421 (M.D. Fla. 2019)

*Employees' Retirement System of the Puerto Rico Electric Power Authority v. Conduent, Inc. et al.*, No. 2:19-cv-082387 (D.N.J. 2019)

*Nikolov v. Livent Corporation et al.*, No. 2:19-cv-02218 (E.D. Pa. 2019)

7.    ERS-PREPA will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

Executed this ___ day of _____, 2019.

**María Hernández Ramírez**
Administrator, ERS-PREPA

---

[1]    This case was consolidated with *Fox v. SCANA Corporation et al.*, Docket No. 3:17-cv-03063 (D.S.C.); *Evans v. SCANA Corporation et al.*, Docket No. 3:17-cv-02683 (D.S.C.); and *West Palm Beach Firefighters' Pension Fund v. SCANA Corporation et al.*, Docket No. 3:17-cv-03141 (D.S.C).

[2]    This case was consolidated with *Fiore v. WideOpenWest, Inc.*, No. 156404/2018 (N.Y. Sup. Ct. 2018); and *Employees' Retirement System of the Puerto Rico Electric Power Authority v. WideOpenWest, Inc.*, No. 653801/2018 (N.Y. Sup. Ct. 2018).

2

## Schedule A

### Transactions in 2U, Inc. During the Class Period
### of February 26, 2018 Through July 30, 2019

| Trade Date | Transaction Type | Shares | Price Per Share | Total Amount |
|---|---|---|---|---|
| Class Period Opening Balance | | 0 | | |
| 05/04/2018 | Purchase | 700 | 84.9857 | ($59,489.99) |
| 05/04/2018 | Purchase | 200 | 80.2280 | ($16,045.60) |
| 05/15/2018 | Purchase | 400 | 92.8082 | ($37,123.28) |
| 05/16/2018 | Purchase | 200 | 92.9500 | ($18,590.00) |
| 05/17/2018 | Purchase | 1,500 | 93.8690 | ($140,803.50) |
| 05/21/2018 | Sale | (200) | 96.6947 | $19,338.94 |
| 05/23/2018 | Purchase | 1,400 | 88.5616 | ($123,986.24) |
| 05/23/2018 | Purchase | 3,400 | 90.0000 | ($306,000.00) |
| 05/30/2018 | Purchase | 400 | 92.7853 | ($37,114.12) |
| 06/11/2018 | Purchase | 200 | 93.0058 | ($18,601.16) |
| 06/14/2018 | Purchase | 100 | 97.0785 | ($9,707.85) |
| 06/21/2018 | Purchase | 700 | 90.1589 | ($63,111.23) |
| 06/22/2018 | Purchase | 100 | 86.5250 | ($8,652.50) |
| 06/22/2018 | Purchase | 200 | 87.4144 | ($17,482.88) |
| 06/25/2018 | Purchase | 200 | 86.4162 | ($17,283.24) |
| 07/03/2018 | Purchase | 500 | 85.8512 | ($42,925.60) |
| 07/19/2018 | Purchase | 500 | 89.7249 | ($44,862.45) |
| 07/20/2018 | Sale | (1,000) | 89.1846 | $89,184.60 |
| 08/07/2018 | Purchase | 900 | 75.9211 | ($68,328.99) |
| 08/09/2018 | Purchase | 400 | 72.5900 | ($29,036.00) |
| 08/09/2018 | Purchase | 400 | 72.5900 | ($29,036.00) |
| 09/13/2018 | Purchase | 900 | 83.4078 | ($75,067.02) |
| 09/24/2018 | Purchase | 1,000 | 75.4000 | ($75,400.00) |
| 11/08/2018 | Sale | (700) | 57.6758 | $40,373.06 |
| 11/13/2018 | Sale | (700) | 52.3400 | $36,638.00 |
| 01/31/2019 | Sale | (200) | 57.1047 | $11,420.94 |
| 02/11/2019 | Purchase | 400 | 61.5079 | ($24,603.16) |
| 02/12/2019 | Purchase | 300 | 63.6449 | ($19,093.47) |
| 02/13/2019 | Purchase | 100 | 65.4167 | ($6,541.67) |
| 02/13/2019 | Purchase | 100 | 65.0362 | ($6,503.62) |

3

| Trade Date | Transaction Type | Shares | Price Per Share | Total Amount |
|---|---|---|---|---|
| 02/13/2019 | Purchase | 100 | 64.8200 | ($6,482.00) |
| 04/15/2019 | Purchase | 400 | 64.5894 | ($25,835.76) |
| 04/15/2019 | Purchase | 300 | 64.5689 | ($19,370.67) |
| 06/18/2019 | Sale | (500) | 36.2590 | $18,129.50 |
| 06/19/2019 | Sale | (500) | 38.1380 | $19,069.00 |
| Class Period Ending Balance | | 12,200 | | |