UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON HARPER, Individually and On Behalf of All Others Similarly Situated, | Case No.  1:19-cv-07390-RA |
| Plaintiff, | |
| v. | |
| 2U, INC., CHRISTOPHER J. PAUCEK, and CATHERINE A. GRAHAM, | |
| Defendants. | |
| ANNE M. CHINN, Individually and On Behalf of All Others Similarly Situated, | Case No.  1:19-cv-07479-RA |
| Plaintiff, | |
| v. | |
| 2U, INC., CHRISTOPHER J. PAUCEK and CATHERINE A. GRAHAM, | |
| Defendants. | |

**NOTICE OF MOTION OF FIYYAZ PIRANI FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Fiyyaz Pirani ("Pirani"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Pirani as Lead Plaintiff on behalf of persons and entities that purchased or otherwise acquired 2U, Inc. securities between February 26, 2018 and July 30, 2019, inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  October 7, 2019

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Lead Plaintiff Movant*
*and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165

1

Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email:  peretz@bgandg.com

*Additional Counsel for Lead Plaintiff Movant*

2