UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE 2U, INC., SECURITIES CLASS ACTION | Master File No. 1:19-cv-7390-RA-DCF |

**DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT
OF THE 2U INVESTOR GROUP'S MOTION FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, W. Scott Holleman, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for lead plaintiff movants Edward Hackman and Herbert Saunders (together, the "2U Investor Group" or "Movant") and proposed lead counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Bragar Eagel & Squire, P.C. as Lead Counsel for the Class.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:      Certifications signed by each member of the 2U Investor Group, attaching their securities during the Class Period in Schedule A(s), thereto;

Exhibit B:      Chart detailing Movant's combined financial losses;

Exhibit C:      Movant's Joint Declaration;

Exhibit D:      Press release published August 7, 2019, on *Business Wire* announcing the pendency of the securities class action against Defendants herein:  *Harper v. 2U, Inc., et al.*, Case No. 1:19-cv-07390; and

Exhibit E:     Bragar Eagel & Squire, P.C. résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 7th day of October, 2019.

*/s/ W. Scott Holleman*
W. Scott Holleman