# Exhibit B

**2U, Inc. (NASDAQ: TWOU)**

| | |
|---|---|
| **Company Name** | 2U, Inc. |
| **Ticker Symbol** | TWOU |
| **Class Period Start** | 02/26/2018 |
| **Class Period End** | 07/30/2019 |
| **90 Day Average Price** | $16.884 |

| Movant | Loss |
|---|---|
| Edward Hackman | ($34,515.54) |
| Herbert Saunders | ($5,517.20) |
| **Total Loss** | ($40,032.74) |

**Loss Chart**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name** | 2U, Inc. | | | | | |
| **Client Name** | Edward Hackman | | | **LIFO Loss** | **($34,515.54)** | |
| **Ticker Symbol** | TWOU | | | | | |
| **Class Period Start** | 02/26/2018 | | | | | |
| **Class Period End** | 07/30/2019 | | | | | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 5/1/2019 | 373 | $66.91 | ($24,957.43) | | | ($24,957.43) |
| 5/10/2019 | 840 | $35.76 | ($30,038.40) | | | ($30,038.40) |
| | | | | | **Subtotal** | ($54,995.83) |
| **Shares Retained** | | **90-Day Average Price** | | | **Retained Shares Value** | $20,480.29 |
| 1,213 | | $16.884 | | | **Total** | ($34,515.54) |

**Loss Chart**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name** | 2U, Inc. | | | | **LIFO Loss** | **($5,517.20)** |
| **Client Name** | Herbert Saunders | | | | | |
| **Ticker Symbol** | TWOU | | | | | |
| **Class Period Start** | 02/26/2018 | | | | | |
| **Class Period End** | 07/30/2019 | | | | | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 5/8/2019 | 200 | $44.47 | ($8,894.00) | | | ($8,894.00) |
| | | | | | **Subtotal** | ($8,894.00) |
| **Shares Retained** | | **90-Day Average Price** | | | **Retained Shares Value** | $3,376.80 |
| 200 | | $16.884 | | | **Total** | ($5,517.20) |