UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON HARPER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>2U, INC., CHRISTOPHER J. PAUCEK, and CATHERINE A. GRAHAM,<br><br>Defendants. | Case No.  1:19-cv-07390-RA |
| ANNE M. CHINN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>2U, INC., CHRISTOPHER J. PAUCEK and CATHERINE A. GRAHAM,<br><br>Defendants. | Case No.  1:19-cv-07479-RA |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF FIYYAZ PIRANI FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.     I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Fiyyaz Pirani ("Pirani"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.     I make this Declaration in support of Pirani's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff, and approval of his selection of Pomerantz as Lead Counsel for the Class.

3.     Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Loss chart of Pirani;

Exhibit B:    Press release published over *Business Wire* on August 7, 2019, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:    Shareholder Certification of Pirani; and

Exhibit D:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 7, 2019, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1