# EXHIBIT A

**2U, Inc. (TWOU)**
**Class Period: February 26, 2018 through July 30, 2019**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 66-Day* Mean Price $16.8836 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pirani, Fiyyaz | 8/1/2018 | 15,000 | $77.1224 | ($1,156,836) | | | | | | | |
| Pirani, Fiyyaz | 8/8/2018 | 5,000 | $73.5000 | ($367,500) | | | | | | | |
| Pirani, Fiyyaz | 11/12/2018 | 10,000 | $52.9021 | ($529,021) | | | | | | | |
| Pirani, Fiyyaz | 5/7/2019 | 386 | $49.9000 | ($19,261) | | | | | | | |
| Pirani, Fiyyaz | 5/8/2019 | 9,614 | $49.9449 | ($480,170) | | | | | | | |
| Pirani, Fiyyaz | 5/8/2019 | 10,000 | $48.9218 | ($489,218) | | | | | | | |
| Pirani, Fiyyaz | 5/9/2019 | 10,000 | $44.9000 | ($449,000) | | | | | | | |
| Pirani, Fiyyaz | 5/9/2019 | 10,000 | $42.6000 | ($426,000) | | | | | | | |
| Pirani, Fiyyaz | 5/28/2019 | 10,000 | $39.9325 | ($399,325) | | | | | | | |
| **Pirani, Fiyyaz** | | **80,000** | | **($4,316,331)** | | | | | **80,000** | **$1,350,689** | **($2,965,641)** |

*Avg Closing Prices from July 31, 2019 to October 4, 2019