**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re 2U, Inc., Securities Class Action | Case No.: 1:19-cv-7390-RA |
| | **NOTICE OF MOTION** |
| This Document Relates To: | **ORAL ARGUMENT** |
| ALL ACTIONS. | **REQUESTED** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Matthew Norden dated October 16, 2019, and the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of 2U, Inc., Christopher J. Paucek, and Catherine A. Graham, before the Honorable Ronnie Abrams in Courtroom 1506 of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an Order pursuant to 28 U.S.C. § 1404(a), to transfer this matter to the Maryland District Court.

Dated:      October 16, 2019           Respectfully submitted,
            Washington, D.C.

                                      **LATHAM & WATKINS LLP**

                                      /s/ J. Christian Word
                                      J. Christian Word (*pro hac vice*)
                                      555 Eleventh Street, NW
                                      Suite 1000
                                      Washington, D.C. 20004
                                      Telephone: (202) 637-2200
                                      Facsimile: (202) 637-2201
                                      Email: christian.word@lw.com

                                      *Attorney for Defendants 2U, Inc.,*
                                      *Christopher J. Paucek, and Catherine A.*
                                      *Graham*