UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re 2U, Inc., Securities Class Action<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | Case No.: 1:19-cv-7390-RA |

## DECLARATION OF MATTHEW NORDEN IN SUPPORT OF DEFENDANTS' MOTION FOR TRANSFER OF VENUE TO THE DISTRICT OF MARYLAND PURSUANT TO 28 U.S.C. § 1404(a)

I, Matthew Norden, declare as follows:

1.      I am the Co-General Counsel for 2U, Inc. ("2U"). I have personal knowledge of the facts set forth in this Declaration and can testify competently thereto.

2.      2U is a Delaware corporation that maintains its headquarters in Lanham, Maryland.

3.      2U is a global leader in education technology that partners with nonprofit colleges and universities to offer online graduate programs, short courses, boot camps, and certificates for students and working adults.

4.      Most of 2U's corporate officers and heads of 2U's marketing, finance, strategy and engagement, human resources, and legal departments work at the Maryland headquarters.

5.      The press releases cited in the complaints filed in this action were prepared at and disseminated from the Maryland headquarters.

6.      All but one of 2U's quarterly earnings conference calls cited in the complaints filed in this action occurred at the Maryland headquarters. 2U's quarterly earnings conference call on May 3, 2018, took place in Boston, Massachusetts.

7.      All 2U employees who had a meaningful role in drafting or disseminating 2U's earnings results, projections, and/or reports are located at the Maryland headquarters.

8.      2U has two offices in the state of New York, located in Brooklyn and Manhattan. No employees who work in the New York offices had a meaningful role in preparing or disseminating the press releases cited in the complaints filed in this action. No employees who work in the New York offices spoke on the quarterly earnings conference calls cited in the complaints filed in this action.

9.      There are only a few 2U employees who are located in New York and had some involvement in the earnings process. These employees frequently travel to the Company's headquarters in Maryland on business.

10.     Christopher Paucek works at 2U's headquarters in Lanham, Maryland, and resides in Annapolis, MD.

11.     Catherine Graham works at 2U's headquarters in Lanham, Maryland, and resides in Chevy Chase, MD.

12.     The documents related to the subject matters discussed in the press releases and earnings calls cited in the complaints are located at the Maryland headquarters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October _16_, 2019 at Lanham, Maryland.

Matthew Norden