UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE 2U, INC., SECURITIES CLASS ACTION | Master File No. 1:19-cv-7390-RA-DCF |

**NOTICE OF WITHDRAWAL OF MOTION OF**
**THE 2U INVESTOR GROUP FOR APPOINTMENT**
**<u>AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Edward Hackman and Herbert Saunders (together, the "2U Investor Group" or "Movant") hereby withdraw their Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.  ECF No. 35.  Having reviewed the competing motions filed in this Action, Movant does not appear to have the largest financial interest in the relief sought by the class.  This withdrawal shall have no impact on the members of the 2U Investor Group's membership in the putative class, their right to share in any recovery obtained for the benefit of the class members, and/or their ability to serve as a representative party should the need arise.

DATED: October 18, 2019                    Respectfully submitted,


                                           **BRAGAR EAGEL & SQUIRE, P.C.**

                                           By: */s/ W. Scott Holleman*
                                           W. Scott Holleman
                                           885 Third Avenue, Suite 3040
                                           New York, NY 10022
                                           Telephone:  (646) 860-9449
                                           Facsimile:  (212) 214-0506
                                           Email: holleman@bespc.com

                                           *Counsel for Movant*


1

## **CERTIFICATE OF SERVICE**

I, W. Scott Holleman, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 18th day of October, 2019.

*/s/ W. Scott Holleman*
W. Scott Holleman