UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re 2U, INC., SECURITIES CLASS ACTION | x : : : : : : : : : : x | Civil Action No. 1:19-cv-07390-RA<br><br>CLASS ACTION<br><br>NATIONAL ELEVATOR INDUSTRY PENSION FUND'S RESPONSE TO COMPETING LEAD PLAINTIFF MOTIONS |
| This Document Relates To:<br><br>    ALL ACTIONS. | | |

4850-4344-0042.v1

Nine competing motions were filed by investors pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") seeking appointment as lead plaintiff. *See* ECF Nos. 11, 13, 17, 21, 24, 27, 31, 35, 39. The PSLRA instructs courts to appoint as lead plaintiff the presumptively "most adequate plaintiff," that is the movant which both: (1) possesses "the largest financial interest in the relief sought by the class"; and (2) "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure." 15 U.S.C. §78u-4(a)(3)(B)(iii)(I).

Here, while the National Elevator Industry Pension Fund (the "Pension Fund") is a sophisticated and experienced institutional investor which suffered over $1,595,000 in losses and demonstrated that it satisfies the Rule 23 requirements, it does not appear that that Pension Fund's loss is the largest at this time. If the Court determines that the movants that claim a larger financial interest are unable, unwilling, or unqualified to serve as lead plaintiff, the Pension Fund stands ready, willing, and able to fulfill that role on behalf of the class.

DATED: October 21, 2019

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
VINCENT M. SERRA

s/ *David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

- 1 -

4850-4344-0042.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
BRIAN E. COCHRAN
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
bcochran@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
JOHN M. McINTIRE
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC  20015
Telephone:  202/362-0041
202/362-2640 (fax)
lmalone@odonoghuelaw.com
jmcintire@odonoghuelaw.com

Additional Counsel for [Proposed] Lead Plaintiff

- 2 -

## <u>DECLARATION OF SERVICE BY FACSIMILE</u>

I hereby certify that on October 21, 2019, I caused to be served the foregoing document upon all counsel of record through filing of these materials with the Court's Case Management and Electronic Case Filing System.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4850-4344-0042.v1