**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re 2U, Inc. Securities Class Action | No. 1:19-cv-07390-RA<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF FRANCIS P. MCCONVILLE IN FURTHER
SUPPORT OF PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT
FUND OF CHICAGO'S MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am Of Counsel at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in further support of the motion filed by Proposed Lead Plaintiff Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers") for the entry of an Order: (i) appointing Chicago Teachers as Lead Plaintiff on behalf of the Class of all persons and entities that purchased or otherwise acquired 2U, Inc. securities between February 26, 2018 and July 30, 2019, inclusive; (ii) approving Chicago Teachers' selection of Labaton Sucharow as Lead Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through B are true and correct copies of the following documents:

EXHIBIT A:   Order re: Proposed Lead Plaintiffs, *Desilvio v. Lion Biotechnologies, Inc.*, No. 17-cv-02086 (N.D. Cal. July 7, 2017), ECF No. 35; and

EXHIBIT B:   Lead Plaintiff Order, *In re Snap, Inc. Sec. Litig.*, No. 17-cv-03679 (C.D. Cal. Sept. 18, 2017), ECF No. 54.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  November 15, 2019                    Respectfully submitted,

/s/ Francis P. McConville

**LABATON SUCHAROW LLP**
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
fmcconville@labaton.com