```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/19/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON HARPER, *individually and on behalf of all others similarly situated,*

                         Plaintiff,

              v.

2U, INC., CHRISTOPHER J. PAUCKE, CATHERINE A. GRAHAM,

                         Defendants.

19-CV-7390 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On August 7, 2019, Plaintiff Aaron Harper filed a class action lawsuit on behalf of a class of investors who purchased or otherwise acquired 2U securities between February 25, 2019 through July 30, 2019. The complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("1934 Act"). After Plaintiff Harper filed a notice advising members of the purported class of the pendency of the action pursuant to 15 U.S.C. § 78u-4(a)(3)(A), nine members of the purported class moved for appointment as lead plaintiff, approval of selection of lead counsel, and consolidation. Only the motions of Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers") and Fiyyaz Pirani remain pending before the Court.[1] A conference to consider motions for appointment of lead plaintiff and lead counsel and for consolidation is presently scheduled for December 6, 2019.

On October 16, 2019, Defendants filed a motion to transfer this action to the United States District Court for the District of Maryland and requested oral argument. No Plaintiff has

---

[1] Plaintiffs Anders-Christian Moeller, Erik Fjellborg, Employees Retirement System of the Puerto Rico Electric Power Authority, DeKalb County Employees Retirement Plan, Aaron Harper, National Elevator Industry Pension Fund all filed notices of non-opposition to the competing motions for appointment as lead plaintiff, Dkt. 44, 49, 51, 52, 53, 54, and Plaintiff 2U Investor Group withdrew its motion, Dkt. 50.

filed a response to Defendants' motion to transfer. By November 25, 2019, Plaintiffs Chicago Teachers and Pirani shall inform the Court as to whether they oppose Defendants' motion to transfer, and if so, propose a date for their response.

SO ORDERED.

Dated:   November 19, 2019
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge