UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re 2U, Inc. Securities Class Action | No. 1:19-cv-07390-RA <br><br> CLASS ACTION |

**REPLY DECLARATION OF JEREMY A. LIEBERMAN IN FURTHER
SUPPORT OF MOTION OF FIYYAZ PIRANI FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.    I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Fiyyaz Pirani ("Pirani"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.    I make this Declaration in further support of Pirani's motion for appointment as Lead Plaintiff and approval of his selection of Pomerantz as Lead Counsel for the Class.

3.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Declaration of Pirani; and

Exhibit B:    Certification of Pirani filed in *Dennee v. Slack Technologies, Inc.*, 3:19-cv-05857 (N.D. Cal.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 22, 2019, at New York, New York.

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman

1