# EXHIBIT A

**DECLARATION OF FIYYAZ PIRANI IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Fiyyaz Pirani, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff and approval of my selection of Pomerantz LLP as Lead Counsel in the instant class action on behalf of investors in the securities of 2U, Inc. ("2U" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I live in Houston, Texas.  I am a technology entrepreneur and have co-founded and served as an executive of several companies.  I am the Chief Executive Officer of HealthLabs.com. I have been investing in the securities markets for more than ten years.

3.      As reflected in my Certification, I purchased 2U securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.  Accordingly, I have a material interest and incentive in prosecuting this case on behalf of investors in 2U securities.

4.      On August 6, 2019, I reviewed a draft complaint—that is, a complaint that had not been filed—against 2U and the other defendants in this action and executed a Certification in which I authorized the filing of a comparable complaint on my behalf.  Dkt. No. 43-3 ¶ 2.

5.      The schedule of transactions in 2U securities appended to my Certification (Dkt. No. 43-3 at *4) fully and accurately reflects my transactions in 2U securities during the operative Class Period in this litigation—*i.e.*, between February 26, 2018 and July 30, 2019, both dates inclusive.

6.      My counsel has kept me informed throughout this litigation of all significant developments.  Prior to the filing of a motion for appointment as lead plaintiff on my behalf, I

1

discussed serving as lead plaintiff with my counsel, understood the responsibilities of serving as a lead plaintiff (as set forth below) and authorized the filing of such motion. Since the filing of my lead plaintiff motion, I have continued to communicate with my counsel regarding, *inter alia*, the procedural posture of the action and the status of my pending motion.

7.      I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation. I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is required or requested by the Court, participate in discovery (including traveling for my deposition, if necessary, and providing evidence relating to my investment in 2U securities), participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class as well as approve any attorneys' fee and cost requests by counsel. I am able and willing to perform all of these duties on behalf of the class members.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed this 21 day of November, 2019.

DocuSigned by:

**Fiyyaz Pirani**

6CEE8EBCD9634D5...

Fiyyaz Pirani

2