**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| AARON HARPER, Individually and on Behalf of All Others Similarly Situated, | No. 8:19-cv-03455-TDC |
| Plaintiff, | CLASS ACTION |
| v. | |
| 2U, INC., CHRISTOPHER J. PAUCEK, and CATHERINE A. GRAHAM, | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers") respectfully submits this Notice of Withdrawal with respect to its Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion").

On October 7, 2020, Chicago Teachers filed its Motion in the above-captioned action (the "Action"). *See* ECF No. 21. Based upon a review of the motions and supporting documentation provided by the other movants seeking appointment as Lead Plaintiff, it appears that Chicago Teachers does not possess the "largest financial interest in the relief sought by the class," as required by the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

Accordingly, Chicago Teachers hereby withdraws its Motion. Chicago Teachers reserves any and all rights to participate in any recovery in the Action.

DATED: March 12, 2020

Respectfully submitted,

*/s/ Francis P. McConville*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Public School Teachers'*
*Pension & Retirement Fund of Chicago*