**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| AARON HARPER,<br>*Individually and on behalf of all others*<br>*similarly situated*,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>2U, INC.,<br>CHRISTOPHER J. PAUCEK, and<br>CATHERINE A. GRAHAM,<br><br>　　　Defendants. | Civil Action No. TDC-19-3455 |
| ANNE M. CHINN,<br>*Individually and on behalf of all others*<br>*similarly situated*,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>2U, INC.,<br>CHRISTOPHER J. PAUCEK, and<br>CATHERINE A. GRAHAM,<br><br>　　　Defendants. | Civil Action No. TDC-20-1006 |

**ORDER**

Having reviewed the filings in both of these cases, it is hereby ORDERED that:

1. Within **14 days** of the date of this Order, all parties in both of these cases—including

   Movants seeking to be appointed lead plaintiff—shall submit a Joint Status Report

   containing the following information:

a. Which motions in these cases, if any, remain pending and require resolution by this Court.

b. Whether any of these motions are contested and, if so, all parties' positions on these motions.

c. To the extent any party seeks consolidation of these cases, how consolidation would affect the appointment of a lead plaintiff and lead counsel.

2. The Joint Status Report shall be FILED in both cases.

3. If it has not already done so in this Court, counsel for any party continuing its participation in either case shall FILE an appearance in the proper case.

Date: May 1, 2020          _/s/ *Theodore D. Chuang*_
THEODORE D. CHUANG
United States District Judge