IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AARON HARPER,       *
   **Plaintiff**,

       *

v.       Case No. 19-CV-03455-TDC

       *

2U, INC., et al.
   **Defendant.**       *

## MOTION FOR ADMISSION PRO HAC VICE

I, Thomas J. Minton, am a member in good standing of the bar of this Court. I am moving the admission of Emma Gilmore to appear pro hac vice in this case as counsel for Movant Fiyyaz Pirani.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| State of New York  4/29/2004 | Southern District of NY  2004 |
|  | 10th Circuit Court of Appeals 2014 |
|  | 2nd Circuit Court of Appeals 2015 |
|  | 9th Circuit Court of Appeals 2017 |
|  | U.S. Supreme Court  11/27/2017 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court zero time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or   N/A                                                                      ,
is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT
*[signature]*
Signature

Thomas J. Minton (No. 03370)
Printed name and bar number

Goldman & Minton, P.C.
Office name

3600 Clipper Mill Rd., Suite 201, Baltimore, MD 21211
Address

410-783-7575
Telephone number

410-783-1711
Fax Number

tminton@charmcitylegal.com
Email Address

PROPOSED ADMITTEE
*[signature]*
Signature

Emma Gilmore
Printed name

Pomerantz LLP
Office name

600 Third Avenue, Floor 20, New York, NY 10016
Address

212-661-1100
Telephone number

917-463-1044
Fax Number

egilmore@pomlaw.com
Email Address