UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| AARON HARPER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>2U, INC., CHRISTOPHER J. PAUCEK, and CATHERINE A. GRAHAM,<br><br>Defendants. | Case No. 8:19-cv-03455-TDC |
| ANNE M. CHINN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>2U, INC., CHRISTOPHER J. PAUCEK, and CATHERINE A. GRAHAM,<br><br>Defendants. | Case No. 8:20-cv-1006-TDC |

**JOINT STATUS REPORT**

In response to the Court's Order entered May 1, 2020 (*Harper v. 2U, Inc. et al.*, 8:19-cv-03455-TDC (the "*Harper* Action"), Dkt. No. 79; *Chinn v. 2U, Inc. et al.*, 8:20-cv-1006-TDC (the "*Chinn* Action" and, collectively with the *Harper* Action, the "Related Actions"), Dkt. No. 26), Plaintiffs Aaron Harper ("Harper") and Anne M. Chinn ("Chinn"); Lead Plaintiff Movant Fiyyaz Pirani ("Pirani"); and Defendants 2U, Inc., Christopher J. Paucek, and Catherine A Graham (collectively, "Defendants," and collectively with Harper, Chinn, and Pirani, the "Parties")[1]

---

[1] As set forth in greater detail *infra* and in Pirani's Notice of Non-Opposition (*Harper* Action Dkt. No. 76), in addition to Pirani, several other putative class members initially filed motions

hereby respectfully submit a Joint Status Report providing the following information requested by the Court regarding the Related Actions:

a. **Which motions, if any, remain pending and require resolution by this Court.**

At the time of this submission, only Pirani's motion, pursuant to Fed. R. Civ. P. 42(a) and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), seeking consolidation of the Related Actions, appointment as Lead Plaintiff in the consolidated action, and approval of Pirani's selection of Lead Counsel (the "Lead Plaintiff Motion") ("*Harper* Action Dkt. No. 39), remains pending and requires resolution by this Court. Pirani's Lead Plaintiff Motion was fully briefed while the Related Actions were pending in U.S. District Court for the Southern District of New York ("S.D.N.Y.") (*see* Dkt. Nos. 39-41, 43, 56, 60-61), but the Related Actions were ordered transferred to this Judicial District before adjudication of the Lead Plaintiff Motion (*Harper* Action Dkt. No. 64; *Chinn* Action Dkt. No. 22).

b. **Whether any of these motions are contested and, if so, all parties' positions on these motions.**

Pirani's Lead Plaintiff Motion, the only motion pending, is uncontested.

Initially, on the October 7, 2020 statutory deadline to seek appointment as Lead Plaintiff in the Actions, eight other putative Class members filed similar competing motions: (i) Public School Teachers Pension & Retirement Fund of Chicago (*Harper* Action Dkt. No. 21); (ii) National Elevator Industry Pension Fund (*Harper* Action Dkt. No. 31); (iii) Anders-Christian Moeller (*Harper* Action Dkt. No. 17); (iv) DeKalb County Pension Fund (*Harper* Action Dkt. No. 24); (v) Erik Fjellborg (*Harper* Action Dkt. No. 12); (vi) Edward Hackman and Herbert Saunders (*Harper* Action Dkt. No. 35); (vii) Aaron Harper (*Harper* Action Dkt. No. 13); and (viii) Puerto Rico Electric Power Authority (*Harper* Action Dkt. No. 27).

---

seeking appointment as Lead Plaintiff in this action. All of these movants subsequently abandoned their motions, and thus are not included in this submission.

Between October 15, 2019 and March 12, 2020, each of these eight competing movants either withdrew their motion or filed a statement of non-opposition to the competing motions. *See Harper* Action Dkt. Nos. 44, 49-54, 75.

Defendants have not opposed, and do not oppose, Pirani's Lead Plaintiff Motion.

Accordingly, no party contests Pirani's Lead Plaintiff Motion.

**c.     To the extent any party seeks consolidation of these cases, how consolidation would affect the appointment of a lead plaintiff and lead counsel.**

All of the Parties seek and/or have consented to consolidation of the Related Actions. Before the transfer of the Related Actions from the S.D.N.Y. to this Judicial District, Plaintiffs Harper and Chinn and the Defendants entered into a stipulation providing for, *inter alia*, consolidation of the Related Actions under the caption *In Re 2U, Inc. Securities Class Action* (*see Harper* Action Dkt. No. 10 at *3; *Chinn* Action Dkt. No. 11 at *3). Although this stipulation was So Ordered by the Southern District of New York Honorable Ronnie Abrams on August 27, 2019, the Related Actions were not administratively consolidated in the S.D.N.Y., and for that apparent reason were not concurrently transferred to this Judicial District (the *Harper* Action having been ordered transferred out of the S.D.N.Y. on November 26, 2019 (*Harper* Action Dkt. No. 64), while the *Chinn* Action was not ordered transferred until April 22, 2020 (*Chinn* Action Dkt. No. 22)).

Moreover, Pirani's Lead Plaintiff Motion seeks, *inter alia*, consolidation of the Related Actions for all purposes pursuant to Federal Rule of Civil Procedure 42(a). Pursuant to the PSLRA (15 U.S.C. § 78u-4(a)(3)(B)(ii)), the Court must consolidate related actions before appointing lead plaintiff and lead counsel. Accordingly, Pirani respectfully submits that consolidation of the Related Actions is procedurally necessary before resolution of his Lead

Plaintiff Motion seeking his appointment as Lead Plaintiff and approval of his selection of counsel.

Dated: May 13, 2020

Respectfully submitted,

POMERANTZ LLP

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman
Emma Gilmore
Heather Volik
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
egilmore@pomlaw.com
hvolik@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
pdahlstrom@pomlaw.com

GOLDMAN & MINTON, P.C

/s/ Thomaw J. Minton
Thomas J. Minton – No. 03370
3600 Clipper Mill Rd., Suite 201
Baltimore, MD 21211
Telephone: (410) 783-7575
tminton@charmcitylegal.com

*Counsel for Lead Plaintiff Movant Fiyyaz Pirani and Proposed Lead Counsel for the Class*

GLANCY PRONGAY & MURRAY LLP

/s/ Charles H. Linehan
Charles H. Linehan
1801 Avenue of the Stars Ste 311
Los Angeles, CA 90067

(310)201-9150
info@glancylaw.com

*Counsel for Plaintiff Aaron Harper*

ROBBINS GELLER RUDMAN & DOWD LLP

*/s/ Samuel H. Rudman*
Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
srudman@rgrdlaw.com

*Counsel for Plaintiff Anne M. Chinn*

LATHAM & WATKINS LLP

*/s/ J. Christian Word*
J. Christian Word
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200
christian.word@lw.com

*Counsel for Defendants 2U, Inc., Christopher J. Paucek, and Catherine A. Graham*