UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Attorneys: Company: Pomerantz LLP PH: (212) 661-1100
Address: 600 Third Avenue New York, NY 10016

Job #: 25564

In Re: 2U, inc. Securities Class Action

Case Number: 19-CV-3455

Date Filed:
Client's File No.:
Court/Return Date:

STATE OF MASSACHUSETTS, COUNTY OF SUFFOLK, SS.:

## AFFIDAVIT OF SERVICE

**James Burke**, being sworn says:
    Deponent is not a party herein is over the age of 18 years and resides in the State of Massachusetts.

On **August 14, 2020**, at **1:00 PM** at **84 State Street, Boston, MA 02109**, Deponent served the within **Summons and Complaint**

On: **Compass Point Research & Trading LLC c/o Corporation Services Company**, Defendant therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to (**Office Manager authorized to accept**) a person of suitable age and discretion. Said premises is recipient's:
[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called there

Address confirmation:

☒ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **Jim Divincenzo** personally. Deponent knew said entity so served to be the entity described in said aforementioned document as said subject and knew said individual to be **Office Manager authorized to accept** thereof.

☐ **#5 MAILING**
On , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" from a depository under the exclusive care and custody of the United States Post Office in the State of New York.

☐ An additional mailing was completed to the address above by certified mail.

☒ **#6 DESCRIPTION**
Sex: Male    Color of skin: White    Color of hair: Gray    Age: 55 - 65 Yrs.
Height: 5 ft 9 in - 6 ft 0 in    Weight: 161-200 Lbs.    Other Features:

☐ **#7 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#9 OTHER**

Sworn to before me on 08/17/20



Douglas Hansen
My Commission Expires
October 11 2024
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS

James Burke