IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE 2U, INC. SECURITIES CLASS ACTION | Consolidated Case No. 8:19-cv-03455-TDC |

## JOINT STIPULATION

WHEREAS, on July 30, 2020, Plaintiffs filed their Consolidated Class Action Complaint for Violation of the Federal Securities Laws (the "Complaint");

WHEREAS, the Complaint adds multiple new defendants who were served on different dates; and

WHEREAS, the parties believe it is more efficient for Defendants to respond to the Complaint on the same date and in a coordinated fashion.

WHEREFORE, the Parties jointly by and through their undersigned counsel, hereby stipulate that the Court be requested to enter an order as follows:

1. Defendants will file their Notice of Intent to File a Motion by September 29, 2020;

2. Unless altered at the Pre-Motion Conference,

   a. Defendants will file Motions to Dismiss by October 27, 2020;

   b. Plaintiffs will file any opposition memoranda by December 18, 2020;

   c. Defendants will file any reply memoranda by February 9, 2021; and

3. By entering into this stipulation, the parties expressly preserve, and do not waive, any and all claims, arguments, and defenses.

Date: September 4, 2020

Respectfully submitted,

 /s/ J. Christian Word
J. Christian Word
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone:(202) 637-2200
christian.word@lw.com

*Counsel for Defendants 2U, Inc., Christopher J. Paucek, Catherine A. Graham, Harsha Mokkarala, Paul A. Maeder, Mark J. Chernis, Timothy M. Haley, John M. Larson, Robert M. Stavis, Sallie L. Krawcheck, Earl Lewis, Edward S. Macias, Gregory K. Peters, Coretha M. Rushing, and Valerie B. Jarrett*

PAUL HASTINGS LLP

 /s/ Behnam Dayanim
Behnam Dayanim
(signed by J. Christian Word with permission of Behnam Dayanim)
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1737
bdayanim@paulhastings.com

and

Barry G. Sher (*pro hac vice pending*)
Anthony Antonelli (*pro hac vice pending*)
200 Park Ave
New York, NY 10166
Telephone: (212) 318-6000
barrysher@paulhastings.com
anthonyantonelli@paulhastings.com

2

*Counsel for Defendants Goldman Sachs & Co. LLC, Credit Suisse Securities (USA) LLC, Citigroup Global Markets, Inc., Compass Point Research & Trading LLC, KeyBanc Capital Markets, Inc., and Macquarie Capital (USA), Inc.*

POMERANTZ LLP

/s/ Emma Gilmore
Jeremy A. Lieberman (*pro hac vice*)
Emma Gilmore (*pro hac vice*)
(signed by J. Christian Word with permission of Emma Gilmore)
Heather Volik (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
egilmore@pomlaw.com
hvolik@pomlaw.com

*Counsel for Lead Plaintiff Fiyyaz Pirani and Lead Counsel for the Class*

GOLDMAN & MINTON, P.C.

/s/ Thomas J. Minton
Thomas J. Minton
(signed by J. Christian Word with permission of Thomas J. Minton)
3600 Clipper Mill Rd., Suite 201
Baltimore, MD 21211
Telephone: (410) 783-7575
tminton@charmcitylegal.com

*Counsel for Lead Plaintiff Fiyyaz Pirani*

LABATON SUCHAROW LLP

/s/ Serena P. Hallowell
James W. Johnson
Serena P. Hallowell
(signed by J. Christian Word with permission of Serena P. Hallowell)
Lara A. Goldstone
Thomas W. Watson

Margaret A. Schmidt
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
jjohnson@labaton.com
shallowell@labaton.com
lgoldstone@labaton.com
twatson@labaton.com
mschmidt@labaton.com

*Counsel for Additional Named Plaintiff Oklahoma City Employee Retirement System and Additional Counsel for Lead Plaintiff Fiyyaz Pirani and for the Class*