UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE 2U, INC. SECURITIES CLASS ACTION | Consolidated Case No. 8:19-cv03455-TDC |

**ORDER**

Upon consideration of the Joint Stipulation, ECF No. 119, it is hereby ORDERED that:

1. Defendants' Notice of Intent to File a Motion is due by **September 29, 2020**.

2. A pre-motion conference is scheduled for **October 5, 2020 at 2:00 p.m.** To join the call at the scheduled time:

    - Dial **1-888-557-8511**.
    - Enter access code **3008173**, followed by the # key. You will then be placed on hold until Chambers dials into the call, at which point you will be prompted to enter a security code.
    - When prompted, enter security code **10050200** followed by the # key.

The call will be recorded, so please do not use speakerphones as they compromise sound quality. Also, we ask that parties not remain on the conference line after the Judge has left the call, to ensure that the line is free for other calls that may be on the Judge's calendar.

Date: September 14, 2020



THEODORE D. CHUANG
United States District Judge