## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE 2U, INC. SECURITIES CLASS ACTION | Consolidated Case No. TDC-19-3455 |

## ORDER

For the reasons stated during the October 5, 2020 Case Management Conference, and upon consideration of the Joint Stipulation, ECF No. 119, it is hereby ORDERED that:

1. Defendants are granted leave to file the proposed Motion to Dismiss. The Motion will be deemed timely if filed by **Tuesday, October 27, 2020.**

2. Plaintiffs' Opposition to the Motion is due by **Friday, December 18, 2020.**

3. Defendants' Reply to Plaintiffs' Opposition is due by **Tuesday, February 9, 2021.**

4. Defendants shall file a joint opening brief which shall be limited to 50 pages. Plaintiffs' Opposition to the Motion is limited to 50 pages. Defendants' Reply to Plaintiffs' Opposition is limited to 20 pages.

Date: October 7, 2020



THEODORE D. CHUANG
United States District Judge