**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE 2U, INC. SECURITIES CLASS ACTION | Consolidated Case No. 8:19-cv-03455-TDC |

**INDEX OF EXHIBITS TO MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

| Exhibit No. | Description |
|---|---|
| 1 | 2017 Form 10-K (February 27, 2018) |
| 2 | Q2 2019 Earnings Call Transcript (July 30, 2019) |
| 3 | 2018 Form 10-K (February 26, 2019) |
| 4 | Q1 2018 Form 10-Q (May 3, 2018) |
| 5 | Q2 2018 Earnings Call Transcript (August 2, 2018) |
| 6 | Form 8-K Current Report (November 7, 2017) |
| 7 | Q4 2018 Earnings Call Transcript (February 25, 2019) |
| 8 | Q3 2018 Earnings Call Transcript (November 5, 2018) |
| 9 | Q1 2019 Earnings Call Transcript (May 7, 2019) |
| 10 | SEC Form 4 of Mr. Paucek (April 18, 2018) |
| 11 | SEC Form 4 of Mr. Paucek (September 12, 2018) |
| 12 | Form 8-K Current Report (May 3, 2018) |
| 13 | Q4 2017 Earnings Call Transcript (February 26, 2018) |

| Exhibit No. | Description |
|---|---|
| 14 | Q1 2018 Earnings Call Transcript (May 3, 2018) |
| 15 | Q1 2019 Earnings Call Slide Deck (May 7, 2019) |
| 16 | Form 8-K Current Report (February 26, 2018) |
| 17 | Form 8-K Current Report (August 2, 2018) |
| 18 | Form 8-K Current Report (November 5, 2018) |
| 19 | Form 8-K Current Report (February 25, 2019) |
| 20 | Form 8-K Current Report (May 7, 2019) |
| 21 | Q2 2018 Form 10-Q (August 2, 2018) |
| 22 | Q3 2018 Form 10-Q (November 5, 2018) |
| 23 | Q1 2019 Form 10-Q (May 7, 2019) |