# EXHIBIT 21

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-Q

**(Mark One)**

☒  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2018**

or

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from              to**

**Commission File Number: 001-36376**

# 2U, INC.
#### (Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **26-2335939** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **7900 Harkins Road,** | |
| **Lanham, MD** | **20706** |
| (Address of principal executive offices) | (Zip Code) |

**(301) 892-4350**
#### (Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).  ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  ☐ Yes ☒ No

As of July 30, 2018, there were 57,424,850 shares of the registrant's common stock, par value $0.001 per share, outstanding.

**TABLE OF CONTENTS**

PART I. FINANCIAL INFORMATION    3

Item 1.    Financial Statements    3

Condensed Consolidated Balance Sheets as of June 30, 2018 (unaudited) and December 31, 2017    3

Condensed Consolidated Statements of Operations and Comprehensive Loss (unaudited) for the three and six months ended June 30, 2018 and 2017    4

Condensed Consolidated Statement of Changes in Stockholders' Equity (unaudited) for the six months ended June 30, 2018    5

Condensed Consolidated Statements of Cash Flows (unaudited) for the six months ended June 30, 2018 and 2017    6

Notes to Condensed Consolidated Financial Statements (unaudited)    7

Item 2.    Management's Discussion and Analysis of Financial Condition and Results of Operations    17

Item 3.    Quantitative and Qualitative Disclosures About Market Risk    29

Item 4.    Controls and Procedures    29

PART II. OTHER INFORMATION    30

Item 1.    Legal Proceedings    30

Item 1A.    Risk Factors    30

Item 2.    Unregistered Sales of Equity Securities and Use of Proceeds    30

Item 3.    Defaults Upon Senior Securities    30

Item 4.    Mine Safety Disclosures    30

Item 5.    Other Information    30

Item 6.    Exhibits    30

Signatures    32

Table of Contents

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 and which are subject to substantial risks and uncertainties. In some cases, you can identify forward-looking statements by the words "may," "might," "will," "could," "would," "should," "expect," "intend," "plan," "objective," "anticipate," "believe," "estimate," "predict," "project," "potential," "continue" and "ongoing," or the negative of these terms, or other comparable terminology intended to identify statements about the future. These statements involve known and unknown risks, uncertainties and other factors that may cause our actual results, levels of activity, performance or achievements to be materially different from the information expressed or implied by these forward-looking statements. Although we believe that we have a reasonable basis for each forward-looking statement contained in this Quarterly Report on Form 10-Q, we caution you that these statements are based on a combination of facts and factors currently known by us and our expectations of the future, about which we cannot be certain. Forward-looking statements include statements about:

- trends in the higher education market and the market for online education, and expectations for growth in those markets;

- the acceptance, adoption and growth of online learning by colleges and universities, faculty, students, employers, accreditors and state and federal licensing bodies;

- our ability to comply with evolving regulations and legal obligations related to data privacy, data protection and information security;

- our expectations about the potential benefits of our cloud-based software-as-a-service, or "SaaS," technology and technology-

enable classes to run more effectively and efficiently and students;

- our dependence on third parties to provide certain technological services or components used in our platform;

- our ability to meet the anticipated launch dates of our graduate programs and short courses;

- our expectations about the predictability, visibility and recurring nature of our business model;

- our ability to acquire new university clients and expand our graduate programs and short courses with existing university clients;

- our ability to successfully integrate the operations of Get Educated International Proprietary Limited, or GetSmarter, achieve the expected benefits of the acquisition and manage, expand and grow the combined company;

- our ability to execute our growth strategy in the international, undergraduate and non-degree alternative markets;

- our ability to continue to acquire prospective students for our graduate programs and short courses;

- our ability to affect or increase student retention in our graduate programs;

- our expectations about the scalability of our cloud-based platform;

- our expectations regarding future expenses in relation to future revenue;

- potential changes in regulations applicable to us or our university clients; and

- our expectations regarding the amount of time our cash balances and other available financial resources will be sufficient to fund our operations.

You should refer to the risks described in Part I, Item 1A "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2017 for a discussion of important factors that may cause our actual results to differ materially from those expressed or implied by our forward-looking statements. As a result of these factors, we cannot assure you that the forward-looking statements in this Quarterly Report on Form 10-Q will prove to be accurate. Furthermore, if our forward-looking statements prove to be inaccurate, the inaccuracy may be material. In light of the significant uncertainties in these forward-looking statements, you should not regard these statements as a representation or warranty by us or any other person that we will achieve our objectives and plans in any specified timeframe, or at all. We undertake no obligation to publicly update any forward-looking statements, whether as a result of new information, future events or otherwise, except as required by law.

You should read this Quarterly Report on Form 10-Q completely and with the understanding that our actual future results may be materially different from what we expect. We qualify all of our forward-looking statements by these cautionary statements.

2

Table of Contents

## PART I.  FINANCIAL INFORMATION

Item 1.    Financial Statements

**2U, Inc.**
**Condensed Consolidated Balance Sheets**
**(in thousands, except share and per share amounts)**

| | June 30, 2018 | December 31, 2017 |
|---|---|---|
| | (unaudited) | |
| **Assets** | | |
| **Current assets** | | |
| Cash and cash equivalents | $ 488,834 | $ 223,370 |
| Accounts receivable, net | 50,031 | 14,174 |
| Prepaid expenses and other assets | 15,087 | 10,509 |
| Total current assets | 553,952 | 248,053 |
| **Property and equipment, net** | 50,264 | 49,055 |
| **Goodwill** | 64,873 | 71,988 |
| **Amortizable intangible assets, net** | 126,062 | 90,761 |
| **Prepaid expenses and other assets, non-current** | 30,313 | 22,205 |
| **Total assets** | $ 825,464 | $ 482,062 |
| **Liabilities and stockholders' equity** | | |
| **Current liabilities** | | |
| Accounts payable and accrued expenses | $ 32,055 | $ 22,629 |
| Accrued compensation and related benefits | 16,956 | 19,017 |

| | | |
|---|---:|---:|
| Deferred revenue | 8,851 | 7,024 |
| Other current liabilities | 17,096 | 9,330 |
| Total current liabilities | 96,969 | 58,000 |
| **Deferred government grant obligations** | 3,500 | 3,500 |
| **Deferred tax liabilities, net** | 6,935 | 10,087 |
| **Lease-related and other liabilities, non-current** | 24,613 | 22,643 |
| **Total liabilities** | 132,017 | 94,230 |
| **Commitments and contingencies (Note 5)** | | |
| **Stockholders' equity** | | |
| Preferred stock, $0.001 par value, 5,000,000 shares authorized, none issued | — | — |
| Common stock, $0.001 par value, 200,000,000 shares authorized, 57,315,585 shares issued and outstanding as of June 30, 2018; 52,505,856 shares issued and outstanding as of December 31, 2017 | 57 | 53 |
| Additional paid-in capital | 936,664 | 588,289 |
| Accumulated deficit | (239,054) | (205,836) |
| Accumulated other comprehensive income (loss) | (4,220) | 5,326 |
| **Total stockholders' equity** | 693,447 | 387,832 |
| **Total liabilities and stockholders' equity** | $ 825,464 | $ 482,062 |

See accompanying notes to condensed consolidated financial statements.

3

Table of Contents

**2U, Inc.**
**Condensed Consolidated Statements of Operations and Comprehensive Loss**
**(unaudited, in thousands, except share and per share amounts)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---:|---:|---:|---:|
| | **2018** | **2017** | **2018** | **2017** |
| **Revenue** | $ 97,423 | $ 64,995 | $ 189,711 | $ 129,824 |
| **Costs and expenses** | | | | |
| Curriculum and teaching | 6,007 | — | 10,314 | — |
| Servicing and support | 17,297 | 13,458 | 32,530 | 24,383 |
| Technology and content development | 15,235 | 11,140 | 29,075 | 20,345 |
| Marketing and sales | 58,376 | 37,242 | 111,434 | 71,912 |
| General and administrative | 22,480 | 13,930 | 44,349 | 27,594 |
| **Total costs and expenses** | 119,395 | 75,770 | 227,702 | 144,234 |
| **Loss from operations** | (21,972) | (10,775) | (37,991) | (14,410) |
| Interest income | 912 | 53 | 1,254 | 249 |
| Interest expense | (27) | (1) | (54) | (1) |
| Other income (expense), net | (825) | (1,031) | (1,220) | (1,031) |
| **Loss before income taxes** | (21,912) | (11,754) | (38,011) | (15,193) |
| Income tax benefit | 3,565 | — | 4,793 | — |
| **Net loss** | $ (18,347) | $ (11,754) | $ (33,218) | $ (15,193) |
| **Net loss per share, basic and diluted** | $ (0.33) | $ (0.25) | $ (0.62) | $ (0.32) |
| **Weighted-average shares of common stock outstanding, basic and diluted** | 54,981,192 | 47,668,397 | 53,840,582 | 47,454,059 |
| **Other comprehensive loss** | | | | |
| Foreign currency translation adjustments, net of tax of $0 for all periods presented | (14,178) | — | (9,546) | — |
| **Comprehensive loss** | $ (32,525) | $ (11,754) | $ (42,764) | $ (15,193) |

See accompanying notes to condensed consolidated financial statements.

4

Table of Contents

**2U, Inc.**
**Condensed Consolidated Statement of Changes in Stockholders' Equity**
**(unaudited, in thousands, except share amounts)**

| | Common Stock | | Additional Paid-In Capital | Accumulated Deficit | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Equity |
|---|---:|---:|---:|---:|---:|---:|
| | Shares | Amount | | | | |
| **Balance, December 31, 2017** | 52,505,856 | $ 53 | $ 588,289 | $ (205,836) | $ 5,326 | $ 387,832 |

| | | | | | |
|---|---|---|---|---|---|
| Exercise of stock options | 311,571 | — | 2,493 | — | — | 4,793 |
| Issuance of common stock in connection with settlement of restricted stock units, net of withholdings | 474,864 | — | (3,407) | — | — | (3,407) |
| Issuance of common stock in connection with a public offering of common stock, net of offering costs | 3,833,334 | 4 | 330,858 | | | 330,862 |
| Stock-based compensation expense | — | — | 16,131 | — | | 16,131 |
| Net loss | — | — | — | (33,218) | — | (33,218) |
| Foreign currency translation adjustment | — | — | — | — | (9,546) | (9,546) |
| Balance, June 30, 2018 | 57,315,585 | $ 57 | $ 936,664 | $ (239,054) | $ (4,220) | $ 693,447 |

See accompanying notes to condensed consolidated financial statements.

5

Table of Contents

**2U, Inc.**
**Condensed Consolidated Statements of Cash Flows**
**(unaudited, in thousands)**

| | Six Months Ended June 30, | |
|---|---|---|
| | **2018** | **2017** |
| **Cash flows from operating activities** | | |
| **Net loss** | $ (33,218) | $ (15,193) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization | 14,783 | 7,431 |
| Stock-based compensation expense | 16,131 | 9,390 |
| Changes in operating assets and liabilities: | | |
| Increase in accounts receivable, net | (35,932) | (15,566) |
| (Increase) decrease in prepaid expenses and other assets | (3,705) | 179 |
| Increase in accounts payable and accrued expenses | 10,207 | 5,135 |
| (Decrease) increase in accrued compensation and related benefits | (1,998) | 1,417 |
| Increase in deferred revenue | 24,086 | 4,228 |
| Increase in payments to university clients | (8,923) | (7,471) |
| (Decrease) increase in other liabilities, net | (2,854) | 1,282 |
| Other | 1,221 | 1,031 |
| **Net cash used in operating activities** | (20,202) | (8,137) |
| **Cash flows from investing activities** | | |
| Additions of amortizable intangible assets | (40,039) | (10,808) |
| Purchases of property and equipment | (5,124) | (15,449) |
| Advances made to university clients | (100) | — |
| **Net cash used in investing activities** | (45,263) | (26,257) |
| **Cash flows from financing activities** | | |
| Proceeds from issuance of common stock, net of offering costs | 330,862 | — |
| Proceeds from exercise of stock options | 4,793 | 2,908 |
| Tax withholding payments associated with settlement of restricted stock units | (3,407) | (1,291) |
| Proceeds from debt | — | 3,500 |
| **Net cash provided by financing activities** | 332,248 | 5,117 |
| **Effect of exchange rate changes on cash** | (1,319) | (1,031) |
| **Net increase (decrease) in cash, cash equivalents and restricted cash** | 265,464 | (30,308) |
| **Cash, cash equivalents and restricted cash, beginning of period** | 223,370 | 168,730 |
| **Cash, cash equivalents and restricted cash, end of period** | $ 488,834 | $ 138,422 |

See accompanying notes to condensed consolidated financial statements.

6

Table of Contents

**2U, Inc.**
**Notes to Condensed Consolidated Financial Statements**

## 1.   Organization

2U, Inc. (together with its subsidiaries, the "Company") is a leading education technology company that well-recognized nonprofit colleges and universities trust to bring them into the digital age. The Company's comprehensive platform of tightly integrated technology and services provides the digital infrastructure universities need to attract, enroll, educate and support students at scale. With the Company's platform, students can pursue their education anytime, anywhere, without quitting their jobs or moving; and university clients can improve educational outcomes, skills attainment and career prospects for a greater number of students.

The Company's operations consist of two operating segments, which are also its two reportable segments: the Graduate Program Segment and the Short Course Segment. The Company's Graduate Program Segment provides services to well-recognized nonprofit colleges and universities, primarily in the United States, to enable the online delivery of graduate programs. The Company's Short Course Segment provides premium online short courses to working professionals around the world through relationships with leading universities in the United States, the United Kingdom and South Africa.

## 2.   Significant Accounting Policies

### Basis of Presentation and Principles of Consolidation

The accompanying unaudited condensed consolidated financial statements have been prepared in accordance with: (i) generally accepted accounting principles in the United States ("U.S. GAAP") for interim financial information; (ii) the instructions to Form 10-Q; and (iii) the guidance of Rule 10-01 of Regulation S-X under the Securities Exchange Act of 1934, as amended, for financial statements required to be filed with the Securities and Exchange Commission ("SEC"). They include the assets, liabilities, results of operations and cash flows of the Company, including its wholly owned subsidiaries. As permitted under such rules, certain notes and other financial information normally required by U.S. GAAP have been condensed or omitted. The Company believes the condensed consolidated financial statements reflect all normal and recurring adjustments necessary for a fair statement of the Company's financial position, results of operations, and cash flows as of and for the periods presented herein. The Company's results of operations for the three and six months ended June 30, 2018 and 2017 may not be indicative of the Company's future results. These condensed consolidated financial statements are unaudited and should be read in conjunction with the Company's audited consolidated financial statements and the notes thereto included in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2017. All significant intercompany accounts and transactions have been eliminated in consolidation.

The year-end condensed consolidated balance sheet data was derived from the audited financial statements, but does not include all disclosures required by U.S. GAAP.

### Reclassifications

The Company has reclassified capitalized technology and content development, as well as other amortizable intangible assets, into amortizable intangible assets on the condensed consolidated statements of cash flows for the six months ended June 30, 2017. In addition, certain other prior period amounts on the condensed consolidated statements of cash flows have been reclassified to conform to the current period's presentation. These reclassifications had no impact on cash flows from operating, investing or financing activities previously reported for any periods presented.

### Use of Estimates

The preparation of the condensed consolidated financial statements in accordance with U.S. GAAP requires management to make certain estimates and assumptions that affect the amounts reported herein. The Company bases its estimates and assumptions on historical experience and on various other factors that it believes to be reasonable under the circumstances. Due to the inherent uncertainty involved in making estimates, actual results reported in future periods may be affected by changes in those estimates. The Company evaluates its estimates and assumptions on an ongoing basis.

### Restricted Cash

As of June 30, 2018 and December 31, 2017, the Company held restricted cash balances of $0.1 million and zero dollars, respectively. As of June 30, 2017, the Company held a restricted cash balance of $101.0 million in connection with the Company's acquisition of GetSmarter on July 1, 2017.

Table of Contents

### Revenue Recognition, Accounts Receivable and Allowance for Doubtful Accounts

On January 1, 2018, the Company adopted ASU No. 2014-09, *Revenue from Contracts with Customers (Topic 606)* and the related amendments using the modified retrospective transition method and has concluded that doing so did not have a material impact on the amount and timing of either its revenue or costs. As part of its assessment, the Company completed reviews of its contracts and evaluated its costs, including costs of obtaining contracts with its university clients and costs associated with content development. Certain of these contract and content costs will be capitalized under the new standard. The adoption of ASU 2014-09 did not have a material impact as of January 1, 2018, and no cumulative adjustment was recorded. Further, the amounts reported as of June 30, 2018 on the condensed consolidated balance sheets and the results of operations for the three and six months ended June 30, 2018 reported on the condensed consolidated statements of operations and comprehensive

loss would not have been materially different from that under U.S. GAAP, i.e., Topic 605.

Case 8:19-cv-03455-TDC   Document 144-24   Filed 10/27/20   Page 8 of 117

The Company generates substantially all of its revenue from contractual arrangements with either its university clients or students to provide a comprehensive platform of tightly integrated technology and technology-enabled services that support its graduate programs and short courses.

*Performance Obligations*

A performance obligation is a promise in a contract to transfer a distinct good or service to the customer. A contract's transaction price is allocated to each distinct performance obligation and recognized as revenue when, or as, the performance obligation is satisfied.

The Graduate Program Segment derives revenue primarily from contractually specified percentages of the amounts the Company's university clients receive from their students in 2U-enabled graduate programs for tuition and fees, less credit card fees and other specified charges the Company has agreed to exclude in certain university client contracts. The Company's contracts with university clients in this segment have 10 to 15 year initial terms and have a single performance obligation, as the promises to provide a platform of tightly integrated technology and services university clients need to attract, enroll, educate and support students are not distinct within the context of the contracts. The single performance obligation is delivered as the university clients receive and consume benefits, which occurs ratably over a series of academic terms. The amounts received from university clients over the term of the arrangement are variable in nature in that they are dependent upon the number of students that are enrolled in the program within each academic term. These amounts are allocated to and are recognized ratably over the related academic term, defined as the period beginning on the first day of classes through the last. A refund allowance is established for the Company's share of tuition and fees ultimately uncollected by university clients.

The Short Course Segment derives revenue directly from contracts with students for the tuition and fees paid to enroll in and progress through the Company's short courses which run between six and 16 weeks. The Company's contracts with students in this segment have multiple performance obligations as the delivery of the short course and student support services are each considered distinct performance obligations. These performance obligations are each satisfied ratably over the same short course presentation period, which is defined as the period beginning on the first day of the course through the last. The Company recognizes the gross proceeds received from the students and shares contractually specified percentages with its university clients, for providing short course content and certification, in the form of a royalty recognized as curriculum and teaching costs on the Company's condensed consolidated statements of operations and comprehensive loss. The Company's contracts with university clients in this segment are typically shorter and less restrictive than the Company's contracts with university clients in the Graduate Program Segment.

The Company does not disclose the value of unsatisfied performance obligations for the Graduate Program Segment because the variable consideration is allocated entirely to a wholly unsatisfied promise to transfer a service that forms part of a single performance obligation.  The Company does not disclose the value of unsatisfied performance obligations for the Short Course Segment because the performance obligation is part of a contract that has an original duration of less than one year.

*Contract Acquisition Costs*

The Company pays commissions to certain of its employees to obtain contracts with university clients in the Graduate Program Segment. These costs are capitalized and recorded on a contract-by-contract basis and amortized using the straight-line method over the expected life, which is generally the length of the contract.

With respect to contract acquisition costs in the Short Course Segment, the Company has elected to apply the practical expedient in ASC Topic 606 to expense these costs as incurred, as the terms of contracts with students in this segment are less than one year.

Table of Contents

*Payments to University Clients*

Pursuant to certain of the Company's contracts in the Graduate Program Segment, the Company has made, or is obligated to make, payments to university clients in exchange for contract extensions and various marketing and other rights. Generally, these amounts are capitalized and amortized as contra revenue over the life of the contract, commencing on the later of when payment is due or when contract revenue recognition begins.

*Accounts Receivable, Contract Assets and Liabilities*

Balance sheet items related to contracts consist of accounts receivable, net and deferred revenue on the Company's condensed consolidated balance sheets. The Company's accounts receivable, net also includes unbilled revenue. Accounts receivable, net is stated at net realizable value, and the Company utilizes the allowance method to provide for doubtful accounts based on management's evaluation of the collectability of the amounts due. The Company's estimates are reviewed and revised periodically based on historical collection experience and a review of the current status of accounts receivable, net. Historically, actual write-offs for uncollectible accounts have not significantly differed from prior estimates. The Company recognizes unbilled revenue when revenue recognition occurs in advance of billings. Unbilled revenue is recognized in the Graduate Program Segment because billings to university clients do not occur until after the academic term has commenced and final enrollment information is available.

Deferred revenue as of each balance sheet date represents the excess of amounts billed or received as compared to amounts recognized in revenue on the condensed consolidated statements of operations and comprehensive loss as of the end of the reporting period, and such amounts are

reflected as a current liability on the Company's condensed consolidated balance sheets. The Company generally receives payments for its share of tuition and fees from graduate program university clients early in each academic term and from short course students, either in full upon registration for the course or in full before the end of the course based on a payment plan, prior to completion of the service period. These payments are recorded as deferred revenue until the services are delivered or until the Company's obligations are otherwise met, at which time revenue is recognized.

### Capitalized Content Development

The Company develops content for each offering on a course-by-course basis in conjunction with the faculty for each graduate program and short course. University clients and their faculty generally provide materials used for the course in an on-campus setting, including curricula, case studies and other reading materials, and presentations. The Company is responsible for the conversion of the materials into a format suitable for delivery through its online learning platform, including all expenses associated with this effort. With regard to the Graduate Program Segment, the development of content is part of the Company's single performance obligation and is considered a contract fulfillment cost.

The content development costs that qualify for capitalization are third-party direct costs, such as videography, editing and other services associated with creating digital content. Additionally, the Company capitalizes internal payroll and payroll-related costs incurred to create and produce videos and other digital content utilized in the university clients' offerings for delivery via the Company's online learning platform. Capitalization ends when content has been fully developed by both the Company and the university client, at which time amortization of the capitalized content development costs begins. The capitalized costs for each offering are recorded on a course-by-course basis and included in capitalized content costs in amortizable intangible assets, net on the Company's condensed consolidated balance sheets. These costs are amortized using the straight-line method over the estimated useful life of the respective course, which is generally four to five years. The estimated useful life corresponds with the planned curriculum refresh rate. This refresh rate is consistent with expected curriculum refresh rates as cited by faculty members for similar on-campus offerings. It is reasonably possible that developed content could be refreshed before the estimated useful lives are complete or be expensed immediately in the event that the development of a course is discontinued prior to launch.

### Marketing and Sales Costs

The majority of the marketing and sales costs incurred by the Company are directly related to acquiring students for its university clients' graduate programs, with lesser amounts related to acquiring students for its short courses and marketing and advertising efforts related to the Company's own brand. For the six months ended June 30, 2018, costs related to the Company's marketing and advertising of its own brand were not material. All such costs are expensed as incurred and reported in marketing and sales expense on the Company's condensed consolidated statements of comprehensive loss.

As of June 30, 2018 and December 31, 2017, the Company had $12.3 million and $11.7 million, respectively, of accrued marketing costs included in accounts payable and accrued expenses on the Company's condensed consolidated balance sheets.

9

Table of Contents

### Non-Cash Long-Lived Asset Additions

During the six months ended June 30, 2018, the Company had capital asset additions of $55.2 million in property and equipment and capitalized technology and content development, of which $10.0 million consisted of non-cash capital expenditures, primarily related to the acquisition of certain long-lived assets for which a liability was accrued.

During the six months ended June 30, 2017, the Company had capital asset additions of $31.6 million in property and equipment and capitalized technology and content development, of which $5.3 million consisted of non-cash capital expenditures.

### Recent Accounting Pronouncements

In June 2018, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") No. 2018-07, *Compensation— Stock Compensation (Topic 718): Improvements to Nonemployee Share-Based Payment Accounting*, which simplifies the accounting for share-based payments to nonemployees. The amendments in this ASU are effective for fiscal years beginning after December 15, 2018, with early adoption permitted. The Company is evaluating the impact that this standard will have on its consolidated financial position or related disclosures.

In January 2017, the FASB issued ASU No. 2017-04, *Intangibles—Goodwill and Other (Topic 350): Simplifying the Test for Goodwill Impairment*, which eliminates step two from the goodwill impairment test and requires an entity to recognize an impairment charge for the amount by which the carrying amount of a reporting unit exceeds its fair value, up to the amount of goodwill allocated to that reporting unit. The amendments in this ASU are effective for fiscal years beginning after December 15, 2019, with early adoption permitted. The Company is evaluating the impact that this standard will have on its consolidated financial position or related disclosures.

In August 2016, the FASB issued ASU No. 2016-15, *Statement of Cash Flows (Topic 230): Classification of Certain Cash Receipts and Cash Payments*. The ASU addresses eight specific cash flow issues with the objective of reducing the existing diversity in practice surrounding how certain transactions are classified in the statement of cash flows. The amendments in this ASU are effective for annual reporting periods beginning after December 15, 2017. The Company adopted this ASU on January 1, 2018. Adoption of this standard did not have a material impact on the Company's condensed consolidated statements of cash flows or related disclosures.

In February 2016, the FASB issued ASU No. 2016-02, *Leases (Topic 842)*. The ASU introduces a model for lessees requiring most leases to be

reported on the balance sheet. The amendments in this ASU are effective for fiscal years beginning after December 15, 2018, and the Company will adopt this ASU in the first quarter of 2019. The Company is currently evaluating the effect that this ASU will have on its consolidated financial position and related disclosures and is in the process of considering changes to its systems and processes in conjunction with the review of its lease agreements. The Company believes that this standard may materially increase its other non-current assets and non-current liabilities on the consolidated balance sheets in order to record right-of-use assets and related liabilities for its existing operating leases, however, the standard is not expected to have a material impact on the Company's results of operations or cash flows.

### 3. Business Combination

On July 1, 2017, the Company, through a wholly owned subsidiary ("2U South Africa"), completed its acquisition of all of the outstanding equity interests of GetSmarter pursuant to a Share Sale Agreement, dated as of May 1, 2017 (the "Share Sale Agreement"), as amended by an addendum, dated as of June 29, 2017, for a net purchase price of $98.7 million in cash. In addition, 2U South Africa agreed to pay a potential earn out payment of up to $20.0 million, subject to the achievement of certain financial milestones in calendar years 2017 and 2018. The valuation of the assets acquired and liabilities assumed (i.e., purchase price allocation) was completed as of December 31, 2017. As of June 30, 2018, there has been no material change in the expected earnout payment from the final valuation of the purchase price allocation since December 31, 2017.

The unaudited pro forma combined financial information below is presented for illustrative purposes and does not purport to represent what the results of operations would actually have been if the business combination occurred as of the dates indicated or what the results would be for any future periods. The following table presents the Company's unaudited pro forma combined revenue, pro forma combined net loss and pro forma combined net loss per share for the three and six months ended June 30, 2017 as if the acquisition of GetSmarter had occurred on January 1, 2017:

| | Three Months Ended June 30, 2017 | | Six Months Ended June 30, 2017 | |
|---|---|---|---|---|
| | (in thousands, except per share amounts) | | | |
| Pro forma revenue | $ | 68,481 | $ | 137,518 |
| Pro forma net loss | | (14,610) | | (19,367) |
| Pro forma net loss per share, basic and diluted | $ | (0.31) | $ | (0.41) |

10

Table of Contents

### 4. Goodwill and Amortizable Intangible Assets

The table below summarizes the changes in the carrying amount of goodwill by reportable segment:

| | Graduate Program Segment | | Short Course Segment | | Total | |
|---|---|---|---|---|---|---|
| | (in thousands) | | | | | |
| Balance as of December 31, 2017 | $ | — | $ | 71,988 | $ | 71,988 |
| Foreign currency translation adjustments | | — | | (7,115) | | (7,115) |
| Balance as of June 30, 2018 | $ | — | $ | 64,873 | $ | 64,873 |

Amortizable intangible assets consisted of the following as of:

| | Estimated Average Useful Life (in years) | June 30, 2018 | | | December 31, 2017 | | |
|---|---|---|---|---|---|---|---|
| | | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount |
| | | (in thousands) | | | | | |
| Capitalized technology | 3 | $ 59,549 | $ (12,269) | $ 47,280 | $ 27,108 | $ (9,486) | $ 17,622 |
| Capitalized content development | 4-5 | 65,981 | (25,988) | 39,993 | 55,872 | (21,417) | 34,455 |
| University client relationships | 9 | 26,757 | (2,973) | 23,784 | 29,443 | (1,636) | 27,807 |
| Trade names and domain names | 10 | 17,040 | (2,035) | 15,005 | 12,119 | (1,242) | 10,877 |
| Total amortizable intangible assets, net | | $ 169,327 | $ (43,265) | $ 126,062 | $ 124,542 | $ (33,781) | $ 90,761 |

Included in the amounts presented above are $30.6 million and $15.6 million of in process capitalized technology and content development as of June 30, 2018 and December 31, 2017, respectively.

In the first half of 2018, the Company acquired certain third party technologies to enhance the Company's proprietary operating system, 2UOS, for aggregate consideration of $9.5 million. These amounts are classified as capitalized technology within amortizable intangible assets, net, on the Company's condensed consolidated balance sheet. Additionally, during the same period the Company purchased several active websites and additional domains for consideration of $5.7 million to support the marketing efforts of certain graduate programs. As of June 30, 2018, these acquired assets are classified in trade names and domain names within amortizable intangible assets, net, on the Company's condensed consolidated balance sheets.

In the first quarter of 2018, the Company entered into an agreement with WeWork Companies, Inc. ("WeWork") and Flatiron School, Inc., a wholly

owned subsidiary. 2U, as well as its intellectual property, software, content and personnel. Less than 10% of the services related to this software development services for $14.5 million. As of June 30, 2018, the Company has recorded capitalized technology of $13.2 million related to this agreement in amortizable intangible assets, net on the Company's condensed consolidated balance sheets, of which $4.2 million has been accrued as a current liability. The remaining $1.3 million is payable under the agreement upon the achievement of certain milestones related to the software development services. In addition, the Company entered into a multi-year agreement to purchase Global Access Memberships to WeWork spaces around the world that will be provided to students in 2U-powered online graduate programs, an agreement to offer $5 million in scholarships to certain WeWork community members and employees. In addition, WeWork and the Company plan to collaborate on jointly developing a Future of Learning and Work center.

The Company recorded amortization expense related to amortizable intangible assets of $5.5 million and $2.7 million for the three months ended June 30, 2018 and 2017, respectively. The Company recorded amortization expense related to amortizable intangible assets of $10.7 million and $5.1 million for the six months ended June 30, 2018 and 2017, respectively. As of June 30, 2018, the estimated future amortization expense for amortizable intangible assets placed in service is as follows (in thousands):

| | | |
|---|---|---:|
| Remainder of 2018 | $ | 12,531 |
| 2019 | | 20,973 |
| 2020 | | 17,978 |
| 2021 | | 13,665 |
| 2022 | | 9,924 |
| Thereafter | | 20,362 |
| Total | $ | 95,433 |

Table of Contents

**5.    Commitments and Contingencies**

*Legal Contingencies*

From time to time, the Company may become involved in legal proceedings or other contingencies in the ordinary course of its business. The Company is not presently involved in any legal proceeding or other contingency that, if determined adversely to it, would individually or in the aggregate have a material adverse effect on its business, operating results, financial condition or cash flows. Accordingly, the Company does not believe that there is a reasonable possibility that a material loss exceeding amounts already recognized may have been incurred as of the date of the balance sheets presented herein.

*Marketing and Sales Commitments*

Certain of the agreements entered into between the Company and its university clients in the Graduate Program Segment require the Company to commit to meet certain staffing and spending investment thresholds related to marketing and sales activities. In addition, certain of the agreements in the Graduate Program Segment require the Company to invest up to agreed upon levels in marketing the programs to achieve specified program performance. The Company believes it is currently in compliance with all such commitments.

*Future Minimum Payments to University Clients*

Pursuant to certain of the Company's contracts in the Graduate Program Segment, the Company has made, or is obligated to make, payments to university clients in exchange for contract extensions and various marketing and other rights. As of June 30, 2018, the future minimum payments due to university clients has not materially changed relative to the amounts provided in the notes to the consolidated financial statements included in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2017.

*Contingent Payments to University Clients*

Pursuant to certain of the Company's contracts in the Graduate Program Segment, the Company would be obligated to make future minimum program payments to a university client in the event that certain program metrics, partially associated with programs not yet launched, are not achieved. Due to the dependency of these calculations on future program launches, the amounts of any associated contingent payments cannot be reasonably estimated at this time.

**6.    Debt**

*Lines of Credit*

Effective in the second quarter of 2018, the Company amended its $25.0 million revolving line of credit agreement to extend the maturity date through September 30, 2018. No amounts were outstanding under this credit agreement as of June 30, 2018 or December 31, 2017. The Company intends to extend this agreement under comparable terms, prior to expiration.

Certain of the Company's operating lease agreements entered into prior to June 30, 2018 require security deposits in the form of cash or an unconditional, irrevocable letter of credit. As of June 30, 2018, the Company has entered into standby letters of credit totaling $15.0 million as security deposits for the applicable leased facilities and in connection with government grants. These letters of credit reduced the aggregate amount the Company may borrow under its revolving line of credit to $10.0 million.

The Company's $1.9 million revolving debt facilities related to the Short Course Segment expired on March 31, 2018 and were not renewed.

*Government Grants*

The Company has two outstanding conditional loan agreements with Prince George's County, Maryland and the State of Maryland, respectively, for an aggregate amount of $3.5 million, each bearing an interest rate of 3% per annum. These agreements are conditional loan obligations that may be forgiven provided that we attain certain conditions related to employment levels at our Lanham, Maryland headquarters. The loan with the State of Maryland has a maturity date of December 31, 2026, and the loan with Prince George's County, Maryland has a maturity date of June 22, 2027. The interest expense related to these loans for the three and six months ended June 30, 2018 and 2017 is immaterial.

12

Table of Contents

### 7.  Income Taxes

The Company's income tax provisions for all periods consist of federal, state and foreign income taxes. The tax provisions for the three and six months ended June 30, 2018 and 2017 were based on estimated full-year effective tax rates, including the mix of income for the period between higher-taxed and lower-taxed jurisdictions, after giving effect to significant items related specifically to the interim periods, and loss-making entities for which it is not more likely than not that a tax benefit will be realized.

The Company's effective tax rate was approximately 16% and 0% for the three months ended June 30, 2018 and 2017, respectively. The Company's effective tax rate was approximately 13% and 0% for the six months ended June 30, 2018 and 2017, respectively.  A one-time tax benefit of approximately $3.0 million related to an asset acquisition of certain third-party technologies is included in the Company's income tax benefit for the three and six months ended June 30, 2018. This benefit relates to the reversal of the Company's tax valuation allowance that was no longer needed as a result of establishing a net deferred tax liability. Excluding the one-time tax benefit, the Company's tax benefit of $0.6 million and $1.8 million for the three and six months ended June 30, 2018, respectively, related to losses generated by operations and the amortization of acquired intangibles in the Short Course Segment that are expected to be realized through future reversing taxable temporary differences. The Company expects to continue to recognize a tax benefit in the future for the Short Course Segment to the extent that this segment continues to generate pre-tax losses while carrying  deferred tax liabilities that are in excess of deferred tax assets. To date, the Company has not been required to pay U.S. federal income taxes because of current and accumulated net operating losses.

On December 22, 2017, Staff Accounting Bulletin No. 118 ("SAB 118") was issued to address the application of U.S. GAAP in situations when a registrant does not have the necessary information available, prepared, or analyzed (including computations) in reasonable detail to complete the accounting for certain income tax effects of the Tax Cuts and Jobs Act of 2017 ("Tax Act"). As of June 30, 2018, the Company is still evaluating certain components of the Tax Act; however, it has finalized its determination that no transitional tax is required. As the Company collects and compares necessary data and interprets the Tax Act and any additional guidance issued by the U.S. Treasury Department, the Internal Revenue Service, and other standard-setting bodies, the Company may make adjustments to the provisional amounts recorded.

### 8.  Stockholders' Equity

On May 22, 2018 the Company sold 3,833,334 shares of our common stock to the public, including 500,000 shares sold pursuant to the underwriters' over-allotment option. The Company received net proceeds of $330.8 million, which the Company intends to use for working capital and other general corporate purposes, including expenditures for graduate program and short course marketing, technology and content development, in connection with new graduate program and short course launches and growing existing graduate programs and short courses as well as the strategic acquisitions of, or investment in, complementary products, technologies, solutions or businesses.

As of June 30, 2018, the Company was authorized to issue 205,000,000 total shares of capital stock, consisting of 200,000,000 shares of common stock and 5,000,000 shares of preferred stock. As of June 30, 2018, the Company had reserved a total of 13,037,089 of its authorized shares of common stock for future issuance as follows:

| | |
|---|---:|
| Outstanding stock options | 4,659,638 |
| Possible future issuance under 2014 Equity Incentive Plan | 6,096,824 |
| Outstanding restricted stock units | 1,280,627 |
| Available for future issuance under employee stock purchase plan | 1,000,000 |
| Total shares of common stock reserved for future issuance | 13,037,089 |

The shares available for future issuance increased by 2,625,292 and 2,357,579 on January 1, 2018 and 2017, respectively, pursuant to the automatic share reserve increase provision under the 2014 Equity Incentive Plan (the "2014 Plan").

### 9.  Stock-Based Compensation

The Company provides equity-based compensation awards to employees, independent contractors and directors as an effective means for attracting, retaining and motivating such individuals. The Company maintains two share-based compensation plans: the 2014 Plan and the 2008 Stock Incentive Plan (the "2008 Plan"). Upon the effective date of the 2014 Plan in January 2014, the Company ceased using the 2008 Plan to grant new equity awards and began using the 2014 Plan for grants of new equity awards.

*Employee Stock Purchase Plan*

The Company's 2017 Employee Stock Purchase Plan (the "ESPP") provides (i) for two offering periods each year and (ii) that the purchase price for shares of the Company's common stock purchased under the ESPP will be 90% of the lesser of the fair market value of 2U's common stock on the purchase date or the fair market value of 2U's common stock on the first day of the offering period. Participating eligible employees select a rate of payroll deduction between 1% and 15% of their salary or wage compensation

13

Table of Contents

received from the Company as in effect at the start of the offering period, subject to a maximum payroll deduction per calendar year of $25,000. Participation in the ESPP began on January 1, 2018.

*Stock-Based Compensation Expense*

Stock-based compensation expense related to stock-based awards is included in the following line items in the condensed consolidated statements of operations and comprehensive loss:

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2018 | 2017 | 2018 | 2017 |
|  | (in thousands) | | | |
| Curriculum and teaching | $ 5 | $ — | $ 7 | $ — |
| Servicing and support | 1,320 | 1,161 | 2,192 | 1,856 |
| Technology and content development | 1,075 | 897 | 1,786 | 1,543 |
| Marketing and sales | 718 | 430 | 1,207 | 772 |
| General and administrative | 5,891 | 3,007 | 10,939 | 5,219 |
| Total stock-based compensation expense | $ 9,009 | $ 5,495 | $ 16,131 | $ 9,390 |

*Stock Options*

The following is a summary of the stock option activity for the six months ended June 30, 2018:

|  | Number of Options | Weighted-Average Exercise Price per Share |
|---|---|---|
| Outstanding balance at December 31, 2017 | 4,559,176 | $ 15.10 |
| Granted | 655,524 | 84.12 |
| Exercised | (501,531) | 9.56 |
| Forfeited | (53,531) | 35.69 |
| Expired | — | — |
| Outstanding balance at June 30, 2018 | 4,659,638 | 25.17 |
| Exercisable at June 30, 2018* | 3,201,819 | 11.26 |

---

    * As of June 30, 2018, the aggregate intrinsic value of options exercisable was $231.5 million and such shares had a weighted-average remaining contractual term of 4.73 years.

*Restricted Stock Units*

The following is a summary of restricted stock unit activity for the six months ended June 30, 2018:

|  | Number of Restricted Stock Units | Weighted-Average Grant Date Fair Value |
|---|---|---|
| Outstanding balance at December 31, 2017 | 1,413,423 | $ 29.95 |
| Granted | 440,818 | 81.39 |
| Vested | (517,050) | 23.34 |
| Forfeited | (56,564) | 36.38 |
| Outstanding balance at June 30, 2018 | 1,280,627 | 50.04 |

**10.   Net Loss per Share**

Diluted net loss per share is the same as basic net loss per share for all periods presented because the effects of potentially dilutive items were anti-dilutive, given the Company's net loss. The following securities have been excluded from the calculation of weighted-average shares of common stock outstanding because the effect is anti-dilutive for the three and six months ended June 30, 2018 and 2017:

|  | Three and Six Months Ended June 30, | |
|---|---|---|
|  | 2018 | 2017 |

| Stock options | | 4,991,114 | 5,095,909 |
| Restricted stock units | | 1,280,627 | 1,355,393 |

14

Table of Contents

Basic and diluted net loss per share is calculated as follows:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| | 2018 | 2017 | 2018 | 2017 |
|---|---|---|---|---|
| Numerator (in thousands): | | | | |
| Net loss | $ (18,347) | $ (11,754) | $ (33,218) | $ (15,193) |
| Denominator: | | | | |
| Weighted-average shares of common stock outstanding, basic and diluted | 54,981,192 | 47,668,397 | 53,840,582 | 47,454,059 |
| Net loss per share, basic and diluted | $ (0.33) | $ (0.25) | $ (0.62) | $ (0.32) |

**11.    Segment and Geographic Information**

The Company's operations consist of two operating segments and two reportable segments: the Graduate Program Segment and the Short Course Segment. The Company's Graduate Program Segment provides services to well-recognized nonprofit colleges and universities, primarily in the United States, to enable the online delivery of graduate programs. The Company's Short Course Segment provides premium online short courses to working professionals around the world through relationships with leading universities in the United States, the United Kingdom and South Africa.

During the three months ended June 30, 2018, three university clients in the Graduate Program Segment each accounted for 10% or more of the Company's consolidated revenue, as follows: $20.4 million, $13.1 million and $10.2 million, which equals 21%, 13% and 10% of the Company's consolidated revenue, respectively. During the three months ended June 30, 2017, four university clients in the Graduate Program Segment each accounted for 10% or more of the Company's consolidated revenue, as follows: $19.1 million, $12.1 million, $6.9 million and $6.8 million, which equals 29%, 19%, 11% and 10%  of the Company's consolidated revenue, respectively.

During the six months ended June 30, 2018, three university clients in the Graduate Program Segment each accounted for 10% or more of the Company's consolidated revenue, as follows: $41.1 million, $26.5 million and $19.8 million, which equals 22%, 14% and 10% of the Company's consolidated revenue, respectively. During the six months ended June 30, 2017, four university clients in the Graduate Program Segment each accounted for 10% or more of the Company's consolidated revenue, as follows: $38.8 million, $23.8 million, $13.8 million and $13.2 million, which equals 30%, 18%, 11% and 10% of the Company's consolidated revenue, respectively.

As of June 30, 2018, two university clients in the Graduate Program Segment accounted for 10% or more of the Company's consolidated accounts receivable, net balance, as follows: $26.5 million and $7.5 million, which equals 53%  and 15% of the Company's consolidated accounts receivable, net balance, respectively. As of December 31, 2017, two university clients in the Graduate Program Segment each accounted for 10% or more of the Company's consolidated accounts receivable, net balance, as follows: $9.4 million and $2.0 million, which equals 67% and 14% of the Company's consolidated accounts receivable, net balance, respectively.

For the Company's Short Course Segment, there were no customers that accounted for 10% or more of the Company's consolidated revenue for the three and six month periods ending June 30, 2018 and 2017, or accounts receivable, net balance, as of June 30, 2018 and December 31, 2017, as such amounts are derived from individual students or third parties paying on their behalf, rather than directly from university clients. For the three months ended June 30, 2018, revenue associated with the short courses offered with the Company's three largest university clients in this segment accounted for approximately 83% of the segment's revenue and approximately 14% of the Company's consolidated revenue. For the six months ended June 30, 2018, revenue associated with the short courses offered with the Company's three largest university clients in this segment accounted for approximately 83% of the segment's revenue and approximately 12% of the Company's consolidated revenue. In this segment, no individual university client had revenue associated with it that accounted for 10% or more of the Company's consolidated revenue for the three and six months ended June 30, 2018.

*Segment Performance*

The following table summarizes financial information regarding each reportable segment's results of operations for the periods presented:

15

Table of Contents

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| | 2018 | 2017 | 2018 | 2017 |
|---|---|---|---|---|
| | | (in thousands) | | |
| **Revenue by segment*** | | | | |
| Graduate Program Segment | $ 81,209 | $ 64,995 | $ 161,768 | $ 129,824 |

| | Three Months Ended June 30, 2018 | Three Months Ended June 30, 2017 | Six Months Ended June 30, 2018 | Six Months Ended June 30, 2017 |
|---|---|---|---|---|
| Short Course Segment | — | — | — | — |
| Total revenue | $ 97,423 | $ 64,995 | $ 189,711 | $ 129,824 |
| | | | | |
| **Segment profitability**\*\* | | | | |
| Graduate Program Segment | $ (5,905) | $ (1,497) | $ (6,179) | $ 2,411 |
| Short Course Segment | 350 | — | (898) | — |
| Total segment profitability | $ (5,555) | $ (1,497) | $ (7,077) | $ 2,411 |
| | | | | |
| **Segment profitability margin**\*\*\* | | | | |
| Graduate Program Segment | (6.1)% | (2.3)% | (3.2)% | 1.9% |
| Short Course Segment | 0.4 | — | (0.5) | — |
| Total segment profitability margin | (5.7)% | (2.3)% | (3.7)% | 1.9% |

---

\*     The Company did not have any material intersegment revenues for any periods presented.

\*\*    The Company evaluates segment profitability as net income or net loss, as applicable, before net interest income (expense), taxes, depreciation and amortization, foreign currency gains or losses, acquisition-related gains or losses and stock-based compensation expense. Some or all of these items may not be applicable in any given reporting period.

\*\*\*   The Company defines segment profitability margin as segment profitability as a percentage of consolidated revenue.

The following table reconciles net loss to total segment profitability:

| | Three Months Ended June 30, 2018 | Three Months Ended June 30, 2017 | Six Months Ended June 30, 2018 | Six Months Ended June 30, 2017 |
|---|---|---|---|---|
| | (in thousands) | | | |
| Net loss | $ (18,347) | $ (11,754) | $ (33,218) | $ (15,193) |
| Adjustments: | | | | |
| Interest income | (912) | (53) | (1,254) | (249) |
| Interest expense | 27 | 1 | 54 | 1 |
| Foreign currency loss | 825 | 1,031 | 1,220 | 1,031 |
| Depreciation and amortization expense | 7,408 | 3,783 | 14,783 | 7,431 |
| Income tax benefit | (3,565) | — | (4,793) | — |
| Stock-based compensation expense | 9,009 | 5,495 | 16,131 | 9,390 |
| Total adjustments | 12,792 | 10,257 | 26,141 | 17,604 |
| Total segment profitability | $ (5,555) | $ (1,497) | $ (7,077) | $ 2,411 |

The Company's total assets by segment are as follows:

| | June 30, 2018 | December 31, 2017 |
|---|---|---|
| | (in thousands) | |
| **Total assets** | | |
| Graduate Program Segment | $ 711,291 | $ 359,597 |
| Short Course Segment | 114,173 | 122,465 |
| Total assets | $ 825,464 | $ 482,062 |

*Contract Assets and Liabilities*

The Company's contract assets and liabilities in each segment are as follows:

| | June 30, 2018 | December 31, 2017 |
|---|---|---|
| | (in thousands) | |
| **Contract assets** | | |
| Graduate Program Segment accounts receivable, net | $ 34,758 | $ 12,520 |
| Graduate Program Segment unbilled revenue | 13,776 | 666 |
| Short Course Segment accounts receivable, net | 1,277 | 988 |
| Total contract assets | $ 49,811 | $ 14,174 |
| | | |
| **Contract liabilities** | | |
| Graduate Program Segment deferred revenue | $ 22,829 | $ 2,523 |
| Short Course Segment deferred revenue | 8,033 | 4,501 |
| Total contract liabilities | $ 30,862 | $ 7,024 |

16

For the Graduate Program Segment, revenue recognized during the three and six months ended June 30, 2018 that was included in the deferred revenue balance at the beginning of the year was $0.0 million and $2.5 million, respectively. For the Short Course Segment, revenue recognized during the three and six months ended June 30, 2018 that was included in the deferred revenue balance at the beginning of the year was $0.0 million and $4.5 million, respectively.

### Contract Acquisition Costs

The Graduate Program Segment had $0.3 million of net capitalized contract acquisition costs as of June 30, 2018. For the three months ended June 30, 2018, the Company capitalized $0.2 million and recorded no amortization expense in the Graduate Program Segment. For the six months ended June 30, 2018, the Company capitalized $0.3 million and recorded no amortization expense in the Graduate Program Segment.

### Geographical Information

The Company's non-U.S. revenue for the three and six months ended June 30, 2018, determined based upon the university client's functional currency, was $9.8 million and $17.2 million, respectively, entirely from the Short Course Segment's operations outside of the U.S. The Company did not have non-U.S. revenue for the three and six months ended June 30, 2017. The Company's long-lived assets in non-U.S. countries as of June 30, 2018 and December 31, 2017 totaled approximately $1.1 million and $0.7 million, respectively.

### Item 2.  Management's Discussion and Analysis of Financial Condition and Results of Operations

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our condensed consolidated financial statements and the related notes to those statements included elsewhere in this Quarterly Report on Form 10-Q and our Annual Report on Form 10-K for the year ended December 31, 2017. Certain statements contained in this Quarterly Report on Form 10-Q may constitute forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended. The words or phrases "would be," "will allow," "intends to," "will likely result," "are expected to," "will continue," "is anticipated," "estimate," "project," or similar expressions, or the negative of such words or phrases, are intended to identify "forward-looking statements." We have based these forward-looking statements on our current expectations and projections about future events. Because such statements include risks and uncertainties, actual results may differ materially from those expressed or implied by such forward-looking statements. Many factors could cause or contribute to these differences, including those discussed in Part II, Item 1A, "Risk Factors" in this Quarterly Report on Form 10-Q and in our Annual Report on Form 10-K for the year ended December 31, 2017, and our other filings with the Securities and Exchange Commission, or "SEC." Statements made herein are as of the date of the filing of this Form 10-Q with the SEC and should not be relied upon as of any subsequent date. Unless otherwise required by applicable law, we do not undertake, and we specifically disclaim, any obligation to update any forward-looking statements to reflect occurrences, developments, unanticipated events or circumstances after the date of such statement.*

Table of Contents

Unless the context otherwise requires, all references to the "we", "us" or "our" refer to 2U, Inc., together with its subsidiaries. The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our unaudited condensed consolidated financial statements and related notes that appear in Item 1 of this Quarterly Report on Form 10-Q and with our audited consolidated financial statements and related notes for the year ended December 31, 2017, which are included in our Annual Report on Form 10-K, filed with the SEC on February 27, 2018.

### Overview

### Our Business

We are a leading education technology company that well-recognized nonprofit colleges and universities trust to bring them into the digital age. Our comprehensive platform of tightly integrated technology and services provides the digital infrastructure universities need to attract, enroll, educate and support students at scale. With our platform, students can pursue their education anytime, anywhere, without quitting their jobs or moving; and university clients can improve educational outcomes, skills attainment and career prospects for a greater number of students.

We have two reportable segments: the Graduate Program Segment and the Short Course Segment.

- Our Graduate Program Segment provides services to well-recognized nonprofit colleges and universities, primarily in the United States, to enable the online delivery of graduate programs. We target students seeking a full graduate degree of the same quality they would receive on-campus.

- Our Short Course Segment provides premium online short courses to working professionals in more than 150 countries. We target working professionals seeking career advancement through skills attainment.

Our core strategy is to launch graduate programs and short courses with new and existing university clients and to increase student enrollments across our portfolio of offerings. We are also committed to continuously improving our platform to deliver high-quality university and student experiences and outcomes at scale.

### Recent Developments

On May 22, 2018, we completed our IPO in which the underwriters exercised in full their previously announced underwriters' over-allotment option. We received net proceeds of $330.8 million, which we intend to use for working capital and other general corporate purposes, including expenditures for graduate program and short course marketing, technology and content development, in connection with new graduate program and short course launches and growing existing graduate programs and short courses as well as the strategic acquisitions of, or investment in, complementary products, technologies, solutions or businesses.

## Our Business Model and Components of Operating Results

The key elements of our business model and components of our operating results are described below.

### *Revenue*

#### *Graduate Program Segment*

Our Graduate Program Segment derives revenue primarily from contractually specified percentages of the amounts our university clients receive from their students in 2U-enabled graduate programs for tuition and fees, less credit card fees and other specified charges we have agreed to exclude in certain of our university client contracts. Most of our contracts with university clients in this segment have 10 to 15 year initial terms.

#### *Short Course Segment*

Our Short Course Segment derives revenue directly from contracts with students for the tuition and fees paid to enroll in and progress through our short courses. Contractually specified percentages of the gross proceeds received from students are shared with the university clients, in the form of a royalty recognized on our condensed consolidated statements of operations and comprehensive loss as curriculum and teaching costs. Our contracts with university clients in this segment are typically shorter and less restrictive than our contracts with university clients in our Graduate Program Segment.

18

Table of Contents

### *Operating Costs*

Our operating costs consist of the following:

*Curriculum and teaching.* Curriculum and teaching costs are associated with our Short Course Segment and primarily relate to royalties due to our university clients based on the revenue associated with short course offerings. It also includes costs to compensate short course tutors.

*Servicing and support.* Servicing and support costs consist primarily of cash and non-cash compensation and benefit costs (including stock-based compensation). It also includes software licensing, telecommunications, technical support and other costs related to providing access to and support for our platform for our university clients and students. In addition, servicing and support includes costs to facilitate in-program field placements, student immersions and other student enrichment experiences, as well as costs to assist our university clients with their state compliance requirements.

*Technology and content development.* Technology and content development costs consist primarily of cash and non-cash compensation and benefit costs (including stock-based compensation) and outsourced services costs related to the ongoing improvement and maintenance of our platform, and the developed content for our graduate programs and short courses. It also includes the associated amortization expense related to capitalized technology and content development, as well as hosting and other costs associated with maintaining our platform in a cloud environment. Additionally, it includes the costs to support our internal infrastructure, including our cloud-based server usage.

*Marketing and sales.* Marketing and sales costs consist primarily of student acquisition activities across each of our segments. This includes the cost of online advertising and student generation, as well as cash and non-cash compensation and benefit costs (including stock-based compensation) for our graduate program and short course marketing, search engine optimization, marketing analytics and admissions application counseling personnel.

*General and administrative.* General and administrative costs consist primarily of cash and non-cash compensation and benefit costs (including stock-based compensation) for employees in our executive, administrative, finance and accounting, legal, communications and human resources functions. It also includes external legal, accounting and other professional fees, telecommunications charges and other corporate costs such as insurance and travel that are not related to another function.

## Results of Operations

### *Second Quarter 2018 Highlights*

- Revenue was $97.4 million, an increase of 49.9% from $65.0 million in the second quarter of 2017.
- Net loss was $(18.3) million, or $(0.33) per share, compared to $(11.8) million or $(0.25) per share, in the second quarter of 2017.
- Adjusted EBITDA loss was $(5.6) million, compared to $(1.5) million in the second quarter of 2017.
- We launched five new graduate programs.

### *Revenue*

Revenue for the three months ended June 30, 2018 was $97.4 million, an increase of 49.9%, from $65.0 million for the same period of 2017. Graduate Program Segment revenue was $81.2 million for the three months ended June 30, 2018, an increase of 25.0%, from $65.0 million for the same period of 2017, primarily due to a 27.8% increase in full course equivalent enrollments. We also reported incremental revenue of $16.2 million for the three months ended June 30, 2018 related to our Short Course Segment, which was created as a result of our acquisition of GetSmarter in July 2017.

Revenue for the six months ended June 30, 2018 was $189.7 million, an increase of 46.1%, from $129.8 million for the same period of 2017. Graduate Program Segment revenue was $161.8 million for the six months ended June 30, 2018, an increase of 24.6%, from $129.8 million for the same period of 2017, primarily due to a 26.3% increase in full course equivalent enrollments. We also reported incremental revenue of $27.9 million for the six months ended June 30, 2018 related to our Short Course Segment, which was created as a result of our acquisition of GetSmarter in July 2017.

*Costs*

*Curriculum and teaching.* Curriculum and teaching costs for the three months ended June 30, 2018 were $6.0 million, and we did not incur any such costs in the same period of 2017, as a result of our acquisition of GetSmarter in July 2017.

19

Table of Contents

Curriculum and teaching costs for the six months ended June 30, 2018 were $10.3 million, and we did not incur any such costs in the same period of 2017, as a result of our acquisition of GetSmarter in July 2017.

*Servicing and support.* Servicing and support costs for the three months ended June 30, 2018 were $17.3 million, an increase of $3.8 million or 28.5%, from $13.5 million for the same period of 2017. This was primarily due to a $2.7 million increase in cash and non-cash compensation and benefit costs in our Graduate Program Segment, as we increased our headcount in servicing and support by 37% to serve a growing number of students and faculty in existing and new graduate programs. Additionally, $0.5 million of the increase related to rent, travel, student immersion costs and other service and support costs associated with our Graduate Program Segment. The remainder of the increase related to servicing and support costs associated with our Short Course Segment.

Servicing and support costs for the six months ended June 30, 2018 were $32.5 million, an increase of $8.1 million or 33.4%, from $24.4 million for the same period of 2017. This was primarily due to a $5.4 million increase in cash and non-cash compensation and benefit costs in our Graduate Program Segment, as we increased our headcount in servicing and support by 36% to serve a growing number of students and faculty in existing and new graduate programs. Additionally, $1.7 million of the increase related to rent, travel, student immersion costs and other service and support costs associated with our Graduate Program Segment. The remainder of the increase related to servicing and support costs associated with our Short Course Segment.

*Technology and content development.* Technology and content development costs for the three months ended June 30, 2018 were $15.2 million, an increase of $4.1 million or 36.8%, from $11.1 million for the same period of 2017. The increase was due in part to a $0.5 million increase in cash and non-cash compensation and benefit costs (net of amounts capitalized for technology and content development) in our Graduate Program Segment, as we increased our headcount in technology and content development by 39% to support the scaling of existing and launch of new graduate programs. This was also due to a $1.7 million increase related to higher amortization expense associated with capitalized technology and content development, as well as higher hosting and licensing costs, in our Graduate Program Segment due to the larger number of courses that have been developed and the continued maintenance of our platform in a cloud environment. The remainder of the increase primarily related to technology and content development costs associated with our Short Course Segment.

Technology and content development costs for the six months ended June 30, 2018 were $29.1 million, an increase of $8.8 million or 42.9%, from $20.3 million for the same period of 2017. The increase was due in part to a $1.6 million increase in cash and non-cash compensation and benefit costs (net of amounts capitalized for technology and content development) in our Graduate Program Segment, as we increased our headcount in technology and content development by 40% to support the scaling of existing and launch of new graduate programs. This was also due to a $3.5 million increase related to higher amortization expense associated with capitalized technology and content development, as well as higher hosting and licensing costs, in our Graduate Program Segment due to the larger number of courses that have been developed and the continued maintenance of our platform in a cloud environment. The remainder of the increase primarily related to technology and content development costs associated with our Short Course Segment.

*Marketing and sales.* Marketing and sales costs for the three months ended June 30, 2018 were $58.4 million, an increase of $21.2 million or 56.7%, from $37.2 million for the same period of 2017. The increase included $5.1 million of additional cash and non-cash compensation and benefit costs in our Graduate Program Segment, as we increased our headcount in marketing and sales by 41% to acquire students for, and drive revenue growth in existing and new graduate programs. Additionally, a $6.6 million increase related to direct internet marketing costs to acquire students for our Graduate Program Segment, and a $7.6 million increase related to marketing and sales costs associated with our Short Course Segment. The remainder of the increase related to other net costs to support graduate program marketing efforts.

Marketing and sales costs for the six months ended June 30, 2018 were $111.4 million, an increase of $39.5 million or 55.0%, from $71.9 million for the same period of 2017. The increase included $9.2 million of additional cash and non-cash compensation and benefit costs in our Graduate Program Segment, as we increased our headcount in marketing and sales by 38% to acquire students for, and drive revenue growth in existing and new graduate programs. Additionally, a $12.8 million increase related to direct internet marketing costs to acquire students for our Graduate Program Segment, and a $14.2 million increase related to marketing and sales costs associated with our Short Course Segment. The remainder of the increase related to other net costs to support graduate program marketing efforts.

*General and administrative.*  General and administrative costs for the three months ended June 30, 2018 were $22.6 million, an increase of $8.6 million or 61.4%, from $13.9 million for the same period of 2017. This was primarily due to a $3.6 million increase in cash and non-cash compensation and benefit costs in our Graduate Program Segment, as we increased our headcount in general and administrative by 26% to support our growing business.  Other general and administrative costs in our Graduate Program Segment increased by $1.7 million due to higher consulting and other professional services, travel costs and rent and other facilities costs, partially offset by reductions in year-over-year costs after the integration of our enterprise resource planning system that was

Table of Contents

completed in the second quarter of 2017 in our Graduate Program Segment.  The remaining increase of $3.3 million related to general and administrative costs associated with our Short Course Segment.

General and administrative costs for the six months ended June 30, 2018 were $44.3 million, an increase of $16.7 million or 60.7%, from $27.6 million for the same period of 2017. This was primarily due to a $10.1 million increase in cash and non-cash compensation and benefit costs in our Graduate Program Segment, as we increased our headcount in general and administrative by 25% to support our growing business.  Other general and administrative costs in our Graduate Program Segment increased by $1.1 million due to higher consulting and other professional services, travel costs and rent and other facilities costs, partially offset by reductions in year-over-year costs after the integration of our enterprise resource planning system that was completed in the second quarter of 2017 in our Graduate Program Segment. The remaining increase of $5.5 million related to general and administrative costs associated with our Short Course Segment.

*Net Interest Income (Expense)*

Interest income is derived from interest received on our cash and cash equivalents. Interest expense consists primarily of fees associated with our revolving line of credit and interest associated with our government grants. Net interest income (expense) reflects the aggregation of interest income and interest expense. In the three months ended June 30 2018, we earned net interest income of $0.9 million, compared to $0.1 million in the same period of 2017, primarily driven by a higher cash balance resulting from our May 2018 public offering of common stock. In the six months ended June 30 2018, we earned net interest income of $1.2 million, compared to $0.2 million in the same period of 2017, primarily driven by a higher cash balance resulting from the May 2018 public offering of common stock.

*Other Non-Operating Income (Expense), Net*

Other non-operating income (expense), net primarily consists of foreign currency gains and losses. For the three months ended June 30, 2018, we incurred other expense, net, of $0.8 million, compared to $1.0 million in the same period of 2017. For the six months ended June 30, 2018, we incurred other expense, net, of $1.2 million, compared to $1.0 million in the same period of 2017.

*Income Tax Benefit*

Our income tax provisions consist of federal, state and foreign income taxes. The tax provisions for the three and six months ended June 30, 2018 and 2017 were based on estimated full-year effective tax rates including the mix of income for the period between higher-taxed and lower-taxed jurisdictions, after giving effect to significant items related specifically to the interim periods, and loss-making entities for which it is not more likely than not that a tax benefit will be realized on the loss.

Our effective tax rate was approximately 16% and 0% for the three months ended June 30, 2018 and 2017, respectively, and 13% and 0% for the six months ended June 30, 2018 and 2017, respectively. A one-time tax benefit of $3.0 million related to an asset acquisition of certain third-party technologies is included in our income tax benefit for the three and six months ended June 30, 2018. This benefit relates to the reversal of our tax valuation allowance that was no longer needed as a result of establishing a net deferred tax liability. Excluding the one-time tax benefit, our tax benefit of $0.6 million and $1.8 million for the three and six months ended June 30, 2018, respectively, related to losses generated by operations and the amortization of acquired intangibles in our Short Course Segment that are expected to be realized through future reversing taxable temporary differences. We expect to continue to recognize a tax benefit in the future for our Short Course Segment to the extent that this segment continues to generate pre-tax losses while carrying deferred tax liabilities that are in excess of deferred tax assets. To date, we have not been required to pay U.S. federal income taxes because of our current and accumulated net operating losses.

On December 22, 2017, Staff Accounting Bulletin No. 118 ("SAB 118") was issued to address the application of U.S. GAAP in situations when a registrant does not have the necessary information available, prepared, or analyzed (including computations) in reasonable detail to complete the accounting for certain income tax effects of the Tax Cuts and Jobs Act of 2017 ("Tax Act"). As of June 30, 2018, we are still evaluating certain components of the Tax Act; however, we have finalized our determination that no transitional tax is required. As we collect and compare necessary data and interpret the Tax Act and any additional guidance issued by the U.S. Treasury Department, the Internal Revenue Service, and other standard-setting bodies, we may make adjustments to the provisional amounts recorded.

*Consolidated Statements of Operations as a Percentage of Revenue*

The following table sets forth selected consolidated statements of operations data as a percentage of revenue for each of the periods indicated.

Table of Contents

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| Revenue | 100.0% | 100.0% | 100.0% | 100.0% |
| Costs and expenses | | | | |
| Curriculum and teaching | 6.2 | — | 5.4 | — |
| Servicing and support | 17.8 | 20.7 | 17.1 | 18.8 |
| Technology and content development | 15.6 | 17.1 | 15.3 | 15.7 |
| Marketing and sales | 59.9 | 57.4 | 58.7 | 55.4 |
| General and administrative | 23.1 | 21.4 | 23.4 | 21.3 |
| Total costs and expenses | 122.6 | 116.6 | 119.9 | 111.2 |
| Loss from operations | (22.6) | (16.6) | (19.9) | (11.2) |
| Other income (expense): | | | | |
| Interest income | 0.9 | 0.1 | 0.7 | 0.2 |
| Interest expense | 0.0 | 0.0 | 0.0 | 0.0 |
| Other income (expense), net | (0.8) | (1.6) | (0.6) | (0.8) |
| Total other income (expense) | 0.1 | (1.5) | 0.1 | (0.6) |
| Loss before income taxes | (22.5) | (18.1) | (19.8) | (11.8) |
| Income tax benefit | 3.7 | — | 2.5 | — |
| Net loss | (18.8)% | (18.1)% | (17.3)% | (11.8)% |

### Key Business and Financial Performance Metrics

We use a number of key metrics to evaluate our business, measure our performance, identify trends affecting our business, formulate financial projections and make strategic decisions. In addition to adjusted EBITDA, which we discuss below, and revenue and the components of loss from operations in the section above entitled "Our Business Model and Components of Operating Results," we utilize full course equivalent enrollments as a key metric to evaluate the success of our growth strategy.

### *Full Course Equivalent Enrollments in Our University Clients' Offerings*

We measure full course equivalent enrollments for each of the courses offered during a particular period by taking the number of students enrolled in that course and multiplying it by the percentage of the course completed during that period. We use this metric to account for the fact that many courses we enable straddle two or more fiscal quarters. For example, if a course had 25 enrolled students and 40% of the course was completed during a particular period, we would count the course as having 10 full course equivalent enrollments for that period. Any individual student may be enrolled in more than one course during a period.

Average revenue per full course equivalent enrollment represents our weighted-average revenue per course across the mix of courses being offered during a period in each of our operating segments. This number is derived by dividing the total revenue for a period for each of our operating segments by the number of full course equivalent enrollments in the applicable segment during that same period. This amount may vary from period to period depending on the academic calendars of our university clients, the relative growth rates of our graduate programs and short courses, as applicable, and varying tuition levels.

The following table sets forth the full course equivalent enrollments and average revenue per full course equivalent enrollment in our Graduate Program Segment and Short Course Segment for the periods presented.

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| Graduate Program Segment | | | | |
| Full course equivalent enrollments | 30,548 | 23,903 | 60,318 | 47,760 |
| Average revenue per full course equivalent enrollment | $ 2,658 | $ 2,719 | $ 2,682 | $ 2,718 |
| Short Course Segment | | | | |
| Full course equivalent enrollments | 8,222 | — | 14,224 | — |
| Average revenue per full course equivalent enrollment | $ 1,972 | $ — | $ 1,964 | $ — |

22

Table of Contents

Of the increase in graduate program full course equivalent enrollments for the three months ended June 30, 2018, 3,352 or 50.4% were attributable to graduate programs launched during the preceding 12 months. Of the increase in graduate program full course equivalent enrollments for the six months ended June 30, 2018, 5,596 or 44.6% were attributable to graduate programs launched during the preceding 12 months.

### *Adjusted EBITDA*

Adjusted EBITDA represents our earnings before net interest income (expense), taxes, depreciation and amortization, foreign currency gains or losses, acquisition-related gains or losses and stock-based compensation expense. Adjusted EBITDA is a key measure used by our management and board of directors to understand and evaluate our core operating performance and trends, to prepare and approve our annual budget and to develop short- and long-term operational plans. In particular, the exclusion of certain expenses in calculating adjusted EBITDA can provide a

useful measure for evaluating our future performance, and for comparing our operating results, including EBITDA. Adjusted EBITDA provides useful information to investors and others in understanding and evaluating our operating results in the same manner as our management and board of directors.

Adjusted EBITDA is not a measure calculated in accordance with U.S. GAAP, and should not be considered as an alternative to any measure of financial performance calculated and presented in accordance with U.S. GAAP. In addition, adjusted EBITDA may not be comparable to similarly titled measures of other companies because other companies may not calculate adjusted EBITDA in the same manner as we do. We prepare adjusted EBITDA to eliminate the impact of stock-based compensation expense, which we do not consider indicative of our core operating performance.

Our use of adjusted EBITDA has limitations as an analytical tool, and you should not consider it in isolation or as a substitute for analysis of our financial results as reported under U.S. GAAP. Some of these limitations are:

- although depreciation and amortization are non-cash charges, the assets being depreciated and amortized may have to be replaced in the future, and adjusted EBITDA does not reflect cash capital expenditure requirements for such replacements or for new capital expenditure requirements;

- adjusted EBITDA does not reflect changes in, or cash requirements for, our working capital needs;

- adjusted EBITDA does not reflect acquisition related gains or losses such as, but not limited to, post-acquisition changes in the value of contingent consideration reflected in operations;

- adjusted EBITDA does not reflect the potentially dilutive impact of equity-based compensation;

- adjusted EBITDA does not reflect interest or tax payments that may represent a reduction in cash available to us; and

- other companies, including companies in our industry, may calculate adjusted EBITDA differently, which reduces its usefulness as a comparative measure.

Because of these and other limitations, you should consider adjusted EBITDA alongside other U.S. GAAP-based financial performance measures, including various cash flow metrics, net income (loss) and our other U.S. GAAP results. The following table presents a reconciliation of net loss to adjusted EBITDA (loss) for each of the periods indicated:

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2018 | | 2017 | | 2018 | | 2017 | |
| | (in thousands) | | | | | | | |
| Net loss | $ | (18,347) | $ | (11,754) | $ | (33,218) | $ | (15,193) |
| Adjustments: | | | | | | | | |
| Interest income | | (912) | | (53) | | (1,254) | | (249) |
| Interest expense | | 27 | | 1 | | 54 | | 1 |
| Foreign currency loss | | 825 | | 1,031 | | 1,220 | | 1,031 |
| Depreciation and amortization expense | | 7,408 | | 3,783 | | 14,783 | | 7,431 |
| Income tax benefit | | (3,565) | | — | | (4,793) | | — |
| Stock-based compensation expense | | 9,009 | | 5,495 | | 16,131 | | 9,390 |
| Total adjustments | | 12,792 | | 10,257 | | 26,141 | | 17,604 |
| Adjusted EBITDA (loss) | $ | (5,555) | $ | (1,497) | $ | (7,077) | $ | 2,411 |

23

Table of Contents

**Capital Resources and Liquidity**

*Capital Expenditures*

During the six months ended June 30, 2018, we had capital asset additions of $55.2 million, which were comprised of $44.0 million in capitalized technology and content development, $5.8 million of trade and domain names, $4.3 million of other property and equipment, and $1.1 million of other property and equipment. The $55.2 million of capital asset additions consisted of $45.2 million in cash capital expenditures and $10.0 million of non-cash capital expenditures, primarily related to the acquisition of certain long-lived assets for which we have an accrued liability. For the full year of 2018, we expect new capital asset additions of approximately $82 to $86 million, of which approximately $2 to $3 million will be funded by landlord leasehold improvement allowances, with $2 million related to the acquisition of certain long-lived assets for which we are not obligated to make a payment until 2019 and $3 million related to a one-time tax benefit related to the acquisition of certain long-lived assets.

*Sources of Liquidity*

*Lines of Credit*

In June 2017, we amended our credit agreement with Comerica Bank ("Comerica") for a $25.0 million revolving line of credit pursuant to which, among other things, Comerica consented to our acquisition of GetSmarter and our formation of certain subsidiaries in connection therewith, and

we extended the maturity date through September 30, 2017. In November 2017, we entered into an agreement to extend the maturity date through September 30, 2018. No amounts were outstanding under this credit agreement as of June 30, 2018 or December 31, 2017.

Certain of our operating lease agreements entered into prior to June 30, 2018 require security deposits in the form of cash or an unconditional, irrevocable letter of credit. As of June 30, 2018, we had entered into standby letters of credit totaling $15.0 million, as security deposits for the applicable leased facilities and in connection with government grants. These letters of credit reduced the aggregate amount we may borrow under its revolving line of credit to $10.0 million.

Under this revolving line of credit, we have the option of borrowing funds subject to (i) a base rate, which is equal to 1.5% plus the greater of Comerica's prime rate, the federal funds rate plus 1% or the 30 day LIBOR plus 1%, or (ii) LIBOR plus 2.5%. For amounts borrowed under the base rate, we may make interest-only payments quarterly, and may prepay such amounts with no penalty. For amounts borrowed under LIBOR, we may make interest-only payments in periods of one, two and three months and will be subject to a prepayment penalty if we repay such borrowed amounts before the end of the interest period.

Borrowings under the line of credit are collateralized by substantially all of our assets. The availability of borrowings under this credit line is subject to our compliance with reporting and financial covenants, including, among other things, that we achieve specified minimum three-month trailing revenue levels during the term of the agreement and specified minimum six-month trailing profitability levels for some of our graduate programs, measured quarterly. In addition, we are required to maintain a minimum adjusted quick ratio, which measures our short-term liquidity, of at least 1.10 to 1.00. As of June 30, 2018 and December 31, 2017, our adjusted quick ratios were 11.20 and 5.44, respectively.

The covenants under the line of credit also place limitations on our ability to incur additional indebtedness or to prepay permitted indebtedness, grant liens on or security interests in our assets, carry out mergers and acquisitions, dispose of assets, declare, make or pay dividends, make capital expenditures in excess of specified amounts, make investments, loans or advances, enter into transactions with our affiliates, amend or modify the terms of our material contracts, or change our fiscal year. If we are not in compliance with the covenants under the line of credit, after any opportunity to cure such non-compliance, or we otherwise experience an event of default under the line of credit, the lenders may require repayment in full of all principal and interest outstanding. If we fail to repay such amounts, the lenders could foreclose on the assets we have pledged as collateral under the line of credit. We are currently in compliance with all such covenants.

Our $1.9 million revolving debt facilities related to the Short Course Segment expired and were not renewed as of March 31, 2018.

*Government Grants*

In June 2017, we entered into two conditional loan agreements with Prince George's County, Maryland and the State of Maryland, respectively, for an aggregate amount of $3.5 million, each bearing an interest rate of 3% per annum. These agreements are conditional loan obligations that may be forgiven provided that we attain certain conditions related to employment levels at our Lanham, Maryland headquarters.  The loan with the State of Maryland has a maturity date of December 31, 2026, and the loan with

24

Table of Contents

Prince George's County, Maryland has a maturity date of June 22, 2027. The interest expense related to these loans for the three and six months ended June 30, 2018 and 2017 is immaterial.

**Public Offering of Common Stock**

On May 22, 2018 we sold 3,833,334 shares of our common stock to the public, including 500,000 shares sold pursuant to the underwriters' over-allotment option. We received net proceeds of $330.8 million, which we intend to use for working capital and other general corporate purposes, including expenditures for graduate program and short course marketing, technology and content development, in connection with new graduate program and short course launches and growing existing graduate programs and short courses as well as the strategic acquisitions of, or investment in, complementary products, technologies, solutions or businesses.

**Working Capital**

Our cash as of June 30, 2018 was held for working capital purposes. Our working capital as of June 30, 2018 and December 31, 2017 was $457.0 million and $190.1 million, respectively. We do not enter into investments for trading or speculative purposes. We invest any cash in excess of our immediate requirements in investments designed to preserve the principal balance and provide liquidity. Accordingly, our cash is invested primarily in demand deposit accounts that are currently providing only a minimal return.

**Cash Flows**

The following table summarizes our cash flows for the periods presented:

|  | Six Months Ended June 30, | |
| --- | --- | --- |
|  | 2018 | 2017 |
|  | (in thousands) | |
| Cash (used in) provided by: |  |  |
| Operating activities | $ (20,202) | $ (8,137) |
| Investing activities | (45,263) | (26,257) |

| | | | |
|---|---|---:|---:|
| Financing activities | | | 5,117 |
| Effect of exchange rate changes on cash | | (1,319) | (1,031) |
| Net increase (decrease) in cash, cash equivalents and restricted cash | | $ 265,464 | $ (30,308) |

*Operating Activities*

Cash used in operating activities for the six months ended June 30, 2018 was $20.2 million, an increase of $12.1 million or 148.3% from $8.1 million for the same period of 2017. This was primarily due to a $33.2 million consolidated net loss and a $24.7 million decrease in cash due to changes in working capital in our Graduate Program Segment. These decreases in cash were partially offset by $16.1 million in stock-based compensation expense, $14.8 million in depreciation and amortization expense and $6.8 million due to increases in cash from working capital within our Short Course Segment.

*Investing Activities*

Cash used in investing activities for the six months ended June 30, 2018 was $45.3 million, an increase of $19.0 million or 72.4% from $26.3 million for the same period of 2017. This was primarily due to increases in additions to amortizable intangible assets of $12.0 million to support a greater number of launched graduate programs and short courses. The change was also driven by an increase of $17.3 million in acquisitions of technology to be integrated into our platform, including $9.0 million related to the purchase of WeWork's intangible assets. These increases in outflows were partially offset by a $10.3 million decrease in purchases of property, plant and equipment as we completed the buildout of leasehold improvements in our leased facilities in the prior year.

*Financing Activities*

Cash provided by financing activities for the six months ended June 30, 2018 was $332.2 million, an increase of $327.1 million from $5.1 million for the same period of 2017. This was primarily due to $330.8 million in proceeds received from our public offering of common stock.

25

Table of Contents

*Other*

We do not have any off-balance sheet arrangements, as defined in Item 303(a)(4)(ii) of Regulation S-K, such as the use of unconsolidated subsidiaries, structured finance, special purpose entities or variable interest entities.

**Critical Accounting Policies**

***Revenue Recognition, Accounts Receivable and Allowance for Doubtful Accounts***

On January 1, 2018, we adopted ASU No. 2014-09, *Revenue from Contracts with Customers (Topic 606)* and the related amendments using the modified retrospective transition method and concluded that doing so did not have a material impact on the amount and timing of either our revenue or costs. As part of our assessment, we completed reviews of our contracts and evaluated our costs, including costs of obtaining contracts with our university clients and costs associated with content development. Certain of these contract and content costs will be capitalized under the new standard. The adoption of ASU 2014-09 did not have a material impact as of January 1, 2018, and no cumulative adjustment was recorded. Further, the amounts reported as of June 30, 2018 on our condensed consolidated balance sheets and the results of operations for the three and six months ended June 30, 2018 reported on the condensed consolidated statements of operations and comprehensive loss would not have been materially different than under legacy U.S. GAAP (i.e., Topic 605).

We generate substantially all of our revenue from contractual arrangements with either our university clients or students to provide a comprehensive platform of tightly integrated technology and technology-enabled services that support our graduate programs and short courses.

*Performance Obligations*

A performance obligation is a promise in a contract to transfer a distinct good or service to the customer. A contract's transaction price is allocated to each distinct performance obligation and recognized as revenue when, or as, the performance obligation is satisfied.

Our Graduate Program Segment derives revenue primarily from contractually specified percentages of the amounts our university clients receive from their students in 2U-enabled graduate programs for tuition and fees, less credit card fees and other specified charges we have agreed to exclude in certain university client contracts. Our contracts with university clients in this segment have 10 to 15 year initial terms and have a single performance obligation, as the promises to provide a platform of tightly integrated technology and services university clients need to attract, enroll, educate and support students are not distinct within the context of the contracts. The single performance obligation is delivered as the university clients receive and consume benefits, which occurs ratably over a series of academic terms. The fees received from university clients over the term of the arrangement are variable in nature in that they are dependent upon the number of students that are enrolled in the program within each academic term. The fees are allocated to and are recognized ratably over the related academic term, defined as the period beginning on the first day of classes through the last. A refund allowance is established for our share of tuition and fees ultimately uncollected by university clients.

Our Short Course Segment derives revenue directly from contracts with students for the tuition and fees paid to enroll in and progress through our short courses which run between six and 16 weeks. Our contracts with students in this segment have multiple performance obligations as the

delivery of the short courses and study-level courses through which these students attend. The satisfaction of our performance obligations are each satisfied ratably over the same short course presentation period, which is defined as the period beginning on the first day of the course through the last. We recognize the gross proceeds received from our students and share contractually specified percentages with our university clients, for providing short course content and certification, in the form of a royalty recognized as curriculum and teaching costs on our condensed consolidated statements of operations and comprehensive loss. Our contracts with university clients in this segment are typically shorter and less restrictive than our contracts with university clients in our Graduate Program Segment.

We do not disclose the value of unsatisfied performance obligations for our Graduate Program Segment because the variable consideration is allocated entirely to a wholly unsatisfied promise to transfer a service that forms part of a single performance obligation. We do not disclose the value of unsatisfied performance obligations for our Short Course Segment because the performance obligation is part of a contract that has an original duration of less than one year.

*Contract Acquisition Costs*

We pay commissions to certain of our employees to obtain contracts with university clients in our Graduate Program Segment. These costs are capitalized and recorded on a contract-by-contract basis and amortized using the straight-line method over the expected life, which is generally the length of the contract.

With respect to contract acquisition costs in our Short Course Segment, we have elected to apply the practical expedient in ASC Topic 606 to expense these costs as incurred, as the terms of contracts with students in this segment are less than one year.

Table of Contents

*Payments to University Clients*

Pursuant to certain of our contracts in the Graduate Program Segment, we have made, or are obligated to make, payments to university clients in exchange for contract extensions and various marketing and other rights. Generally, these amounts are capitalized and amortized as contra revenue over the life of the contract, commencing on the later of when payment is due or when contract revenue recognition begins.

*Accounts Receivable, Contract Assets and Liabilities*

Balance sheet items related to contracts consist of accounts receivable, net and deferred revenue on our condensed consolidated balance sheets. Our accounts receivable, net also includes unbilled revenue. Accounts receivable, net is stated at net realizable value, and we utilize the allowance method to provide for doubtful accounts based on management's evaluation of the collectability of the amounts due. Our estimates are reviewed and revised periodically based on historical collection experience and a review of the current status of accounts receivable, net. Historically, actual write-offs for uncollectible accounts have not significantly differed from prior estimates. We recognize unbilled revenue when revenue recognition occurs in advance of billings. Unbilled revenue is recognized in our Graduate Program Segment because billings to university clients does not occur until after the academic term has commenced and final enrollment information is available.

Deferred revenue as of each balance sheet date represents the excess of amounts billed or received as compared to amounts recognized in revenue on our condensed consolidated statements of operations and comprehensive loss as of the end of the reporting period, and such amounts are reflected as a current liability on our condensed consolidated balance sheets. We generally receive payments for our share of tuition and fees from graduate program university clients early in each academic term and from short course students, either in full upon registration for the course or in full before the end of the course based on a payment plan, prior to completion of the service period. These payments are recorded as deferred revenue until the services are delivered or until our obligations are otherwise met, at which time revenue is recognized.

**Goodwill**

Goodwill is the excess of purchase price over the fair value of identified net assets of the business acquired. Our goodwill balance was established in connection with our acquisition of GetSmarter in 2017. We will review goodwill at least annually, as of October 1, for possible impairment. Between annual tests, goodwill is reviewed for possible impairment if an event occurs or circumstances change that would more likely than not reduce the fair value of the reporting unit below its carrying value. We will test our goodwill at the reporting unit level, which is an operating segment or one level below an operating segment. We initially will assess qualitative factors to determine if it is necessary to perform the two-step goodwill impairment review. We will review our goodwill for impairment using the two-step process if we decide to bypass the qualitative assessment or determine that it is more likely than not that the fair value of a reporting unit is less than its carrying value based on our qualitative assessment. Upon the completion of the two-step process, we may be required to recognize an impairment based on the difference between the carrying value and the fair value of the goodwill recorded.

**Internally-Developed Intangible Assets**

*Capitalized Technology*

Capitalized technology includes certain purchased software and technology licenses, direct third-party costs, and internal payroll and payroll-related costs used in the creation of our internal-use software. Software development projects generally include three stages: the preliminary project stage (all costs are expensed as incurred), the application development stage (certain costs are capitalized and certain costs are expensed as incurred) and the post-implementation/operation stage (all costs are expensed as incurred). Costs capitalized in the application development stage include costs of designing the application, coding, integrating our and the university's networks and systems, and the testing of the

software. Capitalized costs require judgment in determining when a project has reached the application development stage and the period over which we expect to benefit from the use of that software. Once the software is placed in service, these costs are amortized on the straight-line method over the estimated useful life of the software, which is generally three to five years.

*Capitalized Content Development*

We develop content for each offering on a course-by-course basis in conjunction with the faculty for each graduate program and short course. University clients and their faculty generally provide materials used for the course in an on-campus setting, including curricula, case studies and other reading materials, and presentations. We are responsible for the conversion of the materials into a

27

Table of Contents

format suitable for delivery through our online learning platform, including all expenses associated with this effort. With regard to the Graduate Program Segment, the development of content is part of our single performance obligation and is considered a contract fulfillment cost.

The content development costs that qualify for capitalization are third-party direct costs, such as videography, editing and other services associated with creating digital content. Additionally, we capitalize internal payroll and payroll-related costs incurred to create and produce videos and other digital content utilized in the university clients' offerings for delivery via our online learning platform. Capitalization ends when content has been fully developed by both us and the university client, at which time amortization of the capitalized content development costs begin. The capitalized costs for each offering are recorded on a course-by-course basis and included in capitalized content costs in amortizable intangible assets, net on our condensed consolidated balance sheets. These costs are amortized using the straight-line method over the estimated useful life of the respective course, which is generally four to five years. The estimated useful life corresponds with the planned curriculum refresh rate. This refresh rate is consistent with expected curriculum refresh rates as cited by faculty members for similar on-campus offerings. It is reasonably possible that developed content could be refreshed before the estimated useful lives are complete or be expensed immediately in the event that the development of a course is discontinued prior to launch.

*Evaluation of Long-Lived Assets*

We review long-lived assets, which consist of property and equipment, capitalized technology costs, capitalized content development costs and acquired finite-lived intangible assets, for impairment whenever events or changes in circumstances indicate the carrying value of an asset may not be recoverable. Recoverability of a long-lived asset is measured by a comparison of the carrying value of an asset or asset group to the future undiscounted net cash flows expected to be generated by that asset or asset group. If such assets are not recoverable, the impairment to be recognized is measured by the amount by which the carrying value of an asset exceeds the estimated fair value (discounted cash flow) of the asset or asset group. In order to assess the recoverability of the capitalized technology and content development costs, the costs are grouped by degree vertical, which is the lowest level of independent cash flows. Our impairment analysis is based upon cumulative results and forecasted performance. The actual results could vary from our forecasts, especially in relation to recently launched programs.

*Stock-Based Compensation*

We have issued three types of stock-based awards under our stock plans: stock options, restricted stock units and stock awards. Stock option awards granted to employees, directors and independent contractors are measured at fair value at each grant date. We rely on the Black-Scholes option pricing model for estimating the fair value of stock options granted, and expected volatility is based on the historical volatilities of our common stock. For awards subject to service-based vesting conditions, we recognize compensation expense on a straight-line basis over the requisite service period of the award. Prior to January 1, 2017, we adjusted stock-based compensation expense for estimated forfeitures. Beginning on January 1, 2017, we account for forfeitures (and the impact on stock-based compensation expense) as they occur. Stock options subject to service-based vesting generally vest at various times from the date of the grant, with most stock options vesting in tranches, generally over a period of four years. Restricted stock units subject to service-based vesting generally vest 25% on each anniversary of the grant date over four years.

*Income Tax (Expense) Benefit*

Income taxes are accounted for under the asset and liability method, which requires the recognition of deferred tax assets and liabilities for the expected future tax consequences of events that are included in the financial statements. Under this method, the deferred tax assets and liabilities are determined based on the differences between the financial statement and tax bases of the assets and liabilities using enacted tax rates in effect for the year in which the differences are expected to reverse. The effect of a change in tax rates on the deferred tax assets and liabilities is recognized in earnings in the period when the new rate is enacted. Deferred tax assets are subject to periodic recoverability assessments. Valuation allowances are established, when necessary, to reduce deferred tax assets to the amount that more likely than not will be realized. We consider all positive and negative evidence relating to the realization of the deferred tax assets in assessing the need for a valuation allowance. We currently maintain a full valuation allowance against our deferred tax assets in the U.S and certain entities in the foreign jurisdictions.

We record a liability for unrecognized tax benefits resulting from uncertain tax positions taken or expected to be taken in a tax return. We account for uncertainty in income taxes using a two-step approach for evaluating tax positions. Step one, recognition, occurs when we conclude that a tax position, based solely on its technical merits, is more likely than not to be sustained upon examination. Step two, measurement, determines the amount of benefit that is more likely than not to be realized upon ultimate settlement with a taxing authority that has full knowledge of all relevant information. De-recognition of a tax position that was previously recognized would occur if we subsequently determine that a tax position no longer meets the more likely than not threshold of being sustained. We

Table of Contents

recognize interest and penalties, if any, related to unrecognized tax benefits as income tax expense on our consolidated statements of operations.

*Recent Accounting Pronouncements*

Refer to Note 2 in the "Notes to Condensed Consolidated Financial Statements" included in Part I, Item 1 of this Quarterly Report on Form 10-Q for a discussion of FASB's recent accounting pronouncements and their effect on us.

**Item 3.   Quantitative and Qualitative Disclosures About Market Risk**

There have been no material changes to market risk from the information provided in Part II, Item 7A of our Annual Report on Form 10-K, filed with the SEC on February 27, 2018, except for the changes in foreign currency exchange risk resulting from our acquisition of GetSmarter, as described below.

*Foreign Currency Exchange Risk*

Prior to July 1, 2017, we did not have significant foreign currency exchange risk. Beginning in the third quarter of 2017, with the acquisition of GetSmarter, we now transact material business in foreign currencies and are exposed to risks resulting from fluctuations in foreign currency exchange rates. Our primary exposures are related to non-U.S. dollar denominated revenue and operating expenses in South Africa and the United Kingdom. Accounts relating to foreign operations are translated into U.S. dollars using prevailing exchange rates at the relevant period end. As a result, we would experience increased revenue and operating expenses in our non-U.S. operations if there were a decline in the value of the U.S. dollar relative to these foreign currencies. Conversely, we would experience decreased revenue and operating expenses in our non-U.S. operations if there were an increase in the value of the U.S. dollar relative to these foreign currencies. Translation adjustments are included as a separate component of stockholders' equity.

For the six months ended June 30, 2018 and 2017, our foreign currency translation adjustment was a loss of $9.5 million and zero dollars, respectively.

For the three months ended June 30, 2018 and 2017, we recognized a foreign currency exchange loss of $0.8 million and $1.0 million, respectively, included on our consolidated statements of operations and comprehensive loss. For the six months ended June 30, 2018 and 2017, we recognized a foreign currency exchange loss of $1.2 million and $1.0 million, respectively, included on our consolidated statements of operations and comprehensive loss.

The foreign exchange rate volatility of the trailing 12 months ending June 30, 2018 was 9.2% and 5.9% for the South African rand and British pound, respectively. A 10% fluctuation of foreign currency exchange rates would have had an immaterial effect on our results of operations and cash flows for all periods presented.The fluctuations of currencies in which we conduct business can both increase and decrease our overall revenue and expenses for any given fiscal period. Such volatility, even when it increases our revenues or decreases our expenses, impacts our ability to accurately predict our future results and earnings.

**Item 4.   Controls and Procedures**

*Evaluation of Disclosure Controls and Procedures*

We maintain disclosure controls and procedures that are designed to ensure that information required to be disclosed in our reports under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms, and that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate, to allow timely decisions regarding required disclosure based on the definition of "disclosure controls and procedures" as promulgated under the Exchange Act and the rules and regulations thereunder. In designing and evaluating the disclosure controls and procedures, management recognized that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and management necessarily was required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures. Based on this evaluation, management concluded that our disclosure controls and procedures were effective as of June 30, 2018.

We are in the process of evaluating the existing controls and procedures of GetSmarter and integrating GetSmarter into our internal control over financial reporting. In accordance with SEC Staff guidance permitting a company to exclude an acquired business from management's assessment of the effectiveness of internal control over financial reporting for one year following the date that the acquisition is completed, we excluded GetSmarter from our assessment of the effectiveness of internal control over financial reporting as of June 30, 2018.

Table of Contents

*Changes in Internal Control Over Financial Reporting*

We made no changes in internal control over financial reporting during the second quarter of 2018 that materially affected, or are reasonably likely to materially affect, our internal control over financial reporting other than changes in control to integrate the business we acquired in the

# PART II. OTHER INFORMATION

### Item 1.       Legal Proceedings

The information required by this Item is incorporated herein by reference to Note 5 in "Notes to Condensed Consolidated Financial Statements" included in Part I, Item 1 of this Quarterly Report on Form 10-Q.

### Item 1A.   Risk Factors

The risks described in Part I, Item 1A "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2017, which was filed with the SEC on February 27, 2018, remain current in all material respects. These risks do not identify all risks that we face. Our operations could also be affected by factors that are not presently known to us or that we currently consider to be immaterial to our operations.

### Item 2.   Unregistered Sales of Equity Securities and Use of Proceeds

None.

### Item 3.       Defaults Upon Senior Securities

None.

### Item 4.       Mine Safety Disclosures

None.

### Item 5.       Other Information

None.

### Item 6.       Exhibits

| Exhibit Number | Description | Form | File No. | Exhibit Number | Filing Date | Filed Herewith |
|---|---|---|---|---|---|---|
| 3.1 | Amended and Restated Certificate of Incorporation of the Registrant. | 8-K | 001-36376 | 3.1 | April 4, 2014 | |
| 3.2 | Amended and Restated Bylaws of the Registrant. | 8-K | 001-36376 | 3.2 | April 4, 2014 | |
| 10.1† | Amended and Restated 2014 Equity Incentive Plan. | | | | | X |
| 10.2† | Form of Option Agreement under Amended and Restated 2014 Equity Incentive Plan. | | | | | X |
| 10.3† | Form of RSU Agreement under Amended and Restated 2014 Equity Incentive Plan. | | | | | X |
| 10.4† | Offer letter agreement, dated as of May 20, 2018, between Mark Chernis and 2U, Inc. | | | | | X |
| 31.1 | Certification of Chief Executive Officer of 2U, Inc. pursuant to Exchange Act Rule 13a-14(a)/15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | | | | | X |

30

Table of Contents

| | | | | | | |
|---|---|---|---|---|---|---|
| 31.2 | Certification of Chief Financial Officer of 2U, Inc. pursuant to Exchange Act Rule 13a-14(a)/15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | | | | | X |

| 32.1 | Certification of Chief Executive Officer of 2U, Inc. in accordance with 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | X |
| 32.2 | Certification of Chief Financial Officer of 2U, Inc. in accordance with 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | X |
| 101.INS | XBRL Instance Document. | X |
| 101.SCH | XBRL Taxonomy Extension Schema Document. | X |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document. | X |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document. | X |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document. | X |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document. | X |

† Indicates management contract or compensatory plan.

31

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**2U, Inc.**

| August 2, 2018 | By: | /s/ Christopher J. Paucek |
| | | Christopher J. Paucek |
| | | Chief Executive Officer |
| August 2, 2018 | By: | /s/ Catherine A. Graham |
| | | Catherine A. Graham |
| | | Chief Financial Officer |

32

EXHIBIT 10.1

## 2U, INC.

### AMENDED AND RESTATED 2014 EQUITY INCENTIVE PLAN

**ADOPTED BY THE BOARD OF DIRECTORS: JANUARY 30, 2014**
**APPROVED BY THE STOCKHOLDERS:  FEBRUARY 11, 2014**
**EFFECTIVE DATE: FEBRUARY 11, 2014**
**AMENDED AND RESTATED: JUNE 27, 2018**

1.      **GENERAL.**

(a)      **Successor to and Continuation of Prior Plan.**  The Plan is intended as the successor to and continuation of the 2U, Inc. 2008 Fourth Amended and Restated 2008 Stock Incentive Plan, as amended (the "**_Prior Plan_**").  From and after 12:01 a.m. Eastern time on the Effective Date, no additional stock awards will be granted under the Prior Plan.  All Awards granted on or after 12:01 a.m. Eastern Time on the Effective Date will be granted under this Plan.  All stock awards granted under the Prior Plan will remain subject to the terms of the Prior Plan.

(i)      Any shares that would otherwise remain available for future grants under the Prior Plan as of 12:01 a.m. Eastern Time on the Effective Date (the "**_Prior Plan's Available Reserve_**") will cease to be available under the Prior Plan at such time.  Instead, that number of shares of Common Stock equal to the Prior Plan's Available Reserve will be added to the Share Reserve (as further described in Section 3(a) below) and be then immediately available for grants and issuance pursuant to Stock Awards hereunder, up to the maximum number set forth in Section 3(a) below.

(ii)      In addition, from and after 12:01 a.m. Eastern time on the Effective Date, with respect to the aggregate number of shares subject, at such time, to outstanding stock awards granted under the Prior Plan that (A) expire or terminate for any reason prior to exercise or settlement; (B) are forfeited because of the failure to meet a contingency or condition required to vest such shares or otherwise return to the Company; or (C) are reacquired, withheld (or not issued) to satisfy a tax withholding obligation in connection with an award or to satisfy the purchase price or exercise price of a stock award (such shares the "**_Returning Shares_**") will immediately be added to the Share Reserve (as further described in Section 3(a) below as and when such a share becomes a Returning Share, up to the maximum number set forth in Section 3(a) below.

(b)      **Eligible Award Recipients.**  Employees, Directors and Consultants are eligible to receive Awards.

(c)      **Available Awards.**  The Plan provides for the grant of the following Awards: (i) Incentive Stock Options, (ii) Nonstatutory Stock Options, (iii) Stock Appreciation Rights, (iv) Restricted Stock Awards, (v) Restricted Stock Unit Awards, (vi) Performance Stock Awards, (vii) Performance Cash Awards, and (viii) Other Stock Awards.

(d)      **Purpose.**  The Plan, through the grant of Awards, is intended to help the Company secure and retain the services of eligible award recipients, provide incentives for such persons to exert maximum efforts for the success of the Company and any Affiliate, and provide a means by which the eligible recipients may benefit from increases in value of the Common Stock.

2.      **ADMINISTRATION.**

(a)      **Administration by Board.**  The Board will administer the Plan.  The Board may delegate administration of the Plan to a Committee or Committees, as provided in Section 2(c).

(b)      **Powers of Board.**  The Board will have the power, subject to, and within the limitations of, the express provisions of the Plan:

(i)      To determine: (A) who will be granted Awards; (B) when and how each Award will be granted; (C) what type of Award will be granted; (D) the provisions of each Award (which need not be identical), including when a person will be permitted to exercise or otherwise receive cash or Common Stock under the Award; (E) the number of shares of Common Stock subject to, or the cash value of, an Award; and (F) the Fair Market Value applicable to a Stock Award.

(ii)      To construe and interpret the Plan and Awards granted under it, and to establish, amend and revoke rules and regulations for administration of the Plan and Awards.  The Board, in the exercise of these powers, may correct any defect, omission or inconsistency in the Plan or in any Award Agreement or in the written terms of a Performance Cash Award, in a manner and to the extent it will deem necessary or expedient to make the Plan or Award fully effective.

(iii)      To settle all controversies regarding the Plan and Awards granted under it.

(iv)      To accelerate, in whole or in part, the time at which an Award may be exercised or vest (or the time at which cash or shares of Common Stock may be issued in settlement thereof).

(v)      To suspend or terminate the Plan at any time.  Except as otherwise provided in the Plan or an Award

Agreement or by the written terms of a Plan, will not materially impair a Participant's then-outstanding Award without the Participant's written consent, except as provided in subsection (viii) below.

(vi)    To amend the Plan in any respect the Board deems necessary or advisable, including, without limitation, by adopting amendments relating to Incentive Stock Options and certain nonqualified deferred compensation under Section 409A of the Code and/or bringing the Plan or Awards granted under the Plan into compliance with the requirements for Incentive Stock Options or ensuring that they are exempt from, or compliant with, the requirements for nonqualified deferred compensation under Section

2

409A of the Code, subject to the limitations, if any, of applicable law.  If required by applicable law or listing requirements, and except as provided in Section 9(a) relating to Capitalization Adjustments, the Company will seek stockholder approval of any amendment of the Plan that (A) materially increases the number of shares of Common Stock available for issuance under the Plan, (B) materially expands the class of individuals eligible to receive Awards under the Plan, (C) materially increases the benefits accruing to Participants under the Plan, (D) materially reduces the price at which shares of Common Stock may be issued or purchased under the Plan, (E) materially extends the term of the Plan, or (F) materially expands the types of Awards available for issuance under the Plan.  Except as otherwise provided in the Plan or an Award Agreement, no amendment of the Plan will materially impair a Participant's rights under an outstanding Award without the Participant's written consent.

(vii)    To submit any amendment to the Plan for stockholder approval, including, but not limited to, amendments to the Plan intended to satisfy the requirements of (A) Section 162(m) of the Code regarding the exclusion of performance-based compensation from the limit on corporate deductibility of compensation paid to Covered Employees, (B) Section 422 of the Code regarding "incentive stock options" or (C) Rule 16b-3.

(viii)    To approve forms of Award Agreements for use under the Plan and to amend the terms of any one or more Awards, including, but not limited to, amendments to provide terms more favorable to the Participant than previously provided in the Award Agreement, subject to any specified limits in the Plan that are not subject to Board discretion; *provided, however*, that a Participant's rights under any Award will not be impaired by any such amendment unless (A) the Company requests the consent of the affected Participant, and (B) such Participant consents in writing.  Notwithstanding the foregoing, (x) a Participant's rights will not be deemed to have been impaired by any such amendment if the Board, in its sole discretion, determines that the amendment, taken as a whole, does not materially impair the Participant's rights, and (y) subject to the limitations of applicable law, if any, the Board may amend the terms of any one or more Awards without the affected Participant's consent (1) to maintain the qualified status of the Award as an Incentive Stock Option under Section 422 of the Code; (2) to change the terms of an Incentive Stock Option, if such change results in impairment of the Award solely because it impairs the qualified status of the Award as an Incentive Stock Option under Section 422 of the Code; (3) to clarify the manner of exemption from, or to bring the Award into compliance with, Section 409A of the Code; or (4) to comply with other applicable laws or listing requirements.

(ix)    Generally, to exercise such powers and to perform such acts as the Board deems necessary or expedient to promote the best interests of the Company and that are not in conflict with the provisions of the Plan or Awards.

(x)    To adopt such procedures and sub-plans as are necessary or appropriate to permit participation in the Plan by Employees, Directors or Consultants who are foreign nationals or employed outside the United States (provided that Board approval will not be necessary for immaterial modifications to the Plan or any Award

3

Agreement that are required for compliance with the laws of the relevant foreign jurisdiction).

(xi)    To effect, with the consent of any adversely affected Participant, (A) the reduction of the exercise, purchase or strike price of any outstanding Stock Award; (B) the cancellation of any outstanding Stock Award and the grant in substitution therefor of a new (1) Option or SAR, (2)  Restricted Stock Award, (3) Restricted Stock Unit Award, (4) Other Stock Award, (5) cash and/or (6) other valuable consideration determined by the Board, in its sole discretion, with any such substituted award (x) covering the same or a different number of shares of Common Stock as the cancelled Stock Award and (y) granted under the Plan or another equity or compensatory plan of the Company; or (C) any other action that is treated as a repricing under generally accepted accounting principles.

(c)    **Delegation to Committee.**

(i)    **General.**  The Board may delegate some or all of the administration of the Plan to a Committee or Committees. If administration of the Plan is delegated to a Committee, the Committee will have, in connection with the administration of the Plan, the powers theretofore possessed by the Board that have been delegated to the Committee, including the power to delegate to a subcommittee of the Committee any of the administrative powers the Committee is authorized to exercise (and references in this Plan to the Board will thereafter be to the Committee or subcommittee, as applicable).  Any delegation of administrative powers will be reflected in resolutions, not inconsistent with the provisions of the Plan, adopted from time to time by the Board or Committee (as applicable).  The Board may retain the authority to concurrently administer the Plan with the Committee and may, at any time, revest in the Board some or all of the powers previously delegated.

(ii)    **Section 162(m) and Rule 16b-3 Compliance.**  The Committee shall consist of (A) solely of two or more

individuals, to the extent required with respect to an Award intended to satisfy the provisions of Section 162 (m) of the Code regarding the exclusion of performance-based compensation from the limit on corporate deductibility of compensation paid to Covered Employees, if available, and (B) solely of two or more individuals who are Non-Employee Directors to the extent required for compliance with Rule 16b-3 who, for the avoidance of doubt, may but are not required to be the individuals referenced in clause (A).

(d)     **Delegation to an Officer.**  The Board may delegate to one (1) or more Officers the authority to do one or both of the following (i) designate Employees who are not Officers to be recipients of Options and SARs (and, to the extent permitted by applicable law, other Stock Awards) and, to the extent permitted by applicable law, the terms of such Awards, and (ii) determine the number of shares of Common Stock to be subject to such Stock Awards granted to such Employees; *provided, however*, that the Board resolutions regarding such delegation will specify the total number of shares of Common Stock that may be subject to the Stock Awards granted by such Officer and that such Officer may not grant a Stock Award to himself or herself.  Any such Stock Awards will be granted on the form of Stock Award

4

Agreement most recently approved for use by the Committee or the Board, unless otherwise provided in the resolutions approving the delegation authority.  The Board may not delegate authority to an Officer who is acting solely in the capacity of an Officer (and not also as a Director) to determine the Fair Market Value pursuant to Section 13(y)(iii) below.

(e)     **Effect of Board's Decision.**  All determinations, interpretations and constructions made by the Board in good faith will not be subject to review by any person and will be final, binding and conclusive on all persons.

3.     **SHARES SUBJECT TO THE PLAN.**

(a)     **Share Reserve.**  Subject to Section 9(a) relating to Capitalization Adjustments after the Adoption Date, and the following sentence regarding the annual "evergreen" increase, the aggregate number of shares of Common Stock that may be issued pursuant to Stock Awards will not exceed the sum of (i) 2,800,000 shares, *plus*, (ii) 256,130 shares subject to the Prior Plan's Available Reserve, *plus* (iii) the number of shares that are Returning Shares, as such shares become available from time to time in an amount not to exceed 5,687,218 shares (such aggregate amount, the "***Share Reserve***").  In addition, the Share Reserve will automatically increase on January 1st of each year, for a period of not more than ten years, commencing on January 1, 2015, and ending on (and including) January 1, 2024, in an amount equal to 5% of the total number of shares of Capital Stock outstanding on December 31st of the preceding calendar year.  Notwithstanding the foregoing, the Board may act prior to January 1st of a given year to provide that there will be no January 1st increase in the Share Reserve for such year or that the increase in the Share Reserve for such year will be a lesser number of shares of Common Stock than would otherwise occur pursuant to the preceding sentence. For clarity, the Share Reserve in this Section 3(a) is a limitation on the number of shares of Common Stock that may be issued pursuant to the Plan. Accordingly, this Section 3(a) does not limit the granting of Stock Awards except as provided in Section 7(a).  Any Shares may be issued in connection with a merger or acquisition as permitted by NASDAQ Listing Rule 5635(c) or, if applicable, NYSE Listed Company Manual Section 303A.08, AMEX Company Guide Section 711 or any other applicable rule, and such issuance will not reduce the number of shares available for issuance under the Plan.

(b)     **Reversion of Shares to the Share Reserve.**  If a Stock Award or any portion thereof (i) expires or otherwise terminates without all of the shares covered by such Stock Award having been issued or (ii) is settled in cash (i.e., the Participant receives cash rather than stock), such expiration, termination or settlement will not reduce (or otherwise offset) the number of shares of Common Stock that may be available for issuance under the Plan.  If any shares of Common Stock issued pursuant to a Stock Award are forfeited back to or repurchased by the Company because of the failure to meet a contingency or condition required to vest such shares in the Participant, then the shares that are forfeited or repurchased will revert to and again become available for issuance under the Plan.  Any shares reacquired by the Company in satisfaction of tax withholding obligations on a Stock Award or as consideration for the exercise or purchase price of a Stock Award will again become available for issuance under the Plan.

(c)     **Incentive Stock Option Limit.**  Subject to the provisions of Section 9(a) relating to Capitalization Adjustments after the Adoption Date, the aggregate maximum number

5

of shares of Common Stock that may be issued pursuant to the exercise of Incentive Stock Options will be 17,486,696 shares of Common Stock.

(d)     **Section 162(m) Limitations**.  Subject to the provisions of Section 9(a) relating to Capitalization Adjustments after the Adoption Date, and to the extent required with respect to an Award intended to satisfy the provisions of Section 162(m) of the Code regarding the exclusion of performance-based compensation from the limit on corporate deductibility of compensation paid to Covered Employees, if available, at such time as the Company may be subject to the applicable provisions of Section 162(m) of the Code, the following limitations will apply.

(i)     A maximum of 3,100,000 shares of Common Stock subject to Options, SARs and Other Stock Awards whose value is determined by reference to an increase over an exercise or strike price of at least 100% of the Fair Market Value on the date the Stock Award is granted may be granted to any one Participant during any one calendar year.  Notwithstanding the foregoing, if any additional Options, SARs or Other Stock Awards whose value is determined by reference to an increase over an exercise or strike price of at least 100% of the Fair Market Value on the date the Stock Award are granted to any Participant during any calendar year, compensation attributable to the exercise of such additional Stock Awards will not satisfy the requirements to be considered "qualified performance-based compensation" under Section 162(m) of the Code unless such additional Stock Award is approved by the Company's stockholders.

(ii)       A maximum of 3,100,000 shares of Common Stock subject to Performance Stock Awards may be granted to any one Participant during any one calendar year (whether the grant, vesting or exercise is contingent upon the attainment during the Performance Period of the Performance Goals).

(iii)      A maximum of $3,000,000 may be granted as a Performance Cash Award to any one Participant during any one calendar year.

(e)       **Source of Shares.**  The stock issuable under the Plan will be shares of authorized but unissued or reacquired Common Stock, including shares repurchased by the Company on the open market or otherwise.

## 4.      ELIGIBILITY.

(a)       **Eligibility for Specific Stock Awards.**  Incentive Stock Options may be granted only to employees of the Company or a "parent corporation" or "subsidiary corporation" thereof (as such terms are defined in Sections 424(e) and 424(f) of the Code).  Stock Awards other than Incentive Stock Options may be granted to Employees, Directors and Consultants; *provided, however*, that Stock Awards may not be granted to Employees, Directors and Consultants who are providing Continuous Service only to any "parent" of the Company, as such term is defined in Rule 405 of the Securities Act, unless (i) the stock underlying such Stock Awards is treated as "service recipient stock" under Section 409A of the Code (for example, because the Stock Awards are granted pursuant to a corporate transaction such as a spin off transaction), (ii) the Company, in consultation with its legal counsel, has determined that such

6

Stock Awards are otherwise exempt from Section 409A of the Code, or (iii) the Company, in consultation with its legal counsel, has determined that such Stock Awards comply with the distribution requirements of Section 409A of the Code.

(b)       **Ten Percent Stockholders.**  A Ten Percent Stockholder will not be granted an Incentive Stock Option unless the exercise price of such Option is at least 110% of the Fair Market Value on the date of grant and the Option is not exercisable after the expiration of five years from the date of grant.

## 5.      PROVISIONS RELATING TO OPTIONS AND STOCK APPRECIATION RIGHTS.

Each Option or SAR will be in such form and will contain such terms and conditions as the Board deems appropriate.  All Options will be separately designated Incentive Stock Options or Nonstatutory Stock Options at the time of grant, and, if certificates are issued, a separate certificate or certificates will be issued for shares of Common Stock purchased on exercise of each type of Option.  If an Option is not specifically designated as an Incentive Stock Option, or if an Option is designated as an Incentive Stock Option but some portion or all of the Option fails to qualify as an Incentive Stock Option under the applicable rules, then the Option (or portion thereof) will be a Nonstatutory Stock Option. The provisions of separate Options or SARs need not be identical; *provided, however*, that each Award Agreement will conform to (through incorporation of provisions of this Plan by reference in the applicable Award Agreement or otherwise) the substance of each of the following provisions:

(a)       **Term.**  Subject to the provisions of <u>Section 4(b)</u> regarding Ten Percent Stockholders, no Option or SAR will be exercisable after the expiration of ten years from the date of its grant or such shorter period specified in the Award Agreement.

(b)       **Exercise Price.**  Subject to the provisions of <u>Section 4(b)</u> regarding Ten Percent Stockholders, the exercise or strike price of each Option or SAR will be not less than 100% of the Fair Market Value of the Common Stock subject to the Option or SAR on the date the Award is granted.  Notwithstanding the foregoing, an Option or SAR may be granted with an exercise or strike price lower than 100% of the Fair Market Value of the Common Stock subject to the Award if such Award is granted pursuant to an assumption of or substitution for another option or stock appreciation right pursuant to a Corporate Transaction and in a manner consistent with the provisions of Section 409A and, if applicable, Section 424(a) of the Code.  Each SAR will be denominated in shares of Common Stock equivalents.

(c)       **Purchase Price for Options.**  The purchase price of Common Stock acquired pursuant to the exercise of an Option may be paid, to the extent permitted by applicable law and as determined by the Board in its sole discretion, by any combination of the methods of payment set forth below.  The Board will have the authority to grant Options that do not permit all of the following methods of payment (or otherwise restrict the ability to use certain methods) and to grant Options that require the consent of the Company to use a particular method of payment.  The permitted methods of payment are as follows:

7

(i)        by cash, check, bank draft or money order payable to the Company;

(ii)       pursuant to a program that, prior to the issuance of the stock subject to the Option, results in either the receipt of cash (or check) by the Company or the receipt of irrevocable instructions to pay the aggregate exercise price to the Company from the sales proceeds;

(iii)      by delivery to the Company (either by actual delivery or attestation) of shares of Common Stock;

exercise price of the shares of Common Stock by a Participant, the Company will withhold shares of which the Company will reduce the number of shares of Common Stock issuable upon exercise by the largest whole number of shares with a Fair Market Value that does not exceed the aggregate exercise price; *provided, however*, that the Company will accept a cash or other payment from the Participant to the extent of any remaining balance of the aggregate exercise price not satisfied by such reduction in the number of whole shares to be issued. Shares of Common Stock will no longer be subject to an Option and will not be exercisable thereafter to the extent that (A) shares issuable upon exercise are used to pay the exercise price pursuant to the "net exercise," (B) shares are delivered to the Participant as a result of such exercise, and (C) shares are withheld to satisfy tax withholding obligations; or

(v)    in any other form of legal consideration that may be acceptable to the Board and specified in the applicable Award Agreement.

(d)    **Exercise and Payment of a SAR.**  To exercise any outstanding SAR, the Participant must provide written notice of exercise to the Company in compliance with the provisions of the Stock Appreciation Right Agreement evidencing such SAR.  The appreciation distribution payable on the exercise of a SAR will be not greater than an amount equal to the excess of (A) the aggregate Fair Market Value (on the date of the exercise of the SAR) of a number of shares of Common Stock equal to the number of Common Stock equivalents in which the Participant is vested under such SAR, and with respect to which the Participant is exercising the SAR on such date, over (B) the aggregate strike price of the number of Common Stock equivalents with respect to which the Participant is exercising the SAR on such date.  The appreciation distribution may be paid in Common Stock, in cash, in any combination of the two or in any other form of consideration, as determined by the Board and contained in the Award Agreement evidencing such SAR.

(e)    **Transferability of Options and SARs.**  The Board may, in its sole discretion, impose such limitations on the transferability of Options and SARs as the Board will determine.  In the absence of such a determination by the Board to the contrary, the following restrictions on the transferability of Options and SARs will apply:

(i)    **Restrictions on Transfer.**  An Option or SAR will not be transferable except by will or by the laws of descent and distribution (or pursuant to subsections (ii) and (iii) below), and will be exercisable during the lifetime of the

Participant only by the Participant.  The Board may permit transfer of the Option or SAR in a manner that is not prohibited by applicable tax and securities laws.  Except as explicitly provided in the Plan, neither an Option nor a SAR may be transferred for consideration.

(ii)    **Domestic Relations Orders.**  Subject to the approval of the Board or a duly authorized Officer, an Option or SAR may be transferred pursuant to the terms of a domestic relations order, official marital settlement agreement or other divorce or separation instrument as permitted by Treasury Regulations Section 1.421-1(b)(2).  If an Option is an Incentive Stock Option, such Option may be deemed to be a Nonstatutory Stock Option as a result of such transfer.

(iii)    **Beneficiary Designation.**  Subject to the approval of the Board or a duly authorized Officer, a Participant may, by delivering written notice to the Company, in a form approved by the Company (or the designated broker), designate a third party who, on the death of the Participant, will thereafter be entitled to exercise the Option or SAR and receive the Common Stock or other consideration resulting from such exercise.  In the absence of such a designation, upon the death of the Participant, the executor or administrator of the Participant's estate will be entitled to exercise the Option or SAR and receive the Common Stock or other consideration resulting from such exercise.  However, the Company may prohibit designation of a beneficiary at any time, including due to any conclusion by the Company that such designation would be inconsistent with the provisions of applicable laws.

(f)    **Vesting Generally.**  The total number of shares of Common Stock subject to an Option or SAR may vest and become exercisable in periodic installments that may or may not be equal.  The Option or SAR may be subject to such other terms and conditions on the time or times when it may or may not be exercised (which may be based on the satisfaction of Performance Goals or other criteria) as the Board may deem appropriate.  The vesting provisions of individual Options or SARs may vary.  The provisions of this Section 5(f) are subject to any Option or SAR provisions governing the minimum number of shares of Common Stock as to which an Option or SAR may be exercised.

(g)    **Termination of Continuous Service.**  Except as otherwise provided in the applicable Award Agreement or other agreement between the Participant and the Company, if a Participant's Continuous Service terminates (other than for Cause and other than upon the Participant's death or Disability), the Participant may exercise his or her Option or SAR (to the extent that the Participant was entitled to exercise such Award as of the date of termination of Continuous Service) within the period of time ending on the earlier of (i) the date three months following the termination of the Participant's Continuous Service (or such longer or shorter period specified in the applicable Award Agreement), and (ii) the expiration of the term of the Option or SAR as set forth in the Award Agreement.  If, after termination of Continuous Service, the Participant does not exercise his or her Option or SAR (as applicable) within the applicable time frame, the Option or SAR will terminate.

(h)    **Extension of Termination Date.**  If the exercise of an Option or SAR following the termination of the Participant's Continuous Service (other than for Cause and other

than upon the Participant's death or Disability) would be prohibited at any time solely because the issuance of shares of Common Stock would violate the registration requirements under the Securities Act, then the Option or SAR will terminate on the earlier of (i) the expiration of a total period of time (that need not be consecutive) equal to the applicable post termination exercise period after the termination of the Participant's

Continuous Service during which the exercise of the Option or SAR would not be in violation of its registration requirements, and (ii) the expiration of the term of the Option or SAR as set forth in the applicable Award Agreement. In addition, unless otherwise provided in a Participant's Award Agreement, if the sale of any Common Stock received on exercise of an Option or SAR following the termination of the Participant's Continuous Service (other than for Cause) would violate the Company's insider trading policy, then the Option or SAR will terminate on the earlier of (x) the expiration of a period of months (that need not be consecutive) equal to the applicable post-termination exercise period after the termination of the Participant's Continuous Service during which the sale of the Common Stock received upon exercise of the Option or SAR would not be in violation of the Company's insider trading policy, or (y) the expiration of the term of the Option or SAR as set forth in the applicable Award Agreement.

(i)    **Disability of Participant.**  Except as otherwise provided in the applicable Award Agreement or other agreement between the Participant and the Company, if a Participant's Continuous Service terminates as a result of the Participant's Disability, the Participant may exercise his or her Option or SAR (to the extent that the Participant was entitled to exercise such Option or SAR as of the date of termination of Continuous Service), but only within such period of time ending on the earlier of (i) the date 12 months following such termination of Continuous Service (or such longer or shorter period specified in the Award Agreement), and (ii) the expiration of the term of the Option or SAR as set forth in the Award Agreement. If, after termination of Continuous Service, the Participant does not exercise his or her Option or SAR within the applicable time frame, the Option or SAR (as applicable) will terminate.

(j)    **Death of Participant.**  Except as otherwise provided in the applicable Award Agreement or other agreement between the Participant and the Company, if (i) a Participant's Continuous Service terminates as a result of the Participant's death, or (ii) the Participant dies within the period (if any) specified in the Award Agreement for exercisability after the termination of the Participant's Continuous Service for a reason other than death, then the Option or SAR may be exercised (to the extent the Participant was entitled to exercise such Option or SAR as of the date of death) by the Participant's estate, by a person who acquired the right to exercise the Option or SAR by bequest or inheritance or by a person designated to exercise the Option or SAR upon the Participant's death, but only within the period ending on the earlier of (x) the date 18 months following the date of death (or such longer or shorter period specified in the Award Agreement), and (y) the expiration of the term of such Option or SAR as set forth in the Award Agreement. If, after the Participant's death, the Option or SAR is not exercised within the applicable time frame, the Option or SAR (as applicable) will terminate.

(k)    **Termination for Cause.**  Except as explicitly provided otherwise in a Participant's Award Agreement or other individual written agreement between the Company or any Affiliate and the Participant, if a Participant's Continuous Service is terminated for Cause, the entire vested and unvested Option or SAR will terminate immediately upon such

10

Participant's termination of Continuous Service, and the Participant will be prohibited from exercising his or her Option or SAR from and after the date of such termination of Continuous Service.

6.    **PROVISIONS OF STOCK AWARDS OTHER THAN OPTIONS AND SARS.**

(a)    **Restricted Stock Awards.**  Each Restricted Stock Award Agreement will be in such form and will contain such terms and conditions as the Board will deem appropriate. To the extent consistent with the Company's bylaws, at the Board's election, shares of Common Stock may be (x) held in book entry form subject to the Company's instructions until any restrictions relating to the Restricted Stock Award lapse; or (y) evidenced by a certificate, which certificate will be held in such form and manner as determined by the Board. The terms and conditions of Restricted Stock Award Agreements may change from time to time, and the terms and conditions of separate Restricted Stock Award Agreements need not be identical. Each Restricted Stock Award Agreement will conform to (through incorporation of the provisions of this Plan by reference in the agreement or otherwise) the substance of each of the following provisions:

(i)    **Consideration.**  A Restricted Stock Award may be awarded in consideration for (A) cash, check, bank draft or money order payable to the Company, (B) past services to the Company or an Affiliate, or (C) any other form of legal consideration that may be acceptable to the Board, in its sole discretion, and permissible under applicable law.

(ii)    **Vesting.**  Shares of Common Stock awarded under the Restricted Stock Award Agreement may be subject to forfeiture to the Company in accordance with a vesting schedule to be determined by the Board.

(iii)    **Termination of Participant's Continuous Service.**  If a Participant's Continuous Service terminates, the Company may receive through a forfeiture condition or a repurchase right any or all of the shares of Common Stock held by the Participant that have not vested as of the date of termination of Continuous Service under the terms of the Restricted Stock Award Agreement.

(iv)    **Transferability.**  Rights to acquire shares of Common Stock under the Restricted Stock Award Agreement will be transferable by the Participant only upon such terms and conditions as are set forth in the Restricted Stock Award Agreement, as the Board will determine in its sole discretion, so long as Common Stock awarded under the Restricted Stock Award Agreement remains subject to the terms of the Restricted Stock Award Agreement.

(v)    **Dividends.**  A Restricted Stock Award Agreement may provide that any dividends paid on Restricted Stock will be subject to the same vesting and forfeiture restrictions as apply to the shares subject to the Restricted Stock Award to which they relate.

11

(b)     **Restricted Stock Unit Awards.**  Each Restricted Stock Unit Award Agreement will be in such form and will contain such terms and conditions as the Board will deem appropriate.  The terms and conditions of Restricted Stock Unit Award Agreements may change from time to time, and the terms and conditions of separate Restricted Stock Unit Award Agreements need not be identical.  Each Restricted Stock Unit Award Agreement will conform to (through incorporation of the provisions of this Plan by reference in the Agreement or otherwise) the substance of each of the following provisions:

(i)     **Consideration.**  At the time of grant of a Restricted Stock Unit Award, the Board will determine the consideration, if any, to be paid by the Participant upon settlement of the Restricted Stock Unit Award, which may be paid in any form of legal consideration acceptable to the Board, in its sole discretion, and permissible under applicable law.

(ii)     **Vesting.**  At the time of the grant of a Restricted Stock Unit Award, the Board may impose such restrictions on or conditions to the vesting of the Restricted Stock Unit Award as it, in its sole discretion, deems appropriate.

(iii)     **Payment.**  A Restricted Stock Unit Award may be settled by the delivery of shares of Common Stock, their cash equivalent, any combination thereof or in any other form of consideration, as determined by the Board and contained in the Restricted Stock Unit Award Agreement.

(iv)     **Additional Restrictions.**  At the time of the grant of a Restricted Stock Unit Award, the Board, as it deems appropriate, may impose such restrictions or conditions that delay the delivery of the shares of Common Stock (or their cash equivalent) subject to a Restricted Stock Unit Award to a time after the vesting of such Restricted Stock Unit Award.

(v)     **Dividend Equivalents.**  Dividend equivalents may be credited in respect of shares of Common Stock covered by a Restricted Stock Unit Award, as determined by the Board and contained in the Restricted Stock Unit Award Agreement.  At the sole discretion of the Board, such dividend equivalents may be converted into additional shares of Common Stock covered by the Restricted Stock Unit Award in such manner as determined by the Board.  Any additional shares covered by the Restricted Stock Unit Award credited by reason of such dividend equivalents will be subject to all of the same terms and conditions of the underlying Restricted Stock Unit Award Agreement to which they relate.

(vi)     **Termination of Participant's Continuous Service.**  Except as otherwise provided in the applicable Restricted Stock Unit Award Agreement, any portion of the Restricted Stock Unit Award that has not vested as of the Participant's termination of Continuous Service will be forfeited at such time.

(c)     **Performance Awards.**

(i)     **Performance Stock Awards.**  A Performance Stock Award is a Stock Award (covering a number of shares not in excess of that set forth in Section 3(d)

12

above) that is payable (including that may be granted, may vest or may be exercised) contingent upon the attainment during a Performance Period of certain Performance Goals.  A Performance Stock Award may, but need not, require the Participant's completion of a specified period of Continuous Service.  The length of any Performance Period, the Performance Goals to be achieved during the Performance Period, and the measure of whether and to what degree such Performance Goals have been attained will be conclusively determined by the Committee (or, if not required for compliance with Section 162(m) of the Code regarding the exclusion of performance-based compensation from the limit on corporate deductibility of compensation paid to Covered Employees, the Board), in its sole discretion.  In addition, to the extent permitted by applicable law and the applicable Award Agreement, the Board may determine that cash may be used in payment of Performance Stock Awards.

(ii)     **Performance Cash Awards.**  A Performance Cash Award is a cash award (for a dollar value not in excess of that set forth in Section 3(d) above) that is payable contingent upon the attainment during a Performance Period of certain Performance Goals.  A Performance Cash Award may also require the completion of a specified period of Continuous Service.  At the time of grant of a Performance Cash Award, the length of any Performance Period, the Performance Goals to be achieved during the Performance Period, and the measure of whether and to what degree such Performance Goals have been attained will be conclusively determined by the Committee (or, if not required for compliance with Section 162(m) of the Code regarding the exclusion of performance-based compensation from the limit on corporate deductibility of compensation paid to Covered Employees, the Board), in its sole discretion.  The Board may specify the form of payment of Performance Cash Awards, which may be cash or other property, or may provide for a Participant to have the option for his or her Performance Cash Award, or such portion thereof as the Board may specify, to be paid in whole or in part in cash or other property.

(iii)     **Board Discretion.**  The Board retains the discretion to reduce or eliminate the compensation or economic benefit due upon attainment of Performance Goals and to define the manner of calculating the Performance Criteria it selects to use for a Performance Period.  Partial achievement of the specified criteria may result in the payment or vesting corresponding to the degree of achievement as specified in the Stock Award Agreement or the written terms of a Performance Cash Award.

(iv)     **Section 162(m) Compliance.**  To the extent required with respect to an Award intended to satisfy the provisions of Section 162(m) of the Code regarding the exclusion of performance-based compensation from the limit on corporate

deductible compensation) the Committee will establish the Performance Goals applicable to, and the formula for calculating the amount payable under, the Award no later than the earlier of (a) the date 90 days after the commencement of the applicable Performance Period, and (b) the date on which 25% of the Performance Period has elapsed, and in any event at a time when the achievement of the applicable Performance Goals remains substantially uncertain. Prior to the payment of any compensation under an Award intended to qualify as "performance-based compensation" under Section 162(m) of the Code, the Committee will certify the extent

13

to which any Performance Goals and any other material terms under such Award have been satisfied (other than in cases where such Performance Goals relate solely to the increase in the value of the Common Stock). Notwithstanding satisfaction of, or completion of any Performance Goals, the number of shares of Common Stock, Options, cash or other benefits granted, issued, retainable and/or vested under an Award on account of satisfaction of such Performance Goals may be reduced by the Committee on the basis of such further considerations as the Committee, in its sole discretion, will determine.

(d) **Other Stock Awards.** Other forms of Stock Awards valued in whole or in part by reference to, or otherwise based on, Common Stock, including the appreciation in value thereof (e.g., options or stock rights with an exercise price or strike price less than 100% of the Fair Market Value of the Common Stock at the time of grant) may be granted either alone or in addition to Stock Awards provided for under Section 5 and the preceding provisions of this Section 6. Subject to the provisions of the Plan, the Board will have sole and complete authority to determine the persons to whom and the time or times at which such Other Stock Awards will be granted, the number of shares of Common Stock (or the cash equivalent thereof) to be granted pursuant to such Other Stock Awards and all other terms and conditions of such Other Stock Awards.

## 7. COVENANTS OF THE COMPANY.

(a) **Availability of Shares.** The Company will keep available at all times the number of shares of Common Stock reasonably required to satisfy then-outstanding Awards.

(b) **Securities Law Compliance.** The Company will seek to obtain from each regulatory commission or agency having jurisdiction over the Plan such authority as may be required to grant Stock Awards and to issue and sell shares of Common Stock upon exercise of the Stock Awards; *provided, however,* that this undertaking will not require the Company to register under the Securities Act the Plan, any Stock Award or any Common Stock issued or issuable pursuant to any such Stock Award. If, after reasonable efforts and at a reasonable cost, the Company is unable to obtain from any such regulatory commission or agency the authority that counsel for the Company deems necessary for the lawful issuance and sale of Common Stock under the Plan, the Company will be relieved from any liability for failure to issue and sell Common Stock upon exercise of such Stock Awards unless and until such authority is obtained. A Participant will not be eligible for the grant of an Award or the subsequent issuance of cash or Common Stock pursuant to the Award if such grant or issuance would be in violation of any applicable securities law.

(c) **No Obligation to Notify or Minimize Taxes.** The Company will have no duty or obligation to any Participant to advise such holder as to the time or manner of exercising such Stock Award. Furthermore, the Company will have no duty or obligation to warn or otherwise advise such holder of a pending termination or expiration of an Award or a possible period in which the Award may not be exercised. The Company has no duty or obligation to minimize the tax consequences of an Award to the holder of such Award.

14

## 8. MISCELLANEOUS.

(a) **Use of Proceeds from Sales of Common Stock.** Proceeds from the sale of shares of Common Stock pursuant to Awards will constitute general funds of the Company.

(b) **Corporate Action Constituting Grant of Awards.** Corporate action constituting a grant by the Company of an Award to any Participant will be deemed completed as of the date of such corporate action, unless otherwise determined by the Board, regardless of when the instrument, certificate, or letter evidencing the Award is communicated to, or actually received or accepted by, the Participant. In the event that the corporate records (e.g., Board consents, resolutions or minutes) documenting the corporate action constituting the grant contain terms (e.g., exercise price, vesting schedule or number of shares) that are inconsistent with those in the Award Agreement or related grant documents as a result of a clerical error in the papering of the Award Agreement or related grant documents, the corporate records will control and the Participant will have no legally binding right to the incorrect term in the Award Agreement or related grant documents.

(c) **Stockholder Rights.** No Participant will be deemed to be the holder of, or to have any of the rights of a holder with respect to, any shares of Common Stock subject to an Award unless and until (i) such Participant has satisfied all requirements for exercise of, or the issuance of shares of Common Stock under, the Award pursuant to its terms, and (ii) the issuance of the Common Stock subject to such Award has been entered into the books and records of the Company.

(d) **No Employment or Other Service Rights.** Nothing in the Plan, any Award Agreement or any other instrument executed thereunder or in connection with any Award granted pursuant thereto will confer upon any Participant any right to continue to serve the Company or an Affiliate in the capacity in effect at the time the Award was granted or will affect the right of the Company or an Affiliate to terminate (i) the employment of an Employee with or without notice and with or without cause, (ii) the service of a Consultant pursuant to the terms of such

Consultant's agreement with the Company is terminated; (iii) the service of a Director is terminated by a vote of the Company or an Affiliate, and any applicable provisions of the corporate law of the state in which the Company or the Affiliate is incorporated, as the case may be.

(e) **Change in Time Commitment.** In the event a Participant's regular level of time commitment in the performance of his or her services for the Company and any Affiliates is reduced (for example, and without limitation, if the Participant is an Employee of the Company and the Employee has a change in status from a full-time Employee to a part-time Employee or takes an extended leave of absence) after the date of grant of any Award to the Participant, the Board has the right in its sole discretion to (x) make a corresponding reduction in the number of shares or cash amount subject to any portion of such Award that is scheduled to vest or become payable after the date of such change in time commitment, and (y) in lieu of or in combination with such a reduction, extend the vesting or payment schedule applicable to such Award. In the event of any such reduction, the Participant will have no right with respect to any portion of the Award that is so reduced or extended.

15

(f) **Incentive Stock Option Limitations.** To the extent that the aggregate Fair Market Value (determined at the time of grant) of Common Stock with respect to which Incentive Stock Options are exercisable for the first time by any Optionholder during any calendar year (under all plans of the Company and any Affiliates) exceeds $100,000 (or such other limit established in the Code) or otherwise does not comply with the rules governing Incentive Stock Options, the Options or portions thereof that exceed such limit (according to the order in which they were granted) or otherwise do not comply with such rules will be treated as Nonstatutory Stock Options, notwithstanding any contrary provision of the applicable Option Agreement(s).

(g) **Withholding Obligations.** Unless prohibited by the terms of an Award Agreement, the Company may, in its sole discretion, satisfy any federal, state or local tax withholding obligation relating to an Award by any of the following means or by a combination of such means: (i) causing the Participant to tender a cash payment; (ii) withholding shares of Common Stock from the shares of Common Stock issued or otherwise issuable to the Participant in connection with the Award; *provided, however,* that no shares of Common Stock are withheld with a value exceeding the statutory maximum rate of tax required to be withheld by law (or such lesser amount as may be necessary to avoid classification of the Stock Award as a liability for financial accounting purposes); (iii) withholding cash from an Award settled in cash; (iv) withholding payment from any amounts otherwise payable to the Participant; or (v) by such other method as may be set forth in the Award Agreement.

(h) **Electronic Delivery.** Any reference in this Plan to a "written" agreement or document will include any agreement or document delivered electronically, filed publicly at www.sec.gov (or any successor website thereto) or posted on the Company's intranet (or other shared electronic medium controlled by the Company to which the Participant has access).

(i) **Deferrals.** To the extent permitted by applicable law, the Board, in its sole discretion, may determine that the delivery of Common Stock or the payment of cash, upon the exercise, vesting or settlement of all or a portion of any Award may be deferred and may establish programs and procedures for deferral elections to be made by Participants. Deferrals by Participants will be made in accordance with Section 409A of the Code. Consistent with Section 409A of the Code, the Board may provide for distributions while a Participant is still an employee or otherwise providing services to the Company. The Board is authorized to make deferrals of Awards and determine when, and in what annual percentages, Participants may receive payments, including lump sum payments, following the Participant's termination of Continuous Service, and implement such other terms and conditions consistent with the provisions of the Plan and in accordance with applicable law.

(j) **Compliance with Section 409A of the Code.** Unless otherwise expressly provided for in an Award Agreement, the Plan and Award Agreements will be interpreted to the greatest extent possible in a manner that makes the Plan and the Awards granted under this Plan exempt from Section 409A of the Code, and, to the extent not so exempt, in compliance with Section 409A of the Code. If the Board determines that any Award granted under this Plan is not exempt from and is therefore subject to Section 409A of the Code, the Award Agreement evidencing such Award will incorporate the terms and conditions necessary to avoid the consequences specified in Section 409A(a)(1) of the Code, and to the extent an Award

16

Agreement is silent on terms necessary for compliance, such terms are hereby incorporated by reference into the Award Agreement. Notwithstanding anything to the contrary in this Plan (and unless the Award Agreement specifically provides otherwise), if a Participant holding an Award that constitutes "deferred compensation" under Section 409A of the Code is a "specified employee" for purposes of Section 409A of the Code, no distribution or payment of any amount that is due because of a "separation from service" (as defined in Section 409A of the Code without regard to alternative definitions thereunder) will be issued or paid before the date that is six months following the date of such Participant's "separation from service" (as defined in Section 409A of the Code without regard to alternative definitions thereunder) or, if earlier, the date of the Participant's death, unless such distribution or payment can be made in a manner that complies with Section 409A of the Code, and any amounts so deferred will be paid in a lump sum on the day after such six month period elapses (or as soon as practicable following the Participant's death, if applicable), with the balance paid thereafter on the original schedule.

(k) **Clawback/Recovery.** All Awards granted under the Plan will be subject to recoupment in accordance with any clawback policy that the Company is required to adopt pursuant to the listing standards of any national securities exchange or association on which the Company's securities are listed or as is otherwise required by the Dodd-Frank Wall Street Reform and Consumer Protection Act or other applicable law. In addition, the Board may impose such other clawback, recovery or recoupment provisions in an Award Agreement as the Board determines necessary or appropriate, including but not limited to a reacquisition right in respect of previously acquired shares of Common Stock or other cash or property upon the occurrence of an event constituting Cause. No recovery of compensation under such a clawback policy will be an event giving rise to a right to resign for "good reason" or "constructive termination" (or similar term) under any agreement with the Company.

9.      **ADJUSTMENTS UPON CHANGES IN COMMON STOCK; OTHER CORPORATE EVENTS.**

(a)      **Capitalization Adjustments.**  In the event of a Capitalization Adjustment, the Board will appropriately and proportionately adjust: (i) the class(es) and maximum number of securities subject to the Plan pursuant to Section 3(a), (ii) the class(es) and maximum number of securities that may be issued pursuant to the exercise of Incentive Stock Options pursuant to Section 3(c), (iii) the class(es) and maximum number of securities that may be awarded to any person pursuant to Section 3(d), and (iv) the class(es) and number of securities and price per share of stock subject to outstanding Stock Awards.  The Board will make such adjustments, and its determination will be final, binding and conclusive.

(b)      **Dissolution or Liquidation.**  Except as otherwise provided in the Stock Award Agreement, in the event of a dissolution or liquidation of the Company, all outstanding Stock Awards (other than Stock Awards consisting of vested and outstanding shares of Common Stock not subject to a forfeiture condition) will terminate immediately prior to the completion of such dissolution or liquidation, and the shares of Common Stock subject to a forfeiture condition may be reacquired by the Company notwithstanding the fact that the holder of such Stock Award is providing Continuous Service; *provided, however,* that the Board may, in its sole discretion, cause some or all Stock Awards to become fully vested, exercisable and/or no longer subject to

17

forfeiture (to the extent such Stock Awards have not previously expired or terminated) before the dissolution or liquidation is completed but contingent on its completion.

(c)      **Corporate Transaction.**  The following provisions will apply to Stock Awards in the event of a Corporate Transaction unless otherwise provided in the instrument evidencing the Stock Award or any other written agreement between the Company or any Affiliate and the Participant or unless otherwise expressly provided by the Board at the time of grant of a Stock Award.  In the event of a Corporate Transaction, then, notwithstanding any other provision of the Plan, the Board will take one or more of the following actions with respect to Stock Awards, contingent upon the closing or completion of the Corporate Transaction:

(i)      arrange for the surviving corporation or acquiring corporation (or the surviving or acquiring corporation's parent company) to assume or continue the Stock Award or to substitute a similar stock award for the Stock Award (including, but not limited to, an award to acquire the same consideration paid to the stockholders of the Company pursuant to the Corporate Transaction);

(ii)      arrange for the assignment of any reacquisition or repurchase rights held by the Company in respect of Common Stock issued pursuant to the Stock Award to the surviving corporation or acquiring corporation (or the surviving or acquiring corporation's parent company);

(iii)      accelerate the vesting, in whole or in part, of the Stock Award (and, if applicable, the time at which the Stock Award may be exercised) to a date prior to the effective time of such Corporate Transaction as the Board determines (or, if the Board does not determine such a date, to the date that is five days prior to the effective date of the Corporate Transaction), with such Stock Award terminating if not exercised (if applicable) at or prior to the effective time of the Corporate Transaction;

(iv)      arrange for the lapse, in whole or in part, of any reacquisition or repurchase rights held by the Company with respect to the Stock Award;

(v)      cancel or arrange for the cancellation of the Stock Award, to the extent not vested or not exercised prior to the effective time of the Corporate Transaction, in exchange for such cash consideration, if any (and, for clarity, the cash consideration may be zero), as the Board, in its sole discretion, may consider appropriate; and

(vi)      make a payment, in such form as may be determined by the Board equal to the excess, if any, of (A) the value of the property the Participant would have received upon the exercise of the Stock Award immediately prior to the effective time of the Corporate Transaction, over (B) any exercise price payable by such holder in connection with such exercise.

The Board need not take the same action or actions with respect to all Stock Awards or portions thereof or with respect to all Participants. The Board may take different actions with respect to the vested and unvested portions of a Stock Award.

18

(d)      **Change in Control.**  A Stock Award may be subject to additional acceleration of vesting and exercisability upon or after a Change in Control as may be provided in the Stock Award Agreement for such Stock Award or as may be provided in any other written agreement between the Company or any Affiliate and the Participant, but in the absence of such provision, no such acceleration will occur.

10.      **PLAN TERM; EARLIER TERMINATION OR SUSPENSION OF THE PLAN.**

The Board may suspend or terminate the Plan at any time.  No Incentive Stock Options may be granted after the tenth anniversary of the Adoption Date.  No Awards may be granted under the Plan while the Plan is suspended or after it is terminated.

11.      **EXISTENCE OF THE PLAN.**

The Plan came into existence on the Adoption Date.  The stockholders of the Company approved the Plan on February 11, 2014.  The Plan was amended and restated effective as of June 27, 2018.

**12.   CHOICE OF LAW.**

The law of the State of Delaware will govern all questions concerning the construction, validity and interpretation of this Plan, without regard to that state's conflict of laws rules.

**13.   DEFINITIONS.**

As used in the Plan, the following definitions will apply to the capitalized terms indicated below:

(a)   "*Affiliate*" means, at the time of determination, any "parent" or "subsidiary" of the Company as such terms are defined in Rule 405 of the Securities Act.  The Board will have the authority to determine the time or times at which "parent" or "subsidiary" status is determined within the foregoing definition.

(b)   "*Adoption Date*" means January 30, 2014.

(c)   "*Award*" means a Stock Award or a Performance Cash Award.

(d)   "*Award Agreement*" means a written agreement between the Company and a Participant evidencing the terms and conditions of an Award.

(e)   "*Board*" means the Board of Directors of the Company.

(f)   "*Capital Stock*" means each and every class of common stock of the Company, regardless of the number of votes per share.

(g)   "*Capitalization Adjustment*" means any change that is made in, or other events that occur with respect to, the Common Stock subject to the Plan or subject to any Stock

Award after the Adoption Date without the receipt of consideration by the Company through merger, consolidation, reorganization, recapitalization, reincorporation, stock dividend, dividend in property other than cash, large nonrecurring cash dividend, stock split, reverse stock split, liquidating dividend, combination of shares, exchange of shares, change in corporate structure or any similar equity restructuring transaction, as that term is used in Statement of Financial Accounting Standards Board Accounting Standards Codification Topic 718 (or any successor thereto).  Notwithstanding the foregoing, the conversion of any convertible securities of the Company will not be treated as a Capitalization Adjustment.

(h)   "*Cause*" will have the meaning ascribed to such term in any written agreement between the Participant and the Company defining such term and, in the absence of such agreement, such term means, with respect to a Participant, the occurrence of any of the following events:  (i) such Participant's commission of any felony or any crime involving fraud, dishonesty or moral turpitude under the laws of the United States or any state thereof; (ii) such Participant's attempted commission of, or participation in, a fraud or act of dishonesty against the Company; (iii) such Participant's intentional, material violation of any contract or agreement between the Participant and the Company or of any statutory duty owed to the Company; (iv) such Participant's unauthorized use or disclosure of the Company's confidential information or trade secrets; or (v) such Participant's gross misconduct.  The determination that a termination of the Participant's Continuous Service is either for Cause or without Cause will be made by the Company, in its sole discretion.  Any determination by the Company that the Continuous Service of a Participant was terminated with or without Cause for the purposes of outstanding Awards held by such Participant will have no effect upon any determination of the rights or obligations of the Company or such Participant for any other purpose.

(i)   "*Change in Control*" means the occurrence, in a single transaction or in a series of related transactions, of any one or more of the following events:

(i)   any Exchange Act Person becomes the Owner, directly or indirectly, of securities of the Company representing more than 50% of the combined voting power of the Company's then outstanding securities other than by virtue of a merger, consolidation or similar transaction.  Notwithstanding the foregoing, a Change in Control will not be deemed to occur (A) on account of the acquisition of securities of the Company directly from the Company, (B) on account of the acquisition of securities of the Company by an investor, any affiliate thereof or any other Exchange Act Person that acquires the Company's securities in a transaction or series of related transactions the primary purpose of which is to obtain financing for the Company through the issuance of equity securities, (C) on account of the acquisition of securities of the Company by any individual who was, on March 28, 2014, either an executive officer or a Director (either, an "*IPO Investor*") and/or any entity in which an IPO Investor has a direct or indirect interest (whether in the form of voting rights or participation in profits or capital contributions) of more than 50% (collectively, the "*IPO Entities*") or on account of the IPO Entities continuing to hold shares that come to represent more than 50% of the combined voting power of the Company's then outstanding securities as a result of the conversion of any class of the Company's securities into another class of the Company's securities having a different number of votes per share, or (D) solely because the level of Ownership held by any Exchange Act Person (the "*Subject Person*") exceeds the

designated percentage threshold of the outstanding voting securities as a result of a repurchase or other acquisition of voting securities by the Company reducing the number of shares outstanding, provided that if a Change in Control would occur (but for the operation of this sentence) as a result of the acquisition of voting securities by the Company, and after such share acquisition, the Subject Person becomes the Owner of any additional voting securities that, assuming the repurchase or other acquisition had not occurred, increases the percentage of the then outstanding voting securities Owned by the Subject Person over the designated percentage threshold, then a Change in Control will be deemed to occur;

(ii)        there is consummated a merger, consolidation or similar transaction involving (directly or indirectly) the Company and, immediately after the consummation of such merger, consolidation or similar transaction, the stockholders of the Company immediately prior thereto do not Own, directly or indirectly, either (A) outstanding voting securities representing more than 50% of the combined outstanding voting power of the surviving Entity in such merger, consolidation or similar transaction or (B) more than 50% of the combined outstanding voting power of the parent of the surviving Entity in such merger, consolidation or similar transaction, in each case in substantially the same proportions as their Ownership of the outstanding voting securities of the Company immediately prior to such transaction; *provided, however*, that a merger, consolidation or similar transaction will not constitute a Change in Control under this prong of the definition if the outstanding voting securities representing more than 50% of the combined voting power of the surviving Entity or its parent are owned by the IPO Entities;

(iii)        there is consummated a sale, lease, exclusive license or other disposition of all or substantially all of the consolidated assets of the Company and its Subsidiaries, other than a sale, lease, license or other disposition of all or substantially all of the consolidated assets of the Company and its Subsidiaries to an Entity, more than 50% of the combined voting power of the voting securities of which are Owned by stockholders of the Company in substantially the same proportions as their Ownership of the outstanding voting securities of the Company immediately prior to such sale, lease, license or other disposition; *provided, however*, that a sale, lease, exclusive license or other disposition of all or substantially all of the consolidated assets of the Company and its Subsidiaries will not constitute a Change in Control under this prong of the definition if the outstanding voting securities representing more than 50% of the combined voting power of the acquiring Entity or its parent are owned by the IPO Entities; or

(iv)        individuals who, on the Adoption Date, are members of the Board (the "**Incumbent Board**") cease for any reason to constitute at least a majority of the members of the Board; *provided, however*, that if the appointment or election (or nomination for election) of any new Board member was approved or recommended by a majority vote of the members of the Incumbent Board then still in office, such new member will, for purposes of this Plan, be considered as a member of the Incumbent Board.

Notwithstanding the foregoing definition or any other provision of the Plan, the term Change in Control will not include a sale of assets, merger or other transaction effected exclusively for the purpose of changing the domicile of the Company and the definition of Change in Control (or any analogous term) in an individual written agreement between the Company or any Affiliate and the Participant will supersede the foregoing definition with respect to Awards subject to such agreement; *provided, however*, that if no definition of Change in Control or any analogous term is set forth in such an individual written agreement, the foregoing definition will apply.  To the extent necessary to avoid the imposition of adverse taxation under Section 409A of the Code, in no event will a Change in Control be deemed to have occurred if such transaction is not also a "change in the ownership or effective control of" the Company or "a change in the ownership of a substantial portion of the assets of" the Company as determined under Treasury Regulation Section 1.409A-3(i)(5) (without regard to any alternative definition thereunder).  The Board may, in its sole discretion and without a Participant's consent, amend the definition of "Change in Control" to conform to the definition of "Change in Control" under Section 409A of the Code, and the regulations thereunder.

(j)        "**Code**" means the Internal Revenue Code of 1986, as amended, including any applicable regulations and guidance thereunder.

(k)        "**Committee**" means a committee of one or more Directors to whom authority has been delegated by the Board in accordance with Section 2(c).

(l)        "**Common Stock**" means the common stock of the Company, having one vote per share.

(m)        "**Company**" means 2U, Inc., a Delaware corporation.

(n)        "**Consultant**" means any person, including an advisor, who is (i) engaged by the Company or an Affiliate to render consulting or advisory services and is compensated for such services, or (ii) serving as a member of the board of directors of an Affiliate and is compensated for such services.  However, service solely as a Director, or payment of a fee for such service, will not cause a Director to be considered a "Consultant" for purposes of the Plan.  Notwithstanding the foregoing, a person is treated as a Consultant under this Plan only if a Form S-8 Registration Statement under the Securities Act is available to register either the offer or the sale of the Company's securities to such person.

(o)        "**Continuous Service**" means that the Participant's service with the Company or an Affiliate, whether as an Employee, Director or Consultant, is not interrupted or terminated.  A change in the capacity in which the Participant renders service to the Company or an

Affiliate as an Employee or a Consultant of such change in the entity for which the Participant renders such service, provided that there is no interruption or termination of the Participant's service with the Company or an Affiliate, will not terminate a Participant's Continuous Service; *provided, however*, that if the Entity for which a Participant is rendering services ceases to qualify as an Affiliate, as determined by the Board, in its sole discretion, such Participant's Continuous Service will be considered to have terminated on the date such Entity ceases to qualify as an Affiliate. To the extent permitted by law, the Board or the chief executive officer of the Company, in that party's sole discretion, may determine whether Continuous

Service will be considered interrupted in the case of (i) any leave of absence approved by the Board or chief executive officer, including sick leave, military leave or any other personal leave, or (ii) transfers between the Company, an Affiliate, or their successors. Notwithstanding the foregoing, a leave of absence will be treated as Continuous Service for purposes of vesting in an Award only to such extent as may be provided in the Company's or Affiliate's leave of absence policy, in the written terms of any leave of absence agreement or policy applicable to the Participant, or as otherwise required by law. In addition, to the extent required for exemption from or compliance with Section 409A of the Code, the determination of whether there has been a termination of Continuous Service, will be made, and such term will be construed, in a manner that is consistent with the definition of "separation from service" as defined under Treasury Regulation Section 1.409A-1(h) (without regard to any alternative definition thereunder).

(p) "*Corporate Transaction*" means the consummation, in a single transaction or in a series of related transactions, of any one or more of the following events:

(i) a sale or other disposition of all or substantially all, as determined by the Board, in its sole discretion, of the consolidated assets of the Company and its Subsidiaries;

(ii) a sale or other disposition of at least 50% of the outstanding securities of the Company;

(iii) a merger, consolidation or similar transaction following which the Company is not the surviving corporation; or

(iv) a merger, consolidation or similar transaction following which the Company is the surviving corporation but the shares of Common Stock outstanding immediately preceding the merger, consolidation or similar transaction are converted or exchanged by virtue of the merger, consolidation or similar transaction into other property, whether in the form of securities, cash or otherwise.

To the extent necessary to avoid the imposition of adverse taxation under Section 409A of the Code, in no event will an event be deemed a Corporate Transaction if such transaction is not also a "change in the ownership or effective control of" the Company or "a change in the ownership of a substantial portion of the assets of" the Company as determined under Treasury Regulation Section 1.409A-3(i)(5) (without regard to any alternative definition thereunder).

(q) "*Covered Employee*" will have the meaning provided in Section 162(m)(3) of the Code.

(r) "*Director*" means a member of the Board.

(s) "*Disability*" means, with respect to a Participant, the inability of such Participant to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment that can be expected to result in death or that has lasted or can be expected to last for a continuous period of not less than 12 months, as provided in Sections 22(e)(3) and 409A(a)(2)(c)(i) of the Code, and will be determined by the Board on the basis of such medical evidence as the Board deems warranted under the circumstances.

(t) "*Effective Date*" means the Adoption Date.

(u) "*Employee*" means any person employed by the Company or an Affiliate. However, service solely as a Director, or payment of a fee for such services, will not cause a Director to be considered an "Employee" for purposes of the Plan.

(v) "*Entity*" means a corporation, partnership, limited liability company or other entity.

(w) "*Exchange Act*" means the Securities Exchange Act of 1934, as amended, and the rules and regulations promulgated thereunder.

(x) "*Exchange Act Person*" means any natural person, Entity or "group" (within the meaning of Section 13(d) or 14(d) of the Exchange Act), except that "Exchange Act Person" will not include (i) the Company or any Subsidiary of the Company, (ii) any employee benefit plan of the Company or any Subsidiary of the Company or any trustee or other fiduciary holding securities under an employee benefit plan of the Company or any Subsidiary of the Company, (iii) an underwriter temporarily holding securities pursuant to a registered public offering of such securities, (iv) an Entity Owned, directly or indirectly, by the stockholders of the Company in substantially the same proportions as their Ownership of stock of the Company; or (v) any natural person, Entity or "group" (within the meaning of Section 13(d) or 14(d) of the Exchange

Act) that, as of the Effective Date, is (1) directly or indirectly, of securities of the Company representing more than 50% of the combined voting power of the Company's then outstanding securities.

(y)     "**Fair Market Value**" means, as of any date, the value of the Common Stock determined as follows:

(i)     If the Common Stock is listed on any established stock exchange or traded on any established market, the Fair Market Value of a share of Common Stock will be, unless otherwise determined by the Board, the closing sales price for such stock as quoted on such exchange or market (or the exchange or market with the greatest volume of trading in the Common Stock) on the date of determination, as reported in a source the Board deems reliable.

(ii)     Unless otherwise provided by the Board, if there is no closing sales price for the Common Stock on the date of determination, then the Fair Market Value will be the closing selling price on the last preceding date for which such quotation exists.

(iii)     In the absence of such markets for the Common Stock, the Fair Market Value will be determined by the Board in good faith and in a manner that complies with Sections 409A and 422 of the Code.

(z)     "**Good Reason**" will have the meaning ascribed to such term in any written agreement between the Participant and the Company defining such term and, in the absence of such agreement, such term means, with respect to a Participant who is an Employee, the occurrence of any of the following events without the Participant's express written consent:  (i) the assignment to the Participant of any duties or responsibilities that results in a material

diminution in the Participant's function as in effect immediately prior to the effective date of the Change in Control; *provided, however*, that a change in the Participant's title or reporting relationships shall not provide the basis for a voluntary termination with Good Reason; (ii) a material reduction by the Company in the Participant's annual base salary, as in effect on the effective date of the Change in Control or as increased thereafter; *provided, however*, that Good Reason shall not be deemed to have occurred in the event of a reduction in the Participant's annual base salary that is pursuant to a salary reduction program affecting substantially all of the employees of the Company and that does not adversely affect the Participant to a greater extent than other similarly situated employees; (iii) any failure by the Company to continue in effect any benefit plan or program, including incentive plans or plans with respect to the receipt of securities of the Company, in which the Participant was participating immediately prior to the effective date of the Change in Control (hereinafter referred to as "**Benefit Plans**"), or the taking of any action by the Company that would adversely affect the Participant's participation in or reduce his or her benefits under the Benefit Plans or deprive the Participant of any fringe benefit that they enjoyed immediately prior to the effective date of the Change in Control; *provided, however*, that Good Reason shall not be deemed to have occurred if the Company provides for the Participant's participation in benefit plans and programs that, taken as a whole, are comparable to the Benefit Plans; (iv) a relocation of the Participant's business office to a location more than fifty (50) miles from the location at which he or she performed their duties as of the effective date of the Change in Control, except for required travel by the Participant on the Company's business to an extent substantially consistent with the Participant's business travel obligations prior to the effective date of the Change in Control; or (v) a material breach by the Company of any provision of the Plan or the Option Agreement or any other material agreement between the Participant and the Company concerning the terms and conditions of employment.

(aa)     "**Incentive Stock Option**" means an option granted pursuant to <u>Section 5</u> that is intended to be, and qualifies as, an "incentive stock option" within the meaning of Section 422 of the Code.

(bb)     "**Non-Employee Director**" means a Director who either (i) is not a current employee or officer of the Company or an Affiliate, does not receive compensation, either directly or indirectly, from the Company or an Affiliate for services rendered as a consultant or in any capacity other than as a Director (except for an amount as to which disclosure would not be required under Item 404(a) of Regulation S-K promulgated pursuant to the Securities Act ("**Regulation S-K**")), does not possess an interest in any other transaction for which disclosure would be required under Item 404(a) of Regulation S-K, and is not engaged in a business relationship for which disclosure would be required pursuant to Item 404(b) of Regulation S-K; or (ii) is otherwise considered a "non-employee director" for purposes of Rule 16b-3.

(cc)     "**Nonstatutory Stock Option**" means any Option granted pursuant to <u>Section 5</u> that does not qualify as an Incentive Stock Option.

(dd)     "**Officer**" means a person who is an officer of the Company within the meaning of Section 16 of the Exchange Act.

(ee)     "**Option**" means an Incentive Stock Option or a Nonstatutory Stock Option to purchase shares of Common Stock granted pursuant to the Plan.

(ff)     "**Option Agreement**" means a written agreement between the Company and an Optionholder evidencing the terms and conditions of an Option grant.  Each Option Agreement will be subject to the terms and conditions of the Plan.

(gg)      "**Optionholder**" means a person to whom an Option is granted pursuant to the Plan or, if applicable, such other person who holds an outstanding Option.

(ll)    "*Other Stock Award*" means an award based in whole or in part by reference to the Common Stock which is granted pursuant to the terms and conditions of <u>Section 6(d)</u>.

(ii)    "*Other Stock Award Agreement*" means a written agreement between the Company and a holder of an Other Stock Award evidencing the terms and conditions of an Other Stock Award grant.  Each Other Stock Award Agreement will be subject to the terms and conditions of the Plan.

(jj)    "*Outside Director*" means a Director who either (i) is not a current employee of the Company or an "affiliated corporation" (within the meaning of Treasury Regulations promulgated under Section 162(m) of the Code), is not a former employee of the Company or an "affiliated corporation" who receives compensation for prior services (other than benefits under a tax-qualified retirement plan) during the taxable year, has not been an officer of the Company or an "affiliated corporation," and does not receive remuneration from the Company or an "affiliated corporation," either directly or indirectly, in any capacity other than as a Director, or (ii) is otherwise considered an "outside director" for purposes of Section 162(m) of the Code.

(kk)    "*Own*," "*Owned*," "*Owner*," "*Ownership*" means a person or Entity will be deemed to "Own," to have "Owned," to be the "Owner" of, or to have acquired "Ownership" of securities if such person or Entity, directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, has or shares voting power, which includes the power to vote or to direct the voting, with respect to such securities.

(ll)    "*Participant*" means a person to whom an Award is granted pursuant to the Plan or, if applicable, such other person who holds an outstanding Stock Award.

(mm)    "*Performance Cash Award*" means an award of cash granted pursuant to the terms and conditions of <u>Section 6(c)(ii)</u>.

(nn)    "*Performance Criteria*" means the one or more criteria that the Board will select for purposes of establishing the Performance Goals for a Performance Period.  The Performance Criteria that will be used to establish such Performance Goals may be based on any one of, or combination of, the following as determined by the Board: (i) earnings (including earnings per share and net earnings); (ii) earnings before interest, taxes and depreciation; (iii) earnings before interest, taxes, depreciation and amortization; (iv) earnings before interest, taxes, depreciation, amortization and legal settlements; (v) earnings before interest, taxes, depreciation, amortization, legal settlements and other income (expense); (vi) earnings before interest, taxes, depreciation, amortization, legal settlements, other income (expense) and stock-based compensation; (vii) earnings before interest, taxes, depreciation, amortization, legal settlements,

26

other income (expense), stock-based compensation and changes in deferred revenue; (viii) total stockholder return; (ix) return on equity or average stockholder's equity; (x) return on assets, investment, or capital employed; (xi) stock price; (xii) margin (including gross margin); (xiii) income (before or after taxes); (xiv) operating income; (xv) operating income after taxes; (xvi) pre-tax profit; (xvii) operating cash flow; (xviii) sales or revenue targets; (xix) increases in revenue or product revenue; (xx) expenses and cost reduction goals; (xxi) improvement in or attainment of working capital levels; (xxii) economic value added (or an equivalent metric); (xxiii) market share; (xxiv) cash flow; (xxv) cash flow per share; (xxvi) share price performance; (xxvii) debt reduction; (xxviii) implementation or completion of projects or processes; (xxix) employee retention; (xxx) stockholders' equity; (xxxi) capital expenditures; (xxxii) debt levels; (xxxiii) operating profit or net operating profit; (xxxiv) workforce diversity; (xxxv) growth of net income or operating income; (xxxvi) billings; (xxxvii) bookings; (xxxviii) the number of users, including but not limited to unique users; (xxxix) employee retention; (xxxx) user satisfaction; and (xxxxi) to the extent an Award is not intended to satisfy the provisions of Section 162 (m) of the Code regarding the exclusion of performance-based compensation from the limit on corporate deductibility of compensation paid to Covered Employees, other measures of performance selected by the Board.

(oo)    "*Performance Goals*" means, for a Performance Period, the one or more goals established by the Board for the Performance Period based upon the Performance Criteria.  Performance Goals may be based on a Company-wide basis, with respect to one or more business units, divisions, Affiliates, or business segments, and in either absolute terms or relative to the performance of one or more comparable companies or the performance of one or more relevant indices.  Unless specified otherwise by the Board (i) in the Award Agreement at the time the Award is granted or (ii) in such other document setting forth the Performance Goals at the time the Performance Goals are established, the Board will appropriately make adjustments in the method of calculating the attainment of Performance Goals for a Performance Period as follows: (1) to exclude restructuring and/or other nonrecurring charges; (2) to exclude exchange rate effects; (3) to exclude the effects of changes to generally accepted accounting principles; (4) to exclude the effects of any statutory adjustments to corporate tax rates; (5) to exclude the effects of any "extraordinary items" as determined under generally accepted accounting principles; (6) to exclude the dilutive effects of acquisitions or joint ventures; (7) to assume that any business divested by the Company achieved performance objectives at targeted levels during the balance of a Performance Period following such divestiture; (8) to exclude the effect of any change in the outstanding shares of common stock of the Company by reason of any stock dividend or split, stock repurchase, reorganization, recapitalization, merger, consolidation, spin-off, combination or exchange of shares or other similar corporate change, or any distributions to common stockholders other than regular cash dividends; (9) to exclude the effects of stock based compensation and the award of bonuses under the Company's bonus plans; (10) to exclude costs incurred in connection with potential acquisitions or divestitures that are required to be expensed under generally accepted accounting principles; (11) to exclude the goodwill and intangible asset impairment charges that are required to be recorded under generally accepted accounting principles; (12) to exclude the effect of any other unusual, non-recurring gain or loss or other extraordinary item; and (13) to the extent an Award is not intended to satisfy the provisions of Section 162(m) of the Code regarding the exclusion of performance-based compensation from the limit on corporate deductibility of compensation paid to Covered Employees, other adjustments selected by the Board.  In addition, the Board retains the discretion to reduce or

27

eliminate the compensation or economic benefit due upon attainment of Performance Goals and to define the manner of calculating the Performance Criteria it selects to use for such Performance Period. Partial achievement of the specified criteria may result in the payment or vesting corresponding to the degree of achievement as specified in the Stock Award Agreement or the written terms of a Performance Cash Award.

(pp)    "*Performance Period*" means the period of time selected by the Board over which the attainment of one or more Performance Goals will be measured for the purpose of determining a Participant's right to and the payment of a Stock Award or a Performance Cash Award.  Performance Periods may be of varying and overlapping duration, at the sole discretion of the Board.

(qq)    "*Performance Stock Award*" means a Stock Award granted under the terms and conditions of Section 6(c)(i).

(rr)    "*Plan*" means this 2U, Inc. Amended and Restated 2014 Equity Incentive Plan.

(ss)    "*Restricted Stock Award*" means an award of shares of Common Stock which is granted pursuant to the terms and conditions of Section 6(a).

(tt)    "*Restricted Stock Award Agreement*" means a written agreement between the Company and a holder of a Restricted Stock Award evidencing the terms and conditions of a Restricted Stock Award grant.  Each Restricted Stock Award Agreement will be subject to the terms and conditions of the Plan.

(uu)    "*Restricted Stock Unit Award*" means a right to receive shares of Common Stock which is granted pursuant to the terms and conditions of Section 6(b).

(vv)    "*Restricted Stock Unit Award Agreement*" means a written agreement between the Company and a holder of a Restricted Stock Unit Award evidencing the terms and conditions of a Restricted Stock Unit Award grant.  Each Restricted Stock Unit Award Agreement will be subject to the terms and conditions of the Plan.

(ww)    "*Rule 16b-3*" means Rule 16b-3 promulgated under the Exchange Act or any successor to Rule 16b-3, as in effect from time to time.

(xx)    "*Securities Act*" means the Securities Act of 1933, as amended.

(yy)    "*Stock Appreciation Right*" or "*SAR*" means a right to receive the appreciation on Common Stock that is granted pursuant to the terms and conditions of Section 5.

(zz)    "*Stock Appreciation Right Agreement*" means a written agreement between the Company and a holder of a Stock Appreciation Right evidencing the terms and conditions of a Stock Appreciation Right grant.  Each Stock Appreciation Right Agreement will be subject to the terms and conditions of the Plan.

28

(aaa)    "*Stock Award*" means any right to receive Common Stock granted under the Plan, including an Incentive Stock Option, a Nonstatutory Stock Option, a Restricted Stock Award, a Restricted Stock Unit Award, a Stock Appreciation Right, a Performance Stock Award or any Other Stock Award.

(bbb)    "*Stock Award Agreement*" means a written agreement between the Company and a Participant evidencing the terms and conditions of a Stock Award grant.  Each Stock Award Agreement will be subject to the terms and conditions of the Plan.

(ccc)    "*Subsidiary*" means, with respect to the Company, (i) any corporation of which more than 50% of the outstanding capital stock having ordinary voting power to elect a majority of the board of directors of such corporation (irrespective of whether, at the time, stock of any other class or classes of such corporation will have or might have voting power by reason of the happening of any contingency) is at the time, directly or indirectly, Owned by the Company, and (ii) any partnership, limited liability company or other entity in which the Company has a direct or indirect interest (whether in the form of voting or participation in profits or capital contribution) of more than 50%.

(ddd)    "*Ten Percent Stockholder*" means a person who Owns (or is deemed to Own pursuant to Section 424(d) of the Code) stock possessing more than 10% of the total combined voting power of all classes of stock of the Company or any Affiliate.

29

**2U, INC.**
**AMENDED AND RESTATED 2014 EQUITY INCENTIVE PLAN**
**ADDENDUM FOR U.K. PARTICIPANTS**

The 2U, Inc. Amended and Restated 2014 Equity Incentive Plan (the "*Plan*") is intended to comply with the applicable laws of any country or

jurisdiction where the relevant provisions there of shall be construed in accordance therewith. The following provisions apply to Participants providing services to the Company or its Affiliates in the United Kingdom ("**U.K.**"). Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan. Section references are to the Plan unless otherwise stated.

1. Section 1(b) (Eligible Award Recipients) shall be amended to replace the phrase "Employees, Directors and Consultants" with the phrase "Employees and Directors who are also Employees."

2. Section 4(a) (Eligibility for Specific Stock Awards) shall be amended to replace the phrase "Employees, Directors and Consultants" with the phrase "Employees and Directors who are also Employees" in two places.

3. Section 8(d) (No Employment or Other Service Rights) shall be amended to add the following language to the end thereof:

   The Plan and any Award Agreement do not form part of any Participant's contract of employment. If any Participant ceases to be employed or engaged by the Company or any Affiliate for any reason (including as a result of a repudiatory breach of contract by the Company or its Affiliate), the Participant shall not be entitled, and by participating in the Plan the Participant shall be deemed irrevocably to have waived any entitlement, by way of compensation for loss of employment, breach of contract or otherwise to any sum or other benefit to compensate the Participant for any rights or prospective rights under the Plan. This exclusion applies equally (and without limitation) to any loss arising from the way in which the discretion is (or is not) exercised under any Section of the Plan even if the exercise (or non-exercise) of such discretion is, or appears to be, irrational or perverse and/or breaches, or is claimed to breach any implied term of the Plan or any other contract between the Participant and the Participant's employer. Participation in the Plan and any benefits provided under it shall not be pensionable nor will they count as pay or remuneration when calculating salary related benefits (including, but not limited to, pension).

4. A new Section 8(l) (Data Protection) shall be added with the following language:

   **Data Protection.** By participating in the Plan, each Participant acknowledges that the Company and its Affiliates may hold and process data relating to them (including personal data) in relation to and as a consequence of their Awards including for the purpose of administering their Awards and that such data may be disclosed (even outside the European Union) to their employer, the Company or its Affiliates, to any possible purchaser of their employer or its business or of the Company or its business and its or their advisers in relation to the Plan and the Award.

   30

---

5. A new Section 8(m) (CRS and FATCA) shall be added with the following language:

   **CRS and FATCA.** By Participating in the Plan, each Participant agrees to give all such assistance and representations and supply or procure to be supplied (including by way of updates) all such information and execute and deliver (or procure the execution and delivery of) all such documents that the Company requests in writing for the purpose of enabling any member of the Group (or any external administrator of the Plan from time to time) to comply with the US Foreign Account Tax Compliance Act ("**FATCA**"), any exchange of information agreement ("**IGA**"), the OECD Common Reporting Standard ("**CRS**"), or any similar, equivalent or related applicable laws, rules or regulations in any jurisdiction. Each Participant further agrees and authorises any member of the Group to disclose such information to any governmental authorities (including, but not limited to, HMRC in the U.K. and the Internal Revenue Service in the U.S.) if it is required to be disclosed pursuant to FATCA, any IGA, CRS, or any similar, equivalent or related applicable laws, rules or regulations.

6. Section 13(h) ("Cause") shall be deleted in its entirety and replaced with the following language:

   "Cause" will have the meaning ascribed to such term in any written agreement between the Participant and the Company or any of its Affiliates defining such term and, in the absence thereof, such term means, with respect to a Participant, the occurrence of any of the following events: (i) such Participant's commission of any felony or any crime involving fraud, dishonesty or moral turpitude under the laws of the United States or any state thereof or crime in the U.K. that is punishable by a custodial sentence; (ii) such Participant's attempted commission of, or participation in, a fraud or act of dishonesty against the Company or any of its Affiliates; (iii) such Participant's intentional, material violation of any contract or agreement between the Participant and the Company or any of its Affiliates or of any statutory duty owed to the Company or any of its Affiliates; (iv) such Participant's unauthorized use or disclosure of the Company's or any of its Affiliates' confidential information or trade secrets; (v) such Participant's gross misconduct; or (vi) any other circumstances in which the Company or its Affiliate that employs the Participant reasonably determines it has grounds to dismiss the Participant without notice in accordance with the Participant's contract of employment. The determination that a termination of the Participant's Continuous Service is either for Cause or without Cause will be made by the Company, in its sole discretion. Any determination by the Company that the Continuous Service of a Participant was terminated with or without Cause for the purposes of outstanding Awards held by such Participant will have no effect upon any determination of the rights or obligations of the Company or such Participant for any other purpose.

7. Section 13(o) ("Continuous Service") shall be deleted in its entirety and replaced with the following language:

   "Continuous Service" means that the Participant's service with the Company or an Affiliate, whether as an Employee or Director who is also an Employee, is not interrupted

   31

or terminated.  A change in the capacity in which the Participant renders service to the Company or an Affiliate as an Employee or Director who is also an Employee or a change in the entity for which the Participant renders such service, provided that there is no interruption or termination of the Participant's service with the Company or an Affiliate, will not terminate a Participant's Continuous Service; provided, however, that if the Entity for which a Participant is rendering services ceases to qualify as an Affiliate, as determined by the Board, in its sole discretion, such Participant's Continuous Service will be considered to have terminated on the date such Entity ceases to qualify as an Affiliate and if the Participant is placed on garden leave in accordance with the Participant's contract of employment, the Participant's Continuous Service for the purpose of the Plan and any Award Agreement shall terminate on the date that such garden leave commences.  To the extent permitted by law, the Board or the chief executive officer of the Company, in that party's sole discretion, may determine whether Continuous Service will be considered interrupted in the case of (i) any leave of absence approved by the Board or chief executive officer, including sick leave, military leave or any other personal leave, or (ii) transfers between the Company, an Affiliate, or their successors.  Notwithstanding the foregoing, a leave of absence will be treated as Continuous Service for purposes of vesting in an Award only to such extent as may be provided in the Company's or Affiliate's leave of absence policy, in the written terms of any leave of absence agreement or policy applicable to the Participant, or as otherwise required by law.  In addition, to the extent required for exemption from or compliance with Section 409A of the Code, the determination of whether there has been a termination of Continuous Service, will be made, and such term will be construed, in a manner that is consistent with the definition of "separation from service" as defined under Treasury Regulation Section 1.409A-1(h) (without regard to any alternative definition thereunder).

**EXHIBIT 10.2**

**2U, INC.**
**STOCK OPTION GRANT NOTICE**
**(AMENDED AND RESTATED 2014 EQUITY INCENTIVE PLAN)**
**(US)**

2U, Inc. (the "***Company***"), pursuant to its Amended and Restated 2014 Equity Incentive Plan (the "***Plan***"), hereby grants to Optionholder an option to purchase the number of shares of the Company's Common Stock set forth below (the "***Option***"). This Option is subject to all of the terms and conditions as set forth in this Stock Option Grant Notice (this "***Notice***"), in the Option Agreement and in the Plan, both of which are attached to this Notice and incorporated in this Notice in their entirety. Capitalized terms not explicitly defined in this Notice but defined in the Plan or the Option Agreement will have the same definitions as in the Plan or the Option Agreement, as applicable. If there is any conflict between the terms in this Notice or the Option Agreement and the Plan, the terms of the Plan will control.

        Optionholder:
        Date of Grant:
        Vesting Commencement Date:
        Number of Shares Subject to Option:
        Exercise Price (Per Share):
        Total Exercise Price:
        Expiration Date:

**Type of Grant:** ☐ Incentive Stock Option(1)          ☐ Nonstatutory Stock Option

**Exercise Schedule:** Same as Vesting Schedule

**Vesting Schedule:**

**Payment:**          By one or a combination of the following items (described in the Option Agreement):

             ☐ By cash or check
             ☐ By delivery of already-owned shares, if the Common Stock is publicly traded
             ☐ Pursuant to a "broker-assisted exercise" program, if the Common Stock is publicly traded
             ☐ If and only to the extent the option is a Nonstatutory Stock Option, and subject to the Company's consent at or prior to the time of exercise, by a "net exercise" arrangement

**Additional Terms/Acknowledgements:** Optionholder acknowledges receipt of, and understands and agrees to, this Notice, the Option Agreement, the Plan and any stock plan prospectus for this Plan. As of the Date of Grant, this Notice, the Option Agreement, and the Plan set forth the entire understanding between Optionholder and the Company regarding the Option and supersede all prior oral and written agreements on the Option, with the exception, if applicable, of any compensation recovery policy that is adopted by the Company or is otherwise required by applicable law. By accepting the Option, Optionholder consents to receive documents governing the Option by electronic delivery and to participate in the Plan through an online or electronic system established and maintained by the Company or another third party designated by the Company.

---

(1) If this is an Incentive Stock Option, it (plus other outstanding Incentive Stock Options) cannot be first *exercisable* for more than $100,000 in value (measured by exercise price) in any calendar year. Any excess over $100,000 is a Nonstatutory Stock Option.

1

**2U, INC.**          **OPTIONHOLDER:**

By: _____
             Signature             _____
                                       Signature

Title: _____          Date: _____

Date: _____

**ATTACHMENTS**: Option Agreement, Amended and Restated 2014 Equity Incentive Plan

2

**ATTACHMENT I**

OPTION AGREEMENT

**2U, INC.**
**AMENDED AND RESTATED 2014 EQUITY INCENTIVE PLAN**
**OPTION AGREEMENT**
**(INCENTIVE STOCK OPTION OR NONSTATUTORY STOCK OPTION)**
**(US)**

Pursuant to your Stock Option Grant Notice ("***Grant Notice***") and this Option Agreement, 2U, Inc. (the "***Company***") has granted you an option (the "***Option***") under its Amended and Restated 2014 Equity Incentive Plan (the "***Plan***") to purchase the number of shares of the Company's Common Stock indicated in your Grant Notice at the exercise price indicated in your Grant Notice. The Option is granted to you effective as of the date of grant set forth in the Grant Notice (the "***Date of Grant***"). If there is any conflict between the terms in this Option Agreement and the Plan, the terms of the Plan will control. Capitalized terms not explicitly defined in this Option Agreement or in the Grant Notice but defined in the Plan will have the same definitions as in the Plan.

The details of your Option, in addition to those set forth in the Grant Notice and the Plan, are as follows:

**1.      VESTING.**  Your Option will vest as provided in your Grant Notice. Vesting will cease upon the termination of your Continuous Service.

**2.      NUMBER OF SHARES AND EXERCISE PRICE.**  The number of shares of Common Stock subject to your Option and the exercise price per share in your Grant Notice will be adjusted for Capitalization Adjustments as provided in the Plan.

**3.      EXERCISE PRIOR TO VESTING ("EARLY EXERCISE").**  You may not exercise your Option prior to vesting.

**4.      METHOD OF PAYMENT.**  You must pay the full amount of the exercise price for the shares you wish to exercise. You may pay the exercise price in cash or by check or in any other manner ***permitted by your Grant Notice,*** which may include one or more of the following:

(a)      Provided that at the time of exercise the Common Stock is publicly traded, pursuant to a program that, prior to the issuance of Common Stock, results in either the receipt of cash (or check) by the Company or the receipt of irrevocable instructions to pay the aggregate exercise price to the Company from the sales proceeds. This manner of payment is also known as a "broker-assisted exercise," "same day sale," or "sell to cover."

(b)      Provided that at the time of exercise the Common Stock is publicly traded, by delivery to the Company (either by actual delivery or attestation) of already-owned shares of Common Stock that are owned free and clear of any liens, claims, encumbrances or security interests, and that are valued at Fair Market Value on the date of exercise. "Delivery" for these purposes, in the sole discretion of the Company at the time you exercise your Option, will include delivery to the Company of your attestation of ownership of such shares of Common Stock in a form approved by the Company. You may not exercise your Option by delivery to the

1

Company of Common Stock if doing so would violate the provisions of any law, regulation or agreement restricting the redemption of the Company's stock.

(c)      If your Option is a Nonstatutory Stock Option, subject to the consent of the Company at or prior to the time of exercise, by a "net exercise" arrangement pursuant to which the Company will reduce the number of shares of Common Stock issued upon exercise of your Option by the largest whole number of shares with a Fair Market Value that does not exceed the aggregate exercise price. You must pay any remaining balance of the aggregate exercise price not satisfied by the "net exercise" in cash or other permitted form of payment. Shares of Common Stock will no longer be outstanding under your Option and will not be exercisable thereafter if those shares (i) are used to pay the exercise price pursuant to the "net exercise," (ii) are delivered to you as a result of such exercise, and (iii) are withheld to satisfy your tax withholding obligations.

**5.      WHOLE SHARES.**  You may exercise your Option only for whole shares of Common Stock.

**6.      SECURITIES LAW COMPLIANCE.**  In no event may you exercise your Option unless the shares of Common Stock issuable upon exercise are then registered under the Securities Act or, if not registered, the Company has determined that your exercise and the issuance of the shares would be exempt from the registration requirements of the Securities Act. The exercise of your Option also must comply with all other applicable laws and regulations governing your Option, and you may not exercise your Option if the Company determines that such exercise would not be in material compliance with such laws and regulations.

**7.      TERM.**  You may not exercise your Option before the Date of Grant or after the expiration of the Option's term. The term of your Option expires, subject to the provisions of Section 5(h) of the Plan, upon the earliest of the following:

(a)      immediately upon the termination of your Continuous Service for Cause;

(b)      three (3) months after the termination of your Continuous Service for any reason other than Cause, your Disability or

your death (except as otherwise provided in Section 7(d) below), whichever occurs first. During such three (3) month period your Option is not exercisable solely because doing so would violate the registration requirements under the Securities Act, your Option will not expire until the earlier of the Expiration Date or until it has been exercisable for an aggregate period of three (3) months after the termination of your Continuous Service; *provided further*, if during any part of such three (3) month period, the sale of any Common Stock received upon exercise of your Option would violate the Company's insider trading policy, then your Option will not expire until the earlier of the Expiration Date or until it has been exercisable for an aggregate period of three (3) months after the termination of your Continuous Service during which the sale of the Common Stock received upon exercise of your Option would not be in violation of the Company's insider trading policy.

(c)  twelve (12) months after the termination of your Continuous Service due to your Disability (except as otherwise provided in Section 7(d)) below;

2

---

(d)  eighteen (18) months after your death if you die either during your Continuous Service or within three (3) months after your Continuous Service terminates for any reason other than Cause;

(e)  the Expiration Date indicated in your Grant Notice; or

(f)  the day before the tenth (10th) anniversary of the Date of Grant.

If your Option is an Incentive Stock Option, note that to obtain the federal income tax advantages associated with an Incentive Stock Option, the Code requires that at all times beginning on the Date of Grant and ending on the day three (3) months before the date of your Option's exercise, you must be an employee of the Company or an Affiliate, except in the event of your death or Disability. The Company has provided for extended exercisability of your Option under certain circumstances for your benefit but cannot guarantee that your Option will necessarily be treated as an Incentive Stock Option if you continue to provide services to the Company or an Affiliate as a Consultant or Director after your employment terminates or if you otherwise exercise your Option more than three (3) months after the date your employment with the Company or an Affiliate terminates.

8.  **EXERCISE.**

(a)  You may exercise the vested portion of your Option during its term by (i) delivering a Notice of Exercise (in a form designated by the Company), or making the required electronic election with the Company's designated broker, and (ii) paying the exercise price and any applicable withholding taxes to the Company's stock plan administrator, or such other person as the Company may designate, together with such additional documents as the Company may then require.

(b)  By exercising your Option you agree that, as a condition to any exercise of your Option, the Company may require you to enter into an arrangement providing for the payment by you to the Company of any tax withholding obligation of the Company arising by reason of (i) the exercise of your Option, (ii) the lapse of any substantial risk of forfeiture to which the shares of Common Stock are subject at the time of exercise, or (iii) the disposition of shares of Common Stock acquired upon such exercise.

(c)  If your Option is an Incentive Stock Option, by exercising your Option you agree that you will notify the Company in writing within fifteen (15) days after the date of any disposition of any of the shares of the Common Stock issued upon exercise of your Option that occurs within two (2) years after the Date of Grant or within one (1) year after the effective date of exercise of the Option.

9.  **TRANSFERABILITY.** Except as otherwise provided in this Section 9, your Option is not transferable, except by will or by the laws of descent and distribution, and is exercisable during your life only by you.

(a)  **Certain Trusts.** Upon receiving written permission from the Board or its duly authorized designee, you may transfer your Option to a trust if you are considered to be the sole beneficial owner (determined under Section 671 of the Code and applicable state law) while

3

---

the Option is held in the trust. You and the trustee must enter into transfer and other agreements required by the Company.

(b)  **Domestic Relations Orders.** Upon receiving written permission from the Board or its duly authorized designee, and provided that you and the designated transferee enter into transfer and other agreements required by the Company, you may transfer your Option pursuant to the terms of a domestic relations order, or official marital settlement agreement that contains the information required by the Company to effectuate the transfer. You are encouraged to discuss the proposed terms of any division of this Option with the Company prior to finalizing the domestic relations order or marital settlement agreement to help ensure the required information is contained within the domestic relations order or marital settlement agreement. If your Option is an Incentive Stock Option, your Option may be deemed to be a Nonstatutory Stock Option as a result of such transfer.

(c)  **Beneficiary Designation.** Upon receiving written permission from the Board or its duly authorized designee, you may, by delivering written notice to the Company, in a form approved by the Company and any broker designated by the Company to handle Option exercises, designate a third party who, on your death, will thereafter be entitled to exercise this Option and receive the Common Stock or other consideration resulting from such exercise. In the absence of such a designation, your executor or administrator of your estate will be entitled to

10.   **CHANGE IN CONTROL.**

(a)      If a Change in Control occurs and your Continuous Service with the Company has not terminated as of, or immediately prior to, the effective time of the Change in Control, and if your Option is not continued, assumed or substituted for in accordance with the provisions of Section 9(c)(i) of the Plan, then, as of the effective time of such Change in Control, the vesting and exercisability of your Option shall be accelerated in full.  For clarity, your Option will be considered to be continued, assumed or substituted for if it remains (or is replaced by an award that is) subject to terms and conditions that preserve its intrinsic value as of immediately prior to the Change in Control, provided that it may instead confer the right to receive cash, common stock of the acquiring entity or other consideration paid to the stockholders of the Company pursuant to the Change in Control.

(b)      If a Change in Control occurs, your option is continued, assumed or substituted for in accordance with Section 9(c)(i) of the Plan, and as of, or within twelve (12) months after, the effective time of such Change in Control your Continuous Service terminates due to an involuntary termination (not including death or Disability) without Cause or due to a voluntary termination with Good Reason, then, as of the date of termination of Continuous Service, the vesting and exercisability of your option shall be accelerated in full.

11.   **OPTION NOT A SERVICE CONTRACT.**

(a)      Nothing in this Option Agreement (including, but not limited to, the vesting of your Option or the issuance of shares of Common Stock upon exercise of your

4

Option), the Plan or any covenant of good faith and fair dealing that may be found implicit in this Option Agreement or the Plan will: (i) confer upon you any right to continue in the employ of, or affiliation with, the Company or an Affiliate; (ii) constitute any promise or commitment by the Company or an Affiliate regarding the fact or nature of future positions, future work assignments, future compensation or any other term or condition of employment or affiliation; (iii) confer any right or benefit under this Option Agreement or the Plan unless such right or benefit has specifically accrued under the terms of this Option Agreement or Plan; or (iv) deprive the Company of the right to terminate you at will and without regard to any future vesting opportunity that you may have.

(b)      The Company has the right to reorganize, sell, spin-out or otherwise restructure one or more of its businesses or Affiliates at any time or from time to time, as it deems appropriate (a "*reorganization*").  Such a reorganization could result in the termination of your Continuous Service, or the termination of Affiliate status of your employer and the loss of benefits available to you under this Option Agreement, including but not limited to, the termination of the right to continue vesting in your Option.  This Option Agreement, the Plan, the transactions contemplated hereunder and the vesting schedule set forth herein or any covenant of good faith and fair dealing that may be found implicit in any of them do not constitute an express or implied promise of continued engagement as an employee or consultant for the term of this Option Agreement, for any period, or at all, and will not interfere in any way with the Company's right to conduct a reorganization.

12.   **WITHHOLDING OBLIGATIONS.**

(a)      At the time you exercise your Option, in whole or in part, and at any time thereafter as the Company requests, you hereby authorize withholding from payroll and any other amounts payable to you, and otherwise agree to make adequate provision for, any sums required to satisfy the federal, state, local and foreign tax withholding obligations of the Company or any Affiliate that arise in connection with the exercise of your Option.

(b)      If your Option is a Nonstatutory Stock Option, then upon your request and subject to approval by the Company, and compliance with any applicable legal conditions or restrictions, the Company may withhold from fully vested shares of Common Stock otherwise issuable to you upon the exercise of your Option a number of whole shares of Common Stock having a Fair Market Value, determined by the Company as of the date of exercise, not in excess of the statutory maximum applicable tax rate.

(c)      You may not exercise your Option unless the tax withholding obligations of the Company and any Affiliate are satisfied.  Accordingly, you may not be able to exercise your Option when desired even though your Option is vested, and the Company will have no obligation to issue a certificate for shares of Common Stock unless such obligations are satisfied.

13.   **TAX CONSEQUENCES**. You hereby agree that the Company does not have a duty to design or administer the Plan or its other compensation programs in a manner that minimizes your tax liabilities.  You will not make any claim against the Company, or any of its Officers, Directors, Employees or Affiliates related to tax liabilities arising from your Option or your other compensation. In particular, you acknowledge that your Option is exempt from Section 409A of

5

the Code only if the exercise price per share specified in the Grant Notice is at least equal to the "fair market value" per share of the Common Stock on the Date of Grant and there is no other impermissible deferral of compensation associated with the Option.

14.   **NOTICES.**  Any notices provided for in your Option or the Plan will be given in writing (including electronically) and will be deemed effectively given upon receipt or, in the case of notices delivered by mail by the Company to you, five (5) days after deposit in the U.S.

mail, postage prepaid, addressed to the Company at its principal executive office, we may, in our sole discretion, decide to deliver any documents related to participation in the Plan and your Option by electronic means or to request your consent to participate in the Plan by electronic means. By accepting your Option, you consent to receive such documents by electronic delivery and to participate in the Plan through an online or electronic system established and maintained by the Company or another third party designated by the Company.

**15.** **GOVERNING PLAN DOCUMENT.** Your Option is subject to all the provisions of the Plan, the provisions of which are hereby made a part of your Option, and is further subject to all interpretations, amendments, rules and regulations, which may from time to time be promulgated and adopted pursuant to the Plan. If there is any conflict between the provisions of your Option and those of the Plan, the provisions of the Plan will control. In addition, your Option (and any compensation paid or shares issued under your Option) is subject to recoupment in accordance with The Dodd—Frank Wall Street Reform and Consumer Protection Act and any implementing regulations thereunder, any clawback policy adopted by the Company and any compensation recovery policy otherwise required by applicable law. No recovery of compensation under such a clawback policy will be an event giving rise to a right to resign for "good reason" or for a "constructive termination" (or similar term) under any agreement with the Company.

**16.** **OTHER DOCUMENTS.** You will be provided the Company's policy permitting certain individuals to sell shares only during certain "window" periods and the Company's insider trading policy, in effect from time to time.

**17.** **EFFECT ON OTHER EMPLOYEE BENEFIT PLANS.** The value of your Option will not be included as compensation, earnings, salaries, or other similar terms used when calculating your benefits under any employee benefit plan sponsored by the Company or any Affiliate, except as such plan otherwise expressly provides. The Company expressly reserves its rights to amend, modify, or terminate any of the Company's or any Affiliate's employee benefit plans.

**18.** **VOTING RIGHTS.** You will not have voting or any other rights as a stockholder of the Company with respect to the shares to be issued pursuant to your Option until such shares are issued to you after you have appropriately exercised your Option, in accordance with the terms and conditions of this Option Agreement. Upon such issuance, you will obtain full voting and other rights as a stockholder of the Company. Nothing contained in your Option, and no action taken pursuant to its provisions, will create or be construed to create a trust of any kind or a fiduciary relationship between you and the Company or any other person.

**19.** **SEVERABILITY.** If all or any part of this Option Agreement or the Plan is declared by any court or governmental authority to be unlawful or invalid, such unlawfulness or invalidity

6

will not invalidate any portion of this Option Agreement or the Plan not declared to be unlawful or invalid. Any Section of this Option Agreement (or part of such a Section) so declared to be unlawful or invalid will, if possible, be construed in a manner which will give effect to the terms of such Section or part of a Section to the fullest extent possible while remaining lawful and valid.

**20.** **MISCELLANEOUS**.

(a) The rights and obligations of the Company under your Option will be transferable to any one or more persons or entities, and all covenants and agreements hereunder will inure to the benefit of, and be enforceable by the Company's successors and assigns.

(b) You agree upon request to execute any further documents or instruments necessary or desirable in the sole determination of the Company to carry out the purposes or intent of your Option.

(c) You acknowledge and agree that you have reviewed your Option in its entirety, have had an opportunity to obtain the advice of counsel prior to executing and accepting your Option, and fully understand all provisions of your Option.

(d) This Option Agreement will be subject to all applicable laws, rules, and regulations, and to such approvals by any governmental agencies or national securities exchanges as may be required.

(e) All obligations of the Company under the Plan and this Option Agreement will be binding on any successor to the Company, whether the existence of such successor is the result of a direct or indirect purchase, merger, consolidation, or otherwise, of all or substantially all of the business and/or assets of the Company.

\*          \*          \*

This Option Agreement will be deemed to be signed by you upon the signing by you of the Stock Option Grant Notice to which it is attached.

7

**ATTACHMENT II**

**AMENDED AND RESTATED 2014 EQUITY INCENTIVE PLAN**

## 2U, INC.
## RESTRICTED STOCK UNIT GRANT NOTICE
## (AMENDED AND RESTATED 2014 EQUITY INCENTIVE PLAN)
## (US)

2U, Inc. (the "***Company***"), pursuant to Section 6(b) of the Company's Amended and Restated 2014 Equity Incentive Plan (the "***Plan***"), hereby awards to Participant a Restricted Stock Unit Award for the number of shares of the Company's Common Stock ("***Restricted Stock Units***") set forth below (the "***Award***"). The Award is subject to all of the terms and conditions as set forth in this notice of grant (this "***Restricted Stock Unit Grant Notice***") and in the Plan and the Restricted Stock Unit Award Agreement (the "***Award Agreement***"), both of which are attached hereto and incorporated herein in their entirety. Capitalized terms not otherwise defined herein shall have the meanings set forth in the Plan or the Award Agreement. In the event of any conflict between the terms in the Award and the Plan, the terms of the Plan shall control.

Participant:
Date of Grant:
Grant Number:
Vesting Commencement Date:
Number of Restricted Stock Units/Shares:

**Vesting Schedule:**

**Issuance Schedule:**     Subject to any change on a Capitalization Adjustment, one share of Common Stock will be issued at the time set forth in Section 6 of the Award Agreement for each Restricted Stock Unit that vests.

**Additional Terms/Acknowledgements:** Participant acknowledges receipt of, and understands and agrees to, this Restricted Stock Unit Grant Notice, the Award Agreement and the Plan. Participant further acknowledges that as of the Date of Grant, this Restricted Stock Unit Grant Notice, the Award Agreement and the Plan set forth the entire understanding between Participant and the Company regarding the acquisition of the Common Stock pursuant to the Award specified above and supersede all prior oral and written agreements on the terms of this Award with the exception, if applicable, of (i) the written employment agreement or offer letter agreement entered into between the Company and Participant specifying the terms that should govern this specific Award, and (ii) any compensation recovery policy that is adopted by the Company or is otherwise required by applicable law.

By accepting this Award, Participant acknowledges having received and read the Restricted Stock Unit Grant Notice, the Award Agreement and the Plan and agrees to all of the terms and conditions set forth in these documents. Participant consents to receive Plan documents by electronic delivery and to participate in the Plan through an on-line or electronic system established and maintained by the Company or another third party designated by the Company.

---

**2U, INC.**                                              **PARTICIPANT**

By:

        Signature                                   Signature

Title:                                              Date:

Date:

**ATTACHMENTS**:     Award Agreement and Amended and Restated 2014 Equity Incentive Plan

2

---

## 2U, INC.
## AMENDED AND RESTATED 2014 EQUITY INCENTIVE PLAN
## RESTRICTED STOCK UNIT AWARD AGREEMENT
## (US)

Pursuant to the Restricted Stock Unit Grant Notice (the "***Grant Notice***") and this Restricted Stock Unit Award Agreement (the "***Agreement***"), 2U, Inc. (the "***Company***") has awarded you ("***Participant***") a Restricted Stock Unit Award (the "***Award***") pursuant to Section 6 (b) of the Company's Amended and Restated 2014 Equity Incentive Plan (the "***Plan***") for the number of Restricted Stock Units/shares indicated in the Grant Notice. Capitalized terms not explicitly defined in this Agreement or the Grant Notice shall have the same meanings given to them in the Plan. The terms of your Award, in addition to those set forth in the Grant Notice, are as follows. Section references are to this Agreement unless otherwise stated.

1.     **GRANT OF THE AWARD.** This Award represents the right to be issued on a future date one (1) share of Common Stock for

each Restricted Stock Unit subject to the vesting date(s) as and to the extent indicated in the Grant Notice.  As of the Date of Grant, the Company will credit to a bookkeeping account maintained by the Company for your benefit (the "*Account*") the number of Restricted Stock Units/shares of Common Stock subject to the Award. This Award was granted in consideration of your services to the Company.

      **2.**      **VESTING.** Subject to the limitations contained herein, your Award will vest, if at all, in accordance with the vesting schedule provided in the Grant Notice, provided that vesting will cease upon the termination of your Continuous Service. Upon such termination of your Continuous Service, the Restricted Stock Units/shares of Common Stock credited to the Account that were not vested on the date of such termination will be forfeited at no cost to the Company and you will have no further right, title or interest in or to such underlying shares of Common Stock.

      **3.**      **NUMBER OF SHARES.** The number of Restricted Stock Units/shares subject to your Award may be adjusted from time to time for Capitalization Adjustments, as provided in the Plan. Any additional Restricted Stock Units, shares, cash or other property that becomes subject to the Award pursuant to this Section 3, if any, shall be subject, in a manner determined by the Board, to the same forfeiture restrictions, restrictions on transferability, and time and manner of delivery as applicable to the other Restricted Stock Units and shares covered by your Award. Notwithstanding the provisions of this Section 3, no fractional shares or rights for fractional shares of Common Stock shall be created pursuant to this Section 3. Any fraction of a share will be rounded down to the nearest whole share.

      **4.**      **SECURITIES LAW COMPLIANCE.** You may not be issued any Common Stock under your Award unless the shares of Common Stock underlying the Restricted Stock Units are either (i) then registered under the Securities Act, or (ii) the Company has determined that such issuance would be exempt from the registration requirements of the Securities Act. Your Award must also comply with other applicable laws and regulations governing the Award, and you shall not receive such Common Stock if the Company determines that such receipt would not be in material compliance with such laws and regulations.

3

      **5.**      **TRANSFER RESTRICTIONS.** Prior to the time that shares of Common Stock have been delivered to you, you may not transfer, pledge, sell or otherwise dispose of this Award or the shares issuable in respect of your Award, except as expressly provided in this Section 5. For example, you may not use shares that may be issued in respect of your Restricted Stock Units as security for a loan.

      (a)      **Death.** Your Award is transferable by will and by the laws of descent and distribution. At your death, vesting of your Award will cease and your executor or administrator of your estate shall be entitled to receive, on behalf of your estate, any Common Stock or other consideration that vested but was not issued before your death.

      (b)      **Domestic Relations Orders.** Upon receiving written permission from the Board or its duly authorized designee, and provided that you and the designated transferee enter into transfer and other agreements required by the Company, you may transfer your right to receive the distribution of Common Stock or other consideration hereunder, pursuant to a domestic relations order or marital settlement agreement that contains the information required by the Company to effectuate the transfer. You are encouraged to discuss the proposed terms of any division of this Award with the Company General Counsel prior to finalizing the domestic relations order or marital settlement agreement to verify that you may make such transfer, and if so, to help ensure the required information is contained within the domestic relations order or marital settlement agreement.

      **6.**      **DATE OF ISSUANCE.**

      (a)      The issuance of shares in respect of the Restricted Stock Units is intended to be exempt from Section 409A of the Code as a "short-term deferral" pursuant to Treasury Regulations Section 1.409A-1(b)(4) and will be construed and administered in such a manner. Subject to the satisfaction of the withholding obligations set forth in this Agreement, in the event one or more Restricted Stock Units vests, the Company shall issue to you one (1) share of Common Stock in settlement of each Restricted Stock Unit that vests on the applicable vesting date (s) (subject to any adjustment under Section 3 above). The issuance dates shall be on or within thirty (30) days after the applicable Restricted Stock Unit vesting dates, adjusted as provided below (the issuance date is referred to as the "*Original Issuance Date*").

      (b)      If the Original Issuance Date does not occur (1) during an "open window period" applicable to you, as determined by the Company in accordance with the Company's then-effective policy on trading in Company securities, or (2) on a date when you are otherwise permitted to sell shares of Common Stock on an established stock exchange or stock market, and both (i) the Company decides, prior to the Original Issuance Date, not to satisfy the Withholding Taxes by withholding shares of Common Stock from the shares otherwise due, on the Original Issuance Date, to you under this Award, and (ii) you do not elect to pay your Withholding Taxes in cash, then the shares that would otherwise be issued to you on the Original Issuance Date will not be delivered on such Original Issuance Date and will instead be delivered on or within thirty (30) days after the first business day when you are not prohibited from selling shares of the Company's Common Stock in the open public market, but in no event later than the 15th day of the third calendar month of the applicable year following the year in which the shares of Common Stock under this Award are no longer subject to a "substantial risk of forfeiture" within

4

the meaning of Treasury Regulations Section 1.409A-1(d) (or, in the event the Award is not a "short-term deferral" within the meaning of Section 409A of the Code, such earlier date as is required for the Award to comply with Section 409A of the Code).

      (c)      The form of delivery (e.g., a stock certificate or electronic entry evidencing such shares) shall be determined by the

**7.      DIVIDENDS.** You shall receive no benefit or adjustment to your Award with respect to any cash dividend, stock dividend or other distribution that does not result from a Capitalization Adjustment.

**8.      RESTRICTIVE LEGENDS.** The shares of Common Stock issued under your Award shall be endorsed with appropriate legends as determined by the Company.

**9.      EXECUTION OF DOCUMENTS.** You hereby acknowledge and agree that the manner selected by the Company by which you indicate your consent to your Grant Notice is also deemed to be your execution of your Grant Notice and of this Agreement. You further agree that such manner of indicating consent may be relied upon as your signature for establishing your execution of any documents to be executed in the future in connection with your Award.

**10.      AWARD NOT A SERVICE CONTRACT.**

(a)      Nothing in this Agreement (including, but not limited to, the vesting of your Award or the issuance of the shares subject to your Award), the Plan or any covenant of good faith and fair dealing that may be found implicit in this Agreement or the Plan shall: (i) confer upon you any right to continue in the employ of, or affiliation with, the Company or an Affiliate; (ii) constitute any promise or commitment by the Company or an Affiliate regarding the fact or nature of future positions, future work assignments, future compensation or any other term or condition of employment or affiliation; (iii) confer any right or benefit under this Agreement or the Plan unless such right or benefit has specifically accrued under the terms of this Agreement or Plan; or (iv) deprive the Company of the right to terminate you at will and without regard to any future vesting opportunity that you may have.

(b)      The Company has the right to reorganize, sell, spin-out or otherwise restructure one or more of its businesses or Affiliates at any time or from time to time, as it deems appropriate (a "***reorganization***"). Such a reorganization could result in the termination of your Continuous Service, or the termination of Affiliate status of your employer and the loss of benefits available to you under this Agreement, including but not limited to, the termination of the right to continue vesting in the Award. This Agreement, the Plan, the transactions contemplated hereunder and the vesting schedule set forth herein or any covenant of good faith and fair dealing that may be found implicit in any of them do not constitute an express or implied promise of continued engagement as an employee or consultant for the term of this Agreement, for any period, or at all, and shall not interfere in any way with the Company's right to conduct a reorganization.

**11.      WITHHOLDING OBLIGATIONS.**

(a)      On each vesting date, and on or before the time you receive a distribution of the shares underlying your Restricted Stock Units, and at any other time as reasonably requested by the Company in accordance with applicable tax laws, you hereby authorize any required withholding from the Common Stock issuable to you and/or otherwise agree to make adequate provision in cash for any sums required to satisfy the federal, state, local and foreign tax withholding obligations of the Company or any Affiliate that arise in connection with your Award (the "***Withholding Taxes***"). Additionally, the Company or any Affiliate may, in its sole discretion, satisfy all or any portion of the Withholding Taxes obligation relating to your Award by any of the following means or by a combination of such means: (i) withholding from any compensation otherwise payable to you by the Company; (ii) causing you to tender a cash payment; (iii) provided that at the time of issuance the Common Stock is publicly traded, permitting or requiring you to enter into a "same day sale" commitment whereby you irrevocably elect to sell a portion of the shares to be delivered in connection with your Restricted Stock Units to a registered broker satisfy the Withholding Taxes and whereby the broker irrevocably commits to forward the proceeds necessary to satisfy the Withholding Taxes directly to the Company and/or its Affiliates; or (iv) withholding shares of Common Stock from the shares of Common Stock issued or otherwise issuable to you in connection with the Award with a Fair Market Value (measured as of the date shares of Common Stock are issued to pursuant to <u>Section 6</u>) equal to the amount of such Withholding Taxes; *provided, however*, that the number of such shares of Common Stock so withheld will not exceed the amount necessary to satisfy the Company's required tax withholding obligations using the maximum statutory withholding rates for federal, state, local and foreign tax purposes, including payroll taxes, that are applicable to supplemental taxable income; and *provided, further*, that to the extent necessary to qualify for an exemption from application of Section 16(b) of the Exchange Act, if applicable, such share withholding procedure will be subject to the express prior approval of the Company's Compensation Committee.

(b)      Unless the tax withholding obligations of the Company and/or any Affiliate are satisfied, the Company shall have no obligation to deliver to you any Common Stock.

(c)      In the event the Company's obligation to withhold arises prior to the delivery to you of Common Stock or it is determined after the delivery of Common Stock to you that the amount of the Company's withholding obligation was greater than the amount withheld by the Company, you agree to indemnify and hold the Company harmless from any failure by the Company to withhold the proper amount.

**12.      TAX CONSEQUENCES.** The Company has no duty or obligation to minimize the tax consequences to you of this Award and shall not be liable to you for any adverse tax consequences to you arising in connection with this Award. You are hereby advised to consult with your own personal tax, financial and/or legal advisors regarding the tax consequences of this Award and by signing the Grant Notice, you have agreed that you have done so or knowingly and voluntarily declined to do so. You understand that you (and not the Company) shall be responsible for your own tax liability that may arise as a result of this investment or the transactions contemplated by this Agreement.

13.     **UNSECURED OBLIGATION.** Your Award is unfunded, and as a holder of a vested Award, you shall be considered an unsecured creditor of the Company with respect to the Company's obligation, if any, to issue shares or other property pursuant to this Agreement. You shall not have voting or any other rights as a stockholder of the Company with respect to the shares to be issued pursuant to this Agreement until such shares are issued to you pursuant to Section 6 of this Agreement. Upon such issuance, you will obtain full voting and other rights as a stockholder of the Company. Nothing contained in this Agreement, and no action taken pursuant to its provisions, shall create or be construed to create a trust of any kind or a fiduciary relationship between you and the Company or any other person.

14.     **NOTICES.** Any notice or request required or permitted hereunder shall be given in writing to each of the other parties hereto and shall be deemed effectively given on the earlier of (i) the date of personal delivery, including delivery by express courier, or delivery via electronic means, or (ii) the date that is five (5) days after deposit in the United States Post Office (whether or not actually received by the addressee), by registered or certified mail with postage and fees prepaid, addressed at the following addresses, or at such other address(es) as a party may designate by ten (10) days' advance written notice to each of the other parties hereto:

COMPANY:               2U, Inc.
                       Attn: Stock Administrator
                       7900 Harkins Road
                       Lanham, MD 20706

PARTICIPANT:           Your address as on file with the Company at the time notice is given

15.     **HEADINGS.** The headings of the Sections in this Agreement are inserted for convenience only and shall not be deemed to constitute a part of this Agreement or to affect the meaning of this Agreement.

16.     **MISCELLANEOUS.**

(a)     The rights and obligations of the Company under your Award shall be transferable by the Company to any one or more persons or entities, and all covenants and agreements hereunder shall inure to the benefit of, and be enforceable by, the Company's successors and assigns.

(b)     You agree upon request to execute any further documents or instruments necessary or desirable in the sole determination of the Company to carry out the purposes or intent of your Award.

(c)     You acknowledge and agree that you have reviewed your Award in its entirety, have had an opportunity to obtain the advice of counsel prior to executing and accepting your Award and fully understand all provisions of your Award.

7

(d)     This Agreement shall be subject to all applicable laws, rules, and regulations, and to such approvals by any governmental agencies or national securities exchanges as may be required.

(e)     All obligations of the Company under the Plan and this Agreement shall be binding on any successor to the Company, whether the existence of such successor is the result of a direct or indirect purchase, merger, consolidation, or otherwise, of all or substantially all of the business and/or assets of the Company.

17.     **GOVERNING PLAN DOCUMENT.** Your Award is subject to all the provisions of the Plan, the provisions of which are hereby made a part of your Award, and is further subject to all interpretations, amendments, rules and regulations which may from time to time be promulgated and adopted pursuant to the Plan. Your Award (and any compensation paid or shares issued under your Award) is subject to recoupment in accordance with The Dodd-Frank Wall Street Reform and Consumer Protection Act and any implementing regulations thereunder, any clawback policy adopted by the Company and any compensation recovery policy otherwise required by applicable law. No recovery of compensation under such a clawback policy will be an event giving rise to a right to voluntarily terminate employment upon a resignation for "good reason," or for a "constructive termination" or any similar term under any plan of or agreement with the Company.

18.     **EFFECT ON OTHER EMPLOYEE BENEFIT PLANS.** The value of the Award subject to this Agreement shall not be included as compensation, earnings, salaries, or other similar terms used when calculating benefits under any employee benefit plan (other than the Plan) sponsored by the Company or any Affiliate except as such plan otherwise expressly provides. The Company expressly reserves its rights to amend, modify, or terminate any or all of the employee benefit plans of the Company or any Affiliate.

19.     **CHOICE OF LAW.** The interpretation, performance and enforcement of this Agreement shall be governed by the law of the State of Delaware without regard to that state's conflicts of laws rules.

20.     **SEVERABILITY.** If all or any part of this Agreement or the Plan is declared by any court or governmental authority to be unlawful or invalid, such unlawfulness or invalidity shall not invalidate any portion of this Agreement or the Plan not declared to be unlawful or invalid. Any Section of this Agreement (or part of such a Section) so declared to be unlawful or invalid shall, if possible, be construed in a manner which will give effect to the terms of such Section or part of a Section to the fullest extent possible while remaining lawful and valid.

21.     **OTHER DOCUMENTS.** You hereby acknowledge receipt or the right to receive a prospectus providing the information required

Case 8:19-cv-03455-TDC Document 144-24 Filed 10/27/20 Page 57 of 117

22.    **AMENDMENT.** This Agreement may not be modified, amended or terminated except by an instrument in writing, signed by you and by a duly authorized representative of the Company. Notwithstanding the foregoing, this Agreement may be amended solely by the Board by a writing which specifically states that it is amending this Agreement, so long as a copy of

8

such amendment is delivered to you, and provided that, except as otherwise expressly provided in the Plan, no such amendment materially adversely affecting your rights hereunder may be made without your written consent. Without limiting the foregoing, the Board reserves the right to change, by written notice to you, the provisions of this Agreement in any way it may deem necessary or advisable to carry out the purpose of the Award as a result of any change in applicable laws or regulations or any future law, regulation, ruling, or judicial decision, provided that any such change shall be applicable only to rights relating to that portion of the Award which is then subject to restrictions as provided herein.

23.    **COMPLIANCE WITH SECTION 409A OF THE CODE.** This Award is intended to be exempt from Section 409A of the Code under the "short-term deferral" rule set forth in Treasury Regulation Section 1.409A-1(b)(4). Notwithstanding the foregoing, if it is determined that the Award fails to satisfy the requirements of the short-term deferral rule and is otherwise deferred compensation subject to Section 409A, and if you are a "***Specified Employee***" (within the meaning set forth in Section 409A(a)(2)(B)(i) of the Code) as of the date of your "separation from service" (within the meaning of Treasury Regulation Section 1.409A-1(h) and without regard to any alternative definition thereunder), then the issuance of any shares that would otherwise be made upon the date of the separation from service or within the first six (6) months thereafter will not be made on the originally scheduled date(s) and will instead be issued in a lump sum on the date that is six (6) months and one day after the date of the separation from service or, if earlier, as soon as practicable following the date of your death, with the balance of the shares issued thereafter in accordance with the original vesting and issuance schedule set forth above, but if and only if such delay in the issuance of the shares is necessary to avoid the imposition of adverse taxation on you in respect of the shares under Section 409A of the Code. Each installment of shares that vests is intended to constitute a "separate payment" for purposes of Treasury Regulation Section 1.409A-2(b)(2).

\* \* \* \* \*

This Restricted Stock Unit Award Agreement shall be deemed to be signed by the Company and the Participant upon the signing by the Participant of the Restricted Stock Unit Grant Notice to which it is attached.

9

EXHIBIT 10.4



7900 Harkins Road | Lanham, MD 20706

Mark Chernis
Via email

Dear Mark,

I am pleased and excited to extend to you an offer for the position of Chief Operating Officer at 2U, Inc. ("2U" or the "Company"), starting on a date to be mutually agreed upon, but in no case later than June 1, 2018 (your "Start Date" and with any agreed announcement of your appointment to occur only after the end of GSV.  In this position, you will report directly to Christopher "Chip" Paucek, Co-founder and CEO.  Your regular annual salary will be $425,000, paid semi-monthly in accordance with 2U's standard payroll practices (as may be modified from time to time), and subject to all deductions and withholdings required by law.

For each calendar year during your employment, you will be eligible to receive a bonus of up to 75% of your earned base salary, as in effect at the beginning of the applicable calendar year (the "Annual Bonus").  The exact percentage of the Annual Bonus will be determined in accordance with the 2U Matrix Bonus Plan, as may be modified from time to time (the "Bonus Plan").  Please note that the Annual Bonus is not guaranteed and will be paid according to the terms of the Bonus Plan for the applicable calendar year.  You will first be eligible for the Annual Bonus beginning with the 2018 calendar year (which bonus payment will not be prorated for 2018 and, to the extent earned, will be made in the first quarter of 2019). In addition, you will be eligible for other executive benefits including First Class Air Travel and access to Driven Business Car Service.

In addition, subject to the annual approval of the Compensation Committee of the Company's Board of Directors (the "Compensation Committee"), you will also be granted the following annual stock option award (the "Annual Stock Option Award") and restricted stock unit award (the "Annual RSU Award", and together with the Annual Stock Option Award, the "Annual Equity Awards"):

i.   Annual Stock Option Award. A stock option award with a value equal to $1,450,000, based on the Black-Scholes value (as determined in the Company's discretion) of an option to purchase a share of the Company's common stock on or around the Grant Date (as defined below).  As will be set forth in more detail in a stock option award agreement (the "Option Award Agreement"), the Annual Stock Option Award (i) will have an exercise price per share equal to the closing price of a share of the Company's common stock on the Grant Date, and (ii) will vest over four years, with 25% of the shares subject to the Annual Stock Option Award vesting on the one-year anniversary of the Vesting Commencement Date (as defined below), and the remaining 75% of the shares subject to the Annual Stock Option Award vesting in equal installments each month thereafter for the next 36 months.

ii.  Annual RSU Award.  The exact number of restricted stock units issued to you in the Annual RSU Award will equal $1,450,000 divided by the closing price of a share of the Company's common stock on the Grant Date. As will be set forth in more detail in a restricted stock unit award agreement (the "RSU Award Agreement", and together with the Option Award Agreement, the "Equity Award Agreements"), the Annual RSU Award will vest over four years, with 25% of the Annual RSU Award vesting on the one-year anniversary of the Vesting Commencement Date, and the remaining 75% of the Annual RSU Award vesting on each of the second, third and fourth anniversaries of that date.

In addition to the Annual Equity Awards, subject to approval of the Compensation Committee, you will be granted the following one-time stock option award (the "One-Time Stock Option Award") and restricted stock unit award (the "One-Time RSU Award", and together with the One-Time Stock Option Award, the "One-Time Equity Awards"):

i.   One-Time Stock Option Award: A stock option award equal to $225,000 based on the Black-Scholes value (as determined in the Company's discretion) of an option to purchase a share of the Company's common stock on or around the Grant Date. As will be set forth in more detail in the Option Award Agreement, the One-Time Stock Option Award (i) will have an exercise price per share equal to the closing price of a share of the Company's common stock on the Grant Date, and (ii) will vest over four years, with 25% of the shares subject to the One-Time Stock Option Award vesting on the one-year anniversary of the Vesting Commencement Date, and the remaining 75% of the shares subject to the One-Time Stock Option Award vesting in equal installments each month thereafter for the next 36 months.

ii.  One-Time RSU Award: A number of restricted stock units equal to $225,000 divided by the closing price of a share of the Company's common stock on the Grant Date. As will be set forth in more detail in the RSU Award Agreement, the One-Time RSU Award will vest over four years, with 25% of the One-Time RSU Award vesting on the one-year anniversary of the Vesting Commencement Date, and the remaining 75% of the One-Time RSU Award vesting on each of the second, third and fourth anniversaries of that date.

With respect to your 2018 Annual Equity Awards and One-Time Equity Awards, "Grant Date" and your Start Date and "Vesting Commencement Date" means April 1, 2018. With respect to any subsequent equity awards, "Grant Date" and "Vesting Commencement Date" mean the applicable date set by the Compensation Committee.

2

Each of the Annual Equity Awards and the One-Time Equity Awards shall be made pursuant and subject to the Company's 2014 Equity Incentive Plan and the Equity Award Agreements, as applicable, all of which you will be required to electronically accept as a condition of receiving the applicable equity award.

Your position is located in 2U's office in Brooklyn, New York with travel to Maryland, is a full time salaried position, and is classified as exempt for wage and hour purposes.

As a full time employee of 2U, you will be eligible for benefits beginning on the first day of the month following your Start Date. Additionally, you will be automatically enrolled in our employee 401(k) plan after six months of employment. Additional information regarding benefit plans will be provided to you after beginning employment. You are also entitled to unlimited days of PTO per calendar year.

Please understand that this letter does not constitute a contract of employment for any specific period of time, but will create an "employment at will" relationship. This means that you or 2U may terminate your employment relationship with or without cause and with or without notice at any time. Only the Chief Executive Officer of 2U has the authority to make any agreement or representation contrary to 2U's policy of employment at will. Any such agreement or representation must be in writing and must be signed by you and the Chief Executive Officer. You acknowledge that no promises or agreements contrary to our at will relationship have been made to you during any of your pre-employment discussions with 2U. In addition, this letter, along with the Confidential Information, Invention Assignment, Work For Hire and No Solicit/No Hire Agreement, contain our complete agreement regarding the terms and conditions of your employment.

Lastly, please note that this offer is contingent upon:

a)   Verification of your right to work in the United States, as demonstrated by your completion of the I-9 form upon hire and your submission of acceptable documentation (as noted on the I-9 form) verifying your identity and work authorization within three days of your Start Date. For your convenience, a copy of the I-9 Form's List of Acceptable Documents is enclosed for your review, and on your first day of employment, please bring with you the needed documentation to complete the I-9 form;
b)   Satisfactory completion of a background investigation;
c)   Your execution of our standard Confidential Information, Invention Assignment, Work For Hire and No Solicit/No Hire Agreement; and
d)   Your contemporaneous resignation from the Audit Committee of the Board of Directors of the Company and your resignation from the Board of Directors, effective on or prior to your commencement of employment.

Mark, I am very pleased to extend this offer to you and look forward to working with you. You can indicate your formal acceptance of this offer by signing this letter and returning it to me. Please call me

3

at 310-892-4350 if you have any questions. Welcome to our team!

Sincerely,

/s/ Christopher Paucek
Christopher "Chip" Paucek

I accept this offer of employment with 2U and agree to the terms and conditions set forth in this letter.

Date: 5/20/2018                                    /s/ Mark Chernis
                                                   Mark Chernis

4

EXHIBIT 31.1

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER**

I, Christopher J. Paucek, certify that:

1.    I have reviewed this Quarterly Report on Form 10-Q of 2U, Inc.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting.

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 2, 2018                    By:    /s/ CHRISTOPHER J. PAUCEK

                                               Name:    Christopher J. Paucek
                                               Title:    *Chief Executive Officer*

EXHIBIT 31.2

## CERTIFICATION OF CHIEF FINANCIAL OFFICER

I, Catherine A. Graham, certify that:

1.   I have reviewed this Quarterly Report on Form 10-Q of 2U, Inc.;

2.   Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.   Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.   The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a)   Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b)   Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c)   Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d)   Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting.

5.   The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a)   All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b)   Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 2, 2018                    By:   /s/ CATHERINE A. GRAHAM

                                        Name:   Catherine A. Graham
                                        Title:   *Chief Financial Officer*

EXHIBIT 32.1

**CERTIFICATION OF CEO PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report on Form 10-Q of 2U, Inc. (the "Company") for the quarterly period ended June 30, 2018 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Christopher J. Paucek, as Chief Executive Officer of the Company, do hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to the best of my knowledge:

(1) The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: August 2, 2018

By:     /s/ Christopher J. Paucek
Name:   Christopher J. Paucek
Title:  Chief Executive Officer

This certification accompanies the Report pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 and shall not, except to the extent required by the Sarbanes-Oxley Act of 2002, be deemed filed by the Company for purposes of Section 18 of the Securities Exchange Act of 1934, as amended.

A signed original of this written statement required by Section 906 of the Sarbanes-Oxley Act of 2002 has been provided to the Company and will be retained by the Company and furnished to the Securities and Exchange Commission or its staff upon request.

EXHIBIT 32.2

**CERTIFICATION OF CFO PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report on Form 10-Q of 2U, Inc. (the "Company") for the quarterly period ended June 30, 2018 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Catherine A. Graham, as Chief Financial Officer of the Company, do hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to the best of my knowledge:

(1) The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

| | | |
|---|---|---|
| Date: August 2, 2018 | By: | /s/ Catherine A. Graham |
| | Name: | Catherine A. Graham |
| | Title: | Chief Financial Officer |

This certification accompanies the Report pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 and shall not, except to the extent required by the Sarbanes-Oxley Act of 2002, be deemed filed by the Company for purposes of Section 18 of the Securities Exchange Act of 1934, as amended.

A signed original of this written statement required by Section 906 of the Sarbanes-Oxley Act of 2002 has been provided to the Company and will be retained by the Company and furnished to the Securities and Exchange Commission or its staff upon request.

| Document and Entity Information - shares | 6 Months Ended | |
|---|---|---|
| | Jun. 30, 2018 | Jul. 30, 2018 |

**Document and Entity Information**

| | | |
|---|---|---|
| Entity Registrant Name | 2U, Inc. | |
| Entity Central Index Key | 0001459417 | |
| Document Type | 10-Q | |
| Document Period End Date | Jun. 30, 2018 | |
| Amendment Flag | false | |
| Current Fiscal Year End Date | --12-31 | |
| Entity Current Reporting Status | Yes | |
| Entity Filer Category | Large Accelerated Filer | |
| Entity Common Stock, Shares Outstanding | | 57,424,850 |
| Document Fiscal Year Focus | 2018 | |
| Document Fiscal Period Focus | Q2 | |

**Condensed Consolidated
Balance Sheets - USD ($)
$ in Thousands**

| | Jun. 30, 2018 | Dec. 31, 2017 |
|---|---|---|
| **Current assets** | | |
| Cash and cash equivalents | $ 488,834 | $ 223,370 |
| Accounts receivable, net | 50,031 | 14,174 |
| Prepaid expenses and other assets | 15,087 | 10,509 |
| Total current assets | 553,952 | 248,053 |
| Property and equipment, net | 50,264 | 49,055 |
| Goodwill | 64,873 | 71,988 |
| Amortizable intangible assets, net | 126,062 | 90,761 |
| Prepaid expenses and other assets, non-current | 30,313 | 22,205 |
| Total assets | 825,464 | 482,062 |
| **Current liabilities** | | |
| Accounts payable and accrued expenses | 32,055 | 22,629 |
| Accrued compensation and related benefits | 16,956 | 19,017 |
| Deferred revenue | 30,862 | 7,024 |
| Other current liabilities | 17,096 | 9,330 |
| Total current liabilities | 96,969 | 58,000 |
| Deferred government grant obligations | 3,500 | 3,500 |
| Deferred tax liabilities, net | 6,935 | 10,087 |
| Lease-related and other liabilities, non-current | 24,613 | 22,643 |
| Total liabilities | 132,017 | 94,230 |
| Commitments and contingencies (Note 5) | | |
| **Stockholders' equity** | | |
| Preferred stock, $0.001 par value, 5,000,000 shares authorized, none issued | | |
| Common stock, $0.001 par value, 200,000,000 shares authorized, 57,315,585 shares issued and outstanding as of June 30, 2018; 52,505,856 shares issued and outstanding as of December 31, 2017 | 57 | 53 |
| Additional paid-in capital | 936,664 | 588,289 |
| Accumulated deficit | (239,054) | (205,836) |
| Accumulated other comprehensive income (loss) | (4,220) | 5,326 |
| Total stockholders' equity | 693,447 | 387,832 |
| Total liabilities and stockholders' equity | $ 825,464 | $ 482,062 |

| Condensed Consolidated Balance Sheets (Parenthetical) - $ / shares | Jun. 30, 2018 | Dec. 31, 2017 |
|---|---|---|
| **Condensed Consolidated Balance Sheets** | | |
| Preferred stock, par value (in dollars per share) | $ 0.001 | $ 0.001 |
| Preferred stock, shares authorized | 5,000,000 | 5,000,000 |
| Preferred stock, shares issued | 0 | 0 |
| Preferred stock, shares outstanding | 0 | 0 |
| Common stock, par value (in dollars per share) | $ 0.001 | $ 0.001 |
| Common stock, shares authorized | 200,000,000 | 200,000,000 |
| Common stock, shares issued | 57,315,585 | 52,505,856 |
| Common stock, shares outstanding | 57,315,585 | 52,505,856 |

| Condensed Consolidated Statements of Operations and Comprehensive Loss - USD ($) $ in Thousands | 3 Months Ended | | 6 Months Ended | |
|---|---|---|---|---|
| | Jun. 30, 2018 | Jun. 30, 2017 | Jun. 30, 2018 | Jun. 30, 2017 |
| **Condensed Consolidated Statements of Operations and Comprehensive Loss** | | | | |
| Revenue | $ 97,423 | $ 64,995 | $ 189,711 | $ 129,824 |
| **Costs and expenses** | | | | |
| Curriculum and teaching | 6,007 | | 10,314 | |
| Servicing and support | 17,297 | 13,458 | 32,530 | 24,383 |
| Technology and content development | 15,235 | 11,140 | 29,075 | 20,345 |
| Marketing and sales | 58,376 | 37,242 | 111,434 | 71,912 |
| General and administrative | 22,480 | 13,930 | 44,349 | 27,594 |
| Total costs and expenses | 119,395 | 75,770 | 227,702 | 144,234 |
| Loss from operations | (21,972) | (10,775) | (37,991) | (14,410) |
| Interest income | 912 | 53 | 1,254 | 249 |
| Interest expense | (27) | (1) | (54) | (1) |
| Other income (expense), net | (825) | (1,031) | (1,220) | (1,031) |
| Loss before income taxes | (21,912) | (11,754) | (38,011) | (15,193) |
| Income tax benefit | 3,565 | | 4,793 | |
| Net loss | $ (18,347) | $ (11,754) | $ (33,218) | $ (15,193) |
| Net loss per share, basic and diluted (in dollars per share) | $ (0.33) | $ (0.25) | $ (0.62) | $ (0.32) |
| Weighted-average shares of common stock outstanding, basic and diluted (in shares) | 54,981,192 | 47,668,397 | 53,840,582 | 47,454,059 |
| **Other comprehensive loss** | | | | |
| Foreign currency translation adjustments, net of tax of $0 for all periods presented | $ (14,178) | | $ (9,546) | |
| Comprehensive loss | $ (32,525) | $ (11,754) | $ (42,764) | $ (15,193) |

| Condensed Consolidated Statements of Operations and Comprehensive Loss (Parenthetical) - USD ($) $ in Thousands | 3 Months Ended | | 6 Months Ended | |
|---|---|---|---|---|
| | Jun. 30, 2018 | Jun. 30, 2017 | Jun. 30, 2018 | Jun. 30, 2017 |
| **Other comprehensive loss** | | | | |
| Foreign currency translation adjustments, tax | $ 0 | $ 0 | $ 0 | $ 0 |

| Condensed Consolidated Statement of Changes in Stockholders' Equity - 6 months ended Jun. 30, 2018 - USD ($) $ in Thousands | Common Stock | Additional Paid-In Capital | Accumulated Deficit | Accumulated Other Comprehensive Comprehensive Income (Loss) | Total |
|---|---|---|---|---|---|
| Balance at Dec. 31, 2017 | $ 53 | $ 588,289 | $ (205,836) | $ 5,326 | $ 387,832 |
| Balance (in shares) at Dec. 31, 2017 | 52,505,856 | | | | 52,505,856 |
| **Increase (Decrease) in Stockholders' Equity** | | | | | |
| Exercise of stock options | | 4,793 | | | $ 4,793 |
| Exercise of stock options (in shares) | 501,531 | | | | |
| Issuance of common stock in connection with settlement of restricted stock units, net of withholdings | | (3,407) | | | (3,407) |
| Issuance of common stock in connection with settlement of restricted stock units, net of withholdings (in shares) | 474,864 | | | | |
| Issuance of common stock in connection with a public offering of common stock, net of offering costs | $ 4 | 330,858 | | | 330,862 |
| Issuance of common stock in connection with a public offering of common stock, net of offering costs (in shares) | 3,833,334 | | | | |
| Stock-based compensation expense | | 16,131 | | | 16,131 |
| Net loss | | | (33,218) | | (33,218) |
| Foreign currency translation adjustment | | | | (9,546) | (9,546) |
| Balance at Jun. 30, 2018 | $ 57 | $ 936,664 | $ (239,054) | $ (4,220) | $ 693,447 |
| Balance (in shares) at Jun. 30, 2018 | 57,315,585 | | | | 57,315,585 |

| Condensed Consolidated Statements of Cash Flows - USD ($) $ in Thousands | 6 Months Ended | |
|---|---|---|
| | Jun. 30, 2018 | Jun. 30, 2017 |
| **Cash flows from operating activities** | | |
| Net loss | $ (33,218) | $ (15,193) |
| **Adjustments to reconcile net loss to net cash used in operating activities:** | | |
| Depreciation and amortization | 14,783 | 7,431 |
| Stock-based compensation expense | 16,131 | 9,390 |
| **Changes in operating assets and liabilities:** | | |
| Increase in accounts receivable, net | (35,932) | (15,566) |
| (Increase) decrease in prepaid expenses and other assets | (3,705) | 179 |
| Increase in accounts payable and accrued expenses | 10,207 | 5,135 |
| (Decrease) increase in accrued compensation and related benefits | (1,998) | 1,417 |
| Increase in deferred revenue | 24,086 | 4,228 |
| Increase in payments to university clients | (8,923) | (7,471) |
| (Decrease) increase in other liabilities, net | (2,854) | 1,282 |
| Other | 1,221 | 1,031 |
| Net cash used in operating activities | (20,202) | (8,137) |
| **Cash flows from investing activities** | | |
| Additions of amortizable intangible assets | (40,039) | (10,808) |
| Purchases of property and equipment | (5,124) | (15,449) |
| Advances made to university clients | (100) | |
| Net cash used in investing activities | (45,263) | (26,257) |
| **Cash flows from financing activities** | | |
| Proceeds from issuance of common stock, net of offering costs | 330,862 | |
| Proceeds from exercise of stock options | 4,793 | 2,908 |
| Tax withholding payments associated with settlement of restricted stock units | (3,407) | (1,291) |
| Proceeds from debt | | 3,500 |
| Net cash provided by financing activities | 332,248 | 5,117 |
| Effect of exchange rate changes on cash | (1,319) | (1,031) |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 265,464 | (30,308) |
| Cash, cash equivalents and restricted cash, beginning of period | 223,370 | 168,730 |
| Cash, cash equivalents and restricted cash, end of period | $ 488,834 | $ 138,422 |

**Organization**

**6 Months Ended**

**Jun. 30, 2018**

**Organization**

Organization

1.      **Organization**

2U, Inc. (together with its subsidiaries, the "Company") is a leading education technology company that well-recognized nonprofit colleges and universities trust to bring them into the digital age. The Company's comprehensive platform of tightly integrated technology and services provides the digital infrastructure universities need to attract, enroll, educate and support students at scale. With the Company's platform, students can pursue their education anytime, anywhere, without quitting their jobs or moving; and university clients can improve educational outcomes, skills attainment and career prospects for a greater number of students.

The Company's operations consist of two operating segments, which are also its two reportable segments: the Graduate Program Segment and the Short Course Segment. The Company's Graduate Program Segment provides services to well-recognized nonprofit colleges and universities, primarily in the United States, to enable the online delivery of graduate programs. The Company's Short Course Segment provides premium online short courses to working professionals around the world through relationships with leading universities in the United States, the United Kingdom and South Africa.

**Significant Accounting
Policies**

Significant Accounting Policies

2.        **Significant Accounting Policies**

*Basis of Presentation and Principles of Consolidation*

The accompanying unaudited condensed consolidated financial statements have been prepared in accordance with: (i) generally accepted accounting principles in the United States ("U.S. GAAP") for interim financial information; (ii) the instructions to Form 10-Q; and (iii) the guidance of Rule 10-01 of Regulation S-X under the Securities Exchange Act of 1934, as amended, for financial statements required to be filed with the Securities and Exchange Commission ("SEC"). They include the assets, liabilities, results of operations and cash flows of the Company, including its wholly owned subsidiaries. As permitted under such rules, certain notes and other financial information normally required by U.S. GAAP have been condensed or omitted. The Company believes the condensed consolidated financial statements reflect all normal and recurring adjustments necessary for a fair statement of the Company's financial position, results of operations, and cash flows as of and for the periods presented herein. The Company's results of operations for the three and six months ended June 30, 2018 and 2017 may not be indicative of the Company's future results. These condensed consolidated financial statements are unaudited and should be read in conjunction with the Company's audited consolidated financial statements and the notes thereto included in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2017. All significant intercompany accounts and transactions have been eliminated in consolidation.

The year-end condensed consolidated balance sheet data was derived from the audited financial statements, but does not include all disclosures required by U.S. GAAP.

*Reclassifications*

The Company has reclassified capitalized technology and content development, as well as other amortizable intangible assets, into amortizable intangible assets on the condensed consolidated statements of cash flows for the six months ended June 30, 2017. In addition, certain other prior period amounts on the condensed consolidated statements of cash flows have been reclassified to conform to the current period's presentation. These reclassifications had no impact on cash flows from operating, investing or financing activities previously reported for any periods presented.

*Use of Estimates*

The preparation of the condensed consolidated financial statements in accordance with U.S. GAAP requires management to make certain estimates and assumptions that affect the amounts reported herein. The Company bases its estimates and assumptions on historical experience and on various other factors that it believes to be reasonable under the circumstances. Due to the inherent uncertainty involved in making estimates, actual results reported in future periods may be affected by changes in those estimates. The Company evaluates its estimates and assumptions on an ongoing basis.

*Restricted Cash*

As of June 30, 2018 and December 31, 2017, the Company held restricted cash balances of $0.1 million and zero dollars, respectively. As of June 30, 2017, the Company held a restricted cash balance of $101.0 million in connection with the Company's acquisition of GetSmarter on July 1, 2017.

*Revenue Recognition, Accounts Receivable and Allowance for Doubtful Accounts*

On January 1, 2018, the Company adopted ASU No. 2014-09, *Revenue from Contracts with Customers (Topic 606)* and the related amendments using the modified retrospective transition method and has concluded that doing so did not have a material impact on the amount and timing of either its revenue or costs. As part of its assessment, the Company completed reviews of its contracts and evaluated its costs, including costs of obtaining contracts with its university clients and costs associated with content development. Certain of these contract and content costs will be capitalized under the new standard. The adoption of ASU 2014-09 did not have a material impact as of January 1, 2018, and no cumulative adjustment was recorded. Further, the amounts reported as of June 30, 2018 on the condensed consolidated balance sheets and the results of operations for the three and six months ended June 30, 2018 reported on the condensed consolidated statements of operations and comprehensive loss would not have been materially different than under legacy U.S. GAAP (i.e., Topic 605).

assuming it generates value, including through interactive engagement with either its university clients or students to provide a comprehensive platform of tightly integrated technology and technology-enabled services that support its graduate programs and short courses.

### Performance Obligations

A performance obligation is a promise in a contract to transfer a distinct good or service to the customer. A contract's transaction price is allocated to each distinct performance obligation and recognized as revenue when, or as, the performance obligation is satisfied.

The Graduate Program Segment derives revenue primarily from contractually specified percentages of the amounts the Company's university clients receive from their students in 2U-enabled graduate programs for tuition and fees, less credit card fees and other specified charges the Company has agreed to exclude in certain university client contracts. The Company's contracts with university clients in this segment have 10 to 15 year initial terms and have a single performance obligation, as the promises to provide a platform of tightly integrated technology and services university clients need to attract, enroll, educate and support students are not distinct within the context of the contracts. The single performance obligation is delivered as the university clients receive and consume benefits, which occurs ratably over a series of academic terms. The amounts received from university clients over the term of the arrangement are variable in nature in that they are dependent upon the number of students that are enrolled in the program within each academic term. These amounts are allocated to and are recognized ratably over the related academic term, defined as the period beginning on the first day of classes through the last. A refund allowance is established for the Company's share of tuition and fees ultimately uncollected by university clients.

The Short Course Segment derives revenue directly from contracts with students for the tuition and fees paid to enroll in and progress through the Company's short courses which run between six and 16 weeks. The Company's contracts with students in this segment have multiple performance obligations as the delivery of the short course and student support services are each considered distinct performance obligations. These performance obligations are each satisfied ratably over the same short course presentation period, which is defined as the period beginning on the first day of the course through the last. The Company recognizes the gross proceeds received from the students and shares contractually specified percentages with its university clients, for providing short course content and certification, in the form of a royalty recognized as curriculum and teaching costs on the Company's condensed consolidated statements of operations and comprehensive loss. The Company's contracts with university clients in this segment are typically shorter and less restrictive than the Company's contracts with university clients in the Graduate Program Segment.

The Company does not disclose the value of unsatisfied performance obligations for the Graduate Program Segment because the variable consideration is allocated entirely to a wholly unsatisfied promise to transfer a service that forms part of a single performance obligation.  The Company does not disclose the value of unsatisfied performance obligations for the Short Course Segment because the performance obligation is part of a contract that has an original duration of less than one year.

### Contract Acquisition Costs

The Company pays commissions to certain of its employees to obtain contracts with university clients in the Graduate Program Segment. These costs are capitalized and recorded on a contract-by-contract basis and amortized using the straight-line method over the expected life, which is generally the length of the contract.

With respect to contract acquisition costs in the Short Course Segment, the Company has elected to apply the practical expedient in ASC Topic 606 to expense these costs as incurred, as the terms of contracts with students in this segment are less than one year.

### Payments to University Clients

Pursuant to certain of the Company's contracts in the Graduate Program Segment, the Company has made, or is obligated to make, payments to university clients in exchange for contract extensions and various marketing and other rights. Generally, these amounts are capitalized and amortized as contra revenue over the life of the contract, commencing on the later of when payment is due or when contract revenue recognition begins.

### Accounts Receivable, Contract Assets and Liabilities

Balance sheet items related to contracts consist of accounts receivable, net and deferred revenue on the Company's condensed consolidated balance sheets. The Company's accounts receivable, net also includes unbilled revenue. Accounts receivable, net is stated at net realizable value, and the Company utilizes the allowance method to provide for doubtful accounts based on management's evaluation of the collectability of the amounts due. The Company's estimates are reviewed and revised periodically based on historical collection experience and a review of the current status of accounts receivable, net. Historically,

reporting periods. Such estimates are susceptible to change in future periods to reflect changes in estimates. The Company recognizes unbilled revenue when revenue recognition occurs in advance of billings. Unbilled revenue is recognized in the Graduate Program Segment because billings to university clients do not occur until after the academic term has commenced and final enrollment information is available.

Deferred revenue as of each balance sheet date represents the excess of amounts billed or received as compared to amounts recognized in revenue on the condensed consolidated statements of operations and comprehensive loss as of the end of the reporting period, and such amounts are reflected as a current liability on the Company's condensed consolidated balance sheets. The Company generally receives payments for its share of tuition and fees from graduate program university clients early in each academic term and from short course students, either in full upon registration for the course or in full before the end of the course based on a payment plan, prior to completion of the service period. These payments are recorded as deferred revenue until the services are delivered or until the Company's obligations are otherwise met, at which time revenue is recognized.

### Capitalized Content Development

The Company develops content for each offering on a course-by-course basis in conjunction with the faculty for each graduate program and short course. University clients and their faculty generally provide materials used for the course in an on-campus setting, including curricula, case studies and other reading materials, and presentations. The Company is responsible for the conversion of the materials into a format suitable for delivery through its online learning platform, including all expenses associated with this effort. With regard to the Graduate Program Segment, the development of content is part of the Company's single performance obligation and is considered a contract fulfillment cost.

The content development costs that qualify for capitalization are third-party direct costs, such as videography, editing and other services associated with creating digital content. Additionally, the Company capitalizes internal payroll and payroll-related costs incurred to create and produce videos and other digital content utilized in the university clients' offerings for delivery via the Company's online learning platform. Capitalization ends when content has been fully developed by both the Company and the university client, at which time amortization of the capitalized content development costs begins. The capitalized costs for each offering are recorded on a course-by-course basis and included in capitalized content costs in amortizable intangible assets, net on the Company's condensed consolidated balance sheets. These costs are amortized using the straight-line method over the estimated useful life of the respective course, which is generally four to five years. The estimated useful life corresponds with the planned curriculum refresh rate. This refresh rate is consistent with expected curriculum refresh rates as cited by faculty members for similar on-campus offerings. It is reasonably possible that developed content could be refreshed before the estimated useful lives are complete or be expensed immediately in the event that the development of a course is discontinued prior to launch.

### Marketing and Sales Costs

The majority of the marketing and sales costs incurred by the Company are directly related to acquiring students for its university clients' graduate programs, with lesser amounts related to acquiring students for its short courses and marketing and advertising efforts related to the Company's own brand. For the six months ended June 30, 2018, costs related to the Company's marketing and advertising of its own brand were not material. All such costs are expensed as incurred and reported in marketing and sales expense on the Company's condensed consolidated statements of operations and comprehensive loss.

As of June 30, 2018 and December 31, 2017, the Company had $12.3 million and $11.7 million, respectively, of accrued marketing costs included in accounts payable and accrued expenses on the Company's condensed consolidated balance sheets.

### Non-Cash Long-Lived Asset Additions

During the six months ended June 30, 2018, the Company had capital asset additions of $55.2 million in property and equipment and capitalized technology and content development, of which $10.0 million consisted of non-cash capital expenditures, primarily related to the acquisition of certain long-lived assets for which a liability was accrued.

During the six months ended June 30, 2017, the Company had capital asset additions of $31.6 million in property and equipment and capitalized technology and content development, of which $5.3 million consisted of non-cash capital expenditures.

### Recent Accounting Pronouncements

In June 2018, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") No. 2018-07, *Compensation—Stock Compensation (Topic 718): Improvements to Nonemployee Share-Based Payment Accounting*, which simplifies the accounting for share-based payments to nonemployees. The amendments in this ASU are effective for fiscal years beginning after December 15,

will have on its consolidated financial position or related disclosures.

In January 2017, the FASB issued ASU No. 2017-04, *Intangibles—Goodwill and Other (Topic 350): Simplifying the Test for Goodwill Impairment*, which eliminates step two from the goodwill impairment test and requires an entity to recognize an impairment charge for the amount by which the carrying amount of a reporting unit exceeds its fair value, up to the amount of goodwill allocated to that reporting unit. The amendments in this ASU are effective for fiscal years beginning after December 15, 2019, with early adoption permitted. The Company is evaluating the impact that this standard will have on its consolidated financial position or related disclosures.

In August 2016, the FASB issued ASU No. 2016-15, *Statement of Cash Flows (Topic 230): Classification of Certain Cash Receipts and Cash Payments*. The ASU addresses eight specific cash flow issues with the objective of reducing the existing diversity in practice surrounding how certain transactions are classified in the statement of cash flows. The amendments in this ASU are effective for annual reporting periods beginning after December 15, 2017. The Company adopted this ASU on January 1, 2018. Adoption of this standard did not have a material impact on the Company's condensed consolidated statements of cash flows or related disclosures.

In February 2016, the FASB issued ASU No. 2016-02, *Leases (Topic 842)*. The ASU introduces a model for lessees requiring most leases to be reported on the balance sheet. The amendments in this ASU are effective for fiscal years beginning after December 15, 2018, and the Company will adopt this ASU in the first quarter of 2019. The Company is currently evaluating the effect that this ASU will have on its consolidated financial position and related disclosures and is in the process of considering changes to its systems and processes in conjunction with the review of its lease agreements. The Company believes that this standard may materially increase its other non-current assets and non-current liabilities on the consolidated balance sheets in order to record right-of-use assets and related liabilities for its existing operating leases, however, the standard is not expected to have a material impact on the Company's results of operations or cash flows.

Business Combination

**6 Months Ended**

**Jun. 30, 2018**

**Business Combination**

Business Combination

3.        **Business Combination**

On July 1, 2017, the Company, through a wholly owned subsidiary ("2U South Africa"), completed its acquisition of all of the outstanding equity interests of GetSmarter pursuant to a Share Sale Agreement, dated as of May 1, 2017 (the "Share Sale Agreement"), as amended by an addendum, dated as of June 29, 2017, for a net purchase price of $98.7 million in cash. In addition, 2U South Africa agreed to pay a potential earn out payment of up to $20.0 million, subject to the achievement of certain financial milestones in calendar years 2017 and 2018. The valuation of the assets acquired and liabilities assumed (i.e., purchase price allocation) was completed as of December 31, 2017. As of June 30, 2018, there has been no material change in the expected earnout payment from the final valuation of the purchase price allocation since December 31, 2017.

The unaudited pro forma combined financial information below is presented for illustrative purposes and does not purport to represent what the results of operations would actually have been if the business combination occurred as of the dates indicated or what the results would be for any future periods. The following table presents the Company's unaudited pro forma combined revenue, pro forma combined net loss and pro forma combined net loss per share for the three and six months ended June 30, 2017 as if the acquisition of GetSmarter had occurred on January 1, 2017:

| | Three Months Ended June 30, 2017 | | Six Months Ended June 30, 2017 | |
|---|---|---|---|---|
| | (in thousands, except per share amounts) | | | |
| Pro forma revenue | $68,481 | | $137,518 | |
| Pro forma net loss | (14,610 | ) | (19,367 | ) |
| Pro forma net loss per share, basic and diluted | $(0.31 | ) | $(0.41 | ) |

**Goodwill and Amortizable
Intangible Assets**

Goodwill and Amortizable
Intangible Assets

4. Goodwill and Amortizable Intangible Assets

The table below summarizes the changes in the carrying amount of goodwill by reportable segment:

| | Graduate Program Segment | Short Course Segment | Total |
|---|---|---|---|
| | (in thousands) | | |
| Balance as of December 31, 2017 | $ — | $71,988 | $71,988 |
| Foreign currency translation adjustments | — | (7,115 ) | (7,115 ) |
| Balance as of June 30, 2018 | $ — | $64,873 | $64,873 |

Amortizable intangible assets consisted of the following as of:

| | Estimated Average Useful Life (in years) | June 30, 2018 | | | December 31, 2017 | | |
|---|---|---|---|---|---|---|---|
| | | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount |
| | | (in thousands) | | | | | |
| Capitalized technology | 3 | $59,549 | $(12,269 ) | $47,280 | $27,108 | $(9,486 ) | $17,622 |
| Capitalized content development | 4-5 | 65,981 | (25,988 ) | 39,993 | 55,872 | (21,417 ) | 34,455 |
| University client relationships | 9 | 26,757 | (2,973 ) | 23,784 | 29,443 | (1,636 ) | 27,807 |
| Trade names and domain names | 10 | 17,040 | (2,035 ) | 15,005 | 12,119 | (1,242 ) | 10,877 |
| Total amortizable intangible assets, net | | $169,327 | $(43,265 ) | $126,062 | $124,542 | $(33,781 ) | $90,761 |

Included in the amounts presented above are $30.6 million and $15.6 million of in process capitalized technology and content development as of June 30, 2018 and December 31, 2017, respectively.

In the first half of 2018, the Company acquired certain third party technologies to enhance the Company's proprietary operating system, 2UOS, for aggregate consideration of $9.5 million. These amounts are classified as capitalized technology within amortizable intangible assets, net, on the Company's condensed consolidated balance sheet. Additionally, during the same period the Company purchased several active websites and additional domains for consideration of $5.7 million to support the marketing efforts of certain graduate programs. As of June 30, 2018, these acquired assets are classified in trade names and domain names within amortizable intangible assets, net, on the Company's condensed consolidated balance sheets.

In the first quarter of 2018, the Company entered into an agreement with WeWork Companies, Inc. ("WeWork") and Flatiron School, Inc., a wholly owned subsidiary of WeWork, to purchase a perpetual source code license for the Learn.co platform and certain integration software development services for $14.5 million. As of June 30, 2018, the Company has recorded capitalized technology of $13.2 million related to this agreement in amortizable intangible assets, net on the Company's condensed consolidated balance sheets, of which $4.2 million has been accrued as a current liability. The remaining $1.3 million is payable under the agreement upon the achievement of certain milestones related to the software development services. In addition, the Company entered into a multi-year agreement to purchase Global Access Memberships to WeWork spaces around the world that will be provided to students in 2U-powered online graduate programs, an agreement to offer $5 million in scholarships to certain WeWork community members and employees. In addition, WeWork and the Company plan to collaborate on jointly developing a Future of Learning and Work center.

The Company recorded amortization expense related to amortizable intangible assets of $5.5 million and $2.7 million for the three months ended June 30, 2018 and 2017, respectively. The Company recorded amortization expense related to amortizable intangible assets of $10.7 million and $5.1 million for the six months ended June 30, 2018 and 2017, respectively. As of June 30, 2018, the estimated future amortization expense for amortizable intangible assets placed in service is as follows (in thousands):

| | |
|---|---|
| 2018 | $11,531 |
| 2019 | 20,973 |
| 2020 | 17,978 |
| 2021 | 13,665 |
| 2022 | 9,924 |
| Thereafter | 20,362 |
| Total | $95,433 |

**Commitments and
Contingencies**

Commitments and Contingencies

5.         **Commitments and Contingencies**

*Legal Contingencies*

From time to time, the Company may become involved in legal proceedings or other contingencies in the ordinary course of its business. The Company is not presently involved in any legal proceeding or other contingency that, if determined adversely to it, would individually or in the aggregate have a material adverse effect on its business, operating results, financial condition or cash flows. Accordingly, the Company does not believe that there is a reasonable possibility that a material loss exceeding amounts already recognized may have been incurred as of the date of the balance sheets presented herein.

*Marketing and Sales Commitments*

Certain of the agreements entered into between the Company and its university clients in the Graduate Program Segment require the Company to commit to meet certain staffing and spending investment thresholds related to marketing and sales activities. In addition, certain of the agreements in the Graduate Program Segment require the Company to invest up to agreed upon levels in marketing the programs to achieve specified program performance. The Company believes it is currently in compliance with all such commitments.

*Future Minimum Payments to University Clients*

Pursuant to certain of the Company's contracts in the Graduate Program Segment, the Company has made, or is obligated to make, payments to university clients in exchange for contract extensions and various marketing and other rights. As of June 30, 2018, the future minimum payments due to university clients has not materially changed relative to the amounts provided in the notes to the consolidated financial statements included in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2017.

*Contingent Payments to University Clients*

Pursuant to certain of the Company's contracts in the Graduate Program Segment, the Company would be obligated to make future minimum program payments to a university client in the event that certain program metrics, partially associated with programs not yet launched, are not achieved. Due to the dependency of these calculations on future program launches, the amounts of any associated contingent payments cannot be reasonably estimated at this time.

**Debt**

**6 Months Ended**

**Jun. 30, 2018**

**Debt**

Debt

6.      **Debt**

*Lines of Credit*

Effective in the second quarter of 2018, the Company amended its $25.0 million revolving line of credit agreement to extend the maturity date through September 30, 2018. No amounts were outstanding under this credit agreement as of June 30, 2018 or December 31, 2017. The Company intends to extend this agreement under comparable terms, prior to expiration.

Certain of the Company's operating lease agreements entered into prior to June 30, 2018 require security deposits in the form of cash or an unconditional, irrevocable letter of credit. As of June 30, 2018, the Company has entered into standby letters of credit totaling $15.0 million as security deposits for the applicable leased facilities and in connection with government grants. These letters of credit reduced the aggregate amount the Company may borrow under its revolving line of credit to $10.0 million.

The Company's $1.9 million revolving debt facilities related to the Short Course Segment expired on March 31, 2018 and were not renewed.

*Government Grants*

The Company has two outstanding conditional loan agreements with Prince George's County, Maryland and the State of Maryland, respectively, for an aggregate amount of $3.5 million, each bearing an interest rate of 3% per annum. These agreements are conditional loan obligations that may be forgiven provided that we attain certain conditions related to employment levels at our Lanham, Maryland headquarters. The loan with the State of Maryland has a maturity date of December 31, 2026, and the loan with Prince George's County, Maryland has a maturity date of June 22, 2027. The interest expense related to these loans for the three and six months ended June 30, 2018 and 2017 is immaterial.

**6 Months Ended**

**Jun. 30, 2018**

**Income Taxes**

Income Taxes

7.      **Income Taxes**

The Company's income tax provisions for all periods consist of federal, state and foreign income taxes. The tax provisions for the three and six months ended June 30, 2018 and 2017 were based on estimated full-year effective tax rates, including the mix of income for the period between higher-taxed and lower-taxed jurisdictions, after giving effect to significant items related specifically to the interim periods, and loss-making entities for which it is not more likely than not that a tax benefit will be realized.

The Company's effective tax rate was approximately 16% and 0% for the three months ended June 30, 2018 and 2017, respectively. The Company's effective tax rate was approximately 13% and 0% for the six months ended June 30, 2018 and 2017, respectively.  A one-time tax benefit of approximately $3.0 million related to an asset acquisition of certain third-party technologies is included in the Company's income tax benefit for the three and six months ended June 30, 2018. This benefit relates to the reversal of the Company's tax valuation allowance that was no longer needed as a result of establishing a net deferred tax liability. Excluding the one-time tax benefit, the Company's tax benefit of $0.6 million and $1.8 million for the three and six months ended June 30, 2018, respectively, related to losses generated by operations and the amortization of acquired intangibles in the Short Course Segment that are expected to be realized through future reversing taxable temporary differences. The Company expects to continue to recognize a tax benefit in the future for the Short Course Segment to the extent that this segment continues to generate pre-tax losses while carrying  deferred tax liabilities that are in excess of deferred tax assets. To date, the Company has not been required to pay U.S. federal income taxes because of current and accumulated net operating losses.

On December 22, 2017, Staff Accounting Bulletin No. 118 ("SAB 118") was issued to address the application of U.S. GAAP in situations when a registrant does not have the necessary information available, prepared, or analyzed (including computations) in reasonable detail to complete the accounting for certain income tax effects of the Tax Cuts and Jobs Act of 2017 ("Tax Act"). As of June 30, 2018, the Company is still evaluating certain components of the Tax Act; however, it has finalized its determination that no transitional tax is required. As the Company collects and compares necessary data and interprets the Tax Act and any additional guidance issued by the U.S. Treasury Department, the Internal Revenue Service, and other standard-setting bodies, the Company may make adjustments to the provisional amounts recorded.

**Stockholders' Equity**

**6 Months Ended**

**Jun. 30, 2018**

**Stockholders' Equity**

Stockholders' Equity

8.  **Stockholders' Equity**

On May 22, 2018 the Company sold 3,833,334 shares of our common stock to the public, including 500,000 shares sold pursuant to the underwriters' over-allotment option. The Company received net proceeds of $330.8 million, which the Company intends to use for working capital and other general corporate purposes, including expenditures for graduate program and short course marketing, technology and content development, in connection with new graduate program and short course launches and growing existing graduate programs and short courses as well as the strategic acquisitions of, or investment in, complementary products, technologies, solutions or businesses.

As of June 30, 2018, the Company was authorized to issue 205,000,000 total shares of capital stock, consisting of 200,000,000 shares of common stock and 5,000,000 shares of preferred stock. As of June 30, 2018, the Company had reserved a total of 13,037,089 of its authorized shares of common stock for future issuance as follows:

| | |
|---|---|
| Outstanding stock options | 4,659,638 |
| Possible future issuance under 2014 Equity Incentive Plan | 6,096,824 |
| Outstanding restricted stock units | 1,280,627 |
| Available for future issuance under employee stock purchase plan | 1,000,000 |
| Total shares of common stock reserved for future issuance | 13,037,089 |

The shares available for future issuance increased by 2,625,292 and 2,357,579 on January 1, 2018 and 2017, respectively, pursuant to the automatic share reserve increase provision under the 2014 Equity Incentive Plan (the "2014 Plan").

**Stock-Based Compensation**

9.      **Stock-Based Compensation**

The Company provides equity-based compensation awards to employees, independent contractors and directors as an effective means for attracting, retaining and motivating such individuals. The Company maintains two share-based compensation plans: the 2014 Plan and the 2008 Stock Incentive Plan (the "2008 Plan"). Upon the effective date of the 2014 Plan in January 2014, the Company ceased using the 2008 Plan to grant new equity awards and began using the 2014 Plan for grants of new equity awards.

*Employee Stock Purchase Plan*

The Company's 2017 Employee Stock Purchase Plan (the "ESPP") provides (i) for two offering periods each year and (ii) that the purchase price for shares of the Company's common stock purchased under the ESPP will be 90% of the lesser of the fair market value of 2U's common stock on the purchase date or the fair market value of 2U's common stock on the first day of the offering period. Participating eligible employees select a rate of payroll deduction between 1% and 15% of their salary or wage compensation received from the Company as in effect at the start of the offering period, subject to a maximum payroll deduction per calendar year of $25,000. Participation in the ESPP began on January 1, 2018.

*Stock-Based Compensation Expense*

Stock-based compensation expense related to stock-based awards is included in the following line items in the condensed consolidated statements of operations and comprehensive loss:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | **2018** | **2017** | **2018** | **2017** |
| | (in thousands) | | | |
| Curriculum and teaching | $5 | $      — | $7 | $      — |
| Servicing and support | 1,320 | 1,161 | 2,192 | 1,856 |
| Technology and content development | 1,075 | 897 | 1,786 | 1,543 |
| Marketing and sales | 718 | 430 | 1,207 | 772 |
| General and administrative | 5,891 | 3,007 | 10,939 | 5,219 |
| Total stock-based compensation expense | $9,009 | $5,495 | $16,131 | $9,390 |

*Stock Options*

The following is a summary of the stock option activity for the six months ended June 30, 2018:

| | Number of Options | Weighted-Average Exercise Price per Share |
|---|---|---|
| Outstanding balance at December 31, 2017 | 4,559,176 | $15.10 |
| Granted | 655,524 | 84.12 |
| Exercised | (501,531 | )9.56 |
| Forfeited | (53,531 | )35.69 |
| Expired | — | — |
| Outstanding balance at June 30, 2018 | 4,659,638 | 25.17 |
| Exercisable at June 30, 2018* | 3,201,819 | 11.26 |

\*      As of June 30, 2018, the aggregate intrinsic value of options exercisable was $231.5 million and such shares had a weighted-average remaining contractual term of 4.73 years.

*Restricted Stock Units*

The following is a summary of restricted stock unit activity for the six months ended June 30, 2018:

| | Number of Restricted Stock Units | Weighted-Average Grant Date Fair Value |
|---|---|---|

| | | |
|---|---|---|
| Outstanding balance at December 31, 2017 | 1,413,423 | 39.95 |
| Granted | 440,818 | 81.39 |
| Vested | (517,050) | 23.34 |
| Forfeited | (56,564) | 36.38 |
| Outstanding balance at June 30, 2018 | 1,280,627 | 50.04 |

**Net Loss per Share**

**6 Months Ended**

**Jun. 30, 2018**

10.      Net Loss per Share

Diluted net loss per share is the same as basic net loss per share for all periods presented because the effects of potentially dilutive items were anti-dilutive, given the Company's net loss. The following securities have been excluded from the calculation of weighted-average shares of common stock outstanding because the effect is anti-dilutive for the three and six months ended June 30, 2018 and 2017:

|  | Three and Six Months Ended June 30, | |
| --- | --- | --- |
|  | **2018** | **2017** |
| Stock options | 4,659,638 | 5,095,909 |
| Restricted stock units | 1,280,627 | 1,355,393 |

Basic and diluted net loss per share is calculated as follows:

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | **2018** | **2017** | **2018** | **2017** |
| Numerator (in thousands): |  |  |  |  |
| Net loss | $(18,347 ) | $(11,754 ) | $(33,218 ) | $(15,193 ) |
| Denominator: |  |  |  |  |
| Weighted-average shares of common stock outstanding, basic and diluted | 54,981,192 | 47,668,397 | 53,840,582 | 47,454,059 |
| Net loss per share, basic and diluted | $(0.33 ) | $(0.25 ) | $(0.62 ) | $(0.32 ) |

6 Months Ended

Jun. 30, 2018

**Segment and Geographic Information**

Segment and Geographic Information

11.      **Segment and Geographic Information**

The Company's operations consist of two operating segments and two reportable segments: the Graduate Program Segment and the Short Course Segment. The Company's Graduate Program Segment provides services to well-recognized nonprofit colleges and universities, primarily in the United States, to enable the online delivery of graduate programs. The Company's Short Course Segment provides premium online short courses to working professionals around the world through relationships with leading universities in the United States, the United Kingdom and South Africa.

During the three months ended June 30, 2018, three university clients in the Graduate Program Segment each accounted for 10% or more of the Company's consolidated revenue, as follows: $20.4 million, $13.1 million and $10.2 million, which equals 21%, 13% and 10% of the Company's consolidated revenue, respectively. During the three months ended June 30, 2017, four university clients in the Graduate Program Segment each accounted for 10% or more of the Company's consolidated revenue, as follows: $19.1 million, $12.1 million, $6.9 million and $6.8 million, which equals 29%, 19%, 11% and 10%  of the Company's consolidated revenue, respectively.

During the six months ended June 30, 2018, three university clients in the Graduate Program Segment each accounted for 10% or more of the Company's consolidated revenue, as follows: $41.1 million, $26.5 million and $19.8 million, which equals 22%, 14% and 10% of the Company's consolidated revenue, respectively. During the six months ended June 30, 2017, four university clients in the Graduate Program Segment each accounted for 10% or more of the Company's consolidated revenue, as follows: $38.8 million, $23.8 million, $13.8 million and $13.2 million, which equals 30%, 18%, 11% and 10% of the Company's consolidated revenue, respectively.

As of June 30, 2018, two university clients in the Graduate Program Segment accounted for 10% or more of the Company's consolidated accounts receivable, net balance, as follows: $26.5 million and $7.5 million, which equals 53%  and 15% of the Company's consolidated accounts receivable, net balance, respectively. As of December 31, 2017, two university clients in the Graduate Program Segment each accounted for 10% or more of the Company's consolidated accounts receivable, net balance, as follows: $9.4 million and $2.0 million, which equals 67% and 14% of the Company's consolidated accounts receivable, net balance, respectively.

For the Company's Short Course Segment, there were no customers that accounted for 10% or more of the Company's consolidated revenue for the three and six month periods ending June 30, 2018 and 2017, or accounts receivable, net balance, as of June 30, 2018 and December 31, 2017, as such amounts are derived from individual students or third parties paying on their behalf, rather than directly from university clients. For the three months ended June 30, 2018, revenue associated with the short courses offered with the Company's three largest university clients in this segment accounted for approximately 83% of the segment's revenue and approximately 14% of the Company's consolidated revenue. For the six months ended June 30, 2018, revenue associated with the short courses offered with the Company's three largest university clients in this segment accounted for approximately 83% of the segment's revenue and approximately 12% of the Company's consolidated revenue. In this segment, no individual university client had revenue associated with it that accounted for 10% or more of the Company's consolidated revenue for the three and six months ended June 30, 2018.

### Segment Performance

The following table summarizes financial information regarding each reportable segment's results of operations for the periods presented:

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | **2018** | **2017** | **2018** | **2017** |
|  | (in thousands) | | | |
| **Revenue by segment*** |  |  |  |  |
| Graduate Program Segment | $81,209 | $64,995 | $161,768 | $129,824 |
| Short Course Segment | 16,214 | — | 27,943 | — |
| Total revenue | $97,423 | $64,995 | $189,711 | $129,824 |
| **Segment profitability**** |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| Graduate Program Segment | $(5,905 ) | $(1,497 ) | $(6,179 ) | $2,411 |
| Short Course Segment | 350 | — | (898 ) | — |
| Total segment profitability | $(5,555 ) | $(1,497 ) | $(7,077 ) | $2,411 |

**Segment profitability margin\*\*\***

| | | | | |
|---|---|---|---|---|
| Graduate Program Segment | (6.1 )% | (2.3 )% | (3.2 )% | 1.9 % |
| Short Course Segment | 0.4 | — | (0.5 ) | — |
| Total segment profitability margin | (5.7 )% | (2.3 )% | (3.7 )% | 1.9 % |

*      The Company did not have any material intersegment revenues for any periods presented.
\*\*      The Company evaluates segment profitability as net income or net loss, as applicable, before net interest income (expense), taxes, depreciation and amortization, foreign currency gains or losses, acquisition-related gains or losses and stock-based compensation expense. Some or all of these items may not be applicable in any given reporting period.
\*\*\*      The Company defines segment profitability margin as segment profitability as a percentage of consolidated revenue.

The following table reconciles net loss to total segment profitability:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | **2018** | **2017** | **2018** | **2017** |
| | (in thousands) | | | |
| Net loss | $(18,347 ) | $(11,754 ) | $(33,218 ) | $(15,193 ) |
| Adjustments: | | | | |
| Interest income | (912 ) | (53 ) | (1,254 ) | (249 ) |
| Interest expense | 27 | 1 | 54 | 1 |
| Foreign currency loss | 825 | 1,031 | 1,220 | 1,031 |
| Depreciation and amortization expense | 7,408 | 3,783 | 14,783 | 7,431 |
| Income tax benefit | (3,565 ) | — | (4,793 ) | — |
| Stock-based compensation expense | 9,009 | 5,495 | 16,131 | 9,390 |
| Total adjustments | 12,792 | 10,257 | 26,141 | 17,604 |
| Total segment profitability | $(5,555 ) | $(1,497 ) | $(7,077 ) | $2,411 |

The Company's total assets by segment are as follows:

| | June 30, 2018 | December 31, 2017 |
|---|---|---|
| | (in thousands) | |
| **Total assets** | | |
| Graduate Program Segment | $711,291 | $359,597 |
| Short Course Segment | 114,173 | 122,465 |
| Total assets | $825,464 | $482,062 |

*Contract Assets and Liabilities*

The Company's contract assets and liabilities in each segment are as follows:

| | June 30, 2018 | December 31, 2017 |
|---|---|---|
| | (in thousands) | |
| **Contract assets** | | |
| Graduate Program Segment accounts receivable, net | $34,758 | $12,520 |
| Graduate Program Segment unbilled revenue | 13,776 | 666 |
| Short Course Segment accounts receivable, net | 1,277 | 988 |
| Total contract assets | $49,811 | $14,174 |
| | | |
| **Contract liabilities** | | |
| Graduate Program Segment deferred revenue | $22,829 | $2,523 |
| Short Course Segment deferred revenue | 8,033 | 4,501 |
| Total contract liabilities | $30,862 | $7,024 |

revenue recognized during the three and six months ended June 30, 2018 that was included in the deferred revenue balance at the beginning of the year was $0.0 million and $2.5 million, respectively. For the Short Course Segment, revenue recognized during the three and six months ended June 30, 2018 that was included in the deferred revenue balance at the beginning of the year was $0.0 million and $4.5 million, respectively.

*Contract Acquisition Costs*

The Graduate Program Segment had $0.3 million of net capitalized contract acquisition costs as of June 30, 2018. For the three months ended June 30, 2018, the Company capitalized $0.2 million and recorded no amortization expense in the Graduate Program Segment. For the six months ended June 30, 2018, the Company capitalized $0.3 million and recorded no amortization expense in the Graduate Program Segment.

*Geographical Information*

The Company's non-U.S. revenue for the three and six months ended June 30, 2018, determined based upon the university client's functional currency, was $9.8 million and $17.2 million, respectively, entirely from the Short Course Segment's operations outside of the U.S. The Company did not have non-U.S. revenue for the three and six months ended June 30, 2017. The Company's long-lived assets in non-U.S. countries as of June 30, 2018 and December 31, 2017 totaled approximately $1.1 million and $0.7 million, respectively.

**Significant Accounting Policies (Policies)**

**6 Months Ended**

**Jun. 30, 2018**

## Significant Accounting Policies

### Basis of Presentation and Principles of Consolidation

***Basis of Presentation and Principles of Consolidation***

The accompanying unaudited condensed consolidated financial statements have been prepared in accordance with: (i) generally accepted accounting principles in the United States ("U.S. GAAP") for interim financial information; (ii) the instructions to Form 10-Q; and (iii) the guidance of Rule 10-01 of Regulation S-X under the Securities Exchange Act of 1934, as amended, for financial statements required to be filed with the Securities and Exchange Commission ("SEC"). They include the assets, liabilities, results of operations and cash flows of the Company, including its wholly owned subsidiaries. As permitted under such rules, certain notes and other financial information normally required by U.S. GAAP have been condensed or omitted. The Company believes the condensed consolidated financial statements reflect all normal and recurring adjustments necessary for a fair statement of the Company's financial position, results of operations, and cash flows as of and for the periods presented herein. The Company's results of operations for the three and six months ended June 30, 2018 and 2017 may not be indicative of the Company's future results. These condensed consolidated financial statements are unaudited and should be read in conjunction with the Company's audited consolidated financial statements and the notes thereto included in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2017. All significant intercompany accounts and transactions have been eliminated in consolidation.

The year-end condensed consolidated balance sheet data was derived from the audited financial statements, but does not include all disclosures required by U.S. GAAP.

### Reclassifications

***Reclassifications***

The Company has reclassified capitalized technology and content development, as well as other amortizable intangible assets, into amortizable intangible assets on the condensed consolidated statements of cash flows for the six months ended June 30, 2017. In addition, certain other prior period amounts on the condensed consolidated statements of cash flows have been reclassified to conform to the current period's presentation. These reclassifications had no impact on cash flows from operating, investing or financing activities previously reported for any periods presented.

### Use of Estimates

***Use of Estimates***

The preparation of the condensed consolidated financial statements in accordance with U.S. GAAP requires management to make certain estimates and assumptions that affect the amounts reported herein. The Company bases its estimates and assumptions on historical experience and on various other factors that it believes to be reasonable under the circumstances. Due to the inherent uncertainty involved in making estimates, actual results reported in future periods may be affected by changes in those estimates. The Company evaluates its estimates and assumptions on an ongoing basis.

### Restricted Cash

***Restricted Cash***

As of June 30, 2018 and December 31, 2017, the Company held restricted cash balances of $0.1 million and zero dollars, respectively. As of June 30, 2017, the Company held a restricted cash balance of $101.0 million in connection with the Company's acquisition of GetSmarter on July 1, 2017.

### Revenue Recognition, Accounts Receivable and Allowance for Doubtful Accounts

***Revenue Recognition, Accounts Receivable and Allowance for Doubtful Accounts***

On January 1, 2018, the Company adopted ASU No. 2014-09, *Revenue from Contracts with Customers (Topic 606)* and the related amendments using the modified retrospective transition method and has concluded that doing so did not have a material impact on the amount and timing of either its revenue or costs. As part of its assessment, the Company completed reviews of its contracts and evaluated its costs, including costs of obtaining contracts with its university clients and costs associated with content development. Certain of these contract and content costs will be capitalized under the new standard. The adoption of ASU 2014-09 did not have a material impact as of January 1, 2018, and no cumulative adjustment was recorded. Further, the amounts reported as of June 30, 2018 on the

the condensed consolidated statements of operations for said six months ended June 30, 2018 reported on the condensed consolidated statements of operations and comprehensive loss would not have been materially different than under legacy U.S. GAAP (i.e., Topic 605).

The Company generates substantially all of its revenue from contractual arrangements with either its university clients or students to provide a comprehensive platform of tightly integrated technology and technology-enabled services that support its graduate programs and short courses.

*Performance Obligations*

A performance obligation is a promise in a contract to transfer a distinct good or service to the customer. A contract's transaction price is allocated to each distinct performance obligation and recognized as revenue when, or as, the performance obligation is satisfied.

The Graduate Program Segment derives revenue primarily from contractually specified percentages of the amounts the Company's university clients receive from their students in 2U-enabled graduate programs for tuition and fees, less credit card fees and other specified charges the Company has agreed to exclude in certain university client contracts. The Company's contracts with university clients in this segment have 10 to 15 year initial terms and have a single performance obligation, as the promises to provide a platform of tightly integrated technology and services university clients need to attract, enroll, educate and support students are not distinct within the context of the contracts. The single performance obligation is delivered as the university clients receive and consume benefits, which occurs ratably over a series of academic terms. The amounts received from university clients over the term of the arrangement are variable in nature in that they are dependent upon the number of students that are enrolled in the program within each academic term. These amounts are allocated to and are recognized ratably over the related academic term, defined as the period beginning on the first day of classes through the last. A refund allowance is established for the Company's share of tuition and fees ultimately uncollected by university clients.

The Short Course Segment derives revenue directly from contracts with students for the tuition and fees paid to enroll in and progress through the Company's short courses which run between six and 16 weeks. The Company's contracts with students in this segment have multiple performance obligations as the delivery of the short course and student support services are each considered distinct performance obligations. These performance obligations are each satisfied ratably over the same short course presentation period, which is defined as the period beginning on the first day of the course through the last. The Company recognizes the gross proceeds received from the students and shares contractually specified percentages with its university clients, for providing short course content and certification, in the form of a royalty recognized as curriculum and teaching costs on the Company's condensed consolidated statements of operations and comprehensive loss. The Company's contracts with university clients in this segment are typically shorter and less restrictive than the Company's contracts with university clients in the Graduate Program Segment.

The Company does not disclose the value of unsatisfied performance obligations for the Graduate Program Segment because the variable consideration is allocated entirely to a wholly unsatisfied promise to transfer a service that forms part of a single performance obligation. The Company does not disclose the value of unsatisfied performance obligations for the Short Course Segment because the performance obligation is part of a contract that has an original duration of less than one year.

*Contract Acquisition Costs*

The Company pays commissions to certain of its employees to obtain contracts with university clients in the Graduate Program Segment. These costs are capitalized and recorded on a contract-by-contract basis and amortized using the straight-line method over the expected life, which is generally the length of the contract.

With respect to contract acquisition costs in the Short Course Segment, the Company has elected to apply the practical expedient in ASC Topic 606 to expense these costs as incurred, as the terms of contracts with students in this segment are less than one year.

*Payments to University Clients*

Pursuant to certain of the Company's contracts in the Graduate Program Segment, the Company has made, or is obligated to make, payments to university clients in exchange for contract extensions and various marketing and other rights. Generally, these amounts are capitalized and amortized as contra revenue over the life of the contract, commencing on the later of when payment is due or when contract revenue recognition begins.

*Accounts Receivable, Contract Assets and Liabilities*

upon the net balance sheet position into accounts receivable and deferred revenue on the Company's condensed consolidated balance sheets. The Company's accounts receivable, net also includes unbilled revenue. Accounts receivable, net is stated at net realizable value, and the Company utilizes the allowance method to provide for doubtful accounts based on management's evaluation of the collectability of the amounts due. The Company's estimates are reviewed and revised periodically based on historical collection experience and a review of the current status of accounts receivable, net. Historically, actual write-offs for uncollectible accounts have not significantly differed from prior estimates. The Company recognizes unbilled revenue when revenue recognition occurs in advance of billings. Unbilled revenue is recognized in the Graduate Program Segment because billings to university clients do not occur until after the academic term has commenced and final enrollment information is available.

Deferred revenue as of each balance sheet date represents the excess of amounts billed or received as compared to amounts recognized in revenue on the condensed consolidated statements of operations and comprehensive loss as of the end of the reporting period, and such amounts are reflected as a current liability on the Company's condensed consolidated balance sheets. The Company generally receives payments for its share of tuition and fees from graduate program university clients early in each academic term and from short course students, either in full upon registration for the course or in full before the end of the course based on a payment plan, prior to completion of the service period. These payments are recorded as deferred revenue until the services are delivered or until the Company's obligations are otherwise met, at which time revenue is recognized.

## Capitalized Content Development

### *Capitalized Content Development*

The Company develops content for each offering on a course-by-course basis in conjunction with the faculty for each graduate program and short course. University clients and their faculty generally provide materials used for the course in an on-campus setting, including curricula, case studies and other reading materials, and presentations. The Company is responsible for the conversion of the materials into a format suitable for delivery through its online learning platform, including all expenses associated with this effort. With regard to the Graduate Program Segment, the development of content is part of the Company's single performance obligation and is considered a contract fulfillment cost.

The content development costs that qualify for capitalization are third-party direct costs, such as videography, editing and other services associated with creating digital content. Additionally, the Company capitalizes internal payroll and payroll-related costs incurred to create and produce videos and other digital content utilized in the university clients' offerings for delivery via the Company's online learning platform. Capitalization ends when content has been fully developed by both the Company and the university client, at which time amortization of the capitalized content development costs begins. The capitalized costs for each offering are recorded on a course-by-course basis and included in capitalized content costs in amortizable intangible assets, net on the Company's condensed consolidated balance sheets. These costs are amortized using the straight-line method over the estimated useful life of the respective course, which is generally four to five years. The estimated useful life corresponds with the planned curriculum refresh rate. This refresh rate is consistent with expected curriculum refresh rates as cited by faculty members for similar on-campus offerings. It is reasonably possible that developed content could be refreshed before the estimated useful lives are complete or be expensed immediately in the event that the development of a course is discontinued prior to launch.

## Marketing and Sales Costs

### *Marketing and Sales Costs*

The majority of the marketing and sales costs incurred by the Company are directly related to acquiring students for its university clients' graduate programs, with lesser amounts related to acquiring students for its short courses and marketing and advertising efforts related to the Company's own brand. For the six months ended June 30, 2018, costs related to the Company's marketing and advertising of its own brand were not material. All such costs are expensed as incurred and reported in marketing and sales expense on the Company's condensed consolidated statements of operations and comprehensive loss.

As of June 30, 2018 and December 31, 2017, the Company had $12.3 million and $11.7 million, respectively, of accrued marketing costs included in accounts payable and accrued expenses on the Company's condensed consolidated balance sheets.

## Non-Cash Long-Lived Asset Additions

### *Non-Cash Long-Lived Asset Additions*

During the six months ended June 30, 2018, the Company had capital asset additions of $55.2 million in property and equipment and capitalized technology and content development, of which $10.0 million consisted of non-cash capital expenditures, primarily related to the acquisition of certain long-lived assets for which a liability was accrued.

During the six months ended June 30, 2017, the Company had capital asset additions of $31.6 million in property and equipment and capitalized technology and content development, of which $5.3 million consisted of non-cash capital expenditures.

Recent Accounting
Pronouncements

### Recent Accounting Pronouncements

In June 2018, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") No. 2018-07, *Compensation—Stock Compensation (Topic 718): Improvements to Nonemployee Share-Based Payment Accounting*, which simplifies the accounting for share-based payments to nonemployees. The amendments in this ASU are effective for fiscal years beginning after December 15, 2018, with early adoption permitted. The Company is evaluating the impact that this standard will have on its consolidated financial position or related disclosures.

In January 2017, the FASB issued ASU No. 2017-04, *Intangibles—Goodwill and Other (Topic 350): Simplifying the Test for Goodwill Impairment*, which eliminates step two from the goodwill impairment test and requires an entity to recognize an impairment charge for the amount by which the carrying amount of a reporting unit exceeds its fair value, up to the amount of goodwill allocated to that reporting unit. The amendments in this ASU are effective for fiscal years beginning after December 15, 2019, with early adoption permitted. The Company is evaluating the impact that this standard will have on its consolidated financial position or related disclosures.

In August 2016, the FASB issued ASU No. 2016-15, *Statement of Cash Flows (Topic 230): Classification of Certain Cash Receipts and Cash Payments*. The ASU addresses eight specific cash flow issues with the objective of reducing the existing diversity in practice surrounding how certain transactions are classified in the statement of cash flows. The amendments in this ASU are effective for annual reporting periods beginning after December 15, 2017. The Company adopted this ASU on January 1, 2018. Adoption of this standard did not have a material impact on the Company's condensed consolidated statements of cash flows or related disclosures.

In February 2016, the FASB issued ASU No. 2016-02, *Leases (Topic 842)*. The ASU introduces a model for lessees requiring most leases to be reported on the balance sheet. The amendments in this ASU are effective for fiscal years beginning after December 15, 2018, and the Company will adopt this ASU in the first quarter of 2019. The Company is currently evaluating the effect that this ASU will have on its consolidated financial position and related disclosures and is in the process of considering changes to its systems and processes in conjunction with the review of its lease agreements. The Company believes that this standard may materially increase its other non-current assets and non-current liabilities on the consolidated balance sheets in order to record right-of-use assets and related liabilities for its existing operating leases, however, the standard is not expected to have a material impact on the Company's results of operations or cash flows.

**Business Combination (Tables)**

6 Months Ended
Jun. 30, 2018

**Business Combination**

Schedule of unaudited pro forma combined revenue and net loss

| | Three Months Ended June 30, 2017 | Six Months Ended June 30, 2017 |
|---|---|---|
| | (in thousands, except per share amounts) | |
| Pro forma revenue | $68,481 | $137,518 |
| Pro forma net loss | (14,610 ) | (19,367 ) |
| Pro forma net loss per share, basic and diluted | $(0.31 ) | $(0.41 ) |

**Goodwill and Amortizable Intangible Assets (Tables)**

**6 Months Ended**

**Jun. 30, 2018**

**Goodwill and Amortizable Intangible Assets**

Schedule of Changes in goodwill

| | Graduate Program Segment | Short Course Segment | Total |
|---|---|---|---|
| | | (in thousands) | |
| Balance as of December 31, 2017 | $ — | $ 71,988 | $71,988 |
| Foreign currency translation adjustments | — | (7,115 ) | (7,115 ) |
| Balance as of June 30, 2018 | $ — | $ 64,873 | $64,873 |

Schedule of amortizable intangible assets

| | | June 30, 2018 | | | December 31, 2017 | | |
|---|---|---|---|---|---|---|---|
| | Estimated Average Useful Life (in years) | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount |
| | | | | (in thousands) | | | |
| **Capitalized technology** | 3 | $ 59,549 | $ (12,269 ) | $ 47,280 | $ 27,108 | $ (9,486 ) | $ 17,622 |
| **Capitalized content development** | 4-5 | 65,981 | (25,988 ) | 39,993 | 55,872 | (21,417 ) | 34,455 |
| **University client relationships** | 9 | 26,757 | (2,973 ) | 23,784 | 29,443 | (1,636 ) | 27,807 |
| **Trade names and domain names** | 10 | 17,040 | (2,035 ) | 15,005 | 12,119 | (1,242 ) | 10,877 |
| **Total amortizable intangible assets, net** | | $ 169,327 | $ (43,265 ) | $ 126,062 | $ 124,542 | $ (33,781 ) | $ 90,761 |

Schedule of estimated future amortization expense for amortizable intangible assets

As of June 30, 2018, the estimated future amortization expense for amortizable intangible assets placed in service is as follows (in thousands):

| | |
|---|---|
| Remainder of 2018 | $12,531 |
| 2019 | 20,973 |
| 2020 | 17,978 |
| 2021 | 13,665 |
| 2022 | 9,924 |
| Thereafter | 20,362 |
| Total | $95,433 |

**Stockholders' Equity (Tables)**

**6 Months Ended**

**Jun. 30, 2018**

**Stockholders' Equity**

Schedule of shares of common stock reserved for future issuance

As of June 30, 2018, the Company had reserved a total of 13,037,089 of its authorized shares of common stock for future issuance as follows:

| | |
|---|---|
| Outstanding stock options | 4,659,638 |
| Possible future issuance under 2014 Equity Incentive Plan | 6,096,824 |
| Outstanding restricted stock units | 1,280,627 |
| Available for future issuance under employee stock purchase plan | 1,000,000 |
| Total shares of common stock reserved for future issuance | 13,037,089 |

**Stock-Based Compensation (Tables)**

**6 Months Ended**
**Jun. 30, 2018**

**Stock-Based Compensation**

Schedule of stock-based compensation expense included in the consolidated statements of operations and comprehensive loss

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| | (in thousands) | | | |
| Curriculum and teaching | $5 | $ — | $7 | $ — |
| Servicing and support | 1,320 | 1,161 | 2,192 | 1,856 |
| Technology and content development | 1,075 | 897 | 1,786 | 1,543 |
| Marketing and sales | 718 | 430 | 1,207 | 772 |
| General and administrative | 5,891 | 3,007 | 10,939 | 5,219 |
| Total stock-based compensation expense | $9,009 | $5,495 | $16,131 | $9,390 |

Summary of stock option activity

| | Number of Options | Weighted-Average Exercise Price per Share |
|---|---|---|
| Outstanding balance at December 31, 2017 | 4,559,176 | $15.10 |
| Granted | 655,524 | 84.12 |
| Exercised | (501,531 ) | 9.56 |
| Forfeited | (53,531 ) | 35.69 |
| Expired | — | — |
| Outstanding balance at June 30, 2018 | 4,659,638 | 25.17 |
| Exercisable at June 30, 2018* | 3,201,819 | 11.26 |

    *    As of June 30, 2018, the aggregate intrinsic value of options exercisable was $231.5 million and such shares had a weighted-average remaining contractual term of 4.73 years.

Summary of restricted stock unit activity

| | Number of Restricted Stock Units | Weighted-Average Grant Date Fair Value |
|---|---|---|
| Outstanding balance at December 31, 2017 | 1,413,423 | $ 29.95 |
| Granted | 440,818 | 81.39 |
| Vested | (517,050 ) | 23.34 |
| Forfeited | (56,564 ) | 36.38 |
| Outstanding balance at June 30, 2018 | 1,280,627 | 50.04 |

**Net Loss per Share (Tables)**

**6 Months Ended**
**Jun. 30, 2018**

**Net Loss per Share**

| | Three and Six Months Ended June 30, | |
| --- | --- | --- |
| | 2018 | 2017 |
| Schedule of potential dilutive securities that would have been anti-dilutive due to net loss | | |
| Stock options | 4,659,638 | 5,095,909 |
| Restricted stock units | 1,280,627 | 1,355,393 |

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| Schedule of calculation of basic and diluted net loss per share | | | | |
| Numerator (in thousands): | | | | |
| Net loss | $(18,347 ) | $(11,754 ) | $(33,218 ) | $(15,193 ) |
| Denominator: | | | | |
| Weighted-average shares of common stock outstanding, basic and diluted | 54,981,192 | 47,668,397 | 53,840,582 | 47,454,059 |
| Net loss per share, basic and diluted | $(0.33 ) | $(0.25 ) | $(0.62 ) | $(0.32 ) |

Segment and Geographic
Information (Tables)

**6 Months Ended**

**Jun. 30, 2018**

**Segment and Geographic Information**

Schedule of revenue, segment profitability and segment profitability margin by segment

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| | (in thousands) | | | |
| Revenue by segment* | | | | |
| Graduate Program Segment | $81,209 | $64,995 | $161,768 | $129,824 |
| Short Course Segment | 16,214 | — | 27,943 | — |
| Total revenue | $97,423 | $64,995 | $189,711 | $129,824 |
| | | | | |
| Segment profitability** | | | | |
| Graduate Program Segment | $(5,905 ) | $(1,497 ) | $(6,179 ) | $2,411 |
| Short Course Segment | 350 | — | (898 ) | |
| Total segment profitability | $(5,555 ) | $(1,497 ) | $(7,077 ) | $2,411 |
| | | | | |
| Segment profitability margin*** | | | | |
| Graduate Program Segment | (6.1 )% | 2.3 )% | (3.2 )% | 1.9 % |
| Short Course Segment | 0.4 | — | (0.5 ) | — |
| Total segment profitability margin | (5.7 )% | 2.3 )% | (3.7 )% | 1.9 % |

    \*     The Company did not have any material intersegment revenues for any periods presented.
    \*\*     The Company evaluates segment profitability as net income or net loss, as applicable, before net interest income (expense), taxes, depreciation and amortization, foreign currency gains or losses, acquisition-related gains or losses and stock-based compensation expense. Some or all of these items may not be applicable in any given reporting period.
    \*\*\*     The Company defines segment profitability margin as segment profitability as a percentage of consolidated revenue.

Schedule of reconciliation of net loss to total segment profitability

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| | (in thousands) | | | |
| Net loss | $(18,347 ) | $(11,754 ) | $(33,218 ) | $(15,193 ) |
| Adjustments: | | | | |
| Interest income | (912 ) | (53 ) | (1,254 ) | (249 ) |
| Interest expense | 27 | 1 | 54 | 1 |
| Foreign currency loss | 825 | 1,031 | 1,220 | 1,031 |
| Depreciation and amortization expense | 7,408 | 3,783 | 14,783 | 7,431 |
| Income tax benefit | (3,565 ) | — | (4,793 ) | — |
| Stock-based compensation expense | 9,009 | 5,495 | 16,131 | 9,390 |
| Total adjustments | 12,792 | 10,257 | 26,141 | 17,604 |
| Total segment profitability | $(5,555 ) | $(1,497 ) | $(7,077 ) | $2,411 |

Schedule of total assets by segment

| | June 30, 2018 | December 31, 2017 |
|---|---|---|
| | (in thousands) | |
| Total assets | | |
| Graduate Program Segment | $ 711,291 | $ 359,597 |
| Short Course Segment | 114,173 | 122,465 |
| Total assets | $ 825,464 | $ 482,062 |

Schedule of contract assets and liabilities

| | June 30, 2018 | December 31, 2017 |
|---|---|---|
| | (in thousands) | |
| Contract assets | | |
| Graduate Program Segment accounts receivable, net | $ 34,758 | $ 12,520 |
| Graduate Program Segment unbilled revenue | 13,776 | 666 |
| Short Course Segment accounts receivable, net | 1,277 | 988 |
| Total contract assets | $ 49,811 | $ 14,174 |
| | | |
| Contract liabilities | | |
| Graduate Program Segment deferred revenue | $ 22,829 | $ 2,523 |
| Short Course Segment deferred revenue | 8,033 | 4,501 |
| Total contract liabilities | $ 30,862 | $ 7,024 |

| **Organization, Basis of Presentation and Recent Accounting Pronouncements (Details)** | **6 Months Ended** |
|---|---|
| | **Jun. 30, 2018 segment** |
| **Organization** | |
| Number of operating segments | 2 |
| Number of reportable segments | 2 |

| Significant Accounting Policies (Details) - USD ($) $ in Millions | 6 Months Ended | | |
|---|---|---|---|
| | Jun. 30, 2018 | Jun. 30, 2017 | Dec. 31, 2017 |
| **Restricted Cash and Investments [Abstract]** | | | |
| Restricted cash | $ 0.1 | $ 101.0 | $ 0.0 |
| **Non-Cash Long-Lived Asset Additions** | | | |
| Capital asset additions during the period | $ 55.2 | 31.6 | |
| Minimum | | | |
| **Amortizable Intangible Assets** | | | |
| Useful life of capitalized content development costs | 4 years | | |
| Maximum | | | |
| **Amortizable Intangible Assets** | | | |
| Useful life of capitalized content development costs | 5 years | | |
| Accounts payable and accrued expenses | | | |
| **Marketing and Sales Costs** | | | |
| Accrued marketing costs | $ 12.3 | | $ 11.7 |
| Leasehold improvements | | | |
| **Non-Cash Long-Lived Asset Additions** | | | |
| Capital asset additions during the period | | $ 5.3 | |
| Landlord funded leasehold improvements | | | |
| **Non-Cash Long-Lived Asset Additions** | | | |
| Non-cash capital expenditure | $ 10.0 | | |
| Graduate Program Segment \| Minimum | | | |
| **Performance Obligations** | | | |
| Period of contract with university clients | 10 years | | |
| Graduate Program Segment \| Maximum | | | |
| **Performance Obligations** | | | |
| Period of contract with university clients | 15 years | | |
| Short Course Segment \| Minimum | | | |
| **Performance Obligations** | | | |
| Period of contract with university clients | 42 days | | |
| Short Course Segment \| Maximum | | | |
| **Performance Obligations** | | | |
| Period of contract with university clients | 112 days | | |

| Business Combination - Estimated fair values of the assets acquired and liabilities assumed (Details) - GetSmarter $ in Millions | Jul. 01, 2017 USD ($) |
|---|---|
| **Acquisition** | |
| Cash consideration | $ 98.7 |
| Potential earn-out payment | $ 20.0 |

| Business Combination - Pro forma combined revenue and net loss (Details) - USD ($) $ / shares in Units, $ in Thousands | 3 Months Ended Jun. 30, 2017 | 6 Months Ended Jun. 30, 2017 |
|---|---|---|
| **Business Combination** | | |
| Pro forma revenue | $ 68,481 | $ 137,518 |
| Pro forma net loss | $ (14,610) | $ (19,367) |
| Pro forma net loss per share, basic and diluted | $ (0.31) | $ (0.41) |

| Goodwill and Amortizable Intangible Assets - Amortizable Intangible Assets (Details) - USD ($) $ in Thousands | 6 Months Ended | |
|---|---|---|
| | Jun. 30, 2018 | Dec. 31, 2017 |
| **Goodwill and Amortizable Intangible Assets** | | |
| Balance as of December 31, 2017 | $ 71,988 | |
| Foreign currency translation adjustments | (7,115) | |
| Balance as of June 30, 2018 | 64,873 | |
| Gross Carrying Amount | 169,327 | $ 124,542 |
| Accumulated Amortization | (43,265) | (33,781) |
| Net Carrying Amount | $ 126,062 | 90,761 |
| Capitalized technology | | |
| **Goodwill and Amortizable Intangible Assets** | | |
| Estimated Average Useful Life (in years) | 3 years | |
| Gross Carrying Amount | $ 59,549 | 27,108 |
| Accumulated Amortization | (12,269) | (9,486) |
| Net Carrying Amount | 47,280 | 17,622 |
| Capitalized content development | | |
| **Goodwill and Amortizable Intangible Assets** | | |
| Gross Carrying Amount | 65,981 | 55,872 |
| Accumulated Amortization | (25,988) | (21,417) |
| Net Carrying Amount | $ 39,993 | 34,455 |
| Capitalized content development \| Minimum | | |
| **Goodwill and Amortizable Intangible Assets** | | |
| Estimated Average Useful Life (in years) | 4 years | |
| Capitalized content development \| Maximum | | |
| **Goodwill and Amortizable Intangible Assets** | | |
| Estimated Average Useful Life (in years) | 5 years | |
| University client relationships | | |
| **Goodwill and Amortizable Intangible Assets** | | |
| Estimated Average Useful Life (in years) | 9 years | |
| Gross Carrying Amount | $ 26,757 | 29,443 |
| Accumulated Amortization | (2,973) | (1,636) |
| Net Carrying Amount | $ 23,784 | 27,807 |
| Trade names and domain names | | |
| **Goodwill and Amortizable Intangible Assets** | | |
| Estimated Average Useful Life (in years) | 10 years | |
| Gross Carrying Amount | $ 17,040 | 12,119 |
| Accumulated Amortization | (2,035) | (1,242) |
| Net Carrying Amount | 15,005 | 10,877 |
| In process capitalized technology and content development | | |
| **Goodwill and Amortizable Intangible Assets** | | |
| Net Carrying Amount | 30,600 | $ 15,600 |
| Short Course Segment | | |

| | |
|---|---|
| Balance as of December 31, 2017 | 71,988 |
| Foreign currency translation adjustments | (7,115) |
| Balance as of June 30, 2018 | $ 64,873 |

| Goodwill and Amortizable Intangible Assets - Estimated Future Amortization Expense (Details) - USD ($) $ in Thousands | 3 Months Ended | | | 6 Months Ended | | |
|---|---|---|---|---|---|---|
| | Jun. 30, 2018 | Mar. 31, 2018 | Jun. 30, 2017 | Jun. 30, 2018 | Jun. 30, 2017 | Dec. 31, 2017 |
| **Finite-Lived Intangible Assets [Line Items]** | | | | | | |
| Payments made for acquisition of software | | | | $ 9,500 | | |
| Purchase of website and domains | | | | 5,700 | | |
| Amortization expense | $ 5,500 | | $ 2,700 | 10,700 | $ 5,100 | |
| **Future amortization expense** | | | | | | |
| Net Carrying Amount | 126,062 | | | 126,062 | | $ 90,761 |
| Excluding in process capitalized technology and content development | | | | | | |
| **Future amortization expense** | | | | | | |
| Remainder of 2018 | 12,531 | | | 12,531 | | |
| 2019 | 20,973 | | | 20,973 | | |
| 2020 | 17,978 | | | 17,978 | | |
| 2021 | 13,665 | | | 13,665 | | |
| 2022 | 9,924 | | | 9,924 | | |
| Thereafter | 20,362 | | | 20,362 | | |
| Net Carrying Amount | 95,433 | | | 95,433 | | |
| WeWork Companies, Inc. | | | | | | |
| **Finite-Lived Intangible Assets [Line Items]** | | | | | | |
| Agreement to offer scholarships | | | | 5,000 | | |
| Flatiron School, Inc | Software development license and services agreement | | | | | | |
| **Finite-Lived Intangible Assets [Line Items]** | | | | | | |
| License and service cost | | $ 14,500 | | | | |
| Payments made for acquisition of software | | | | 13,200 | | |
| Accrued liability current | 4,200 | | | 4,200 | | |
| Outstanding license and software services Consideration | $ 1,300 | | | $ 1,300 | | |

| Debt (Details)<br>$ in Thousands | Jun. 30, 2018<br>USD ($)<br>item | Dec. 31, 2017<br>USD ($) |
|---|---|---|
| **<u>Lines of Credit</u>** | | |
| <u>Aggregate borrowing base</u> | $ 25,000 | |
| <u>Amount outstanding</u> | 0 | $ 0 |
| <u>Security deposit</u> | $ 15,000 | |
| **<u>Government Grants</u>** | | |
| <u>Number of government grants \| item</u> | 2 | |
| <u>Amount of loan</u> | $ 3,500 | 3,500 |
| <u>Prince George's County, Maryland</u> | | |
| **<u>Government Grants</u>** | | |
| <u>Loan interest rate (in percentage)</u> | 3.00% | |
| <u>Department of Commerce</u> | | |
| **<u>Government Grants</u>** | | |
| <u>Loan interest rate (in percentage)</u> | 3.00% | |
| <u>Standby letters of credit</u> | | |
| **<u>Lines of Credit</u>** | | |
| <u>Aggregate borrowing base</u> | $ 10,000 | |
| <u>Short Course Segment \| Revolving working capital facility</u> | | |
| **<u>Lines of Credit</u>** | | |
| <u>Aggregate borrowing base</u> | | $ 1,900 |

| Income Taxes (Details) - USD ($) $ in Thousands | 3 Months Ended | | 6 Months Ended | |
|---|---|---|---|---|
| | Jun. 30, 2018 | Jun. 30, 2017 | Jun. 30, 2018 | Jun. 30, 2017 |
| **Income Taxes** | | | | |
| Income tax benefit | $ (3,565) | | $ (4,793) | |
| Tax benefit related to intangible assets and others | $ (600) | | $ (1,800) | |
| U.S. statutory federal income tax rate (as a percent) | 16.00% | 0.00% | 13.00% | 0.00% |

| Stockholders' Equity (Details) - USD ($) $ / shares in Units, $ in Thousands | May 22, 2018 | Jan. 01, 2018 | Jan. 01, 2017 | 6 Months Ended Jun. 30, 2018 | Dec. 31, 2017 |
|---|---|---|---|---|---|
| **Stockholders' Equity** | | | | | |
| Proceeds from issuance of common stock, net of offering costs | | | | $ 330,862 | |
| Authorized shares of capital stock | | | | 205,000,000 | |
| Authorized shares of common stock | | | | 200,000,000 | 200,000,000 |
| Authorized shares of preferred stock | | | | 5,000,000 | 5,000,000 |
| **Shares of common stock reserved for future issuance** | | | | | |
| Outstanding stock options | | | | 4,659,638 | |
| Possible future issuance under 2014 Equity Incentive Plan | | | | 6,096,824 | |
| Outstanding restricted stock units | | | | 1,280,627 | |
| Available for future issuance under employee stock purchase plan | | | | 1,000,000 | |
| Total shares of common stock reserved for future issuance | | | | 13,037,089 | |
| Stock options | | | | | |
| **Stockholders equity compensation** | | | | | |
| Granted (in shares) | | | | 655,524 | |
| Weighted-average exercise price (in dollars per share) | | | | $ 84.12 | |
| Equity Incentive Plan 2014 \| Stock options | | | | | |
| **Stockholders equity compensation** | | | | | |
| Granted (in shares) | | 2,625,292 | | | |
| Weighted-average exercise price (in dollars per share) | | $ 2,357,579.00 | | | |
| Common Stock | | | | | |
| **Stockholders' Equity** | | | | | |
| Shares issued | 3,833,334 | | | 3,833,334 | |
| Proceeds from issuance of common stock, net of offering costs | $ 330,800 | | | | |
| Common Stock \| Underwriters' over-allotment option | | | | | |
| **Stockholders' Equity** | | | | | |
| Shares issued | 500,000 | | | | |

| Stock-Based Compensation - Expense (Details) | Jun. 05, 2017 USD ($) | 3 Months Ended | | 6 Months Ended | |
|---|---|---|---|---|---|
| | | Jun. 30, 2018 USD ($) item | Jun. 30, 2017 USD ($) | Jun. 30, 2018 USD ($) item | Jun. 30, 2017 USD ($) |
| **Stock-based compensation expense included in the unaudited condensed consolidated statements of operations** | | | | | |
| Number of share-based employee compensation plans \| item | | 2 | | 2 | |
| Percentage of purchase price to fair market value | 90.00% | | | | |
| Maximum payroll deduction amount per calendar year | $ 25,000 | | | | |
| Stock-based compensation expense | | $ 9,009,000 | $ 5,495,000 | $ 16,131,000 | $ 9,390,000 |
| Curriculum and teaching | | | | | |
| **Stock-based compensation expense included in the unaudited condensed consolidated statements of operations** | | | | | |
| Stock-based compensation expense | | 5,000 | | 7,000 | |
| Servicing and support | | | | | |
| **Stock-based compensation expense included in the unaudited condensed consolidated statements of operations** | | | | | |
| Stock-based compensation expense | | 1,320,000 | 1,161,000 | 2,192,000 | 1,856,000 |
| Technology and content development | | | | | |
| **Stock-based compensation expense included in the unaudited condensed consolidated statements of operations** | | | | | |
| Stock-based compensation expense | | 1,075,000 | 897,000 | 1,786,000 | 1,543,000 |
| Marketing and sales | | | | | |
| **Stock-based compensation expense included in the unaudited condensed consolidated statements of operations** | | | | | |
| Stock-based compensation expense | | 718,000 | 430,000 | 1,207,000 | 772,000 |
| General and administrative | | | | | |
| **Stock-based compensation expense included in the unaudited condensed consolidated statements of operations** | | | | | |
| Stock-based compensation expense | | $ 5,891,000 | $ 3,007,000 | $ 10,939,000 | $ 5,219,000 |
| Minimum | | | | | |
| **Stock-based compensation expense included in the unaudited condensed consolidated statements of operations** | | | | | |
| Percentage of payroll deduction | 1.00% | | | | |
| Maximum | | | | | |
| **Stock-based compensation expense included in the unaudited condensed consolidated statements of operations** | | | | | |
| Percentage of payroll deduction | 15.00% | | | | |

| Stock-Based Compensation - Other (Details) $ / shares in Units, $ in Millions | 6 Months Ended Jun. 30, 2018 USD ($) $ / shares shares |
|---|---|
| Stock options | |
| **Number of Options** | |
| Outstanding balance at the beginning of the period (in shares) | shares | 4,559,176 |
| Granted (in shares) | shares | 655,524 |
| Exercised (in shares) | shares | (501,531) |
| Forfeited (in shares) | shares | (53,531) |
| Outstanding balance at the end of the period (in shares) | shares | 4,659,638 |
| Exercisable at the end of the period (in shares) | shares | 3,201,819 |
| **Weighted Average Exercise Price per Share** | |
| Outstanding balance at the beginning of the period (in dollars per share) | $ / shares | $ 15.10 |
| Granted (in dollars per share) | $ / shares | 84.12 |
| Exercised (in dollars per share) | $ / shares | 9.56 |
| Forfeited (in dollars per share) | $ / shares | 35.69 |
| Outstanding balance at the end of the period (in dollars per share) | $ / shares | 25.17 |
| Exercisable at the end of the period (in dollars per share) | $ / shares | $ 11.26 |
| **Weighted Average Remaining Contractual Term (in years)** | |
| Share-based Compensation Arrangement by Share-based Payment Award, Options, Exercisable, Weighted Average Remaining Contractual Term | 4 years 8 months 23 days |
| **Aggregate Intrinsic Value** | |
| Exercisable at the end of the period | $ | $ 231.5 |
| Restricted Stock Units | |
| **Summary of restricted stock unit activity** | |
| Outstanding balance at the beginning of the period (in shares) | shares | 1,413,423 |
| Granted (in shares) | shares | 440,818 |
| Vested (in shares) | shares | (517,050) |
| Forfeited (in shares) | shares | (56,564) |
| Outstanding balance at the end of the period (in shares) | shares | 1,280,627 |
| **Weighted-Average Grant-Date Fair value** | |
| Outstanding at the beginning of the period (in dollars per share) | $ / shares | $ 29.95 |
| Granted (in dollars per share) | $ / shares | 81.39 |
| Vested (in dollars per share) | $ / shares | 23.34 |
| Forfeited (in dollars per share) | $ / shares | 36.38 |
| Outstanding at the end of the period (in dollars per share) | $ / shares | $ 50.04 |

| Net Loss per Share - Antidilutive (Details) - shares | 3 Months Ended | | 6 Months Ended | |
|---|---|---|---|---|
| | Jun. 30, 2018 | Jun. 30, 2017 | Jun. 30, 2018 | Jun. 30, 2017 |
| Restricted Stock Units | | | | |
| **Potential dilutive securities that would have been anti-dilutive** | | | | |
| Potential dilutive securities that would have been anti-dilutive due to net loss (in shares) | 1,280,627 | 1,355,393 | 1,280,627 | 1,355,393 |
| Stock options | | | | |
| **Potential dilutive securities that would have been anti-dilutive** | | | | |
| Potential dilutive securities that would have been anti-dilutive due to net loss (in shares) | 4,659,638 | 5,095,909 | 4,659,638 | 5,095,909 |

| Net Loss per Share - Other (Details) - USD ($) $ / shares in Units, $ in Thousands | 3 Months Ended | | 6 Months Ended | |
|---|---|---|---|---|
| | Jun. 30, 2018 | Jun. 30, 2017 | Jun. 30, 2018 | Jun. 30, 2017 |
| **Numerator (in thousands):** | | | | |
| Net loss | $ (18,347) | $ (11,754) | $ (33,218) | $ (15,193) |
| **Denominator:** | | | | |
| Weighted-average shares of common stock outstanding, basic and diluted | 54,981,192 | 47,668,397 | 53,840,582 | 47,454,059 |
| Net loss per share, basic and diluted (in dollars per share) | $ (0.33) | $ (0.25) | $ (0.62) | $ (0.32) |

| Segment and Geographic Information - Concentration Risk (Details) $ in Thousands | 3 Months Ended | | 6 Months Ended | | 12 Months Ended |
|---|---|---|---|---|---|
| | Jun. 30, 2018 USD ($) client | Jun. 30, 2017 USD ($) client | Jun. 30, 2018 USD ($) segment client | Jun. 30, 2017 USD ($) client | Dec. 31, 2017 USD ($) client |
| **Segment Information** | | | | | |
| Number of operating segments | segment | | | 2 | | |
| Number of reportable segments | segment | | | 2 | | |
| Revenue | $ 97,423 | $ 64,995 | $ 189,711 | $ 129,824 | |
| Accounts receivable, net | 50,031 | | 50,031 | | $ 14,174 |
| Graduate Program Segment | | | | | |
| **Segment Information** | | | | | |
| Revenue | 81,209 | $ 64,995 | 161,768 | $ 129,824 | |
| Accounts receivable, net | 34,758 | | 34,758 | | 12,520 |
| Short Course Segment | | | | | |
| **Segment Information** | | | | | |
| Revenue | 16,214 | | 27,943 | | |
| Accounts receivable, net | $ 1,277 | | $ 1,277 | | $ 988 |
| Customer concentration risk | Revenue | Graduate Program Segment | | | | | |
| **Segment Information** | | | | | |
| Number of clients who account for more then 10% | client | 3 | 4 | 3 | 4 | |
| Percentage of concentration of credit risk | 10.00% | 10.00% | 10.00% | 10.00% | |
| Customer concentration risk | Revenue | Short Course Segment | | | | | |
| **Segment Information** | | | | | |
| Number of clients who account for more then 10% | client | 0 | | 0 | | |
| Percentage of concentration of credit risk | 10.00% | | 10.00% | | |
| Customer concentration risk | Accounts receivable, net | Short Course Segment | | | | | |
| **Segment Information** | | | | | |
| Accounts receivable, net | $ 0 | | $ 0 | | |
| Customer concentration risk | Revenue Segment | Short Course Segment | | | | | |
| **Segment Information** | | | | | |
| Number of clients who account for more then 10% | client | 3 | | 3 | | |
| Credit concentration risk | Accounts receivable, net | Graduate Program Segment | | | | | |
| **Segment Information** | | | | | |
| Number of clients who account for more then 10% | client | | | 2 | | 2 |
| Percentage of concentration of credit risk | | | 10.00% | | 10.00% |
| Credit concentration risk | Accounts receivable, net | Short Course Segment | | | | | |
| **Segment Information** | | | | | |
| Percentage of concentration of credit risk | 10.00% | | 10.00% | | |

**Segment Information**

| | | | | |
|---|---|---|---|---|
| Revenue | $ 20,400 | $ 19,100 | $ 41,100 | $ 38,800 |
| Percentage of concentration of credit risk | 21.00% | 29.00% | 22.00% | 30.00% |

University client A | Customer concentration risk | Revenue | Short Course Segment

**Segment Information**

| | | | | |
|---|---|---|---|---|
| Percentage of concentration of credit risk | 14.00% | | 12.00% | |

University client A | Customer concentration risk | Revenue Segment | Short Course Segment

**Segment Information**

| | | | | |
|---|---|---|---|---|
| Percentage of concentration of credit risk | 83.00% | | 83.00% | |

University client A | Credit concentration risk | Accounts receivable, net | Graduate Program Segment

**Segment Information**

| | | | | |
|---|---|---|---|---|
| Accounts receivable, net | $ 26,500 | | $ 26,500 | $ 9,400 |
| Percentage of concentration of credit risk | | | 53.00% | 67.00% |

University client B | Customer concentration risk | Revenue | Graduate Program Segment

**Segment Information**

| | | | | |
|---|---|---|---|---|
| Revenue | $ 13,100 | $ 12,100 | $ 26,500 | $ 23,800 |
| Percentage of concentration of credit risk | 13.00% | 19.00% | 14.00% | 18.00% |

University client B | Credit concentration risk | Accounts receivable, net | Graduate Program Segment

**Segment Information**

| | | | | |
|---|---|---|---|---|
| Accounts receivable, net | $ 7,500 | | $ 7,500 | $ 2,000 |
| Percentage of concentration of credit risk | | | 15.00% | 14.00% |

University client C | Customer concentration risk | Revenue | Graduate Program Segment

**Segment Information**

| | | | | |
|---|---|---|---|---|
| Revenue | $ 10,200 | $ 6,900 | $ 19,800 | $ 13,800 |
| Percentage of concentration of credit risk | 10.00% | 11.00% | 10.00% | 11.00% |

University client D | Customer concentration risk | Revenue | Graduate Program Segment

**Segment Information**

| | | | | |
|---|---|---|---|---|
| Revenue | | $ 6,800 | | $ 13,200 |
| Percentage of concentration of credit risk | | 10.00% | | 10.00% |

| Segment and Geographic Information - Revenue and Total assets by segment (Details) - USD ($) $ in Thousands | 3 Months Ended | | 6 Months Ended | | |
|---|---|---|---|---|---|
| | Jun. 30, 2018 | Jun. 30, 2017 | Jun. 30, 2018 | Jun. 30, 2017 | Dec. 31, 2017 |
| **Revenue by segment** | | | | | |
| Total segment revenue | $ 97,423 | $ 64,995 | $ 189,711 | $ 129,824 | |
| **Adjusted EBITDA (loss) by segment** | | | | | |
| Total adjusted EBITDA (loss) | (5,555) | (1,497) | (7,077) | 2,411 | |
| **Net loss** | | | | | |
| Net loss | (18,347) | (11,754) | (33,218) | (15,193) | |
| **Adjustments** | | | | | |
| Interest income | 912 | 53 | 1,254 | 249 | |
| Interest expense | 27 | 1 | 54 | 1 | |
| Foreign currency loss | 825 | 1,031 | 1,220 | 1,031 | |
| Depreciation and amortization expense | 7,408 | 3,783 | 14,783 | 7,431 | |
| Income tax benefit | (3,565) | | (4,793) | | |
| Stock-based compensation expense | 9,009 | 5,495 | 16,131 | 9,390 | |
| Total adjustments | $ 12,792 | $ 10,257 | $ 26,141 | $ 17,604 | |
| **Segment profitability margin** | | | | | |
| Total segment profitability margin | (5.70%) | (2.30%) | (3.70%) | 1.90% | |
| **Total assets** | | | | | |
| Total assets | $ 825,464 | | $ 825,464 | | $ 482,062 |
| **Contract assets** | | | | | |
| Accounts receivable, net | 50,031 | | 50,031 | | 14,174 |
| Contract assets | 49,811 | | 49,811 | | 14,174 |
| **Contract liabilities** | | | | | |
| Contract liabilities | 30,862 | | 30,862 | | 7,024 |
| Graduate Program Segment | | | | | |
| **Revenue by segment** | | | | | |
| Total segment revenue | 81,209 | $ 64,995 | 161,768 | $ 129,824 | |
| **Adjusted EBITDA (loss) by segment** | | | | | |
| Total adjusted EBITDA (loss) | $ (5,905) | $ (1,497) | $ (6,179) | $ 2,411 | |
| **Segment profitability margin** | | | | | |
| Total segment profitability margin | (6.10%) | (2.30%) | (3.20%) | 1.90% | |
| **Total assets** | | | | | |
| Total assets | $ 711,291 | | $ 711,291 | | 359,597 |
| **Contract assets** | | | | | |
| Accounts receivable, net | 34,758 | | 34,758 | | 12,520 |
| unbilled revenue | 13,776 | | 13,776 | | 666 |
| **Contract liabilities** | | | | | |
| Contract liabilities | 22,829 | | 22,829 | | 2,523 |
| **Movement from deferred revenue** | | | | | |
| Deferred revenue reclassified to revenue | 0 | | 2,500 | | |
| **Contract Acquisition Costs** | | | | | |

Capitalized contract cost

Amortization expense of capitalized contract cost  0                    0

Short Course Segment

**Revenue by segment**

Total segment revenue                    16,214              27,943

**Adjusted EBITDA (loss) by segment**

Total adjusted EBITDA (loss)             $ 350              $ (898)

**Segment profitability margin**

Total segment profitability margin       0.40%              (0.50%)

**Total assets**

Total assets                             $ 114,173          $ 114,173          122,465

**Contract assets**

Accounts receivable, net                 1,277              1,277              988

**Contract liabilities**

Contract liabilities                     8,033              8,033              $ 4,501

**Movement from deferred revenue**

Deferred revenue reclassified to revenue  $ 0               $ 4,500

| Segment and Geographic Information - Geographical Information (Details) - USD ($) $ in Thousands | 3 Months Ended | | 6 Months Ended | | |
|---|---|---|---|---|---|
| | Jun. 30, 2018 | Jun. 30, 2017 | Jun. 30, 2018 | Jun. 30, 2017 | Dec. 31, 2017 |
| **Geographical Information** | | | | | |
| Revenue | $ 97,423 | $ 64,995 | $ 189,711 | $ 129,824 | |
| Short Course Segment | | | | | |
| **Geographical Information** | | | | | |
| Revenue | 16,214 | | 27,943 | | |
| Short Course Segment | Non-US | | | | | |
| **Geographical Information** | | | | | |
| Revenue | 9,800 | | 17,200 | | |
| Long-lived assets | $ 1,100 | | $ 1,100 | | $ 700 |