UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE 2U, INC. SECURITIES CLASS ACTION | Consolidated Case Nos. TDC-19-3455 and TDC-20-10006 |

**DECLARATION OF EMMA GILMORE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

I, Emma Gilmore, hereby declare and state as follows:

1.      I am a partner at the law firm of Pomerantz LLP, Counsel for Lead Plaintiff Fiyyaz Pirani and Lead Counsel for the Class, and I am an attorney licensed to practice in the State of New York. I am admitted *pro hac vice* to practice in the U.S. District Court for the District of Maryland for this matter.

2.      I respectfully submit this declaration to put before the Court a true and correct copy of the following document cited in Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Class Action Complaint.

3.      Attached hereto as Exhibit A is a true and correct copy of the Spruce Point Report on 2U, Inc., dated July 19, 2018.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: December 18, 2020                        */s/ Emma Gilmore*
                                                     Emma Gilmore