*In re 2U Securities Litigation,* **Case No. 8:19-cv-03455-TDC (D. Md. 2019)**

**Appendix D: Former Employee Statements in Complaint and Opposition**

| Former Employee | Alleged Position | Alleged FE Statements in Complaint[1] | Opposition[2] |
|---|---|---|---|
| **FE-1** | "[W]orked in" the Office of the CEO. ¶ 86. | "FE-1 recalled that Defendant Paucek was working closely with the Chief Marketing Officer, Defendant Mokkarala **to figure out how to enroll more students**." ¶ 86. | "FE-1 recalled that Paucek was working closely with the Chief Marketing Officer, Defendant Mokkarala, **on the issue of low enrollments**." Opp. 10-11 (citing ¶ 86). |
| | | "Indeed, she observed that while enrollment was not a concern when she first started at 2U, by February 2018 **low enrollment became a topic and remained one**." ¶ 356. | "FE-1 observed that while enrollment was not a concern when she first started at 2U, by February 2018 low enrollment became a topic of discussion **for Paucek and other senior executives at 2U**—and remained **a concern**. Opp. 25 (citing ¶ 356). |
| | | "While she did not attend meetings where Paucek discussed initiatives to improve enrollment, she understood **that he was trying to figure out what to do to enroll more students**. According to FE-1, Defendant Paucek and 2U leadership were approaching the enrollment issue as something they should think about addressing. In this regard, she explained that Defendant Paucek was working closely with then-Chief Marketing Officer, Defendant Mokkarala." ¶ 357. | "[FE-1] explained that Paucek was working closely with then-Chief Marketing Officer, Defendant Mokkarala, **on the issue of low enrollments**." Opp. 25 (citing ¶ 357). |

[1] All paragraph citations refer to paragraphs in the Complaint.

[2] Bolded claims are not directly supported in the Complaint.

| Former Employee | Alleged Position | Alleged FE Statements in Complaint[1] | Opposition[2] |
|---|---|---|---|
| FE-2 | Manager and Senior Manager (until early 2019); subsequent position unspecified. ¶¶ 88, 471. | "FE-2 also explained that as early as February 2018, **the Company's sales goals were unreachable**." ¶ 498. | "For example, FE-2 explained that enrollment projections began to stall in 2017 and worsened in 2018, and it was evident by early February 2018 that **2U's projections were simply unreachable**." Opp. 44-45 (citing ¶¶ 471-72, 498). |
| FE-7 | Senior Admissions Counselor, Syracuse MBA Program (date unspecified); Director of Sales at 2U (April 2018-October 2019). ¶ 106. | "**FE-7 served as director of sales at 2U**, from April 2018 to October 2019.  In that role, FE-7 ran a sales team with two managers and 20 admissions counselors that solicited students to sign up for 2U's University of Dayton MBA program.  She had **previously worked as a senior admissions counselor the [sic] Syracuse MBA program**.  According to FE-7, 2U had oversaturated the market for MBA's and was competing with its own programs at different universities." ¶ 106. | "Indeed, former employees describe similar **[enrollment] problems in other programs**, including **Syracuse's MBA Program**." Opp. 12 (citing ¶ 106)." |
| FE-8 | Admissions Counselor at 2U for USC's Social Work Program (March 2015-August 2018); Executive Admissions Counselor at 2U for the American University (September 2018-June 2019). ¶ 113. | "FE-8 explained that the multi-program vertical strategy was **built around the idea** that if 2U built another university partnership around the same sort of program they had already developed for an existing-client university, **they could save marketing money**." ¶ 113 | "Indeed, former employees describe similar **[enrollment] problems in other programs**, including . . . American University." Opp. 12 (citing ¶ 113). |

| Former Employee | Alleged Position | Alleged FE Statements in Complaint[1] | Opposition[2] |
|---|---|---|---|
| **FE-9** | Senior Sales Representative at 2U for USC's Master of Education in School Counseling (June 2014-August 2017); Sales Manager at 2U (August 2017-March 2019). ¶ 116. | "FE-9 explained that the program she worked on, USC's Master of Education in School Counseling, **was extremely expensive**, costing over $92,000, but students could apply somewhere else and pay half the amount of money for the same degree. She further observed that the **market was getting more and more saturated** as 2U partnered with other universities offering similar school counseling programs, and found that many of the **prospective students were shopping around looking for the cheapest programs**." ¶ 116. | "Indeed, former employees describe similar **[enrollment] problems in other programs**, including . . . USC's Master of Education in School Counseling." Opp. 12 (citing ¶ 116). |
| **FE-11** | Admissions Counselor at Pepperdine's Legal Studies or Master of Dispute Resolution Programs. ¶ 119. | "FE-11, an admissions counselor responsible for contacting students who had expressed interest in the Master of Legal Studies or Master of Dispute Resolution programs at Pepperdine University from March 2018 to November 2019, similarly expressed that the **other 2U programs were the primary competitors that she dealt with in her role**." ¶ 119. | "Indeed, former employees describe similar **[enrollment] problems in other programs**, including . . . Master of Legal Studies and Master of Dispute Resolution at Pepperdine University." Opp. 12 (citing ¶ 119). |

| Former Employee | Alleged Position | Alleged FE Statements in Complaint[1] | Opposition[2] |
|---|---|---|---|
| **FE-12** | Senior Admissions Counselor at University of Dayton's Master of Science in Education. ¶ 120. | "Similarly, FE-12 grew frustrated with the level of competition her programs faced from 2U offerings **within the same vertical but offered in partnership with different 2U partners**. . . . FE-12 stated that she felt constant pressure to compete against her own company.  The 2U admissions teams "lead share" within verticals, explained FE-12, which meant that 2U gave the admissions staff for each program in a vertical access to one another's leads, a practice that was frustrating for the admissions staff and the prospective students." ¶ 120. | "Indeed, former employees describe similar **[enrollment] problems in other programs**, including . . . Master of Science in Education at the University of Dayton."  Opp. 12 (citing ¶ 120). |
| **FE-13** | Admissions Counselor/Placement Specialist. ¶ 122. | "Similarly, FE-13 explained that once a quarter, Defendant Paucek participated in Company calls over Zoom where leadership **talked about which programs were doing really well and which were not**." ¶ 348. | "Similarly, FE-13 explained that once a quarter, Paucek participated in Company calls over Zoom where leadership **discussed enrollment numbers for each program**." Opp. 27 (citing ¶ 348). |

| Former Employee | Alleged Position | Alleged FE Statements in Complaint[1] | Opposition[2] |
|---|---|---|---|
| **FE-14** | Executive Admissions Counselor, Rice University, MBA Program. ¶ 124. | "FE-14 explained that selling students on enrolling in the pricey online MBA program at Rice University was a high-touch endeavor and that the sales cycle was long and labor intensive.  She said that the time devoted to enrolling each new student was significant and the sales cycle typically stretched about six months from initial student contact through enrollment.  Though **the flow of leads was steady**, the expectations always seemed unrealistic given the particulars of the sales process." ¶ 125. | "Indeed, former employees describe similar **[enrollment] problems in other programs**, including . . . Rice's MBA program."  Opp. 12 (citing ¶¶ 124-25, 127). |