## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Electronic Filing and

all accompanying filings will be sent by courier to the court within 48 hours of filing.


/s/ J. Christian Word
J. Christian Word