IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE 2U, INC. SECURITIES CLASS ACTION | Consolidated Case Nos. TDC-19-3455 and TDC-20-1006 |

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 101(2)(a)(1), Defendants 2U, Inc., Christopher J. Paucek, Catherine A. Graham, Harsha Mokkarala, Paul A. Maeder, Robert M. Stavis, Gregory K. Peters, Timothy M. Haley, Earl Lewis, Coretha M. Rushing, Valerie B. Jarrett, Mark J. Chernis, Sallie L. Krawcheck, John M. Larson, and Edward S. Macias ("Defendants"), by and through counsel, hereby request that Amanda Betsch be withdrawn as counsel in this matter. Defendants continue to be represented by J. Christian Word and Sarah A. Tomkowiak.

WHEREFORE, Defendants respectfully request that the Court enter an order permitting Ms. Betsch to withdraw as counsel for Defendants.

Dated: April 1, 2021

Respectfully submitted,

/s/ J. Christian Word
J. Christian Word (Bar No. 26400)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

E-mail: christian.word@lw.com

*Attorney for Defendants 2U, Inc., Christopher J. Paucek, Catherine A. Graham, Harsha Mokkarala, Paul A. Maeder, Robert M. Stavis, Gregory K. Peters, Timothy M. Haley, Earl Lewis, Coretha M. Rushing, Valerie B. Jarrett, Mark J. Chernis, Sallie L. Krawcheck, John M. Larson, Edward S. Macias*