**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE 2U, INC.<br>SECURITIES CLASS ACTION | Civil Action Nos. TDC-19-3455<br>TDC-20-1006 |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss, ECF No. 144, is GRANTED IN PART and DENIED IN PART.

2. The Motion is granted as to the claims in Count IV under Section 12(a)(2) of the Securities Act of 1933 ("the Securities Act"), 15 U.S.C. § 77l (2018), against (a) Defendants Christopher J. Paucek and Catherine A. Graham, and (b) the Underwriter Defendants and the Director Defendants, as those terms are defined in the Memorandum Opinion.

3. The Motion is also granted as to the Securities Act claims in Counts III, IV, and V based on the third, fourth and fifth false statements or omissions of material fact, as identified in the Memorandum Opinion, and as to the Securities Act claims based on Item 105 of Regulation S-K, 17 C.F.R. § 229.105 (2021), relating to the second, third, fourth, and fifth risk factors as identified in the Memorandum Opinion.

4. The Motion is otherwise denied.

5.  Defendants shall file an Answer to the remaining claims within **14 days** of the date of this

    Order.

Date:  August 5, 2021

THEODORE D. CHUANG
United States District Judge