# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

IN RE 2U, INC.
SECURITIES CLASS ACTION

Civil Action Nos. TDC-19-3455
TDC-20-1006

## ORDER

For the reasons stated during the September 10, 2021 Case Management Conference, it is hereby ORDERED that:

1. Defendants shall file their Answer by **Thursday, September 16, 2021**.

2. Defendants may file a Revised Notice of Intent once discovery is complete on the issues identified in Defendants' Notice of Intent to File a Motion for Reconsideration, ECF No. 174.

Date: September 13, 2021



THEODORE D. CHUANG
United States District Judge