## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE 2U, INC. SECURITIES CLASS ACTION | Consolidated Case Nos. TDC-19-3455 and TDC-20-10006 |

### MOTION TO WITHDRAW AS COUNSEL

NOW COMES Thomas W. Watson ("Mr. Watson"), counsel for Additional Named Plaintiff Oklahoma City Employee Retirement System and Lead Plaintiff Fiyyaz Pirani (collectively, "Plaintiffs"), moving to withdraw as counsel pursuant to this Motion to Withdraw as Counsel for Plaintiffs pursuant to LR83.17. In support thereof, Mr. Watson states as follows:

1. Mr. Watson is one of Plaintiffs' attorneys in this matter.

2. On November 27, 2020, Mr. Watson left Labaton Sucharow LLP.

3. Plaintiffs will continue to be represented by attorneys James W. Johnson, Michael Rogers, Lara A. Goldstone and James T. Christie of the law firm Labaton Sucharow LLP.

WHEREFORE, Thomas W. Watson respectfully requests the Court enter an order permitting Mr. Watson to withdraw as counsel of record for Plaintiffs and grant such other relief as this Court deems just and proper.

Dated: December 2, 2021                    Respectfully Submitted,

/s/ Thomas W. Watson
Thomas W. Watson

Motion: Granted 12/2/2021

Theodore D. Chuang
United States District Judge