555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com



FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Moscow |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh* |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

January 14, 2022

**CONFIDENTIAL**

**VIA EMAIL**

Emma Gilmore
Pomerantz LLP
600 Third Avenue
New York, New York 10016

James T. Christie
Labaton Sucharow
140 Broadway
New York, NY 10005

      **Re: *In re 2U, Inc. Securities Class Action*, Consolidated Case No. 8:19-cv-3455 TDC**

Dear Emma and James:

Redacted

**LATHAM&WATKINS** LLP

Redacted

CONFIDENTIAL

**LATHAM&WATKINS** LLP

**LATHAM&WATKINS** LLP

Redacted

CONFIDENTIAL

**LATHAM&WATKINS**LLP

Please let me know when you would like to discuss this matter further.

Best regards,

/s/ *Christian Word*
J. Christian Word
of LATHAM & WATKINS LLP

cc:    All Counsel of Record

CONFIDENTIAL

Redacted



2U-00000232

Redacted



2U-00000233

Redacted

Redacted



CONFIDENTIAL

Redacted

Redacted

CONFIDENTIAL