**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

|  |  |
|---|---|
| IN RE 2U, INC. SECURITIES CLASS ACTION | Consolidated Case No. 8:19-cv-03455-TDC |

**JOINT MOTION AND [PROPOSED ORDER] FOR
TEMPORARY STAY PENDING MEDIATION**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 105.9, Lead Plaintiff Fiyyaz Pirani and Plaintiff Oklahoma City Employees Retirement Systems (collectively "Plaintiffs") and Defendants 2U, Inc., Christopher J. Paucek, Catherine A. Graham, Harsha Mokkarala, Paul A. Maeder, Robert M. Stavis, Gregory K. Peters, Timothy M. Haley, Valerie B. Jarrett, Earl Lewis, Coretha M. Rushing, Sallie L. Krawcheck, John M. Larson, Edward S. Macias, Mark J. Chernis (collectively, the "2U Defendants"), Goldman Sachs & Co. LLC, Credit Suisse Securities (USA) LLC, Citigroup Global Markets Inc., Compass Point Research & Trading, LLC, KeyBanc Capital Markets Inc., and Macquarie Capital (USA) Inc. (collectively, the "Underwriter Defendants," with the 2U Defendants and Plaintiffs, the "Parties") jointly by and through their undersigned counsel, hereby move for an order staying the above-captioned action (the "Action"), including all proceedings, hearings, discovery, pending motions, and deadlines, until April 19, 2022.  In support, the Parties state as follows:

1.    WHEREAS, in the interests of judicial efficiency and economy, the Parties would like an opportunity to resolve the Action informally without further litigation;

2.    WHEREAS, the Parties are scheduling a mediation addressing all remaining claims in the Action for April 5, 2022;

3.    WHEREAS, the Parties believe that a temporary stay of the Action would facilitate their ongoing efforts to resolve this Action and allow them to focus on the upcoming mediation;

4.    WHEREAS, the Parties desire to avoid further expenditure of this Court's resources or their own pending completion of mediation;

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, the Parties respectfully request that this Court order that the Action be stayed, including all proceedings, hearings, discovery, pending motions, and deadlines, until April 19, 2022 and the current deadlines set forth in the October 4, 2021 Order modifying the September 20, 2021 Scheduling Order (ECF 195) be extended as follows:

| Event | Current Date (ECF 195) | Proposed Date |
|---|---|---|
| Substantial Completion of Document Production | February 28, 2022 | May 17, 2022 |
| Defendants' Opposition to Plaintiffs' Motion for Class Certification | March 4, 2022 | June 14, 2022 |
| Plaintiffs' Reply in Support of Motion for Class Certification | April 29, 2022 | August 9, 2022 |
| Fact Discovery Concluded | May 25, 2022 | July 26, 2022 |
| Requests for Admission | June 1, 2022 | August 2, 2022 |
| Initial Expert Reports | June 29, 2022 | August 30, 2022 |
| Rebuttal Expert Reports | July 27, 2022 | September 28, 2022 |
| Reply Expert Reports | August 10, 2022 | October 11, 2022 |

| Event | Current Date (ECF 195) | Proposed Date |
|---|---|---|
| Rule 26(e)(2) Supplementation of Disclosures and Responses | August 17, 2022 | October 18, 2022 |
| Expert Discovery Concluded; Submission of a Post-Discovery Joint Status Report | September 14, 2022 | November 15, 2022 |
| Notice of Intent to File a Pretrial Dispositive Motion | September 21, 2022 | November 22, 2022 |

Date: February 17, 2022

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ J. Christian Word
J. Christian Word (Bar No.: 26400)
Sarah A. Tomkowiak (admitted *pro hac vice*)
555 Eleventh Street, NW
Suite 1000
Washington DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
christian.word@lw.com
sarah.tomkowiak@lw.com

*Attorneys for Defendants 2U, Inc., Christopher J. Paucek, Catherine A. Graham, Harsha Mokkarala, Paul A. Maeder, Robert M. Stavis, Gregory K. Peters, Timothy M. Haley, Valerie B. Jarrett, Earl Lewis, Coretha M. Rushing, Sallie L. Krawcheck, John M. Larson, Edward S. Macias, and Mark J. Chernis*

**PAUL HASTINGS LLP**

By: /s/ Kevin P. Broughel
Kevin P. Broughel (*pro hac vice*)
(signed by J. Christian Word with permission of Kevin P. Broughel)
Barry G. Sher (admitted *pro hac vice*)
200 Park Avenue

3

New York, New York 10166
Telephone: (212) 318-6000
Fax: (212) 319-4090
barrysher@paulhastings.com
kevinbroughel@paulhastings.com

Behnam Dayanim (Bar No.: 22442)
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1737
Fax: (202) 551-0237
bdayanim@paulhastings.com

*Attorneys for Defendants Goldman Sachs &
Co. LLC, Credit Suisse Securities (USA) LLC,
Citigroup Global Markets Inc., Compass
Point Research & Trading, LLC, KeyBanc
Capital Markets Inc., and Macquarie Capital
(USA) Inc.*

**POMERANTZ LLP**

*By: /s/ Emma Gilmore*
Emma Gilmore (admitted *pro hac vice*)
(signed by J. Christian Word with permission of
Emma Gilmore)
Jeremy A. Lieberman (admitted *pro hac vice*)
Villi Shteyn (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
vshteyn@pomlaw.com

*Counsel for Lead Plaintiff Fiyyaz Pirani and
Lead Counsel for the Class*

**LABATON SUCHAROW LLP**

*By: /s/ James T. Christie*
James T. Christie (admitted *pro hac vice*)
(signed by J. Christian Word with permission of
James T. Christie)
James W. Johnson (admitted *pro hac vice*)

4

Lara A. Goldstone (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
jjohnson@labaton.com
lgoldstone@labaton.com
twatson@labaton.com
jchristie@labaton.com

*Counsel for Additional Named Plaintiff*
*Oklahoma City Employee Retirement System*
*and Additional Counsel for Lead Plaintiff*
*Fiyyaz Pirani and for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022, a copy of the foregoing was served on all counsel of record via the Court ECF System.

/s/ J. Christian Word
J. Christian Word