**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE 2U, INC. SECURITIES CLASS ACTION | Consolidated Case No. 8:19-cv-03455-TDC |

**ORDER GRANTING JOINT MOTION FOR
TEMPORARY STAY PENDING MEDIATION**

Upon consideration of the foregoing Joint Motion for Temporary Stay Pending Mediation, for good cause shown, it is this 17th day of February, 2022:

**ORDERED** that Joint Motion for Temporary Stay Pending Mediation is hereby **GRANTED**; and it is further

**ORDERED** that the Action is stayed, including all proceedings, hearings, discovery, pending motions, and deadlines, until April 19, 2022 and the current deadlines set forth in the October 4, 2021 Order modifying the September 20, 2021 Scheduling Order (ECF 195) are extended as follows:

| Event | Current Date (ECF 195) | New Date |
|---|---|---|
| Substantial Completion of Document Production | February 28, 2022 | May 17, 2022 |
| Defendants' Opposition to Plaintiffs' Motion for Class Certification | March 4, 2022 | June 14, 2022 |

| Event | Current Date (ECF 195) | New Date |
|---|---|---|
| Plaintiffs' Reply in Support of Motion for Class Certification | April 29, 2022 | August 9, 2022 |
| Fact Discovery Concluded | May 25, 2022 | July 26, 2022 |
| Requests for Admission | June 1, 2022 | August 2, 2022 |
| Initial Expert Reports | June 29, 2022 | August 30, 2022 |
| Rebuttal Expert Reports | July 27, 2022 | September 28, 2022 |
| Reply Expert Reports | August 10, 2022 | October 11, 2022 |
| Rule 26(e)(2) Supplementation of Disclosures and Responses | August 17, 2022 | October 18, 2022 |
| Expert Discovery Concluded; Submission of a Post-Discovery Joint Status Report | September 14, 2022 | November 15, 2022 |
| Notice of Intent to File a Pretrial Dispositive Motion | September 21, 2022 | November 22, 2022 |

The Honorable Timothy J. Sullivan
United States Magistrate Judge