**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

IN RE 2U, INC. SECURITIES CLASS
ACTION

Consolidated Case No. 8:19-cv-03455-TDC

## ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Temporarily Seal Portions of

Plaintiffs' Notice of Intent to File Motion to Compel and accompanying Exhibit, IT IS HEREBY

ORDERED THAT:

Plaintiffs' Motion to Temporarily Seal Portions of Plaintiffs' Notice of Intent to File

Motion to Compel and accompanying Exhibit is **GRANTED**.

SO ORDERED, this *16* day of *March*, 2022.

_____
THEODORE D. CHUANG
United States District Judge