

**Jeremy A. Lieberman**
Managing Partner

**VIA ECF**                                                                                      April 29, 2022

The Honorable Theodore D. Chuang
U.S. District Court for the District of Maryland
6500 Cherrywood Lane, Suite 245A
Greenbelt, Maryland 20770

      Re:    *In Re 2U, Inc. Securities Class Action*, 8:19-cv-03455-TDC (D. Md.)

Dear Judge Chuang:

We represent Lead Plaintiff in the above-referenced Action and write to apprise the Court that the parties have reached an agreement to resolve this litigation. The parties anticipate finalizing a formal Stipulation of Settlement and attendant documentation over the coming weeks. Accordingly, we respectfully request that the Court extend the stay entered on February 17, 2022 (ECF No. 220) until June 2, 2022, at which time Plaintiffs anticipate filing a Motion for Preliminary Approval of the Settlement.

                                                       Respectfully submitted,

                                                       */s/Jeremy A. Lieberman*
                                                        Jeremy A. Lieberman

                                                       **POMERANTZ LLP**
                                                       600 Third Avenue, 20th Floor
                                                       New York, New York 10016
                                                       Telephone: (212) 661-1100
                                                       Facsimile: (212) 661-8665
                                                        jalieberman@pomlaw.com

cc:     All counsel (via ECF)

{00494171;1 }

jalieberman@pomlaw.com
600 Third Avenue, New York, New York 10016   tel: 212.661.1100   www.pomerantzlaw.com
NEW YORK   CHICAGO   LOS ANGELES   PARIS