UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE 2U, INC.<br>SECURITIES CLASS ACTION | Civil Action Nos. TDC-19-3455<br>TDC-20-1006 |

## ORDER

The parties have filed a Notice informing the Court that the parties have reached an agreement to resolve this litigation. ECF No. 222. The Notice also requests an extension of the stay of this litigation, which the Court will construe as a Motion to Extend the Stay. Accordingly, it is hereby ORDERED that:

1. The Motion to Extend the Stay, ECF No. 222, is GRANTED. The case is stayed until **June 2, 2022**.

2. Plaintiffs' Motion for Class Certification, ECF No. 210, is DENIED WITHOUT PREJUDICE. In the event this case continues to proceed, Plaintiffs may renew their Motion.

Date: May 3, 2022

THEODORE D. CHUANG
United States District Judge