# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE 2U, INC. SECURITIES CLASS ACTION | Consolidated Case No. 8:19-cv-03455-TDC |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am a member of the Bar of the State of New York, and I am admitted *pro hac vice* to appear before this Court in this action.

2. I am the managing partner of the law firm of Pomerantz LLP ("Pomerantz"), Counsel for Lead Plaintiff and Lead Counsel for the proposed class. I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class.

3. Attached hereto are true and correct copies of the following exhibits.

Exhibit 1: Stipulation and Agreement of Settlement, dated May 31, 2022.

Exhibit 2: Firm resume of Pomerantz LLP.

Exhibit 3: Laarni T. Bulan and Laura E. Simmons, *Securities Class Action Settlements, 2021 Review and Analysis* (Cornerstone Research 2022), available at https://www.cornerstone.com/wp-content/uploads/2022/03/Securities-Class-Action-Settlements-2021-Review-and-Analysis.pdf.

Exhibit 4: 2U, Inc., Annual Report (Form 10-K) (filed March 1, 2022).

Exhibit 5: 2U, Inc., Quarterly Report (Form 10-Q) (filed May 10, 2022).

Exhibit 6: Curriculum vitae of Epiq Class Action & Claims Solutions, Inc.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on June 2, 2022.

                                                                                     /s/ Jeremy A. Lieberman
                                                                                        Jeremy A. Lieberman