

**VIA ECF**  June 6, 2022

The Honorable Theodore D. Chuang
U.S. District Court for the District of Maryland
6500 Cherrywood Lane, Suite 245A
Greenbelt, Maryland 20770

      Re:    *In Re 2U, Inc. Securities Class Action*, 8:19-cv-03455-TDC (D. Md.)

Dear Judge Chuang:

We write on behalf of Plaintiffs in the above referenced litigation. On May 3, 2022, this Court entered an order continuing the stay entered by this Court on February 17, 2022 (ECF No. 220) until June 2, 2022 in order to provide sufficient time for the parties to finalize the Settlement documents and for Plaintiffs to file their Motion for Preliminary Approval of the Settlement. (ECF No. 223). On June 2, 2022, Plaintiffs filed their Motion for Preliminary Approval of the Settlement and attached the attendant Settlement documentation as Exhibits to said Motion. (ECF No. 224). Defendants do not oppose Plaintiffs' Motion.

Plaintiffs' Motion contemplates that the Fairness Hearing be held at the Court's earliest convenience 100 days after preliminary approval is granted. (ECF No. 224-1 at 27). In light of the fact that Plaintiffs' Motion for Preliminary Approval of the Settlement is unopposed, the Plaintiffs respectfully request that the Court grant Preliminary Approval of the Settlement (ECF No. 224-3 at Exhibit A) and set a Fairness Hearing at the Court's earliest convenience on a date 100 days from said approval. This request is unopposed. Alternatively, should the Court have any questions or concerns regarding Plaintiffs' Motion, the Plaintiffs request that the Court schedule a status conference where any such questions or concerns can be addressed.

Thank you very much for Your Honor's attention to this matter.

      Respectfully submitted,

      **POMERANTZ LLP**

      */s/ Jeremy A. Lieberman*

      Jeremy A. Lieberman (admitted *pro hac vice*)

The Honorable Theodore D. Chuang
June 6, 2022
Page 2

        Emma Gilmore (admitted *pro hac vice*)
        Villi Shteyn (admitted *pro hac vice*)
        600 Third Avenue, 20th Floor
        New York, NY 10016
        Telephone: (212) 661-1100
        Facsimile: (917) 463-1044
        jalieberman@pomlaw.com
        egilmore@pomlaw.com
        vshteyn@pomlaw.com

        *Counsel for Lead Plaintiff Fiyyaz Pirani and Lead Counsel for the Class*

**GOLDMAN & MINTON, P.C.**

        Thomas J. Minton – No. 03370
        3600 Clipper Mill Rd., Suite 201
        Baltimore, MD 21211
        Telephone: (410) 783-7575
        Facsimile: (410) 783–1711
        Email: tminton@charmcitylegal.com

        *Counsel for Lead Plaintiff Fiyyaz Pirani*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

        Peretz Bronstein
        60 East 42nd Street, Suite 4600
        New York, NY 10165
        Telephone: (212) 697-6484
        Facsimile: (212) 697-7296
        peretz@bgandg.com

        *Counsel for Lead Plaintiff Fiyyaz Pirani*

**LABATON SUCHAROW LLP**

        James W. Johnson (admitted *pro hac vice*)
        Michael H. Rogers (admitted *pro hac vice*)
        Lara Goldstone (admitted *pro hac vice*)
        James T. Christie (admitted *pro hac vice*)
        140 Broadway
        New York, NY 10005
        Telephone: (212) 907-0700
        Fax: (212) 818-0477

The Honorable Theodore D. Chuang
June 6, 2022
Page 3

                                                jjohnson@labaton.com
                                                mrogers@labaton.com
                                                lgoldstone@labaton.com
                                                jchristie@labaton.com

                                                *Counsel for Additional Named Plaintiff*
                                                *Oklahoma City Employee Retirement System*


cc:      All counsel (via ECF)