

**VIA ECF**                                                                                                June 17, 2022

The Honorable Theodore D. Chuang
U.S. District Court for the District of Maryland
6500 Cherrywood Lane, Suite 245A
Greenbelt, Maryland 20770

> Re:    *In Re 2U, Inc. Securities Class Action*, 8:19-cv-03455-TDC (D. Md.)

Dear Judge Chuang:

We write on behalf of Plaintiffs in the above referenced litigation. Pursuant to Your Honor's direction at the case management conference held this morning, Plaintiffs are filing contemporaneously with this letter an [Amended Proposed] Order Preliminarily Approving Settlement and Providing for Notice (the "Amended Proposed Order"), amending the [proposed] order previously filed (ECF 224-3, pp. 67-80 of 129), as well as a redline version identifying these amendments.

We have confirmed that the proposed notice and claims administration firm can and will (i) commence mailing the Notice and Claim Form (as defined in the Amended Proposed Order) to Settlement Class Members within ten days of the Court granting preliminary approval to the Settlement, and (ii) substantially complete such mailing within sixty days thereafter.

Accordingly, the Amended Proposed Order, filed contemporaneously herewith, reflects these amendments and others discussed at this morning's conference.

Thank you very much for Your Honor's attention to this matter.


                                                    Respectfully submitted,


                                                    **POMERANTZ LLP**

                                                    */s/ Jeremy A. Lieberman*

                                                    Jeremy A. Lieberman (admitted *pro hac vice*)
                                                    Emma Gilmore (admitted *pro hac vice*)
                                                    Villi Shteyn (admitted *pro hac vice*)

The Honorable Theodore D. Chuang
June 17, 2022
Page 2

600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
vshteyn@pomlaw.com

*Counsel for Lead Plaintiff Fiyyaz Pirani and Lead Counsel for the Class*

**GOLDMAN & MINTON, P.C.**

Thomas J. Minton – No. 03370
3600 Clipper Mill Rd., Suite 201
Baltimore, MD 21211
Telephone: (410) 783-7575
Facsimile: (410) 783–1711
Email: tminton@charmcitylegal.com

*Counsel for Lead Plaintiff Fiyyaz Pirani*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Counsel for Lead Plaintiff Fiyyaz Pirani*

**LABATON SUCHAROW LLP**

James W. Johnson (admitted *pro hac vice*)
Michael H. Rogers (admitted *pro hac vice*)
Lara Goldstone (admitted *pro hac vice*)
James T. Christie (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com

The Honorable Theodore D. Chuang
June 17, 2022
Page 3

lgoldstone@labaton.com
jchristie@labaton.com

*Counsel for Additional Named Plaintiff*
*Oklahoma City Employee Retirement System*

cc:    All counsel (via ECF)