## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re 2U, Inc. Securities Class Action | Consolidated Case Nos. TDC-19-3455 and TDC-20-1006 |

### ORDER

Upon consideration of the Motion To Withdraw As Counsel , it is hereby **ORDERED** that Amanda Betsch's appearance in this matter is hereby **TERMINATED**.

So **ORDERED** this *19* day of _____July_____, 2022.

_____
Theodore D. Chuang
United States District Court Judge