# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

IN RE 2U, INC. SECURITIES CLASS
ACTION

Consolidated Case Nos. 19-cv-03455-TDC
and 20-cv-01006-TDC

## ORDER

Upon consideration of the Motion to Withdraw As Counsel, it is hereby **ORDERED** that

Adam Rosenbloom's appearance in this matter is hereby **TERMINATED**.

So **ORDERED** this **29** day of _September_, 2022.

THEODORE D. CHUANG
United States District Judge