# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE 2U, INC. SECURITIES CLASS ACTION | Consolidated Case No. 8:19-cv-03455-TDC |

## LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, PAYMENT OF LITIGATION EXPENSES, AND REIMBURSEMENT TO PLAINTIFFS

PLEASE TAKE NOTICE that Court-appointed Lead Counsel Pomerantz LLP, together with Labaton Sucharow LLP, will move this Court on December 9, 2022, at 9:30 a.m., before the Honorable Theodore D. Chuang, for entry of an Order, pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(4) ("PSLRA"), awarding: (i) Plaintiffs' Counsel attorneys' fees in the amount of 33.4% of the Settlement Amount, plus accrued interest; (ii) Plaintiffs' Counsel litigation expenses in the amount of $198,380.16, plus accrued interest; and (iii) reimbursement to Lead Plaintiff Fiyyaz Pirani in the amount of $30,000 and to Additional Named Plaintiff Oklahoma City Employee Retirement System in the amount of $5,121.65 for time expended in performing duties on behalf of the Settlement Class, as authorized by the PSLRA.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Lead Counsel submits and is filing herewith: (i) Lead Counsel's Memorandum of Law in Support of Motion for Award of Attorneys' Fees, Payment of Litigation Expenses, and Reimbursement to Plaintiffs; and (ii) the Declaration of Jeremy A. Lieberman in Support of (1) Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation of the Net Proceeds of

the Settlement, and (2) Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Litigation Expenses, and Reimbursement to Plaintiffs, and the exhibits thereto.

A Proposed Order will be submitted with Plaintiffs' reply submission on or before November 25, 2022, after the deadlines for objecting and seeking exclusion have passed.

DATED: October 28, 2022

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Jeremy A. Lieberman*

Jeremy A. Lieberman (admitted *pro hac vice*)
Emma Gilmore (admitted *pro hac vice*)
Villi Shteyn (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
vshteyn@pomlaw.com

*Counsel for Lead Plaintiff Fiyyaz Pirani and Lead Counsel for the Class*

**GOLDMAN & MINTON, P.C.**

Thomas J. Minton – No. 03370
3600 Clipper Mill Rd., Suite 201
Baltimore, MD 21211
Telephone: (410) 783-7575
Facsimile: (410) 783–1711
Email: tminton@charmcitylegal.com

*Counsel for Lead Plaintiff Fiyyaz Pirani*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165

Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Counsel for Lead Plaintiff Fiyyaz Pirani*

**LABATON SUCHAROW LLP**

James W. Johnson (admitted *pro hac vice*)
Michael H. Rogers (admitted *pro hac vice*)
Lara Goldstone (admitted *pro hac vice*)
James T. Christie (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com
lgoldstone@labaton.com
jchristie@labaton.com

*Counsel for Additional Named Plaintiff Oklahoma City Employee Retirement System*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2022, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

By: */s/ Jeremy A. Lieberman*
Jeremy A. Lieberman