# Exhibit 7

|  | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|
| **Partners** | | | | | | |
| 1) Akin Gump Strauss Hauer & Feld LLP | 18 | $1,075 | $1,320 | $1,388 | $1,595 | $1,655 |
| 2) Davis Polk & Wardwell LLP | 15 | $1,530 | $1,593 | $1,685 | $1,685 | $1,983 |
| 3) Kirkland & Ellis LLP | 16 | $1,135 | $1,210 | $1,380 | $1,605 | $1,845 |
| 4) Skadden, Arps, Slate, Meagher, & Flom LLP | 6 | $1,425 | $1,425 | $1,495 | $1,565 | $1,565 |
| 5) Proskauer Rose LLP | 25 | $1,150 | $1,325 | $1,375 | $1,575 | $1,675 |
| 6) Latham & Watkins LLP | 29 | $1,080 | $1,200 | $1,325 | $1,455 | $1,680 |
| 7) Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 3 | $1,825 | $1,825 | $1,825 | $1,825 | $1,825 |
| 8) Jones Day | 20 | $875 | $1,019 | $1,100 | $1,156 | $1,575 |
| 9) Milbank LLP | 18 | $1,215 | $1,379 | $1,615 | $1,615 | $1,695 |
| 10) Kramer Levin Naftalis & Frankel | 24 | $960 | $1,208 | $1,300 | $1,400 | $1,525 |
| 11) Paul Hastings LLP | 27 | $1,250 | $1,350 | $1,450 | $1,538 | $1,650 |
| 12) Quinn Emanuel Urquhart & Sullivan, LLP | 10 | $1,040 | $1,200 | $1,263 | $1,595 | $1,595 |
| 13) Morrison & Foerster LLP | 15 | $1,050 | $1,225 | $1,350 | $1,500 | $1,600 |
| 14) Sidley Austin LLP | 12 | $1,025 | $1,144 | $1,225 | $1,350 | $1,425 |
| 15) O'Melveny & Meyers LLP | 12 | $1,045 | $1,115 | $1,193 | $1,325 | $1,465 |
| 16) Kasowitz Benson Torres LLP | 3 | $840 | $1,020 | $1,200 | $1,225 | $1,250 |
| **Of Counsel** | | | | | | |
| 1) Akin Gump Strauss Hauer & Feld LLP | 16 | $960 | $996 | $1,055 | $1,131 | $1,310 |
| 2) Skadden, Arps, Slate, Meagher, & Flom LLP | 1 | $1,260 | $1,260 | $1,260 | $1,260 | $1,260 |
| 3) Davis Polk & Wardwell LLP | 4 | $1,295 | $1,295 | $1,295 | $1,295 | $1,295 |
| 4) Paul Hastings LLP | 11 | $905 | $1,200 | $1,300 | $1,363 | $1,550 |
| 5) Kramer Levin Naftalis & Frankel | 8 | $1,050 | $1,075 | $1,105 | $1,191 | $1,420 |
| 6) Milbank LLP | 9 | $1,175 | $1,175 | $1,175 | $1,175 | $1,235 |
| 7) Morrison & Foerster LLP | 10 | $930 | $980 | $1,038 | $1,238 | $1,560 |
| 8) Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 1 | $1,400 | $1,400 | $1,400 | $1,400 | $1,400 |
| 9) Jones Day | 4 | $850 | $869 | $875 | $900 | $975 |
| 10) Latham & Watkins LLP | 7 | $1,085 | $1,085 | $1,120 | $1,180 | $1,295 |
| 11) Quinn Emanuel Urquhart & Sullivan, LLP | 2 | $1,015 | $1,015 | $1,016 | $1,016 | $1,016 |
| 12) Sidley Austin LLP | 3 | $975 | $1,013 | $1,050 | $1,063 | $1,075 |
| 13) O'Melveny & Meyers LLP | 14 | $850 | $931 | $943 | $991 | $1,480 |
| **Associates** | | | | | | |
| 1) Paul Hastings LLP | 45 | $690 | $765 | $855 | $955 | $1,125 |
| 2) Proskauer Rose LLP | 41 | $640 | $850 | $960 | $1,075 | $1,195 |
| 3) Akin Gump Strauss Hauer & Feld LLP | 16 | $535 | $641 | $775 | $869 | $945 |
| 4) Kirkland & Ellis LLP | 16 | $610 | $740 | $845 | $990 | $1,105 |
| 5) Skadden, Arps, Slate, Meagher, & Flom LLP | 5 | $995 | $1,065 | $1,065 | $1,120 | $1,120 |
| 6) Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 3 | $965 | $965 | $965 | $1,063 | $1,160 |
| 7) Davis Polk & Wardwell LLP | 43 | $690 | $738 | $990 | $1,080 | $2,017 |
| 8) Milbank LLP | 24 | $475 | $625 | $870 | $995 | $1,090 |
| 9) Latham & Watkins LLP | 47 | $580 | $793 | $925 | $1,040 | $1,150 |
| 10) Kramer Levin Naftalis & Frankel | 32 | $615 | $715 | $893 | $1,010 | $1,090 |
| 11) Sidley Austin LLP | 13 | $570 | $675 | $775 | $930 | $1,015 |
| 12) Morrison & Foerster LLP | 26 | $540 | $650 | $793 | $856 | $1,070 |
| 13) Jones Day | 30 | $450 | $500 | $563 | $669 | $925 |
| 14) Quinn Emanuel Urquhart & Sullivan, LLP | 12 | $700 | $806 | $900 | $975 | $995 |
| 15) O'Melveny & Meyers LLP | 12 | $545 | $568 | $720 | $813 | $895 |
| 16) Kasowitz Benson Torres LLP | 9 | $445 | $445 | $700 | $775 | $950 |
| **Paralegals** | | | | | | |
| 1) Kirkland & Ellis LLP | 6 | $275 | $291 | $393 | $445 | $445 |
| 2) Akin Gump Strauss Hauer & Feld LLP | 8 | $300 | $345 | $360 | $396 | $435 |
| 3) Skadden, Arps, Slate, Meagher, & Flom LLP | 1 | $450 | $450 | $450 | $450 | $450 |
| 4) Latham & Watkins LLP | 7 | $250 | $265 | $375 | $475 | $505 |
| 5) Paul Hastings LLP | 9 | $235 | $290 | $460 | $495 | $520 |
| 6) Davis Polk & Wardwell LLP | 7 | $325 | $388 | $450 | $450 | $450 |
| 7) Kramer Levin Naftalis & Frankel LLP | 4 | $420 | $428 | $435 | $440 | $440 |
| 8) Sidley Austin LLP | 3 | $390 | $390 | $390 | $433 | $475 |
| 9) Morrison & Foerster LLP | 4 | $375 | $409 | $423 | $426 | $430 |
| 10) Proskauer Rose LLP | 19 | $225 | $268 | $320 | $450 | $505 |
| 11) Milbank LLP | 10 | $240 | $320 | $353 | $373 | $375 |
| 12) Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 2 | $350 | $364 | $378 | $391 | $405 |
| 13) Jones Day | 9 | $250 | $300 | $300 | $350 | $400 |
| 14) Quinn Emanuel Urquhart & Sullivan, LLP | 5 | $350 | $355 | $355 | $405 | $405 |
| 15) Kasowitz Benson Torres LLP | 6 | $103 | $224 | $288 | $310 | $315 |
| 16) O'Melveny & Meyers LLP | 3 | $395 | $395 | $395 | $395 | $395 |

| | Count | Low Rate (%Diff.) | Percentile Rate (%Diff.) | Median Rate (%Diff.) | Percentile Rate (%Diff.) | High Rate (%Diff.) |
|---|---|---|---|---|---|---|
| **All Partners** | | | | | | |
| All Firms Sampled | 253 | $840 **(+20%)** | $1,215 **(+47%)** | $1,355 **(+46%)** | $1,565 **(+53%)** | $1,983 **(+65%)** |
| Labaton Sucharow LLP | 25 | $700 | $825 | $925 | $1,025 | $1,200 |
| **Senior Partners** | | | | | | |
| All Firms Sampled | 214 | $840 **(+2%)** | $1,246 **(+38%)** | $1,400 **(+44%)** | $1,575 **(+48%)** | $1,983 **(+65%)** |
| Labaton Sucharow LLP | 20 | $825 | $900 | $975 | $1,063 | $1,200 |
| **Mid-Level Partners** | | | | | | |
| All Firms Sampled | 21 | $1,025 **(+46%)** | $1,125 **(+55%)** | $1,215 **(+57%)** | $1,360 **(+70%)** | $1,655 **(+107%)** |
| Labaton Sucharow LLP | 5 | $700 | $725 | $775 | $800 | $800 |
| **Junior Partners** | | | | | | |
| All Firms Sampled | 18 | $960 **#DIV/0!** | $1,120 **#DIV/0!** | $1,185 **#DIV/0!** | $1,255 **#DIV/0!** | $1,595 **#DIV/0!** |
| Labaton Sucharow LLP | 0 | $0 | $0 | $0 | $0 | $0 |
| **Of Counsel** | | | | | | |
| All Firms Sampled | 105 | $850 **(+70%)** | $995 **(+68%)** | $1,110 **(+67%)** | $1,295 **(+82%)** | $1,560 **(+60%)** |
| Labaton Sucharow LLP | 18 | $500 | $594 | $663 | $713 | $975 |
| **All Associates** | | | | | | |
| All Firms Sampled | 374 | $445 **(+11%)** | $698 **(+64%)** | $855 **(+80%)** | $995 **(+99%)** | $2,017 **(+267%)** |
| Labaton Sucharow LLP | 21 | $400 | $425 | $475 | $500 | $550 |
| **Senior Associates** | | | | | | |
| All Firms Sampled | 120 | $445 **(-11%)** | $871 **(+64%)** | $995 **(+81%)** | $1,076 **(+96%)** | $1,195 **(+117%)** |
| Labaton Sucharow LLP | 6 | $500 | $531 | $550 | $550 | $550 |
| **Mid-Level Associates** | | | | | | |
| All Firms Sampled | 107 | $500 **(+11%)** | $825 **(+83%)** | $925 **(+95%)** | $993 **(+109%)** | $2,017 **(+325%)** |
| Labaton Sucharow LLP | 9 | $450 | $450 | $475 | $475 | $475 |
| **Junior Associates** | | | | | | |
| All Firms Sampled | 148 | $450 **(+13%)** | $610 **(+53%)** | $700 **(+65%)** | $788 **(+85%)** | $1,095 **(+158%)** |
| Labaton Sucharow LLP | 6 | $400 | $400 | $425 | $425 | $425 |
| **Paralegals** | | | | | | |
| All Firms Sampled | 103 | $103 **(-44%)** | $300 **(-16%)** | $375 **(+21%)** | $440 **(+26%)** | $520 **(+24%)** |
| Labaton Sucharow LLP | 19 | $185 | $358 | $310 | $350 | $420 |