## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| IN RE 2U, INC. SECURITIES CLASS ACTION | **Consolidated Case No. 8:19-cv-03455-TDC** <br><br> Hon. Theodore D. Chuang |

**SUPPLEMENTAL DECLARATION OF BRADFORD AMANN REGARDING: (A) MAILING OF THE NOTICE AND PROOF OF CLAIM; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION**

I, Bradford Amann, declare and state as follows, pursuant to 28 U.S.C. § 1746:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2.      Epiq was retained by Lead Counsel for the Settlement Class to provide notice and administration services in the above-captioned class action litigation (the "Action"), and appointed by the Court as the Claims Administrator.[1]  I submit this Declaration to supplement my earlier declaration dated October 27, 2022: the Declaration of Bradford Amann Regarding: (A) Mailing of the Notice and Proof of Claim; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion (the "Mailing Declaration") (ECF No. 243-3).

### DISSEMINATION OF THE NOTICE PACKET AND CLAIM FILING

3.      Epiq is responsible for disseminating the Notice Packet to potential Settlement

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated May 31, 2022 (the "Stipulation"), which was filed with the Court on June 2, 2022 (ECF No. 224-3).

Class Members in this Action. By definition, Settlement Class Members all persons and entities who purchased or otherwise acquired the publicly traded common stock of 2U, Inc., including shares purchased or otherwise acquired pursuant or traceable to the Company's Preliminary Prospectus Supplement dated May 21, 2018 and Prospectus Supplement filed with the U.S. Securities and Exchange Commission on  May 23, 2018, which are part of the Registration Statement on Form S-3 (the "2U Securities") during the period from February 26, 2018, through July 30, 2019, both dates inclusive.  Since the execution of the Mailing Declaration, Epiq has continued to disseminate copies of the Notice and Proof of Claim (together, the "Notice Packet") in response to requests from potential Settlement Class Members, brokers and other nominees. Through November 23, 2022, Epiq has disseminated 45,754 Notice Packets to potential Settlement Class Members and nominees.

4.    Out of the 45,754 Notice Packets mailed to date, 980 have been returned by the United States Postal Service ("USPS") to Epiq as undeliverable as addressed.  Of these, the USPS provided forwarding addresses for 167 of the returned Notice Packets, and Epiq immediately mailed another Notice Packet to the Settlement Class Member at the updated address.[2]

5.    Epiq published the Summary Notice in *Investor's Business Daily* and transmitted it over the *PR Newswire* on July 11, 2022.  Additionally, Epiq posted the Notice, Proof of Claim, Order Granting Preliminary Approval, and the Stipulation of Settlement and its

---

[2] My prior Mailing Declaration contained an error concerning Notice Packets returned by the USPS as undeliverable as addressed.  As of October 27, 2022, the date of the Mailing Declaration, 974 Notice Packets had been returned by the USPS as undeliverable as addressed, of which 167 (not 3, as erroneously stated) were promptly sent to forwarding addresses.

exhibits for download on the case website, www.2USecuritiesClassAction.com. The website, which Epiq continues to maintain, has received 2,738 visits to date.[3]

6.   The Notice Packet instructed potential Settlement Class Members to submit their claims by October 29, 2022.  As of November 23, 2022, Epiq has received 15,717 Proofs of Claim. 58.8153%, or 9,244 of the submitted Proofs of Claim, have been preliminarily determined to be valid with total Recognized Losses of approximately $1,532,461,959.00. These claims represent approximately 85,675,556 shares of 2U common stock.  41.1847%, or 6,473 of the submitted Proofs of Claim have been preliminarily determined to be deficient with total losses of approximately $663,641.09.   These claims represent approximately 147,443,849 shares of 2U common stock.  The per share recovery for the valid claims is approximately $0.44x and the mean recovery per valid claimant is approximately $2,613.26 (after deducting estimated fees and expenses identified in the Notice).[4]   Claim and Recognized Claim information is summarized in the following charts for purposes of clarity.

---

[3] My prior Mailing Declaration erroneously stated that Epiq had performed a personalized calling campaign and sent reminder letters to nominees.  *See* Mailing Decl., ¶¶ 10-11.  These services were not performed in this matter.

[4] The numbers and percentages in ¶ 6 are valid as of November 23, 2022. Additionally, these numbers do not reflect approximately 603 claims that are pending final processing. Therefore, all numbers are preliminary and subject to change, and are not intended to be construed as finalized recovery amounts under the proposed Plan of Allocation. In addition, some of the claims contain deficiencies and claimants have not yet been given the opportunity to correct their deficiencies. Not all claims have been fully audited and reviewed for accuracy or validity. Accordingly, all figures in ¶ 6 are preliminary and subject to change after Epiq has completed its validation, quality assurance and fraud prevention review.

| CLAIMS | TOTALS |
|---|---|
| Notice Packets Mailed | 45,754x |
| Proofs of Claim Submitted | 15,717 |
| % Valid of Total Claims Received | 58.8153% |
| % Denied of Total Claims Received | 41.1847% |
| **RECOGNIZED CLAIMS** | |
| Valid Recognized Claims | 9,244 |
| Denied Recognized Claims | 6,473 |
| Total Number of Shares in Claims Forms Submitted | 113,055,784 |
| Estimated Average Recovery Per Share per Valid Claimant | $0.44 |
| Mean recovery per valid Claimant | $2,613.26 |

7.     As shown above, the number of claims received is approximately 34.4% of the number of Notice Packets disseminated by Epiq.  This response rate is similar or greater to those seen in many matters in which Epiq has served as the claims administrator, indicating a high level of participation by the Settlement Class in this case.  Furthermore, Epiq understands that the amount of classwide damages has been estimated to be as much as $1.54 billion (not accounting for the disaggregation of inactionable price movement).  The estimated amount of Recognized Losses for valid claims received in this case is very similar to that damages estimate, which further indicates a high level of Settlement Class participation.  Epiq is continuing to process claims and correspond with claimants that submitted deficient claims, and will update the Court prior to the fairness hearing scheduled for December 9, 2022.

## REQUESTS FOR EXCLUSION

8.     The Notice informed Settlement Class Members that written requests for exclusion from the Class must be mailed, so that they are received no later than November 18, 2022, addressed to *2U, Inc. Securities Settlement*, ATTN: EXCLUSION REQUEST, c/o Epiq, P.O. Box 5413, Portland, OR 97208-5413.  Epiq has monitored all mail that has been

4

delivered to this Post Office Box. As of the date of this Declaration, Epiq has received two

(2) requests for exclusion from the Class, representing approximately 54 shares.  These two

(2) Settlement Class Members account for only 0.00437% of the x Notice Packets mailed and

0.01273% of the Proofs of Claim submitted. The 54 shares purchased during the Class Period

represent only 0.00005% of the total shares in all Proofs of Claim submitted. Epiq will

continue to be the repository for exclusion requests beyond the receipt deadline and will

report any exclusion requests that are received.  Exclusion information is summarized in the

chart below for purposes of clarity. Redacted copies of the exclusions are attached as Exhibit

A.

| EXCLUSIONS | TOTALS |
|---|---|
| Valid Exclusions | 2 |
| % Exclusions Received of Notice Packets Mailed | 0.00437% |
| % Exclusions Received of Received Proofs of Claim | 0.01273% |
| % Exclusions Received of Total Shares in Proofs of Claim | 0.00005% |

## OBJECTIONS TO THE SETTLEMENT

9.      The Notice instructed Settlement Class Members who wished to object to the

Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of

attorneys' fees and reimbursement of Litigation Expenses to file objections with the Court.

Epiq has checked its mail as well and, as of the date of this Declaration, has received zero (0)

objections.

## UPDATED ESTIMATE OF ADMINISTRATION COST

10.      At this time, Epiq cannot predict the exact total Notice and Administration Costs

that will be incurred in connection with providing notice to the Settlement Class and

processing claims in this Action.  At this time, based on the 15,717 Claims received to date,

Epiq now estimates that the costs of claims processing in this matter will not exceed $95,000.00, and the total Notice and Administration Costs are currently estimated to be $250,000.00, excluding broker/nominee research fees and postage.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 25, 2022, at West Palm Beach, FL.

*Braford Amann*
Bradford Amann

# EXHIBIT A

# Exclusion Request - 1

David R. Downey

███████████████████████████████

September 26, 2022

**I wish to be excluded** from the settlement class *In re 2U, Inc. Securities Class Action*, No. 8:19-cv-03455-TDC.

My name is Dr. David R. Downey, I live at ██████████████████████████████ and my phone number is ██████████████

I bought 4 shares of 2U stock on 8/29/2018 for the price of $86.25 per share and sold 4 shares at the price of $61.91 on 10/25/2018.

David R. Downey

Mr. David Downey

NORTH TEXAS TX 750
DALLAS TX 750
27 SEP 2022  PM 1  L

FOREVER / USA

2U, Inc. Securities Settlement
ATTN: EXCLUSION REQUEST
c/o Epiq Class Action & Claims Solutions
PO Box 5413
Portland, OR  97228-5413

97228-541313

# Exclusion Request - 2

In regards to "2U, Inc. Securities Settlement".   I Ronald Dong  "request exclusion from 2U, Inc. Securities Settlement"

In re 2U, Inc. Securities Class Action, No. 8:19-cv-03455-TDC,  Signature below.

1. Request name, address, and telephone number:
   Ronald Dong

   

   Signature:   *Ronald Dong*

2. I am attaching investment documents that provide information of 2U stock bought and sold between February 26,2018 and October 28,2019.
   Bought 2U Inc on 08/21/18,  50 shares for 3968.45
   Sold 2U Inc on 09/19/18,   50 shares for 3963.50
   See attached investment documents with more detail
   Per instructions, will not need to submit a claim form

3. I will mail my exclusion request before November 18, 2022 deadline to:

   2U, Inc.  Securities Settlement
   ATTN:  EXCLUSION REQUEST
   c/o Epiq Class Action & Claims Solutions, Inc.
   PO Box 5413
   Portland, OR 97228-5413

See my signature above on item 1.

1

*September 1, 2018 - September 30, 2018*

ACCOUNT NUMBER ████████████

**RONALD DONG**

**ally**®

**Ally Invest Securities**
PO BOX 49050 Charlotte NC 28277
Phone: 855.880.2559 Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 09/17/18 | C | CANOPY GROWTH CORPORATION<br>COMMON SHARES<br>CUSIP: 138035100 | 70 | 45.2085 | | 3,160.59 |
| SOLD | 09/18/18 | C | ISHARES GLOBAL INFRASTRUCTURE<br>ETF<br>PRODUCT DESCRIPTION UNDER<br>SEPARATE COVER<br>CUSIP: 464288372 | 180 | 42.361 | | 7,620.91 |
| SOLD | 09/18/18 | C | TJX COMPANIES INC NEW<br>CUSIP: 872540109 | 41 | 107.46 | | 4,401.84 |
| BOUGHT | 09/19/18 | C | CALL CLX  01/18/19  155<br>CLOROX CO<br>OPEN CONTRACT<br>Security Number: 8GFJDN6 | 1 | 5.77 | 581.48 | |
| BOUGHT | 09/19/18 | C | CALL POST  03/15/19  115<br>POST HOLDINGS INC<br>OPEN CONTRACT<br>Security Number: 8GWZPQ3 | 3 | 1.90 | 575.54 | |
| SOLD | 09/19/18 | C | 2U INC<br>CUSIP: 90214J101 | 50 | 79.3504 | | 3,963.50 |
| BOUGHT | 09/20/18 | C | AMAZON.COM INC<br>CUSIP: 023135106 | 3 | 1,947.64 | 5,846.87 | |
| BOUGHT | 09/21/18 | C | EOG RES INC<br>CUSIP: 26875P101 | 33 | 120.21 | 3,970.88 | |
| BOUGHT | 09/21/18 | C | HOME DEPOT INC<br>CUSIP: 437076102 | 20 | 212.359 | 4,251.13 | |
| SOLD | 09/21/18 | C | OMEROS CORPORATION<br>CUSIP: 682143102 | 140 | 24.24 | | 3,389.58 |

*August 1, 2018 - August 31, 2018*

ACCOUNT NUMBER ███████████



**Ally Invest Securities**
PO BOX 49050 Charlotte NC 28277
Phone: 855.880.2559 Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

**RONALD DONG**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 08/13/18 | C | GOLDEN ENTERTAINMENT INC<br>COM<br>CUSIP: 381013101 | 150 | 26.5317 | | 3,975.73 |
| SOLD | 08/14/18 | C | PUT PNR  11/16/18  40<br>PENTAIR PLC<br>CLOSING CONTRACT<br>Security Number: 8LJJRZ0 | 5 | 1 | | 493.36 |
| SOLD | 08/15/18 | C | VF CORPORATION<br>CUSIP: 918204108 | 45 | 92.5901 | | 4,162.53 |
| BOUGHT | 08/16/18 | C | AMERICAN AXLE & MANUFACTURING<br>HOLDINGS INC COMMON STOCK<br>CUSIP: 024061103 | 200 | 16.7188 | 3,347.71 | |
| BOUGHT | 08/16/18 | C | ETSY INC<br>COM<br>CUSIP: 29786A106 | 90 | 45.9927 | 4,143.29 | |
| BOUGHT | 08/17/18 | C | PLATFORM SPECIALTY PRODUCTS<br>CORPORATION<br>CUSIP: 72766Q105 | 250 | 11.9987 | 3,003.63 | |
| BOUGHT | 08/21/18 | C | SHUTTERFLY INC<br>CUSIP: 82568P304 | 50 | 74.1144 | 3,709.67 | |
| BOUGHT | 08/21/18 | C | 2U INC<br>CUSIP: 90214J101 | 50 | 79.29 | 3,968.45 | |
| SOLD | 08/21/18 | C | DSW INC<br>CL A<br>CUSIP: 23334L102 | 130 | 25.705 | | 3,337.63 |
| SOLD | 08/22/18 | C | NVIDIA CORP<br>CUSIP: 67066G104 | 25 | 242.4205 | | 6,056.47 |
| SOLD | 08/22/18 | C | REALPAGE INC<br>CUSIP: 75606N109 | 70 | 57.6593 | | 4,032.13 |

D    Ronald Dong

28 SEP 2022 PM 6 L



2U, Inc. Securities Settlement
ATTN: Exclusion Request
c/o Epiq Class Action and Claims Solutions, INC
P.O. BOX 5413
Portland, OR 97228-5413

97228-541313