# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| IN RE 2U, INC. SECURITIES CLASS ACTION | **Consolidated Case No. 8:19-cv-03455-TDC**<br><br>Hon. Theodore D. Chuang |

**SUPPLEMENTAL DECLARATION OF BRADFORD AMANN REGARDING: (A) MAILING OF THE NOTICE AND PROOF OF CLAIM; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION**

I, Bradford Amann, declare and state as follows, pursuant to 28 U.S.C. § 1746:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2.      Epiq was retained by Lead Counsel for the Settlement Class to provide notice and administration services in the above-captioned class action litigation (the "Action"),and appointed by the Court as the Claims Administrator.[1]  I submit this Declaration pursuant to the Court's June 23, 2022 Order Preliminary Approving Settlement and Providing for Notice ("Preliminary Approval Order") (ECF No. 229).  The Preliminary Approval Order directed Lead Counsel, at least seven calendar days prior to the Settlement Fairness Hearing scheduled for December 9, 2022: (i) to serve on Defendants' Counsel and file with the Court proof, by affidavit or declaration, that the Notice and Claim Form were mailed, within ten calendar days of the

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated May 31, 2022 (the "Stipulation"), which was filed with the Court on June 2, 2022 (ECF No. 224-3).

Preliminary Approval Order, by first-class mail to all Settlement Class Members who can be identified with reasonable effort and that such mailing was substantially complete no later than sixty calendar days after July 3, 2022, and that the Summary Notice was published in *Investor's Business Daily* and over a national newswire service within ten calendar days of the Preliminary Approval Order; and (ii) to file a list of all persons or entities that have submitted timely Requests for Exclusion and a determination as to whether any Request for Exclusion was not submitted timely. This declaration addresses both of these requirements of the Preliminary Approval Order.

### DISSEMINATION OF THE NOTICE PACKET

3. I have submitted two prior declarations in this Action, dated October 28, 2022 (the "Mailing Declaration") (ECF No. 243-3) and November 25, 2022 (the "Supplemental Mailing Declaration") (ECF No. 248), respectively.

4. As stated in the Mailing Declaration, Epiq caused the Notice Packet to the printed and mailed by first-class mail to known potential Settlement Class Members and nominees on July 1, 2022, or eight calendar days after the Preliminary Approval Order. *See* ECF 243-3, ¶ 6.[2] On that day, 1,144 copies of the Notice Packet were mailed. *Id.*, ¶ 7.

5. The Notice requested that nominees who purchased or otherwise acquired 2U Securities during the Class Period for the beneficial interest of a person or entity other than themselves to either: (i) within ten (10) calendar days of receipt of the Notice, request sufficient copies of the Notice Packet to forward to all such beneficial owners and with ten (10) calendar days of receipt of these Notice Packets to forward to all such beneficial owners; or (ii) within ten (10) calendar days of receipt of the Notice, provide a list of the names and addresses (and e-

---

[2] Because ten calendar days after the Preliminary Approval Order fell during a weekend (i.e., on Sunday, July 3, 2022), Epiq began mailing the Notice Packet two days earlier, on Friday, July 1, 2022.

mail addresses, if available) of all such beneficial owners to Epiq.  *Id.*, ¶ 8.

6.   Epiq timely responded to requests from nominees for additional unaddressed copies of the Notice Packet and for Notice Packets to be mailed directly by Epiq to potential Settlement Class Members identified by the nominee.  *Id.*, ¶ 9.

7.   Within sixty days after the commencement of mailing (i.e., through August 30, 2022), an aggregate of 41,884 Notice Packets were disseminated to potential Settlement Class Members and nominees by first-class mail.

8.   As stated in the Supplemental Mailing Declaration, Epiq mailed 45,754 Notice Packets as of November 25, 2022.  ECF No. 248, ¶ 3.  Epiq has not disseminated additional Notice Packets since that date.

9.   Thus, approximately 91.5% of the Notice Packets were disseminated during the sixty-day period after mailing commenced pursuant to the Preliminary Approval Order.  All but one of the Notice Packets were disseminated by October 28, 2022—the date of the Mailing Declaration.

## PUBLICATION OF THE SUMMARY NOTICE

11.   As set forth in the Mailing Declaration, Epiq published the Summary Notice in *Investor's Business Daily* and transmitted it over *PR Newswire* on July 11, 2022.  *See* ECF No. 243-3, ¶ 14 and Ex. C thereto.

## REQUESTS FOR EXCLUSION

12.   As set forth in the Supplemental Mailing Declaration, Epiq received two requests for exclusion from the Settlement Class, from (1) David R. Downey and (2) Ronald Dong.  *See* ECF No. 248, ¶ 8 and Ex. A thereto.  These persons were also listed on Exhibit 1 to the [Proposed] Final Judgment and Order submitted to the Court on November 25, 2022.  *See* ECF No. 247-1 at 10.

9.      These two requests for exclusion from the Settlement Class were timely received by Epiq prior to the November 18, 2022 deadline for such requests.

10.     Epiq has not received additional requests for exclusion from the Settlement Class.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed on December 2, 2022, at West Palm Beach, FL.


_Braford Amann_
Bradford Amann