

**Jeremy A. Lieberman**
Managing Partner

December 7, 2022

**VIA ECF**

Hon. Theodore D. Chuang, U.S.D.J.
District of Maryland
United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

RE: *In re 2U, Inc. Securities Class Action*, No. 8:19-cv-03455-TDC (D. Md.)

Dear Judge Chuang:

My firm is Lead Counsel representing Plaintiffs in the above-referenced class action. I write in connection with the Settlement Fairness Hearing scheduled for December 9, 2022.

After the filing of Plaintiffs' reply papers in support of the motions for final approval of the settlement and for an award of attorneys' fees, litigation, expenses, and awards to Plaintiffs, the Court-appointed Claims Administrator has continued to receive and process claims from Settlement Class Members, as set forth in the attached declaration. As of December 5, 2022, the Claims Administrator has received 15,904 Proofs of Claim. This is approximately 35% of the 45,754 Notice Packets disseminated by the Claims Administrator, indicating a higher response rate than seen in many prior class action settlements. These Proofs of Claim list over 122 million shares of 2U common stock purchased during the Class Period, of which over 56 million shares are considered damaged under the Plan of Allocation. 9,322 Proofs of Claim have been preliminarily determined to be valid, represent over $1.5 billion in Recognized Losses under the Plan of Allocation. Plaintiffs and Lead Counsel respectfully submit that this robust response from the Settlement Class weighs in favor of granting final approval to the Settlement and granting the motion for attorneys' fees, expenses, and awards.

We look forward to answering any questions the Court may have at the Settlement Fairness Hearing.

Respectfully submitted,

*s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

Enclosure

cc: All counsel of record (via ECF)

jalieberman@pomlaw.com

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9971
NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com