# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| IN RE 2U, INC. SECURITIES CLASS ACTION | **Consolidated Case No. 8:19-cv-03455-TDC**<br><br>Hon. Theodore D. Chuang |

### SUPPLEMENTAL DECLARATION OF BRADFORD AMANN
### REGARDING CLAIMS FILING AND PROCESSING

I, Bradford Amann, declare and state as follows, pursuant to 28 U.S.C. § 1746:

1. I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2. Epiq was retained by Lead Counsel for the Settlement Class to provide notice and administration services in the above-captioned class action litigation (the "Action"), and appointed by the Court as the Claims Administrator.[1] I submit this Declaration to supplement my earlier declaration dated October 27, 2022 (the "Mailing Declaration") (ECF No. 243-3), my supplemental declaration dated November 25, 2022 (the "Supplemental Mailing Declaration") (ECF No. 248), and my supplemental declaration dated December 2, 2022 (the "Second Supplemental Mailing Declaration") (ECF No. 251).

3. As stated in the Supplemental Mailing Declaration, Epiq was continuing to process claims and correspond with claimants that submitted deficient claims as of the date of

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated May 31, 2022 (the "Stipulation"), which was filed with the Court on June 2, 2022 (ECF No. 224-3).

that declaration.  *See* ECF No. 248, ¶ 7.  That process is not yet complete, but in the interest of providing the Court with fulsome and up-to-date information to evaluate in connection with the fairness hearing scheduled for December 9, 2022, Epiq is submitting this additional declaration concerning the status of claims processing in this Action.

4.      The Notice Packet instructed potential Settlement Class Members to submit their claims by October 29, 2022.  As of December 5, 2022, Epiq has received 15,904 Proofs of Claim. 58.6142%, or 9,322 of the submitted Proofs of Claim, have been preliminarily determined to be valid with total Recognized Losses of approximately $1,565,641,478.00.  These claims represent approximately 91,233,822 shares of 2U common stock. 41.3858%, or 6,582 of the submitted Proofs of Claim have been preliminarily determined to be deficient with total losses of approximately $1,062,413.00.  These claims represent approximately 164,002,618 shares of 2U common stock.  The per share recovery for the valid claims is approximately $0.43 and the mean recovery per valid claimant is approximately $2,591.40 (after deducting estimated fees and expenses identified in the Notice).[2]  Claim and Recognized Loss information is summarized in the following charts for purposes of clarity.

---

[2] The numbers and percentages in ¶ 4 are valid as of December 5, 2022. Additionally, these numbers do not reflect approximately 391 claims that are pending final processing. Therefore, all numbers are preliminary and subject to change, and are not intended to be construed as finalized recovery amounts under the proposed Plan of Allocation. In addition, some of the claims contain deficiencies and claimants have not yet been given the opportunity to correct their deficiencies. Not all claims have been fully audited and reviewed for accuracy or validity. Accordingly, all figures in ¶ 4 are preliminary and subject to change after Epiq has completed its validation, quality assurance and fraud prevention review.

| CLAIMS | TOTALS |
|---|---|
| Notice Packets Mailed | 45,754 |
| Proofs of Claim Submitted | 15,904 |
| % Valid of Total Claims Received | 58.6142% |
| % Denied of Total Claims Received | 41.3858% |
| Valid Claims with Recognized Losses | 9,322 |
| Invalid Claims | 6,582 |
| Total Number of Shares in Claims Forms Submitted | 255,236,440[3] |
| Total Number of Class Period Purchases on Claim Forms Submitted (Shares) | 122,052,191 |
| Total Number of Damaged Shares on Claim Forms Submitted[4] | 56,151,867 |
| Estimated Average Recovery Per Share per Valid Claimant | $0.43 |
| Mean recovery per valid Claimant | $2,591.40 |

5.      As shown above, the number of claims received is approximately 34.76% of the number of Notice Packets disseminated by Epiq.  This response rate is similar or greater to those seen in many matters in which Epiq has served as the claims administrator, indicating a high level of participation by the Settlement Class in this case.  Furthermore, Epiq understands that the amount of classwide damages has been estimated to be as much as $1.54 billion (not accounting for the disaggregation of inactionable price movement).  The $1,565,641,478 estimated amount of Recognized Losses for valid claims received in this case is similar to that damages estimate, which further indicates a high level of Settlement Class participation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

---

[3] Please note that this figure includes shares that were purchased during the 90-day look back period and ineligible shares claimed.

[4] Please note that a single share may be damaged more than once if purchased more than once during the Class Period.  This figure includes all purchases of shares that were determined to have been damaged under the Plan of Allocation.

Executed on December 7, 2022, at West Palm Beach, FL.


_Braford Amann_
Bradford Amann