**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE 2U, INC. SECURITIES CLASS ACTION | Consolidated Case No. 8:19-cv-03455-TDC |

**MOTION AUTHORIZING DISTRIBUTION
OF CLASS ACTION SETTLEMENT FUNDS**

Lead Plaintiff Fiyyaz Pirani ("Lead Plaintiff") and Additional Named Plaintiff Oklahoma City Employee Retirement System ("Additional Named Plaintiff") (collectively, "Plaintiffs"), on behalf of themselves and all members of the proposed Settlement Class, by and through their undersigned counsel of record, respectfully move this Court for entry of the [Proposed] Order Authorizing Distribution of Class Action Settlement Funds (the "Distribution Order"). Among other things, the Distribution Order (i) approves the Claims Administrator's recommendations accepting and rejecting Claims submitted in this action; and (ii) directs distribution of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted as valid and approved by the Court.

This motion is the Memorandum of Law; the Declaration of Bradford Amman in Support of Plaintiffs' Motion for Order Authorizing Distribution of Class Action Settlement Proceeds and the exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matter properly before the Court.

Plaintiffs respectfully request that the Court decide the Motion on the papers and enter the Distribution Order.

DATED: May 17, 2023

**POMERANTZ LLP**

By: /s/ *Jeremy A. Lieberman*

Jeremy A. Lieberman (admitted *pro hac vice*)
Emma Gilmore (admitted *pro hac vice*)
Villi Shteyn (admitted *pro hac vice*)
Jonathan D. Park (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
vshteyn@pomlaw.com
jpark@pomlaw.com

*Counsel for Lead Plaintiff Fiyyaz Pirani and Lead Counsel for the Class*

**GOLDMAN & MINTON, P.C.**

Thomas J. Minton – No. 03370
3600 Clipper Mill Rd., Suite 201
Baltimore, MD 21211
Telephone: (410) 783-7575
Facsimile: (410) 783–1711
Email: tminton@charmcitylegal.com

*Counsel for Lead Plaintiff Fiyyaz Pirani*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Counsel for Lead Plaintiff Fiyyaz Pirani*

2

**LABATON SUCHAROW LLP**

James W. Johnson (admitted *pro hac vice*)
Michael H. Rogers (admitted *pro hac vice*)
Lara Goldstone (admitted *pro hac vice*)
James T. Christie (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com
lgoldstone@labaton.com
jchristie@labaton.com

*Counsel for Additional Named Plaintiff*
*Oklahoma City Employee Retirement System*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

By: */s/ Jeremy A. Lieberman*
Jeremy A. Lieberman