**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE 2U, INC. SECURITIES CLASS ACTION | Consolidated Case No. 8:19-cv-03455-TDC |

**REPLY MEMORANDUM IN SUPPORT OF MOTION AUTHORIZING**
**DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**

Lead Plaintiff Fiyyaz Pirani ("Lead Plaintiff") and Additional Named Plaintiff Oklahoma City Employee Retirement System ("Additional Named Plaintiff") (collectively, "Plaintiffs"), on behalf of themselves and all members of the Settlement Class, by and through their undersigned counsel of record, respectfully submit this reply memorandum in support of their motion (the "Distribution Motion") (ECF No. 259) seeking entry of the [Proposed] Order Authorizing Distribution of Class Action Settlement Funds (the "Distribution Order") (ECF No. 259-3).

Plaintiffs filed the Distribution Motion on May 17, 2023. Pursuant to L.R. 105.2.a, which provides that all memoranda in opposition to a motion shall be filed within fourteen days of service of the motion, the deadline for any opposition to the Distribution Motion was May 31, 2023. No opposition has been filed. Therefore, the Distribution Motion is unopposed.

For the reasons set forth in the Plaintiffs' opening memorandum of law in support of the Distribution Motion, Plaintiffs respectfully request that the Court decide the Motion on the papers and enter the Distribution Order.

DATED: June 5, 2023

**POMERANTZ LLP**

By: /s/ *Jeremy A. Lieberman*

Jeremy A. Lieberman (admitted *pro hac vice*)
Emma Gilmore (admitted *pro hac vice*)
Villi Shteyn (admitted *pro hac vice*)
Jonathan D. Park (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
vshteyn@pomlaw.com
jpark@pomlaw.com

*Counsel for Lead Plaintiff Fiyyaz Pirani and Lead Counsel for the Class*

**GOLDMAN & MINTON, P.C.**

Thomas J. Minton – No. 03370
3600 Clipper Mill Rd., Suite 201
Baltimore, MD 21211
Telephone: (410) 783-7575
Facsimile: (410) 783–1711
Email: tminton@charmcitylegal.com

*Counsel for Lead Plaintiff Fiyyaz Pirani*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Counsel for Lead Plaintiff Fiyyaz Pirani*

**LABATON SUCHAROW LLP**

James W. Johnson (admitted *pro hac vice*)
Michael H. Rogers (admitted *pro hac vice*)
Lara Goldstone (admitted *pro hac vice*)
James T. Christie (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com
lgoldstone@labaton.com
jchristie@labaton.com

*Counsel for Additional Named Plaintiff*
*Oklahoma City Employee Retirement System*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 5, 2023, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

By: */s/ Jeremy A. Lieberman*
Jeremy A. Lieberman